AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 20-00489

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **L3 HARRIS TECHNOLOGIES INC.**
was received by me on *(date)* **24 NOV 20**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **STEVEN MAGALLON / CORPORATION Co.** who is
designated by law to accept service of process on behalf of *(name of organization)* **L3 HARRIS TECHNOLOGIES INC,**
**1003 BISHOP ST. SUITE 1600** on *(date)* **24 NOV 20** ; @ **11:32A**
**HON. HI. 96813**

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **45.00** for travel and $ _____ for services, for a total of $ **45.00**.

I declare under penalty of perjury that this information is true.

Date: **24 NOV 20**

*Charlie Latham*
Server's signature

**CHARLIE LATHAM - PROCESS SERVER**
Printed name and title

**758 KAPAHULU, AVE. SUITE 100/1190**
**HONOLULU, HI. 96816**
Server's address

Additional information regarding attempted service, etc: