IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | CIVIL NO.  1:20-CV-00489 LEK-KJM (Other Civil Action) |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this date, a copy of the foregoing

document was served electronically through CM/ECF on the following:

ELIZABETH JUBIN FUJIWARA
JOSEPH T. ROSENBAUM
Fujiwara and Rosenbaum, LLLC
1100 Alakea Street, 20th Floor, Suite B
Honolulu, Hawaii 96813

Attorney for Plaintiff

DATED:  Honolulu, Hawaiʻi, December 15, 2020.

<div style="margin-left:45%">

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Amanda M. Jones*

AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

</div>