CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES        8854-0
MICHAEL R. SOON FAH     11156-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  ajones@cades.com
        msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>      Plaintiff,<br><br>  v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>      Defendant. | CIVIL NO.  1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT L3HARRIS TECHNOLOGIES, INC.;**<br><br>**CERTIFICATE OF SERVICE** |

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT L3HARRIS TECHNOLOGIES, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant L3HARRIS TECHNOLOGIES, INC. states that it has no parent corporation and no publicly held corporation that owns 10 percent or more of its stock.

DATED:  Honolulu, Hawaiʻi, December 15, 2020.

        CADES SCHUTTE
        A Limited Liability Law Partnership


        */s/ Amanda M. Jones*
        AMANDA M. JONES
        MICHAEL R. SOON FAH
        Attorneys for Defendant
        L3HARRIS TECHNOLOGIES, INC.