IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>      Plaintiff,<br><br>  v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>      Defendant. | CIVIL NO.  1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, a copy of the foregoing document was served electronically through CM/ECF on the following:

    ELIZABETH JUBIN FUJIWARA
    JOSEPH T. ROSENBAUM
    Fujiwara and Rosenbaum, LLLC
    1100 Alakea Street, 20th Floor, Suite B
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff

DATED:  Honolulu, Hawai'i, December 15, 2020.

                    CADES SCHUTTE
                    A Limited Liability Law Partnership

                    */s/ Amanda M. Jones*
                    AMANDA M. JONES
                    MICHAEL R. SOON FAH
                    Attorneys for Defendant
                    L3HARRIS TECHNOLOGIES, INC.