FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) JOINT REPORT OF THE PARTIES' |
| vs. | ) PLANNING MEETING PURSUANT |
| | ) TO FED. R. CIV. P. 26(f) |
| L3HARRIS TECHNOLOGIES, INC.; | ) |
| JOHN DOES 1-10; JANE DOES 1-10; | ) |
| DOE CORPORATIONS 1-10; DOE | ) Scheduling Conference: |
| PARTNERSHIPS 1-10; DOE | ) Date:  January 11, 2021 |
| UNINCORPORATED | ) Time:  9:30 a.m. |
| ORGANIZATIONS | ) Before:  Magistrate Kenneth J. |
| 1-10; and DOE GOVERNMENTAL | ) Mansfield |
| AGENCIES 1-10, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## JOINT REPORT OF THE PARTIES' PLANNING MEETING PURSUANT TO FED. R. CIV. P. 26(f)

COMES NOW Plaintiff PRESTON LEE, by and through his counsel, Joseph T. Rosenbaum and Elizabeth Jubin Fujiwara, and Defendant L3HARRIS TECHNOLOGIES, INC. by and through its undersigned counsel, Amanda M. Jones, respectfully and jointly submit the following Report of the Parties' Planning Meeting, pursuant to Fed. R. Civ. P. 26(f):

1. Joseph T. Rosenbaum, Esq., for Plaintiff, and Amanda M. Jones, for Defendant, participated in a Rule 26(f) conference on December 21, 2020.

2. Initial Disclosures. The parties shall exchange their initial disclosures on or before January 11, 2021 pursuant to Rule 26(a)(1) and by agreement.

3. Discovery Plan. The parties agree that discovery will be needed on issues going to liability and damages. The parties propose this discovery plan:

    a. Disclosure or discovery of electronic stored information (ESI) should be handled as follows: electronic format, but each party reserves the right to seek inspection of original data files in the possession, custody or control of the other party on a case-by-case basis.

    b. The parties have agreed that it is not necessary to privilege-log the case files of counsel of record.

   c. The parties agreed to enter into a stipulated protective order ("SPO") regarding, amongst other things, medical and VA records. The SPO will provide for the return of any inadvertently produced privileged and confidential materials.

   d. The parties agreed to consider appropriate stipulations regarding the authenticity of documents.

   e. Limits on methods of discovery and depositions shall be as provided in the Federal Rules of Civil Procedure.

   f. Dates for exchanging reports of expert witnesses shall be in accordance with the Rule 16 scheduling order to be issued.

   g. Dates for supplementation under Rule 26(e) shall be in accordance with the Rule 16 scheduling order to be issued and the applicable rule.

  4. Other Items: The parties discussed the possibility of promptly settling or resolving the case, including ADR options, including, without limitation, the option of participating in the court's mediation program. The parties are prepared to consider this matter further and discuss options at the scheduling conference.

DATED: Honolulu, Hawai'i, December 22, 2020.

        Amanda M. Jones
        AMANDA M. JONES
        MICHAEL R. SOON FAH
        Attorneys for Defendant
        L3HARRIS TECHNOLOGIES, INC.

        /s/ Joseph T. Rosenbaum

JOSEPH T. ROSENBAUM
ELIZABETH JUBIN FUJIWARA
Attorneys for Plaintiff
PRESTON LEE