FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
COLBY LEWIS – *pro hac vice*
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>          Plaintiff,<br><br>    vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br>          Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>)<br>) PLAINTIFF'S SCHEDULING<br>) CONFERENCE STATEMENT<br>) PURSUANT TO L.R. 16.2 (b);<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>) Scheduling Conference:<br>) Date:  January 11, 2021<br>) Time:  9:30 a.m.<br>) Before:  Magistrate Kenneth J.<br>) Mansfield<br>)<br>)<br>)<br>) |

PLAINTIFF'S SCHEDULING CONFERENCE STATEMENT
PURSUANT TO L.R. 16.2 (b)

COMES NOW Plaintiff PRESTON LEE [hereinafter referred to as "MR. GAL"], by and through his counsel, JOSEPH T. ROSENBAUM, submitting the following Scheduling Conference Statement pursuant to Local Rule 16.2 (b) of the Local Rules of Practice for the United States District Court for the District of Hawaii.

1. Nature of the Case

The basis of this case is, *inter alia*, employment discrimination under the Americans With Disabilities Act ["ADA"] and Hawaii Revised Statutes ["HRS"] Chapter 378 Part I, Discriminatory Practices .

2. Statement of Jurisdiction

Jurisdiction is proper pursuant to 28 U.S.C. §§ 1331 as there is a federal question in this matter.

3. Jury Trial

MR. LEE has demanded a jury trial.

3. Appropriateness, Extent and Timing of Disclosures

Per the applicable rule and by agreement, the Parties will make their initial disclosures by January 11, 2021.

4. Discovery Completed, In Progress and Pending; Motions Pending

No discovery has been conducted thus far.

5. <u>Appropriateness of Special Procedures or Other Matters</u>

MR. LEE does not believe that any special procedures are indicated at this time.

6. <u>Related Cases</u>

None.

DATED: Honolulu, Hawaii, January 4, 2021.

/s/ Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM
Attorney for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing document was duly served via EM/ECF on January 4, 2021 to the following:

AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

DATED: Honolulu, Hawaii, January 4, 2021.

FUJIWARA AND ROSENBAUM, LLLC

By /s/ Joseph T. Rosenbaum

4

5

                                                JOSEPH T. ROSENBAUM  
                                                Attorney for Plaintiff  
                                                PRESTON LEE