CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES          8854-0
MICHAEL R. SOON FAH     11156-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  ajones@cades.com
          msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>            Plaintiff,<br><br>     v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>            Defendants. | CIVIL NO.  1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br><br>Scheduling Conference:<br>Date:     January 11, 2021<br>Time:    9:30 a.m.<br>Judge:   Honorable Kenneth J. Mansfield |

**DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S
SCHEDULING CONFERENCE STATEMENT**

Pursuant to Local Rule 16.2(b), Defendant L3Harris Technologies, Inc. ("**L3Harris**"), by and through its attorneys, Cades Schutte LLP, submits the following scheduling conference statement.

I. **STATEMENT OF THE CASE**

This is an employment case filed by Plaintiff Preston Lee ("**Plaintiff**") against his former employer, L3Harris. Plaintiff's Complaint in this case contains three counts: (1) disability discrimination under the Americans with Disabilities Act ("**ADA**"); (2) retaliation under the ADA; and (3) a claim under the Hawaii Whistleblower Protection Act ("**HWPA**").

Plaintiff's claims appear to be premised on his assertion that he was discriminated against based on a disability (Post-Traumatic Stress Disorder) and retaliated against, although the alleged protected activity he purports to have engaged in is unclear. L3Harris has denied Plaintiff's allegations and maintains that there were legitimate, non-discriminatory reasons for the disciplinary action imposed on Plaintiff based on his aggressive outburst directed at a co-worker, and for the termination of Plaintiff's employment when it became apparent Plaintiff could not safely return to the workplace. Plaintiff also is not a qualified individual with a disability.

**II.   JURISDICTION AND VENUE**

The Court has jurisdiction under 28 U.S.C. § 1331 (federal question jurisdiction) because Plaintiff's complaint asserts federal claims against L3Harris, specifically, Plaintiff asserts claims under the Americans with Disabilities Act. The court has supplemental jurisdiction over Plaintiff's HWPA claim under 28 U.S.C. § 1367.  Venue is proper because Plaintiff's claims arise out of his employment in Hawaii with L3Harris.

**III.   JURY DEMAND**

Plaintiff has demanded a jury trial.

**IV.   APPROPRIATENESS, EXTENT AND TIMING OF DISCLOSURES**

The parties have agreed to exchange their initial disclosures on January 11, 2021, as set forth in the Joint-Report of the Parties Planning Meeting Pursuant to Fed. R Civ. P. 26(f), filed December 22, 2020.

**V.   DISCOVERY COMPLETED, DISCOVERY IN PROGRESS, MOTIONS PENDING**

No discovery has been completed and none is in progress at this time. There are no pending motions.

**VI.   SPECIAL PROCEDURES**

No special procedures are being requested at this time, except that consolidation should be considered, as discussed below in the section on Related Cases.

As noted in the parties' Joint-Report of the Parties Planning Meeting, it is anticipated that a stipulated protective order will be needed in this case. The parties will prepare an order for the court's review and approval.

## VII. RELATED CASES

Subsequent to the filing of this case, Plaintiff filed a state court action against L3Harris in the Circuit Court of the Fifth Circuit, State of Hawaii containing virtually the same set of allegations as in this case. The complaint in the state court action was filed on December 3, 2020, and a First Amended Complaint ("**FAC**") was filed on December 16, 2020. Plaintiff's FAC in that case is substantially similar to the complaint filed in this case, except that the FAC asserts discrimination and retaliation claims under Haw. Rev. Stat. § 378-2, instead of the ADA.

On January 4, 2021, L3Harris removed the state court action to this court based on diversity jurisdiction. This second action should be consolidated with this present matter. Plaintiff's counsel has indicated that Plaintiff would not likely oppose consolidation.

## VIII. OTHER MATTERS

As noted in the parties' Joint Report, the parties have had some initial discussions about mediation and are planning to discuss this matter further with the court at the Scheduling Conference.

- 5 -

DATED: Honolulu, Hawaiʻi, January 4, 2021.

                                                CADES SCHUTTE
                                                A Limited Liability Law Partnership

                                                */s/ Amanda M. Jones*
                                                AMANDA M. JONES
                                                MICHAEL R. SOON FAH
                                                Attorneys for Defendant
                                                L3HARRIS TECHNOLOGIES, INC.