# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00489-LEK-KJM |
| CASE NAME: | Preston Lee v. L3Harris Technologies, Inc. |
| ATTY FOR PLA: | Joseph T. Rosenbaum |
| ATTY FOR DEFT: | Amanda M. Jones |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 01/11/2021 | TIME: | 9:27 - 9:35 |

COURT ACTION: EP:   TELEPHONIC RULE 16 SCHEDULING CONFERENCE hearing not held.

Discussion held.

Telephonic Rule 16 Scheduling Conference is continued to February 12, 2021 at 9:00 a.m. before Magistrate Judge Kenneth J. Mansfield.

In accordance with the United States District Court for the District of Hawaii's latest Temporary General Order Regarding District of Hawaii Response to COVID-19 Emergency and the Order Authorizing the Use of Telephonic and Video Hearings, due to the ongoing COVID-19 pandemic and public health emergency, including the anticipated long term need to maintain certain social distancing and other measures intended to protect the public, court employees, and counsel from being exposed to the COVID-19 virus, while at the same time regulating civil matters in a manner consistent with equity and fairness, the hearing will be held telephonically. Parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Dial in number is 1-877-848-7030
Access Code is 2123668

*Submitted by: Bernie Aurio, Courtroom Manager*