CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES          8854-0
MICHAEL R. SOON FAH     11156-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  ajones@cades.com
            msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>          Plaintiff,<br><br>     v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>          Defendant. | CIVIL NO.  1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**STIPULATION REGARDING AMENDMENT OF THE COMPLAINT AND DISMISSAL OF THE SECOND LAWSUIT; EXHIBIT A; ORDER**<br><br><br><br>No Trial Date Set |

## STIPULATION REGARDING AMENDMENT OF THE COMPLAINT AND DISMISSAL OF THE SECOND LAWSUIT

WHEREAS, Plaintiff PRESTON LEE ("**Lee**") filed his Complaint in the above-captioned action on November 13, 2020;

WHEREAS, Defendant L3Harris Technologies, Inc. ("**L3Harris**") filed its Answer to the Complaint on December 15, 2020;

WHEREAS, after filing this action, Lee filed a second lawsuit against L3Harris in the Circuit Court of the Fifth Circuit, State of Hawaii, which L3Harris removed to this court, and which is identified by Case Number 1:21-cv-00006 DKW-RT (the "**Second Lawsuit**");

WHEREAS, Lee desires to amend his Complaint in this case to incorporate the claims in the Second Lawsuit, and then dismiss the Second Lawsuit;

WHEREAS, Lee has proposed to amend his Complaint in this case as shown in Exhibit A hereto, which identifies his proposed changes to his Complaint;

IT IS HEREBY STIPULATED, by and between Lee and L3Harris, by and through their respective counsel, that: (1) Lee may file a First Amended Complaint in this Action in the form attached hereto as Exhibit A (with formatting identifying changes removed), and shall file the First Amended Complaint no later than five business days after entry of this Stipulation; (2) L3Harris shall have 20 days after the filing of the First Amended Complaint in which to respond to the First Amended

Complaint; and (3) Lee shall promptly dismiss the Second Lawsuit with prejudice after the First Amended Complaint is filed in this case.

DATED:  Honolulu, Hawaiʻi, February 11, 2021.

FUJIWARA & ROSENBAUM, LLLC

*/s/ Joseph T. Rosenbaum*
ELIZABETH JUBIN FUJIWARA, ESQ.
JOSEPH T. ROSENBAUM, ESQ.
Attorneys for Plaintiff
PRESTON LEE

DATED:  Honolulu, Hawaiʻi, February 11, 2021.

CADES SCHUTTE
A Limited Liability Law Partnership

*/s/ Amanda M. Jones*
AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

---

*Preston Lee v. L3Harris Technologies, Inc.*; Civil No. 1:20-CV-00489 LEK-KJM; United States District Court for the District of Hawaii; STIPULATION REGARDING AMENDMENT OF THE COMPLAINT AND DISMISSAL OF THE SECOND LAWSUIT