# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00489-LEK-KJM |
| CASE NAME: | Preston Lee v. L3Harris Technologies, Inc. |
| ATTY FOR PLA: | Joseph T. Rosenbaum |
| ATTY FOR DEFT: | Amanda M. Jones |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 02/12/2021 | TIME: | 8:58 - 9:06 |

COURT ACTION:   EP:   RULE 16 SCHEDULING CONFERENCE hearing held. Dates given. Court to prepare Scheduling Order.

1. **Jury trial on February 28, 2022 at 9:00 a.m. before LEK**
2. Final Pretrial Conference on January 18, 2022 at 9:45 a.m. before KJM via telephone
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by January 11, 2022
5. File motions to Join/Add Parties/Amend Pleadings by July 30, 2021
6. File other Non-Dispositive Motions by December 1, 2021
7. File Dispositive Motions by September 29, 2021
8a. File Motions in Limine by February 8, 2022
8b. File opposition memo to a Motion in Limine by February 15, 2022
11a. Plaintiff's Expert Witness Disclosures by August 30, 2021
11b. Defendant's Expert Witness Disclosures by September 29, 2021
12. **Discovery deadline December 30, 2021**
13. Settlement Conference set for November 17, 2021 at 10:00 a.m. before KJM by Video Tele-Conference (VTC)
14. Settlement Conference statements by November 10, 2021
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by February 15, 2022
21. File Final witness list by February 8, 2022
24. Exchange Exhibit and Demonstrative aids by February 1, 2022
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by February 8, 2022

26. By February 15, 2022 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.
27. The original set of exhibits (in individual file folders, exhibits marked, file folders labeled) and two copies (in binders, exhibits marked and tabbed) and a list of all exhibits shall be submitted to the Court the Thursday before trial.
28a. File Deposition Excerpt Designations by February 8, 2022
28b. File Deposition Counter Designations and Objections by February 15, 2022
29. File Trial Brief by February 15, 2022
30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: Early Settlement Conference set for April 22, 2021 at 10:00 a.m. before KJM by Video Tele-Conference (VTC). Settlement Conference statements by April 15, 2021.

Due to the uncertainty of the ongoing pandemic and to minimize traffic into the Courthouse, at this time, hard copies of any settlement conference statements need not be delivered to the Clerk's Office. Instead, parties are to submit their confidential settlement statements via email to mansfield_orders@hid.uscourts.gov.

The Courtroom Manager will be sending out a separate email providing counsel detailed instructions regarding Settlement Conferences Video Tele-Conference (VTC) access prior to the conference date.

Until further notice, all other hearings before Magistrate Judge Kenneth J. Mansfield, parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

Dial in number is 1-877-848-7030
Access Code is 2123668


*Submitted by: Bernie Aurio, Courtroom Manager*




1:20-CV-00489-LEK-KJM;
Preston Lee v. L3Harris Technologies, Inc.;
Rule 16 Scheduling Conference Minutes
02/12/2021