CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES         8854-0
MICHAEL R. SOON FAH     11156-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  ajones@cades.com
        msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PRESTON LEE,<br><br>          Plaintiff,<br><br>     v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>          Defendant. | CIVIL NO.  1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**NOTICE OF APPEARANCE OF MICHAEL R. SOON FAH AS COUNSEL FOR DEFENDANT L3HARRIS TECHNOLOGIES, INC.**<br><br>**CERTIFICATE OF SERVICE** |

## NOTICE OF APPEARANCE OF MICHAEL R. SOON FAH AS COUNSEL FOR DEFENDANT L3HARRIS TECHNOLOGIES, INC.

Michael R. Soon Fah of the law firm of Cades Schutte, A Limited Liability Law Partnership, hereby enters his appearance as counsel for Defendant L3HARRIS TECHNOLOGIES, INC. in the above captioned-matter, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case also be given to and served upon Mr. Soon Fah.

DATED: Honolulu, Hawai'i, February 16, 2021.

*/s/ Michael R. Soon Fah*
AMANDA M. JONES
MICHAEL R. SOON FAH

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PRESTON LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>        Defendant. | CIVIL NO. 1:20-cv-00489-LEK-KJM<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, a copy of the foregoing document was served electronically through CM/ECF on the following:

    ELIZABETH JUBIN FUJIWARA
    JOSEPH T. ROSENBAUM
    Fujiwara and Rosenbaum, LLLC
    1100 Alakea Street, 20th Floor, Suite B
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff

DATED:  Honolulu, Hawaiʻi, February 16, 2021.

           */s/ Michael R. Soon Fah*
           AMANDA M. JONES
           MICHAEL R. SOON FAH

           Attorneys for Defendant
           L3HARRIS TECHONOLOGIES, INC.