IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>      Plaintiff,<br><br>   v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>      Defendant. | CIVIL NO.  1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, a copy of the foregoing document was served electronically through CM/ECF on the following:

> ELIZABETH JUBIN FUJIWARA
> JOSEPH T. ROSENBAUM
> Fujiwara and Rosenbaum, LLLC
> 1100 Alakea Street, 20th Floor, Suite B
> Honolulu, Hawaii 96813
>
> Attorney for Plaintiff

DATED:  Honolulu, Hawai'i, March 3, 2021.

                                      CADES SCHUTTE
                                      A Limited Liability Law Partnership

                                      */s/ Amanda M. Jones*
                                      AMANDA M. JONES
                                      MICHAEL R. SOON FAH
                                      Attorneys for Defendant
                                      L3HARRIS TECHNOLOGIES, INC.