CADES SCHUTTE LLP
A Limited Liability Law Partnership

AMANDA M. JONES          8854-0
MICHAEL R. SOON FAH      11156-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:    ajones@cades.com
          msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>   Plaintiff,<br><br>v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNICORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMNENTAL AGENCIES 1-10.<br><br>   Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; EXHIBIT A; CERTIFICATE OF SERVICE**<br><br><br>**[Re: Custodian of Records for Department of Veterans Affairs]** |

## DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES

TO: Elizabeth J. Fujiwara
Joseph T. Rosenbaum
Fujiwara and Rosenbaum, LLLC
1100 Alakea Street, 20th Floor, Suite B
Honolulu, HI 96813

Attorney for Plaintiff

PLEASE TAKE NOTICE that pursuant to Rules 31 and 45 of the Federal Rules of Civil Procedure, Defendant L3HARRIS TECHNOLOGIES, INC. ("L3HARRIS") will take the deposition upon written interrogatories and any duly served cross, redirect, and re-cross interrogatories, of the following individual at the date, time and place indicated below:

| Deponent<br>Name and Address | Deposition<br>Date and Time |
|---|---|
| Custodian of Records for Department of Veterans Affairs<br>VA Pacific Islands Health Care System<br>459 Patterson Road 136D<br>Honolulu, Hawaii 96720 | March 29, 2021<br>10:00 a.m. |

The deposition upon written interrogatories shall be taken pursuant to the Federal Rules of Civil Procedure before a notary public duly authorized by law to administer oaths at the offices of Ralph Rosenberg Court Reporters, 1001 Bishop Street, Suite 2460, American Savings Bank Tower, Honolulu, HI 96813 [Telephone: (808) 524-2090]. A list of the written interrogatories to be answered

is included in the subpoena attached hereto and made a part hereof as Exhibit A. The deponent will be required to produce at deposition the documents, electronically stored information, and objects enumerated in the subpoena attached as Exhibit A.

DATED: Honolulu, Hawai'i, March 9, 2021.

CADES SCHUTTE LLP
A Limited Liability Law Partnership

*/s/ Michael R. Soon Fah*
AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.
