IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>       Plaintiff,<br><br>v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNICORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMNENTAL AGENCIES 1-10.<br><br>       Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, a copy of the foregoing document was served electronically through CM/ECF on the following:

      ELIZABETH JUBIN FUJIWARA
      JOSEPH T. ROSENBAUM
      Fujiwara and Rosenbaum, LLLC
      1100 Alakea Street, 20th Floor, Suite B
      Honolulu, Hawaii 96813

      Attorneys for Plaintiff

DATED: Honolulu, Hawai'i, March 9, 2021.

        CADES SCHUTTE LLP
        A Limited Liability Law Partnership

        */s/ Michael R. Soon Fah*
        AMANDA M. JONES
        MICHAEL R. SOON FAH
        Attorneys for Defendant
        L3HARRIS TECHNOLOGIES, INC.