FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I hereby certify that on today's date two copies of PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT L3HARRIS TECHNOLOGIES, INC. were duly served via hand-delivery to

the following:
  AMANDA M. JONES
  MICHAEL R. SOON FAH
  1000 Bishop Street, Ste. 1200
  Honolulu, HI 96813
  Attorneys for Defendant
  L3HARRIS TECHNOLOGIES, INC.

      DATED:  Honolulu, Hawaii, March 12, 2021.

                FUJIWARA AND ROSENBAUM, LLLC

                By /s/ Joseph T. Rosenbaum
                   JOSEPH T. ROSENBAUM
                   Attorney for Plaintiff
                   PRESTON LEE