CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES          8854-0
MICHAEL R. SOON FAH    11156-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  ajones@cades.com
            msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>            Plaintiff,<br><br>    v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>            Defendant. | CIVIL NO.  1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, DATED MARCH 12, 2021, DATED APRIL 12, 2021] |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, a copy of DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, DATED MARCH 12, 2021, DATED APRIL 12, 2021, was served by email on the following:

>ELIZABETH JUBIN FUJIWARA
>JOSEPH T. ROSENBAUM
>Fujiwara and Rosenbaum, LLLC
>1100 Alakea Street, 20th Floor, Suite B
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiff

DATED: Honolulu, Hawai'i, April 12, 2021.

>CADES SCHUTTE
>A Limited Liability Law Partnership
>
>*/s/ Amanda M. Jones*
>AMANDA M. JONES
>MICHAEL R. SOON FAH
>Attorneys for Defendant
>L3HARRIS TECHNOLOGIES, INC.