# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00489-LEK-KJM |
| CASE NAME: | Preston Lee v. L3Harris Technologies, Inc. |
| ATTY FOR PLA: | Joseph T. Rosenbaum |
| ATTYS FOR DEFT: | Amanda M. Jones<br>Michael Raymond Soon Fah |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 04/22/2021 | TIME: | 10:00 - 10:30 |

COURT ACTION:  EP:   EARLY SETTLEMENT CONFERENCE

The Court met with the parties. Settlement discussions held.

No settlement reached at this time.

Further discussions on call.

*Submitted by: Bernie Aurio, Courtroom Manager*