CADES SCHUTTE LLP
A Limited Liability Law Partnership

AMANDA M. JONES          8854-0
MICHAEL R. SOON FAH      11156-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:   ajones@cades.com
         msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNICORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMNENTAL AGENCIES 1-10.<br><br>　　　　　Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES RE: CUSTODIAN OF RECORDS FOR HAWAII PACIFIC HEALTH - KAUAI MEDICAL CLINIC, DATED APRIL 27, 2021] |

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date, a true and correct copy of DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES RE: CUSTODIAN OF RECORDS FOR HAWAII PACIFIC HEALTH - KAUAI MEDICAL CLINIC, DATED APRIL 27, 2021, was served via hand-delivery on the following:

> ELIZABETH JUBIN FUJIWARA
> JOSEPH T. ROSENBAUM
> Fujiwara and Rosenbaum, LLLC
> 1100 Alakea Street, 20th Floor, Suite B
> Honolulu, Hawaii 96813
>
> Attorneys for Plaintiff

DATED: Honolulu, Hawai'i, April 27, 2021.

> CADES SCHUTTE LLP
> A Limited Liability Law Partnership
>
> */s/ Amanda M. Jones*
> AMANDA M. JONES
> MICHAEL R. SOON FAH
> Attorneys for Defendant
> L3HARRIS TECHNOLOGIES, INC.

ImanageDB:5957489.1