CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES            8854-0
MICHAEL R. SOON FAH     11156-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  ajones@cades.com
            msoonfah@cades.com

Attorneys for Defendants
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>    Defendant. | CIVIL NO.  1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PRESTON LEE, DATED APRIL 30, 2021] |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, an original and one (1) copy of DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PRESTON LEE, DATED APRIL 30, 2021 was served via hand delivery and email to the following parties:

>ELIZABETH JUBIN FUJIWARA
>elizabeth@hawaii-adr.com
>JOSEPH T. ROSENBAUM
>jtr@frlawhi.com
>Fujiwara and Rosenbaum, LLLC
>1100 Alakea Street, 20th Floor, Suite B
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiff

DATED:  Honolulu, Hawaiʻi, April 30, 2021.

>CADES SCHUTTE
>A Limited Liability Law Partnership
>
>
>*/s/ Michael R. Soon Fah*
>AMANDA M. JONES
>MICHAEL R. SOON FAH
>Attorneys for Defendant
>L3HARRIS TECHNOLOGIES, INC.