CADES SCHUTTE LLP
A Limited Liability Law Partnership

AMANDA M. JONES        8854-0
MICHAEL R. SOON FAH    11156-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:   ajones@cades.com
           msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>      Plaintiff,<br><br>  v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNICORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMNENTAL AGENCIES 1-10.<br><br>      Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING VIDEO RECORDED DEPOSITION UPON ORAL EXAMINATION, DATED MAY 7, 2021 (Deponent: Preston Lee)] |

## CERTIFICATE OF SERVICE

The undersigned certifies that on this date, a true and correct copy of DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING VIDEO RECORDED DEPOSITION UPON ORAL EXAMINATION, DATED MAY 7, 2021 (Deponent: Preston Lee), was served via hand-delivery on the following:

ELIZABETH JUBIN FUJIWARA
JOSEPH T. ROSENBAUM
Fujiwara and Rosenbaum, LLLC
1100 Alakea Street, 20th Floor, Suite B
Honolulu, Hawaii 96813

Attorneys for Plaintiff

DATED: Honolulu, Hawai'i, May 7, 2021.

CADES SCHUTTE LLP
A Limited Liability Law Partnership

*/s/ Amanda M. Jones*
AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.