FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
|---|---|
| Plaintiff, | ) (Other Civil Action) ) |
| vs. | ) CERTIFICATE OF SERVICE ) ) |
| L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

CERTIFICATE OF SERVICE

I hereby certify that on today's date a copy of PLAINTIFF'S RESPONSE TO DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PRESTON LEE was duly served via hand-delivery to the following:

AMANDA M. JONES
MICHAEL R. SOON FAH
1000 Bishop Street, Ste. 1200
Honolulu, HI 96813
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

DATED: Honolulu, Hawaii, June 10, 2021.

FUJIWARA AND ROSENBAUM, LLLC

By /s/ Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM
Attorney for Plaintiff
PRESTON LEE