FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | ) |
| | ) |
| Defendants. | ) |

CERTIFICATE OF SERVICE

I hereby certify that on today's date a copy of PLAINTIFF PRESTON LEE'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL

ACTION, issued to the State of Hawai'i, Department of Labor and Industrial Relations- Employment Security Appeals Referees' Office, was duly served via hand-delivery to the following:

AMANDA M. JONES
MICHAEL R. SOON FAH
1000 Bishop Street, Ste. 1200
Honolulu, HI 96813
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

DATED: Honolulu, Hawaii, August 2, 2021.

FUJIWARA AND ROSENBAUM, LLLC

By /s/ Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM
Attorney for Plaintiff
PRESTON LEE