AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 20-00489 LEK-KJM

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Joseph Rosenbaum

on *(date)* 08/02/2021.

☑ I served the subpoena by delivering a copy to the named person as follows: to ESARO at email dlir.esaro@hawaii.gov based on the direction of ESARO for servicing subpoenas during the pandemic

on *(date)* 08/02/2021 ; or

☐ I returned the subpoena unexecuted because: 

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 43.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/02/2021

Server's signature

Nikki Repercio

Printed name and title

Alakea Corporate twr.
1100 Alakea St. FL 20 ste B.
Honolulu, Hi 96813

Server's address

Additional information regarding attempted service, etc.: