ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) |
| vs. | ) PLAINTIFF'S AMENDED |
| | ) INITIAL DISCLOSURES |
| L3HARRIS TECHNOLOGIES, INC.; | ) PURSUANT TO FED. R. CIV. P. |
| JOHN DOES 1-10; JANE DOES 1-10; | ) 26(A)(1); CERTIFICATE OF |
| DOE CORPORATIONS 1-10; DOE | ) SERVICE |
| PARTNERSHIPS 1-10; DOE | ) |
| UNINCORPORATED | ) |
| ORGANIZATIONS | ) Scheduling Conference: |
| 1-10; and DOE GOVERNMENTAL | ) Date:  January 11, 2021 |
| AGENCIES 1-10, | ) Time:  9:30 a.m. |
| | ) Before:  Magistrate Kenneth J. |
| | ) Mansfield |
| Defendants. | ) |
| | ) |
| | ) |

PLAINTIFF'S AMENDED INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(A)(1)

Plaintiff PRESTON LEE [hereinafter referred to as "Plaintiff"], by and

through his attorney, Joseph T. Rosenbaum, respectfully submits the

following amended disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

**I.     INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION**

Plaintiff identifies the following individuals who are likely to have discoverable information that he may use to support his claims, other than solely for impeachment:

1. Plaintiff PRESTON LEE
   c/o Fujiwara and Rosenbaum, LLLC
   1100 Alakea St., 20th Fl. Ste B
   Honolulu, Hawaii 96813
   808-203-5436
   The expected subjects of Plaintiff's discoverable information include, but are not limited to, the tortuous conduct he experienced, his medical and economic damages, pain and suffering and emotional distress.

2. Plaintiff's Wife- Jackie Lee
   c/o Fujiwara and Rosenbaum, LLLC
   1100 Alakea St., 20th Fl. Ste B
   Honolulu, Hawaii 96813
   808-203-5436
   The expected subjects of Plaintiff's discoverable information include, but are not limited to, the tortuous conduct he experienced, his medical and economic damages, pain and suffering and emotional distress.

3. Michael K.F. Young
   7769 Iwipolena Rd.
   PO Box 1158
   Kekaha, HI 96752
   808-639-1855
   The expected subjects of Plaintiff's discoverable information include, but are not limited to, the tortuous conduct he experienced, his medical and economic damages, pain and suffering and emotional distress.

4. David Shimogawa
   c/o L3HARRIS TECHNOLOGIES, INC.
   1025 W Nasa Blvd., MS A-12a
   Melbourne, Fl 32904
   (321) 727-9100
   The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

5. Billy Wordmeier
   c/o L3HARRIS TECHNOLOGIES, INC.
   1025 W Nasa Blvd., MS A-12a
   Melbourne, Fl 32904
   (321) 727-9100
   The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

6. Dwyle Lee
   c/o L3HARRIS TECHNOLOGIES, INC.
   1025 W Nasa Blvd., MS A-12a
   Melbourne, Fl 32904
   (321) 727-9100
   The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

7. Galen Alvarez
   c/o L3HARRIS TECHNOLOGIES, INC.
   1025 W Nasa Blvd., MS A-12a
   Melbourne, Fl 32904
   (321) 727-9100
   The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

8. Ross West
   c/o L3HARRIS TECHNOLOGIES, INC.
   1025 W Nasa Blvd., MS A-12a

Melbourne, Fl 32904
(321) 727-9100
The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

9. Sean Igne
c/o L3HARRIS TECHNOLOGIES, INC.
1025 W Nasa Blvd., MS A-12a
Melbourne, Fl 32904
(321) 727-9100
The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

10. Mark Vagas
c/o L3HARRIS TECHNOLOGIES, INC.
1025 W Nasa Blvd., MS A-12a
Melbourne, Fl 32904
(321) 727-9100
The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

11. Julie Broyles
c/o L3HARRIS TECHNOLOGIES, INC.
1025 W Nasa Blvd., MS A-12a
Melbourne, Fl 32904
(321) 727-9100
The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

12. Jasmine Apo
c/o L3HARRIS TECHNOLOGIES, INC.
1025 W Nasa Blvd., MS A-12a
Melbourne, Fl 32904
(321) 727-9100
The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff

experienced.

