CADES SCHUTTE LLP
A Limited Liability Law Partnership

AMANDA M. JONES            8854-0
MICHAEL R. SOON FAH    11156-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:   ajones@cades.com
             msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PRESTON LEE,<br><br>           Plaintiff,<br><br>      v.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNICORPORATED<br>ORGANIZATIONS 1-10; and DOE<br>GOVERNMNENTAL AGENCIES 1-<br>10.<br><br>           Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>**[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION AND SUPBOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS, DATED SEPTEMBER 8, 2021 (Deponent: Gilbert Castro)]** |
|---|---|

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this date, a true and correct copy of DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION AND SUPBOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS, DATED SEPTEMBER 8, 2021 (Deponent: Gilbert Castro), was served via hand-delivery on the following:

>ELIZABETH J. FUJIWARA
>JOSEPH T. ROSENBAUM
>Fujiwara and Rosenbaum, LLLC
>1100 Alakea Street, 20th Floor, Suite B
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiff

DATED: Honolulu, Hawai'i, September 8, 2021.

>CADES SCHUTTE LLP
>A Limited Liability Law Partnership
>
>*/s/ Amanda M. Jones*
>AMANDA M. JONES
>MICHAEL R. SOON FAH
>Attorneys for Defendant
>L3HARRIS TECHNOLOGIES, INC.