CADES SCHUTTE LLP
A Limited Liability Law Partnership

AMANDA M. JONES          8854-0
MICHAEL R. SOON FAH      11156-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:   ajones@cades.com
         msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PRESTON LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNICORPORATED<br>ORGANIZATIONS 1-10; and DOE<br>GOVERNMNENTAL AGENCIES 1-10.<br><br>        Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SUBMISSION OF PROOF OF SERVICE RE: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, DATED SEPTEMBER 8, 2021, SERVED ON DAVID HESAPENE;**<br><br>**EXHIBIT A**<br><br>[Served: September 10, 2021] |
|---|---|

**DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S
SUBMISSION OF PROOF OF SERVICE RE: SUBPOENA TO
TESTIFY AT A DEPOSITION IN A CIVIL ACTION, DATED
SEPTEMBER 8, 2021, SERVED ON DAVID HESAPENE**

Defendant L3Harris Technologies, Inc. submits the attached Proof of Service regarding the Subpoena to Testify at a Deposition in a Civil Action, dated September 8, 2021 and served upon David Hesapene on September 10, 2021. The Proof of Service is attached hereto as Exhibit "A".

DATED: Honolulu, Hawai'i, September 15, 2021.

    CADES SCHUTTE LLP
    A Limited Liability Law Partnership

    */s/ Amanda M. Jones*
    AMANDA M. JONES
    MICHAEL R. SOON FAH
    Attorneys for Defendant
    L3HARRIS TECHNOLOGIES, INC.