Civil Action No. 1:20-CV-00489 LEK-KJM

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* **David Hesqpene**
was received by me on *(date)* **09/09/2021**

☒ I served the subpoena by delivering a copy to the named individual as follows: **David Hesqpene, at 4454 Nuhou St, Lihue, HI 96766 at 1:00 PM**
on *(date)* **9/10/2021**; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ **40.00**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9/10/2021**

_____
Server's signature

**Amy Biloch / Civil Process Server**
Printed name and title

**PO Box 1346, Kilauea, HI 96754**
Server's address

Additional information regarding attempted service, etc:

*P Dan WK*
Acknowledgement of service

**EXHIBIT A**