AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 1:20-CV-00489 LEK-KJM

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* **Gilbert Castro** was received by me on *(date)* **09/09/2021**.

☑ I served the subpoena by delivering a copy to the named individual as follows: **Gilbert Castro at 4422 Kukui Grove St, Lihue, HI 96746 at 12:38 PM** on *(date)* **9/10/2021**; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ **40.00**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **9/10/2021**

*Server's signature*

**Amy Biloich / Civil Process Server**
*Printed name and title*

**PO Box 1346, Kilauea HI 96754**
*Server's address*

Additional information regarding attempted service, etc:

*Acknowledgement of Service*

**EXHIBIT A**