CADES SCHUTTE LLP
A Limited Liability Law Partnership

AMANDA M. JONES        8854-0
MICHAEL R. SOON FAH    11156-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:  ajones@cades.com
        msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNICORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMNENTAL AGENCIES 1-10.<br><br>　　　　Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SUBMISSION OF PROOF OF SERVICE RE: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, DATED SEPTEMBER 8, 2021, SERVED ON MARK VEGAS;**<br><br>**EXHIBIT A**<br><br>[Served: September 18, 2021] |

## DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SUBMISSION OF PROOF OF SERVICE RE: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, DATED SEPTEMBER 8, 2021, SERVED ON MARK VEGAS

Defendant L3Harris Technologies, Inc. submits the attached Proof of Service regarding the Subpoena to Testify at a Deposition in a Civil Action, dated September 8, 2021 and served upon Mark Vegas on September 18, 2021. The Proof of Service is attached hereto as Exhibit "A".

DATED: Honolulu, Hawai'i, September 20, 2021.

                                                CADES SCHUTTE LLP
                                                A Limited Liability Law Partnership

                                                */s/ Amanda M. Jones*
                                                AMANDA M. JONES
                                                MICHAEL R. SOON FAH
                                                Attorneys for Defendant
                                                L3HARRIS TECHNOLOGIES, INC.