Civil Action No. 1:20-CV-00489 LEK-KJM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This subpoena for *(name of individual and title, if any)* __Mark Vegas__
was received by me on *(date)* __09/09/2021__.

☐ I served the subpoena by delivering a copy to the named individual as follows: __Mark Vegas__
__at 02-3687 Kaumualii Hwy, Lawai, HI 96765, at__ ~~#~~ __is 2:45pm__
on *(date)* __9/18/2021__; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __40.00__ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: __9/19/2021__

_[signature]_
*Server's signature*

__Amy Bilach / Civil Process Server__
*Printed name and title*

__PO Box 1346, Kilauea, HI 96754__
*Server's address*

Additional information regarding attempted service, etc:

X __[signature] Mark Vegas__
__Acknowledgement of Service__

**EXHIBIT A**