IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS 1-10; and DOE<br>GOVERNMENTAL AGENCIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF COMPLIANCE**<br>**WITH WORD LIMIT** |

### CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

I hereby certify that the foregoing Memorandum in Opposition contains 6,166 words, exclusive of the case caption, table of contents, table of authorities, exhibits, declaration, and certificates of service, based on the word count provided by Microsoft Word, which is the word-processing system used to produce the document.

1

DATED: Honolulu, Hawai'i, September 29, 2021.

                                            CADES SCHUTTE
                                            A Limited Liability Law Partnership

                                            */s/ Amanda M. Jones*
                                            AMANDA M. JONES
                                            MICHAEL R. SOON FAH
                                            Attorneys for Defendant
                                            L3HARRIS TECHNOLOGIES, INC.