IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>    Plaintiff,<br><br>v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>    Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served electronically upon the following parties at their last known e-mail addresses via CM/ECF:

    ELIZABETH JUBIN FUJIWARA
    elizabeth@hawaii-adr.com
    JOSEPH T. ROSENBAUM
    jtr@frlawhi.com
    Fujiwara and Rosenbaum, LLLC
    1100 Alakea Street, 20th Floor, Suite B
    Honolulu, Hawaii 96813
    Attorneys for Plaintiff

DATED: Honolulu, Hawai'i, September 29, 2021.

                                  CADES SCHUTTE
                                  A Limited Liability Law Partnership

                                */s/ Amanda M. Jones*
                                AMANDA M. JONES
                                MICHAEL R. SOON FAH
                                Attorneys for Defendant
                                L3HARRIS TECHNOLOGIES, INC.