IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>    Plaintiff,<br><br>v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>    Defendant. | CIVIL NO.  1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**DECLARATION OF AMANDA M. JONES** |

## **DECLARATION OF AMANDA M. JONES**

I, Amanda M. Jones, hereby declare as follows:

1. I am an attorney with Cades Schutte LLP, attorneys for L3Harris Technologies, Inc. ("**L3Harris**") in the above-captioned action. I make this Declaration based on personal knowledge of the matters set forth herein. The records attached to this Declaration are maintained by my firm in the ordinary course of business as part of the firm's representation of L3Harris.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff Preston Lee's First Amended Complaint filed herein on February 11, 2021.

3. Attached hereto as Exhibit B is a true and correct copy of the court reporter's certificate, witness correction sheet, and excerpts from the transcript of Plaintiff Preston Lee's deposition, which I conducted in this case on June 25, 2021.

4. Attached hereto as Exhibit C is a true and correct copy of the examination portion of the Deposition of Uilani Matavao Upon Written Interrogatories dated March 30, 2021 by which Ms. Matavao authenticated the records she produced as Custodian of Records of the Department of Veteran Affairs ("**VA**") to Ralph Rosenberg Court Reporters in response to L3Harris' Notice of Taking Deposition Upon Written Interrogatories dated March 10, 2021 and the subpoena duces tecum issued in this case (the "**VA Produced Records**"). The documents attached as Exhibits D through I come from the VA Produced Records.

5. Attached hereto as Exhibit D is a true and correct copy of pages 232 to 236 of the VA Produced Records which contains the Department of Veteran Affairs' February 7, 2019 decision awarding Plaintiff a 100% VA disability rating.

6. Attached hereto as Exhibit E is a true and correct copy of pages 332-338 of the VA Produced Records which contains the Department of Veteran Affairs' letter to Plaintiff dated February 12, 2019.

7. Attached hereto as Exhibit F is a true and correct copy of pages 590 to 594 of the VA Produced Records which contains Plaintiff's Application for

Disability Compensation and Related Compensation Benefits submitted to the VA dated May 10, 2017.

8. Attached hereto as Exhibit G is a true and correct copy of pages 595 to 600 of the VA Produced Records which contains Plaintiff's Statement in Support of Claim dated September 26, 2017, and Plaintiff's General Release for Medical Provider Information to the Department of Veterans Affairs attached thereto.

9. Attached hereto as Exhibit H is a true and correct copy of pages 1011 to 1026 of the VA Produced Records which contains Plaintiff's Statement in Support of Claim dated March 25, 2018, Plaintiff's Notice of Disagreement dated March 25, 2018, and Plaintiff's medical records attached thereto.

10. Attached hereto as Exhibit I is a true and correct copy of pages 1032 to 1041 of the VA Produced Records which contains Plaintiff's evaluation dated April 30, 2018.

11. Attached hereto as Exhibit J is a true and correct copy of the General Objections, Plaintiff's responses to Interrogatories Nos. 1, 5, and 14, and the verification page for Plaintiff's Response to Defendant L3Harris Technologies, Inc.'s First Request for Answers to Interrogatories to Plaintiff Preston Lee dated June 10, 2021.

12. Attached hereto as Exhibit K is a true and correct copy of Plaintiff's

Claim for Workers' Compensation Benefits filed with the State of Hawaii Department of Labor and Industrial Relations on December 20, 2019, which was marked as Exhibit 4 in Plaintiff's deposition dated June 25, 2021. Plaintiff authenticated this document in his deposition. *See* Ex. B at 76:25-77:9.

13. Attached hereto as Exhibit L is a true and correct copy of the Charge of Discrimination that Plaintiff filed with the Hawaii Civil Rights Commission on February 27, 2020, which was marked as Exhibit 14 in Plaintiff's deposition dated June 25, 2021. Plaintiff authenticated this document in his deposition. *See* Ex. B at 182:18-183:4.

14. Attached hereto as Exhibit M is a true and correct copy of the Pre-Complaint Questionnaire that Plaintiff filed with the Hawaii Civil Rights Commission on December 12, 2020, which was marked as Exhibit 15 in Plaintiff's deposition dated June 25, 2021. Plaintiff authenticated this document in his deposition. *See* Ex. B at 189:17-190:2.

15. Attached hereto as Exhibit BB is a true and correct copy of the court reporter's certificate, deposition exhibits 2, 3, and 4, and excerpts from the transcript of Gilbert Castro's deposition, which I conducted in this case on September 22, 2021.

16. Attached hereto as Exhibit CC is a true and correct copy of the court reporter's certificate, deposition exhibits 3 and 4, and excerpts from the transcript

of David Hesapene's deposition, which I conducted in this case on September 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, September 29, 2021.

>*/s/ Amanda M. Jones*
>AMANDA M. JONES