IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>      Plaintiff,<br><br>    v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>      Defendant. | CIVIL NO. 1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**DECLARATION OF LINDSAY HAEN** |

## DECLARATION OF LINDSAY HAEN

I, Lindsay Haen, hereby declare as follows:

1. I am the Director, Human Resources of the Mission Networks Division at L3Harris Technologies, Inc. ("**L3Harris**"). I make this Declaration based on personal knowledge of the matters set forth herein.

2. As the Director, Human Resources, I have access to and am responsible for the maintenance of employment records for current and former employees at L3Harris, which records include documents and files relating to former L3Harris employee Preston Lee.

3. Based on my review of files and records relating to the documents attached hereto, and unless otherwise noted, copies of each of the attached documents have been maintained by L3Harris in the ordinary course of business since they were created or received, except that any exhibit stickers and Bates numbers contained on these documents were added after they were produced in connection with this litigation.

4. Attached hereto as Exhibit N is a true and correct copy of a complaint letter from Sean Igne and originally addressed to Rodney Martin dated November 6, 2019, which was sent to human resources. Records reflect that statements were obtained from other employees regarding the incident referenced in Mr. Igne's letter. Attached hereto as Exhibits O, P, Q, and R, are true and correct copies of the statements obtained from Preston Lee, David Hesapene, Mark Vegas, and Gilbert Castro, respectively, all dated November 7, 2019, which were sent to human resources.

5. Attached hereto as Exhibit S is a true and correct copy of the Disciplinary Warning issued to Preston Lee dated November 18, 2019, which is maintained in Mr. Lee's personnel file maintained by human resources.

6. Attached hereto as Exhibits T and U are true and correct copies of doctors' notes for Mr. Lee that were received by the human resources department and have been maintained since that time in separate confidential files relating to

Mr. Lee.

7.  Attached hereto as Exhibit X are true and correct copies of L3Harris' Workplace Threats and Violence corporate policies effective as of January 2, 2016, and as of January 1, 2020. The historical employment policies of L3Harris are maintained by the human resources department.

8.  Attached hereto as Exhibit Y is a true and correct copy of L3Harris' Code of Conduct, which is also maintained by the human resources department.

9.  Attached hereto as Exhibit Z is a true and correct copy of report by Dr. Peter Bianchi's Independent Psychological Evaluation dated February 4, 2020 pertaining to Mr. Lee, which has been maintained by the human resources department in a separate confidential file since it was received by the human resources department.

10. Attached hereto as Exhibit AA is a true and correct copy a letter from Dr. Bianchi's letter dated April 7, 2020 pertaining to Mr. Lee, which has been maintained by the human resources department in a separate confidential file since it was received by the human resources department.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: <u>Melbourne, Florida</u>, September <u>29</u>, 2021.
[city, state]

<u>Lindsay Haen</u>
LINDSAY HAEN