# FILED UNDER SEAL:

VA Decision

# EXHIBIT "D"