# FILED UNDER SEAL:

VA Letter

# EXHIBIT "E"