# FILED UNDER SEAL:

VA Application

# EXHIBIT "F"