# FILED UNDER SEAL:

Statement in Support

# EXHIBIT "G"