# FILED UNDER SEAL:

Notice of Disagreement

# EXHIBIT "H"