# FILED UNDER SEAL:

Evaluation

# EXHIBIT "I"