FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) PLAINTIFF'S RESPONSE TO |
| vs. | ) DEFENDANT L3HARRIS |
| | ) TECHNOLOGIES, INC.'S FIRST |
| L3HARRIS TECHNOLOGIES, INC.; | ) REQUEST FOR ANSWERS TO |
| JOHN DOES 1-10; JANE DOES 1-10; | ) INTERROGATORIES TO |
| DOE CORPORATIONS 1-10; DOE | ) PLAINTIFF PRESTON LEE |
| PARTNERSHIPS 1-10; DOE | ) |
| UNINCORPORATED | ) |
| ORGANIZATIONS | ) |
| 1-10; and DOE GOVERNMENTAL | ) |
| AGENCIES 1-10, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

PLAINTIFF'S RESPONSE TO DEFENDANT L3HARRIS TECHNOLOGIES,
INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO
PLAINTIFF PRESTON LEE

Comes now Plaintiff PRESTON LEE by and through his attorneys,
Elizabeth Jubin Fujiwara and Joseph T. Rosenbaum of the Fujiwara and
Rosenbaum, LLLC and does hereby respond and object as follows to
Defendant L3Harris Technologies, Inc.'s First Request for Answers to

**EXHIBIT J**

Interrogatories to Plaintiff Preston Lee ("Request"):

I.   GENERAL RESPONSES AND OBJECTIONS TO FIRST REQUEST FOR ANSWERS TO INTERROGATORIES

The following general responses and objections to the Request are incorporated by reference into each and every specific response and objection contained herein:

1.   Plaintiff objects to the Request to the extent that it may be deemed or construed to call for information protected from disclosure by the attorney-client privilege, the doctrine of attorney work product rule or other applicable privileges, immunity, rule or law ("Privileged Information"). Plaintiff will not produce Privileged Information, and any undertaking by Plaintiff to produce information or documents should be understood to exclude Privileged Information. The inadvertent disclosure of any Privileged Information should not be construed to constitute a waiver of any relevant privilege or immunity.

2.   Plaintiff objects to the Request on the ground that it is vague and ambiguous, and seeks information that is not relevant to the subject matter of this litigation, or reasonably calculated to lead to discovery of admissible evidence.

3.   Plaintiff objects to the Request on the ground that it is overly broad and unduly burdensome.

4.   Plaintiff objects to the Request insofar as the Request seeks to impose requirements that exceed the requirements of the Federal Rules of Civil Procedure.

5.   Plaintiff objects to the Request to the extent that it requests information not relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

6.   Any response by Plaintiff does not constitute a waiver of any objection stated herein. Furthermore, no objection, limitation, or lack thereof, made in these responses and objections shall be deemed to constitute an admission by Plaintiff or a waiver of Plaintiff's right to supplement these responses or objections to any request for interrogatory.

7.   Plaintiff objects to the Request because it exceeds the number of permissible interrogatories (without leave of court) under Rule 33 of the Federal Rules of Civil Procedure.

DATED:  Honolulu, Hawaii, June 10, 2021.

/s/ Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM

II.   SPECIFIC ANSWERS AND OBJECTIONS

### INTERROGATORY NO. 1

Please state your full name and the name of each person who

participated or assisted in the preparation of responses to these interrogatories. (Do not

identify anyone who simply typed or reproduced the responses.)

Answer:

Myself, Preston Lee, and my attorney Joseph T. Rosenbaum

### INTERROGATORY NO. 2

Please provide your educational history starting with high school. As

to each school or training program you attended, please provide:

      a.    the name of the educational institution or training program;

      b.    whether you graduated and if not, the last grade or level completed;

      c.    the dates of attendance; and

      d.    any degree or certificate received.

Answer:

Mililani High School 1977-1981- Graduated with Diploma

### INTERROGATORY NO. 3

Identify the name and address of any person or entity with whom you sought work or

employment during the period from November 2019 to the present.

