# FILED UNDER SEAL:

Workers Compensation Claim

# EXHIBIT "K"