EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>21083<br>486-2020-00221 |
|---|---|---|

Hawai'i Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Preston T. Lee | Home Phone (Incl. Area Code)<br>(808) 635-0164 | Date of Birth<br>1963 |
|---|---|---|

Street Address: P.O. Box 1240, Kekaha, HI 96752

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>L3 HARRIS | No. Employees, Members<br>201 - 500 | Phone No. (Include Area Code)<br>(808) 335-4024 |
|---|---|---|

Street Address: PMRF Barking Sands, Kekaha, HI 96752

**EXHIBIT 14**
Preston Lee - 6/25/21

DISCRIMINATION BASED ON *(Check appropriate box(es).)*: [X] RETALIATION [X] DISABILITY

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-01-2019   Latest: 02-06-2020
[X] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I was hired on March 20, 1994 to work on the Flight Line. At the time ITT was in charge of the contract. Respondent has since taken over that contract. My current position is Painter.

Respondent is aware of my disability.

Since my diagnosis in February 2019, I have been subjected to repeated harassment and discipline by Respondent. For example, Lead Sean Igue has informed the company that he is afraid to work with me because of my condition. Mr. Igue has also asked me why I just do not retire.

Additionally, Rigging Shop Lead Mark Vegas has gone to the Union and told them that I should not be working there because I have PTSD. Mr. Vegas has helped Mr. Igue to write letters against me, which have been turned in to Respondent.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

02/23/2020 — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

EEOC HLO
SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* FEB 27 2020

RECEIVED

69

**EXHIBIT L**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>21083<br>486-2020-00221 |
|---|---|---|

Hawai'i Civil Rights Commission _____ and EEOC
*State or local Agency, if any*

In March 2019, I was called in to Human Resources by Human Resources Director Julie Broyles and Human Resources Representative Jasmine Apo. I was told that they were aware of my condition, and they asked if I wanted to hurt myself, hurt others, and if I want to kill someone when I get angry. When I asked who disclosed my disability, I was told that it was none of my business.

In November 2019, a co-worker was written up by Safety for not wearing protective gear. I was not spoken to about this matter. However, Mr. Igue directed me after lunch to put on pants, which I complied with. I did ask how he could tell me to wear pants when he was wearing shorts. Later on that day we engaged in a verbal altercation over this matter.

Facilities Maintenance Supervisor Rodney Martin spoke to me days later and indicated that I had been written by Safety, which was not true. I inquired with Human Resources about Mr. Igue and told them that I was always being written up, and that Mr. Igue should be investigating for stealing gas every Tuesday and Thursday.

On November 21, 2019, I was placed on a medical leave of absence.

On December 13, 2019, my Project Manager called me at home and demanded I turned in my CAC card and security badge. On December 16, 2019, I turned it in to the Secretary.

On February 6, 2010, I underwent a psychological examination, which was mandated by Respondent.

I believe that I have been discriminated against due to my disability and retaliation, in violation of the Americans with Disabilities Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>02/23/2020     *[signature]*<br>Date    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |