**EXHIBIT M**

EEOC No.: 37B-2021-00046

# Pre-Complaint Questionnaire – Employment

Hawai'i Civil Rights Commission
830 Punchbowl Street, Room 411, Honolulu, HI 96813
TEL: (808) 586-8636, FAX: (808) 586-8655, TDD: (808) 586-8692      86795

**Directions:** Please fill this out completely. We'll use the information to see if we have jurisdiction to draft a discrimination complaint and to investigate it. Include any paperwork that shows discrimination occurred. Read the closing statement at the end, and sign and date it. Mail or drop off at the above address. An investigator will contact you for an intake interview.

Date: 11 / 17 / 2020

## 1. Information about you:

Name: LEE (Last)   Preston (First)   T (Middle Initial(s))

Address: 4628 A (Number/Street)   KEKAHA (City)   HI   96752 (Zip Code)

1 808 635 0164 1

Home Phone ____   Cell Phone ____   Work Phone ____

Email Address: ____   Age* and Date of Birth: 57  11/02/196_

Race or Ancestry*: HAWAIIAN JAPANESE   Sex*: M

Person to contact if we can't reach you:

Jackie Lee wife (Name and Relationship)   SAME (Address)   808 635 407_ (Phone No.)

## 2. Information about the employer:

Name: L3 HARRIS TECHNOLOGIES INC

Address: ____ (Number/Street)   ____ (City)   ____ (Zip Code)

Island: ____ O'ahu   X Kaua'i   ____ Maui   ____ Hawai'i   ____ Moloka'i   ____ Lana'i

Telephone: 335 4242   Number of Employees: 450

Date Hired: 1994   Pay/Salary: 32.00

Job Title: PAInter

*Used for statistical purposes only
Revised: September 2015

**EXHIBIT 15**

Preston Lee - 6/25/21

3. **Check type of discrimination:**

___ Race
___ Color
_✓_ Ancestry (includes national origin)
___ Age
___ Religion
___ Credit History or Report
___ Arrest & Court Record
___ Breast Feeding

___ Sex (includes gender identity & pregnancy)
___ Sexual Orientation
___ Marital Status
_✓_ Retaliation (opposed discrimination)
___ National Guard Obligation
___ Child Support Garnishment
___ Domestic/Sexual Violence Victim Status
_✓_ Disability: _PTSD_

4. **Check act of discrimination:**

_✓_ Fired/Discharged
___ Laid Off
___ Not Hired
_✓_ Harassed

___ Sexually Harassed
___ Denied Promotion
___ Refused Accommodation
___ Other: _____

5. **Date of the last act of discrimination:** _June 22 2020_
   (Statute of limitations is 180 days)

6. **Name and job title of the person who discriminated against you:**
   _SEAN LONE / L3Harris Management._

7. **What reason did the person give to you for the discrimination?**
   _PTSD_

8. **How did you learn about the Civil Rights Commission?**
   _e.eoc_

9. **Did you file a complaint with the Federal EEOC about this?**   _✓_ YES   ___ NO

10. **Do you have an attorney representing you in this matter?**   _✓_ YES   ___ NO

    _Joseph T Rosenbaum_                    _808 203 5436_
           Name                              Phone No.
                                            _808 393 4643_

2

62

**Directions:** Provide a summary of the discrimination with the name of the person who treated you this way. Use a separate sheet of paper if needed.

| Date | Describe the discrimination |
|------|------------------------------|
| 2/22/2000 → | I filed my charge of discrimination for disability discrimination |
| 6/22,2020 → | After being on stress leave related to my disability I was terminated based on a false claim |

3

| Date | Describe the discrimination (continued) |
|------|------------------------------------------|
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |
|      |                                          |

**Closing Statement:** I declare under penalty of perjury the foregoing is true and correct.

_____   **11/20/2020**
          **Signature**                                    _____
                                                                      **Date**

4