SEAN D. IGNE
P.O. Box 696
Eleele, Hawaii 96705
Mobile Phone: 808-635-4386
Email: scigne0696@gmail.com

November 6, 2019

L3Harris Technologies, Inc.
P.O .Box 399
Waimea, HI 96796
Attn: Mr. Rodney A. Martin (rodney.a.martin.ctr@navy.mil)

Dear Rod,

This letter is being sent to inform you of the incident that occurred today Wednesday, November 6, 2019 with my subordinate Preston Lee (P3 Painter).

It was brought to my attention that yesterday, November 5, 2019. The Government Safety Person, Kathleen approached Gilbert Castro (P3 Painter), while on the job at building 358. She asked him who is the person (Preston Lee) water blasting with the green shorts? She advised him that he shouldn't be wearing shorts to water blast. Gilbert relayed the message to me and Preston, that Kathleen advised him that he shouldn't be using shorts while water blasting.

Today, November 6, 2019 while Preston and Gilbert continued to water blast building 358, David Hesapene (P3 Painter) and I went to assist them with preparation of the building.

As we approached the building with my work vehicle, I noticed that Preston had shorts on. I honked the horn because he was unable to hear me while he was water blasting.

I then stepped out of the truck and signaled a motion to him placing my hands from my hip to my shoe, asking him where is your long pants?  He stared at me, and then later put on his rain pants then continued on water blasting.

# EXHIBIT N

During the end of the day today, while I was in the office doing my timecard. Preston opened the door and started yelling at me, from now on your better use long pants and steel toed shoes! If not I'm going to f___ing (explicit language) turn you in! I said why are you yelling? No, you better use your steel toed shoes and long pants or I going turn you in I telling you! He shut the office door between us, and I said why you going turn me in? He re-opened the door again, with his hands fisted and popped out chest towards me and said why! You turn me in before! I said you going turn me in? for what? He said F____ (explicit language) yeah for not using PPE.  That was the end of the conversation.

Gilbert Castro, David Hesapene & Mark Vegas overheard and witnessed everything that transpired in the office today.

On October 24, 2017, I also reported to you and Human Resources of another incident & outburst with Preston Lee claiming a Hostile work environment that caused me to feel stressed with unsafe working conditions. This was rectified with hand shack between us, no further actions were taking to protect my well being and safety.

Please accept this letter as notification of my refusal to work with my subordinate, Preston Lee (P3 Painter). I have been working for years in a very stressful, unsafe and hostile work environment. Preston has been all the following listed below:

- Argumentative and insulting behavior towards myself and other employees.
- Chooses to break the chain of command, refuses to take daily work orders directly from me, goes to our Supervisor for directions as well as provides job status updates.
- Distruptive workplace behavior that resists supervisory direction (As the lead painter, he complains time and time again when I give him any duties that he doesn't agree with.)
- For years we have worked together on jobs he doesn't talk to me only on the shop break table.
- Inability to control his anger
- Inappropriate & emotionally unstable behavior (Yelling and swearing) that impact the well being of our shop and disrupts the work conditions.

- Mistreatment to others and myself
- Retaliation for corrections actions for betterment of duties.
- Uses vulgar language daily, almost every sentence he says, explicit language is used.
- Verbal threats toward myself and other employees.

I feel that he continues to do all the items listed above, because he thinks, and I quote him "that I'm untouchable and no one can to anything to me because of my disabilities."

I've worked here for a very long time and have always been trained annually to know that this is a zero-tolerance Company.

I would like to kindly ask that these allegations be taken seriously, and it will be investigated accordingly. Allowing me to be comfortable and safe in my working environment again.

Thank you for your time,

*Sean D. Igne*

Sean D. Igne,
Lead Journeyman Painter


cc: Jasmine Apo, Human Resources  via email: jasmine.apo.ctr@navy.mil
    Julie Broyles, Human Resources  via email: julie.broyles.ctr@navy.mil
    Chlorie Igne, Spouse via email: chlorie_i@hotmail.com