To:     Rodney Martin

Date:   11/7/19

Subject: Incident Concerning Preston Lee and Sean Igne

On 11/16/19 at approximately 1230 hours I was pressuring washing the north wall of BS 358 when I heard my Lead, Sean Igne yelling at me to put my pants on. I stared at him as I couldn't figure out why he was asking me to put pants on when he himself was going to start working on painting the roof of the building with shorts and tennis shoes.

My co-worker Gilbert Castro had heard Sean initially blowing his truck horn when he first drove up and then heard what he was trying to tell me over the loud noise that the pressure washer was making so he brought my rain suit long pants over to me to put on. I continued working on pressure washing the building walls while thinking why do I have to long pants while he gets to wear shorts. I was pissed off about the way Sean treats me, never ask me for information but will always ask my co-worker even though I'm senior to my co-worker, he never makes me feel inclusive in the Paint Shop etc… and I just got madder as the went on.

When I got back to shop at the end of the day I went into the Paint Shop office and told Sean that "if I gotta wear pants then you gotta wear pants, if I gotta wear steel toe shoes then you gotta wear steel toe shoes." I was talking to him at a normal voice level, I was not yelling at him. Sean then yelled at me "why, you gone to turn me in?" and then that's when it started meaning that's when I started yelling and swearing at him and he yelling back at me. I told him what's fair is fair, if I gotta wear pants and steel toe shoes so do you. I admit I was mad and I yelled and swore at him many times in a loud disruptive manner which in reflection I should not have and I'm sorry for doing so. While I was yelling at Sean he yelled back at me "what you going turn me in?" He made me more angry when he yelled back and I retaliated with more verbal attacks on his behavior that day.

Preston Lee *[signature]* 11/07/19

**EXHIBIT 1**
Preston Lee - 6/25/21

**EXHIBIT O**

L3HARRIS-000463