To:     Rodney Martin

Date:   11/7/19

Subject: Incident Concerning Preston Lee and Sean Igne

On 11/6/19 my Lead, Sean Igne and I returned to BS 1111 to finish the exterior painting of that beach cottage and after lunch we went to BS 358 to join Preston Lee and Gilbert Castro in painting that building. We got there close to 1230 and pulled up along the north side of the building where Preston was pressure washing the wall.

As we pulled up on the lawn, Sean blew his horn a few times to get Preston's attention but he couldn't hear because the pressure washer and the water hitting the wall must have been too loud. Sean and I got out of the truck and he started walking over towards Preston. When he got close enough to not get sprayed with water bouncing back off the wall, he yelled out to Preston "put your pants on" while motioning with his hands from his waist to his legs to show he was talking about covering your legs. Preston turned around and just looked at Sean without saying anything. Gilbert overheard what was going on and since he was at the van that he and Preston work out of, he grabbed Preston's rain gear and brought over to him. Preston put the gear on and went back to pressure washing while Sean and I hauled the fall protection gear up on to the roof and got going with painting the roof.

At the end of the day when we got back to the shop I went into the Riggers office to enter my time into the company computer with Gilbert and Mark. It was around 1545 hours when and we heard Preston going off, yelling at Sean about why he had to wear long pants while Sean was working in short pants and tennis shoes. He told Sean that he better be wearing long pants the next day. Preston was swearing the F word at Sean and Sean yelled back in defense "why you going to turn me in, I just told you to put PPE on". I couldn't hear everything that was being said clearly but will say that Preston was extremely loud and angry and not acting in a civil manner.,

On the morning of 11/7/19 after arriving at BS 358 to continue painting the roof, Gilbert, Preston and I were on the north side of the building where we kept our gear overnight. Preston just walked up to me and started ranting "I don't care if I going to lose my job, I just going to punch Sean through his face". I told him "I thought you guys settled this years ago but I guess not". His face was full of sweat from his anger and he wiped it away and said "F___ Rod, F___ Sean, nobody can touch me, not Rod, not Sean or HR".

David Hesapene

*[signature: David Hesapene]*

11/7/19

**EXHIBIT P**

L3HARRIS-000470