To: Rodney Martin

Date: 11/7/19

Subject: Incident Concerning Preston Lee and Sean Igne

On 11/6/19 at approximately 1545 hours I was in my office which is on the north side of the partition wall from the Paint Shop office in the same building, BS 236 with Gilbert Castro and David Hesapene. We were waiting for each other to use the only timecard Kiosk computer that is shared between the two shops. Around the above time mentioned, we could all here Preston explode in anger with Sean about something to do with having to wear pants. His voice was very loud as he yelled and swore at Sean and seemed to get louder as he went on with his threatening attack saying to Sean that "he better be wearing pants tomorrow too."

There was such a flurry of words coming out of Preston's mouth that it was difficult to remember everything he was saying plus I was in another office with the door closed but I could still hear him yelling. Sean had to yell back at him in defense of the attack that was being made on him.

The next afternoon, 11/7/19, he was bragging in the shop out loud that Sean tried and he cannot touch me, Rodney cannot touch me and HR cannot touch me.

Mark Vegas

*Mark Vgs* 11/7/19

**EXHIBIT Q**

L3HARRIS-000469