To:     Rodney Martin

Date:   11/7/19

Subject: Incident Concerning Preston Lee and Sean Igne

I'm going to give you some background information that had a play in what happened between Preston Lee and Sean Igne at approximately 1545 hours on Wednesday, 11/6/19.

On 11/5/19, I was pressure washing the roof of BS 358 and Preston was pressure washing the walls when a NAVFAC Safety Inspector, Kathleen Lambrix, who is in charge of overseeing the safety of the NOVA project at Makaha Ridge was walking by BS 358 and saw me on the roof without fall protection gear on.

She asked me to come down and told me that even though the roof was flat I still need to have life lines strung across the roof and my fall protection gear on. I apologized and told her that I would comply. We talked in general about PPE and how important it was to wear it. She asked me if the guy pressure washing the walls in shorts (Preston) worked with me and I said yes. The only other thing she said to me before leaving was with her two fingers pointing at my eyes, "I'm going to be watching you".

At the end of the day I told my Lead, Sean Igne who was working on another job site that day, what had happened to me and what the Safety Inspector talked to me about and that I was sorry.

The next day, 11/6/19, Preston and I returned to BS 358 to continue pressure washing the walls of the building. Preston was on washing the north wall on the building and I had I was at our work van getting some gear out of it when I heard a horn blowing. Sean Igne and David Hesapene had arrived on site at approximately 1215 – 1230 hours to start working on painting the roof. He was trying to get Preston's attention but because the gas powered pressure washer was so loud he had walked to within 5' or so of Preston and yelled over the noise of the pressure washer "put on your pants" meaning put on your rain gear. Sean was motioning with his hands from his waist down to his ankles while he was trying to convey the message to Preston over the loud noise of the pressure washer. Preston looked at Sean and I, knowing that Sean wanted Preston to wear his rain gear because of the PPE discussion I had with the Safety inspector, even though she didn't actually day anything about it, wanted to be proactive, so I grabbed Preston's rain gear out of the van and walked over and gave it to him. Preston but his rain gear on and went back to pressure washing without incident. Sean and David grabbed all of the fall protection gear, set it up on the roof and started working on painting the roof without incident.

At the end of the day when we got back to the shop and were working on entering our timecard information into the Kiosk computer in the Antenna Riggers office which is on the other side of the partition wall from the our Paint shop office in the same building, I heard Preston yelling at Sean in an angry tone about why he had to wear long pants while Sean was working in short pants and if he, Preston was going to have to wear long pants then Sean better be wearing long pants the next day. I heard Preston swearing and Sean and Sean say something like "why you going to turn me in" but could

**EXHIBIT R**

L3HARRIS-000471

not hear all the details that were being said because I was in another room and the office door was closed. I could tell that Preston was very angry and was very loud.

Gilbert Castro

*[signature]*   11-7-19

NOV 8 2019

L3HARRIS-000472