

# DISCIPLINARY WARNING

*Depending on the nature and severity of the issue(s) addressed in this written warning, Harris may bypass or accelerate steps in the progressive discipline process at any time.*

| | | |
|---|---|---|
| **Date:** 11/13/19 | ☒ | **STEP 1:** First Written Warning *(Copy given to employee)* |
| **Date:** | ☐ | **STEP 2:** Final Written Warning *(Copy given to employee)* |

**Name/EID:** Preston Lee  **Job Title:** PW3 Painter
**Segment/Location:** PMRF  **Department:** Public Works

**Reason for Counseling:**

On 06 November 2019 at approximately 1545 hours you approached your shop lead person, in an unprofessional and inappropriate manner after you was asked, to put additional PPE while pressure washing the north side of building 338. These actions were disruptive and created a hostile work environment. Your behavior violated company policy 00-HR-08, section 2.2 Reasons for Disciplinary Action – Offenses or deficiencies which may result in disciplinary action to include, but not limited to:

- Violation of any company policy, established practice or the L3 Harris Code of Conduct
- Harassment of any kind

Failure to comply with L3 Harris Code of Conduct policies under the following conditions:

- Engage in a retaliatory behavior against others
- Making Ethical Decisions
- Maintaining a Safe and Healthy Workplace
- Workplace Free From Violence

**EXHIBIT 2**
Preston Lee - 6/25/21

**Corrective Action Required:**

Conduct yourself in a civil manner at all times, which includes speaking in a normal tone of voice without explicit language. Comply with company policies, rules and regulations. If you don't understand why you are being asked to do something, ask your lead person to clarify and go up the chain of command if you are not satisfied with the response.

Review company policy #00-HR-08, L3 Harris Code of Conduct manual and complete Respect in the Workplace training with Manu Kai's HR Manager.

**Follow-Up and Consequences:**

Repeated inappropriate conduct as described above will result in a Final Written Warning or possibly Termination depending of the severity of the situation.

Rodney Martin  *Rodney Martin*  11-18-19
**Supervisor Name (Print)**  **Supervisor Signature**  **Date**

Julie Broyles  *[signature]*  11/18/19
**HR Representative Name (Print)**  **HR Representative Signature**  **Date**

*[signature]*  11/18/2019
**Employee Signature ***  **Date Received**

*Employee suggested no Representative present.*

NOV 2019

[Original to Personnel File – Copy to Employee]

**EXHIBIT S**  L3HARRIS-000461

**Employee Comments:**

No comments

[Original to Personnel File – Copy to Employee]

L3HARRIS-000462