# FILED UNDER SEAL:

Doctor's Note

# EXHIBIT "T"

ImanageDB:5863634.1