# FILED UNDER SEAL:

Doctor's Note

# EXHIBIT "U"