13. Tony Pereira
    c/o L3HARRIS TECHNOLOGIES, INC.
    1025 W Nasa Blvd., MS A-12a
    Melbourne, Fl 32904
    (321) 727-9100
    The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

14. Jimmy Costales
    c/o L3HARRIS TECHNOLOGIES, INC.
    1025 W Nasa Blvd., MS A-12a
    Melbourne, Fl 32904
    (321) 727-9100
    The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

15. Rodney Martin
    c/o L3HARRIS TECHNOLOGIES, INC.
    1025 W Nasa Blvd., MS A-12a
    Melbourne, Fl 32904
    (321) 727-9100
    The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

16. Gilbert Castro
    4586C I'o Rd
    Kekaha, HI 96752
    (808) 639-4713
    The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

17. Scott Taylor
    c/o Ke Aki Technologies, LLC
    1600 Kapiolani Blvd Ste 530,

Honolulu, HI 96814
(808) 944-3885
The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

18. David Hasapene
5057 Moi Rd
Hanapepe, HI 96716
(808) 635-4137
The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

19. Thomas Williamson, M.D.– primary care doctor
4382 Waialo Rd,
Eleele, HI, 96705
(808) 335-0499
The expected subjects of witnesses' discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced and his resultant injuries and damages.

20. Duane Seabolt, JD, MBA, CPA/CFF/ABV, CFE – economist
4382 Waialo Rd,
Eleele, HI, 96705
(808) 335-0499
The expected subjects of witnesses' discoverable information include, but are not limited to, Plaintiff's economic damages.

1. Plaintiff additionally identifies all named Defendants in this matter as persons/entities who may have discoverable evidence.

2. Plaintiff additionally identifies all people named in Plaintiff's Second Amended Complaint and any of Plaintiff's Answers to Defendants Interrogatories.

6

   3. Plaintiff reserves the right to name additional witnesses whose identities become known through further discovery.

   4. Plaintiff reserves the right to identify expert witnesses and custodians of record whose identities become known through further discovery and/or trial preparation.

   5. Plaintiff reserves the right to name any witnesses identified by Defendants in their Corporate/Initial Disclosure or supplements thereto.

**II.** **DOCUMENTS AND THINGS IN THE POSSESSION, CUSTODY, OR CONTROL OF PLAINTIFF**

   Plaintiff will make available for inspection, in accordance with applicable rules, non-privileged documents in his present possession, custody or control that may be used by Plaintiff (other than solely for impeachment purposes) to support his contentions with respect to significant factual issues in the case.

**III.** **COMPUTATION OF ANY CATEGORY OF DAMAGES CLAIMED BY PLAINTIFF**

**Estimate of Current and Future Lost Wages**: See report of Duane Seabolt already disclosed.

**Emotional Distress and Loss of Enjoyment of Life**: $2.2 million.

**Punitive Damages:** more than $5.0 million to be requested from the

jury.

Plaintiff reserves the right to increase damages as they accumulate.

Plaintiff will make available for inspection, in accordance with applicable rules, non-privileged documents in his present possession, custody or control that may be used by Plaintiff (other than solely for impeachment purposes) to support his contents with respect to the computation of damages in the case.

## IV.	INSURANCE AGREEMENT

Plaintiff is presently unaware of insurance coverage for this matter.

DATED: Honolulu, Hawaii, September 7, 2021.

>	/s/ Joseph T. Rosenbaum
>	JOSEPH T. ROSENBAUM
>	Attorney for Plaintiff
>	PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | ) ) ) ) ) ) ) ) ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that one copy of the foregoing document was duly

served via EM/ECF on September 7, 2021 to the following:

AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

DATED:  Honolulu, Hawaii, September 7, 2021.

FUJIWARA AND ROSENBAUM, LLLC

By /s/ Joseph T. Rosenbaum

9

                        JOSEPH T. ROSENBAUM  
                        Attorney for Plaintiff  
                        PRESTON LEE