Answer:      I am on unemployment now.
I called local painting companies- Callahan Painting- not hiring
                        Ho'omana Painting – not hiring

–3–

GEK Autobody and Painting – not hiring

## INTERROGATORY NO. 4

For each person or entity that you identified in response to the previous interrogatory, state:

      a.    The person you submitted your application to or sought employment or work from;

      b.    The position(s) you applied for;

      c.    The date(s) you applied for each identified position;

      d.    Whether you were offered a position; and

      e.    Whether you accepted the position(s) (if applicable).

<u>Answer:</u>    No one is hiring that I inquired with, so I could not apply.

## INTERROGATORY NO. 5

Identify all your sources of income for the period of January 1, 2019 to the present. [For purposes of this request, "income" means money or other value received, including but not limited to compensation for services as an employee or contractor, wages, salaries, bonuses, tips, fees, commissions, benefits, business income, interest, rents, royalties, dividends, annuities, pensions, insurance proceeds and government benefits (including veterans and disability benefits and unemployment). For purposes of this request, "identify" means to provide the name of the individual or entity that provided the income and the amount of income you received from each source.]

<u>Answer:</u>

c/o Ke Aki Technologies, LLC
1600 Kapiolani Blvd Ste 530,
Honolulu, HI 96814
(808) 944-3885
The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

18. David Hesapene
c/o Ke Aki Technologies, LLC
1600 Kapiolani Blvd Ste 530,
Honolulu, HI 96814
(808) 944-3885
The expected subjects of witness's discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced.

19. ███████████████████████████████
████████████████████████████████████
████████████████████████████████████
The expected subjects of witnesses' discoverable information include, but are not limited to, the tortuous conduct Plaintiff experienced and his resultant injuries and damages.

## INTERROGATORY NO. 14

Please identify any complaints you made of discrimination you made regarding your employment at L3Harris. For purposes of this request, "identify" means to provide (a) the date the complaint was made; (b) the names of the persons to whom you complained; (c) a brief description of who and what you complained about; and (d) the manner in which the complaint was conveyed (i.e. in person conversation, email, phone call, written complaint, etc.).

Answer: I made a complaint of discrimination to the EEOC/HCRC on or about February 27, 2020. I complained about the disability discrimination and harassment I was experiencing related to my PTSD disability. See my Charge of Discrimination with the

HCRC that will be produced. I believe I mailed the complaint into the HCRC.

I made a complaint of discrimination to the EEOC/HCRC on or about December 2, 2020. I complained about the disability discrimination and retaliation for my wrongful termination. See my Charge of Discrimination with the HCRC that will be produced. I believe my lawyer mailed the complaint into the HCRC.

INTERROGATORY NO. 15

Please state (1) the total monetary amount of all disability benefits that you have received from the Department of Veteran Affairs ("VA"); (2) each month and year that you have received disability benefits from the VA; and (3) the monetary amounts of such benefits that you received for each month specified in part (2) above.

Answer:

Plaintiff objects to the Request that it is not relevant to the subject matter of this litigation, or reasonably calculated to lead to discovery of admissible evidence.

DATED: Honolulu, Hawaii, June 10, 2021.

/s/ Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM

## VERIFICATION

STATE OF HAWAII

COUNTY OF _Honolulu_

PRESTON LEE, being first duly sworn on oath, deposes and says that the answers to the foregoing interrogatories are true to the best of his knowledge and belief.

_PRESTON LEE_

Subscribed and sworn to before me this

_24_ day of, 2021.                                         6·24·2021

Name: _Velda K. Lee_

Notary Public, State of Hawaii

My commission expires: VELDA K. LEE
Notary Public, State of Hawaii
My Commission Expires: 0/19/2024

_____

Printed Name of Notaw

---

NOTARY CERTIFICATION STATEMENT

Document Identification or Description: _Plaintiff respons_
_to defense IsHarris Technologie Inc 1st regt fr-ason to Interrogatores._

Doc. Date: _6·24·2021_ or C] Undated at time of notarization.

No. of Pages: _14_ Jurisdiction: _First_ Circuit
(in which notarial act is performed)

Signature of Notmy                    Date of Notarization and
                                       Certification Statement

_June 24, 2021_                                       (Official Stamp or
                                                       Seal)

Printed Name of Notaty   VELDA K. LEE
Notary Public, State of Hawaii
My Commission Expires: 0/19/2024