|  |  |
|---|---|
| **From:** | "West, Ross W CTR (USA)" <ross.west.ctr@navy.mil> |
| **To:** | "Arnold, Amanda" <Amanda.Arnold@L3Harris.com>, "Kreider, Jay" <Jay.Kreider@L3Harris.com> |
| **Cc:** | "Broyles, Julie (Contractor)" <Julie.Broyles@L3Harris.com>, "Apo, Jasmine" <Jasmine.Apo@L3Harris.com> |
| **Subject:** | FW: Gasoline Inquiry |
| **Date:** | Wed, 11 Dec 2019 23:11:17 +0000 |
| **Importance:** | Normal |
| **Attachments:** | TAYLOR_INQUIRY_INTO_GASOLINE_THEFT.docx; MFR_--_TAYLOR_INTERVIEW_WITH_LEE.docx; STATEMENT_--_MARTIN.docx; STATEMENT_--_FUJITA.docx; STATEMENT_--_HESAPENE.docx; STATEMENT_--_CASTRO.docx; STATEMENT_--_IGNE.docx |

Jay / Amanda:

I received a call right from the NAVSUP SCO after the BOD Meeting regarding an anonymous report from a Manu Kai individual to the Navy HOT Line and PMRF Commanding Officer.  I told the SCO I would look into the issue once I returned from Orlando, FL.  As it turns out, we guessed the individual was Preston Lee based upon a recent disciplinary action against him.  The Navy has confirmed he was the accuser.  I asked Scott Taylor to conduct a formal inquiry based upon his 30+ years of military investigative experience and told PMRF of my intent to do so.

Attached is his report which has been shared with the PMRF Technical Director, NAVSUP SCO and PMRF XO.  I also requested a formal investigation to be conducted by the NCIS.  Due to the recent two active shooter events, many personnel are raising concerns about Preston Lee's stability.  Preston himself has openly told his co-workers that he has been diagnosed with PTSD and has had other issues.  Those concerns were addressed by HR in a confidential manner in the past, but I believe we need to elevate it concerns to a corporate level based upon the findings Scott presented.  Apparently the situation with Preston Lee's stability is deteriorating.

R,


Ross W. West
Program Manager
Manu Kai, LLC
O: 808-335-4298
C: 703-635-9878
ross.west.ctr@navy .mil
rwest@alakaina.com



**From:** West, Ross W CTR (USA)
**Sent:** Wednesday, December 11, 2019 12:58 PM
**To:** Moore, Judith L CIV NAVSUP, 7020 <judith.moore1@navy.mil>; Kay, Robert T, Civ, PMRF, N02-Technical Director <robert.t.kay@navy.mil>
**Subject:** FW: Gasoline Inquiry

Judith / Bob:

Attached are the findings from Manu Kai's formal inquiry into the alleged fuel theft.



**EXHIBIT V**

BLUF: The alleged incident seems to be from the 2007-2010 timeframe and there is not collaborating evidence to prove the theft occurred or to dis-prove the allegation. Several items have come to light:

1. There seems to be a motive of retaliation associated with the allegations.
2. Individuals have raised significant concerns with the mental health of the accuser.
3. The VLN ProKee system in use to monitor fuel usage has significant gaps with regards to accountability to fuel dispensing and usage.

Manu Kai is continuing to investigate how the VLN ProKee system might be enhanced to close the accountability loopholes and we are working with our Corporate HR/Legal department to determine what employment action can be taken regarding the mental health concerns of the accuser.

R,


Ross W. West
Program Manager
Manu Kai, LLC
O: 808-335-4298
C: 703-635-9878
ross.west.ctr@navy .mil
rwest@alakaina.com


---

**From:** Taylor, Stuart S CTR USN PMRF BARS HI (USA) <stuart.s.taylor.ctr@navy.mil>
**Sent:** Wednesday, December 11, 2019 11:36 AM
**To:** West, Ross W CTR (USA) <ross.west.ctr@navy.mil>
**Cc:** Broyles, Julie A CTR USN (USA) <julie.broyles.ctr@navy.mil>; Apo, Jasmine C CTR (USA) <jasmine.apo.ctr@navy.mil>
**Subject:** Gasoline Inquiry

Ross,

Please see attached inquiry as requested. I would consider this a draft, but I am in possession of all signed documents.

Scott

**Scott Taylor**
Manager, Security & Emergency Services
Manu Kai, LLC
PMRF, Barking Sands
Office:  335-4119
Email:  stuart.s.taylor.ctr@navy.mil

TO:  Ross West, Program Manager

FROM:  Scott Taylor, Inquiry Officer and SES Manager

SUBJECT:  Gasoline Theft Inquiry

On Monday, 9 Dec 19, I was appointed by Ross West as an Inquiry Officer to investigate the following allegation:  that Sean Igne, a Manu Kai Lead Painter, systematically stole gasoline from the MOGAS Station every Tuesday and Thursday for the last 12 years by pumping gasoline into his personal gas can.

Methodology:  after obtaining background information from Facilities Maintenance Supervisor Rod Martin, I decided on the following course of action:

- Conduct personal interviews with and obtain written statements from Preston Lee (painter, complainant), Rod Martin (supervisor), Guy Fujita (arresting gear mechanic), Gilbert Castro (painter), David Hesapene (painter), and Sean Igne (lead painter).
- Review fuel records from Manu Kai Supply

Findings:

- That Preston Lee maintained the truthfulness of his initial allegation but narrowed the timeframe in which he personally observed the theft by Sean Igne to 2007-2010.  He volunteered to take a polygraph, if offered.
- That gasoline usage records do not exist for the period 2007-2010 for the vehicle in question.
- That gasoline usage in the Paint Shop includes the permanent use of two 5-gallon gas cans for which there is no separate VIL Key, separate from the vehicle.  These cans are used to supply gas to the power washer and blower.
- That the Paint Shop gasoline cans are frequently not secured at the end of the workday, but left in the bed of the truck.
- That Manu Kai's gasoline accountability system has significant weaknesses.
- That the three witnesses whom Preston provided to corroborate his story – Guy Fujita, Gilbert Castro, and David Hesapene – all denied ever observing Sean Igne steal gas but all acknowledged that Preston Lee had told them about this theft several times over the last few years.
- That Sean Igne denied the allegation and volunteered to take a polygraph, if offered.
- That Preston Lee has serious psychological issues, to include anger management and low self-esteem, and has demonstrated a pattern of violent behavior.
- That severe friction has existed for several years between Preston Lee and his co-workers and supervisor that has led to an exceptionally hostile work environment.
- That Rodney Martin addressed this allegation immediately upon learning of it on 18 Nov 19, except that he never approached Sean Igne with the issue.

- That Preston Lee is likely the source of the government's complaint since he voluntarily told me that he reported the theft to the Navy Hotline and the PMRF Commander. I want to make clear that I did not ask him if he filed an anonymous complaint – he provided me this information without any prompt from me.

Conclusions:

- That using the low level of proof normally associated with an administrative inquiry – preponderance of the evidence (51%) -- there is insufficient evidence to support theft of gasoline by Sean Igne. There is no documentary evidence; there is no corroborating testimony; revenge is the clear motive for making the allegation; the complainant modified his initial story; and Sean Igne has a higher level of credibility than his accuser.
- That it cannot be determined with 100% certainty whether gas was stolen, and to what degree, due to insufficient records, elapsed time, and an inadequate accountability system at the Manu Kai and departmental levels.
- That Preston Lee is an employee who needs professional psychological assistance.
- That, if Preston Lee returns to his assigned position at the end of his medical leave, it is likely that the hostile work environment will further deteriorate into violence.

Recommendations:

- That a polygraph be offered to Sean Igne if a higher level of proof is desired. He has volunteered to take one from a certified examiner. It is standard practice to offer to the accused first before offering to anyone else. Polygraphy is not permitted in legal proceedings, but it is permissible to use polygraph for administrative decisions.
- That a comprehensive review of gas accountability be conducted to arrive at solutions designed to improve it.
- That HR address Preston Lee's obvious mental instability.
- That Preston Lee not be reassigned to his current position to reduce the possibility of violence.

ATTACHMENTS:
Memorandum for Record – Taylor Interview with Preston Lee
Statement of Rodney Martin
Statement of Guy Fujita
Statement of David Hesapene
Statement of Gilbert Castro
Statement of Sean Igne


SCOTT TAYLOR
11 DEC 19

**MEMORANDUM FOR RECORD – TAYLOR INTERVIEW WITH PRESTON LEE ON 9 DEC 19**

Given that Preston Lee is currently on medical leave, I called him on his cell 635-0164 to determine if he would talk to me in an unpaid status. He readily agreed to talk after I explained to him that Ross West had appointed me as an inquiry officer to look into the allegation that Sean Igne systematically stole gas from the MOGAS station for personal use. The following is a summarized version of our conversation with Q = Taylor and A = Lee.

Q: What is your Manu Kai job?

A: Painter

Q: What is your relationship with Sean Igne?

A: He is my Lead.

Q: How would you describe your relationship with Mr. Igne?

A: I hate him, and I'm glad that someone has finally taken this seriously. I have contacted the Navy Hotline, the base commander, and it appears to be just a big cover-up.

Q: Did you make an allegation during an 18 Nov 19 counselling session with Julie Broyles and Rodney Martin that Sean Igne has been stealing MOGAS for about 12 years?

A: Yes I did.

Q: Could you be more specific?

A: I personally observed Sean Igne put MOGAS into his personal gas can every Tuesday and Thursday during the period 2007-2010, and I suspect that he's been doing it since then to the present. I rode with him in the Manu Kai truck during that time (2007-10) and personally saw him do it. He would take a personal 5-gallon gas can from his personal truck and place it in the Manu Kai truck. Sometime during the day, he would fill the personal can at the MOGAS station, and then put it back in his personal vehicle at the end of the day. He stopped doing it in 2010 because I told him that he needed to stop this or I would turn him in. You can check the fuel records and they will show this. Rodney Martin just wants to cover this up.

Q: Why did this occur on Tuesdays and Thursdays?

A: I don't know, maybe to just spread out the amounts.

Q: Why are you just now reporting this in 2019?

A: Because he just turned me in, so I will turn him in.

Q: Are there any other personnel who may have witnessed this theft?

A: Gilbert Castro and Guy Fujita for sure; David Hesapene knows too but he may not talk because Igne is his partner.

Q: If offered, would you be willing to take a polygraph from a certified examiner?

A: Damn right.

Q: Is there anything else that you'd like to add to this statement?

A: Just that I am telling the truth, and I would take a polygraph today if you wanted me to.

TAYLOR: My conversation with Preston lasted about 45 minutes. During this conversation, he talked in a rage with excessive profanity throughout. He was not disrespectful to me, but I was shocked by his degree of anger, given that he was about three weeks removed from his 18 Nov 19 counselling.

END OF STATEMENT

SCOTT TAYLOR
INQUIRY OFFICER
9 DEC 19

**STATEMENT OF RODNEY MARTIN ON 10 DEC 19**

I voluntarily provide this statement to Scott Taylor, who is conducting an inquiry into an allegation that Sean Igne systematically stole gas from the MOGAS station for personal use.

Q = Taylor and A = Martin

Q:  Do you agree to the statement above?

A:  Yes.

Q:  What is your job?

A:  Facilities Maintenance Supervisor.

Q:  What was your job during 2007-2010?

A:  Same.

Q:  Do you know Sean Igne?

A:  Yes.

Q:  What is your relationship with Sean Igne?

A:  I am his supervisor.

Q:  When did you first become aware of this allegation again Sean?

A:  On Nov 18 during a counselling session in the Manu Kai Conference Room involving Preston Lee.  Julie Broyles was present as well.  Preston said that he wanted to report that Sean Igne has been stealing gasoline from the Company for years, every Tuesday and Thursday, and that he has witnesses, and he named the witnesses.

Q:  What was your response to Preston?

A:  I told him that I would follow up on his allegation, to include talking with the witnesses, but that the focus right now was to address the counselling incident of 6 Nov 19.

Q:  What were the results of the follow-up into the allegation?

A:  Immediately after the counselling, I began an informal inquiry.  David Hesapene, Gilbert Castro, and Guy Fujita told me that they had never seen Sean do this but that Preston Lee had told them that this was going on.  I sent an email to Julie Broyles on 19 Nov 19 that outlines this information.

Q:  Have you ever observed Sean Igne pump gas at the MOGAS station since 2007?

A:  I have seen him pumping gas but not into a fuel can or personal container.

Q: What color are the fuel cans that the Paint Shop uses?

A: I am not sure but I am only aware of red metal 5-gallon cans being used in Public Works, because it is stock issue.

Q: Why does the Paint Shop use gas cans?

A: They use straight gas for the pressure washer and mixed oil-gas for the blower, so there should be more than one can for the shop.

Q: Do you know about much gas they might go through in a week for this use?

A: I have no idea.

Q: Based on the physical layout of the PW compound during 2007-2010, how risky would it be for a painter to steal gas as alleged?

A: Pretty risky because there was a lot of pedestrian traffic in the area, and there is a camera on top of Crash Fire.

Q: Based on what you know, how likely is it that Sean Igne systematically stole gasoline over a number of years?

A: I find it hard to believe. Sean is very responsible. Unfortunately, he could not get along with Preston.

Q: Is there anything else that you'd like to add to or delete from this statement?

A: I do have concern about Preston's mental state. He once told me a story where he became violent with a man on the street who looked at him strangely. His behavior has been boisterous and loud and defensive at work. I have concern that he might harm himself or others without some type of intervention.

END OF STATEMENT


RODNEY MARTIN
10 DEC 19

## STATEMENT OF GUY FUJITA ON 10 DEC 19

I voluntarily provide this statement to Scott Taylor, who is conducting an inquiry into an allegation that Sean Igne systematically stole gas from the MOGAS station for personal use.

Q = Taylor and A = Fujita

Q: Do you agree to the statement above?

A: Yes.

Q: What is your job?

A: Arresting Gear mechanic.

Q: What was your job during 2007-2010?

A: Fire Lieutenant.

Q: Do you know Sean Igne?

A: Yes.

Q: What is your relationship with Sean Igne?

A: Just a friend, never worked with him.

Q: Have you ever observed Sean Igne pump gas at the MOGAS station since 2007?

A: I have seen him numerous times pumping gas at the MOGAS station with his co-worker, maybe Preston Lee or someone else I can't remember.

Q: During the times that you observed him pump gas, did you ever see him pump gas into a personal 5-gallon gas can?

A: No, just the red Manu Kai gas can.

Q: Has anyone ever approached you about this issue before today?

A: Rod Martin about two weeks, and I told him the same thing.

Q: Why would anyone say that you have personal knowledge about Sean misusing the gas?

A: Just hearsay.

Q: Has Preston Lee ever shared knowledge about this misuse with you?

A: Yes, about 7 or 8 times from 2006 on, and then it died down. The thing that I remember is that Preston said that Sean was pumping gas into his personal gas can.

Q: Is there anything else that you'd like to add to or delete from this statement?

A: I have not seen Sean do this, and I don't work with him.

END OF STATEMENT


GUY FUJITA
10 DEC 19

**STATEMENT OF DAVID HESAPENE ON 10 DEC 19**

I voluntarily provide this statement to Scott Taylor, who is conducting an inquiry into an allegation that Sean Igne systematically stole gas from the MOGAS station for personal use.

Q = Taylor and A = Hesapene

Q:  Do you agree to the statement above?

A:  Yes.

Q:  What is your job?

A:  Painter.

Q:  What was your job during 2007-2010?

A:  I was in Grounds Department on this contract.

Q:  Do you know Sean Igne?

A:  Yes.

Q:  What is your relationship with Sean Igne?

A:  He is my Lead, and we were school classmates, and he's my friend.

Q:  Have you ever observed Sean Igne pump gas at the MOGAS station since 2007?

A:  Yes, he and I have been partners since Jan 19, and he has put gas in the Manu Kai vehicle and the Manu Kai 5-gallon gas cans, one for straight gas (pressure washer) and one for mixed gas (blower).  The cans go in a locked locker once a job is finished.

Q:  During the times that you observed him pump gas, did you ever see him pump gas into a personal 5-gallon gas can?

A:  No, just the red Manu Kai metal gas cans.  Plus, I am the one who normally pumps the gas.

Q:  Has anyone ever approached you about this issue before today?

A:  Rod Martin about two weeks, and I told him the same thing.

Q:  Why would anyone say that you have personal knowledge about Sean misusing the gas?

A:  I do not know why.  I just know Preston and Sean do not get along, and that Preston will not take orders from him.

Q:  Has Preston Lee ever shared knowledge about this misuse with you?

A:  Yes, a couple of times recently when he got mad at Sean.

Q:  How much gas might you use in a week for each type?

A:  Probably never more than two cans of straight gas and no more than one can for the mixed gas.

Q:  Is there anything else that you'd like to add to or delete from this statement?

A:  I have a real concern that Preston will hurt himself or others.

END OF STATEMENT


DAVID HESAPENE
10 DEC 19

**STATEMENT OF GILBERT CASTRO ON 10 DEC 19**

I voluntarily provide this statement to Scott Taylor, who is conducting an inquiry into an allegation that Sean Igne systematically stole gas from the MOGAS station for personal use.

Q = Taylor and A = Castro

Q: Do you agree to the statement above?

A: Yes.

Q: What is your job?

A: Painter.

Q: What was your job during 2007-2010?

A: Painter.

Q: Do you know Sean Igne?

A: Yes.

Q: What is your relationship with Sean Igne?

A: He is my Lead, and he's my friend.

Q: Have you ever observed Sean Igne pump gas at the MOGAS station since 2007?

A: Yes, many times over the years into the Manu Kai vehicle and the Manu Kai 5-gallon gas cans, one for straight gas (pressure washer) and one for mixed gas (blower). The cans go in a locked locker once a job is finished.

Q: During the times that you observed him pump gas, did you ever see him pump gas into a personal 5-gallon gas can?

A: No, just the red Manu Kai metal gas cans.

Q: Has anyone ever approached you about this issue before today?

A: Rod Martin after his meeting with Preston, and I told him the same thing.

Q: Why would anyone say that you have personal knowledge about Sean misusing the gas?

A: I do not know why – maybe because I have been here for a long time.

Q: Has Preston Lee ever shared knowledge about this misuse with you?

A: Yes, about five times recently. During 2007-2010, he mainly complained about other things.

Q: How much gas might you use in a week for each type?

A: Probably never more than two cans of straight gas and no more than one can for the mixed gas.

Q: Is there anything else that you'd like to add to or delete from this statement?

A: I think that leadership must better define Preston's role when he comes back to work.

END OF STATEMENT



GILBERT CASTRO
10 DEC 19

## STATEMENT OF SEAN IGNE ON 11 DEC 19

I voluntarily provide this statement to Scott Taylor, who is conducting an inquiry into an allegation that I systematically stole gas from the MOGAS station for personal use.

Q = Taylor and A = Igne

Q:  Do you agree to the statement above?

A:  Yes.

Q:  Do you desire Union representation at this session?

A:  No, I don't need one.

Q:  What is your job?

A:  Lead Painter.

Q:  What was your job during 2007-2010?

A:  The same as Lead Painter.

Q:  Do you know Preston Lee?

A:  Yes.

Q:  What is your relationship with Preston Lee?

A:  I am his Lead in the Paint Shop, and we do not socialize.

Q:  Have you ever pumped gas at the MOGAS station since 2007?

A:  Yes, of course.

Q:  Have you ever since 2007 pumped gas into your personal gas can at the MOGAS Station?

A:  Never.

Q:  Have you ever pumped gas into the Manu Kai gas cans as a matter of work?

A:  Yes, we use up to 2 cans (10 gallons) a week of straight gasoline for the pressure washer, and we also use a mixed oil-gas can for the blower, which uses less.

Q:  Right now, who is your partner in the truck?

A:  David Hesapene.

Q:  During 2007-2010, who was your partner in the truck?

A:  I can't remember the exact years, but both Gilbert Castro and Preston Lee have been partners since 2007.

Q:  Do you know of anyone who has misused gasoline from the MOGAS Station for personal use?

A:  No, but we have had gasoline stolen from the back of our truck at times, and so we now lock the cans up in a locker at the end of a project.

Q:  Do you have a personal gasoline can at home?

A:  I have five plastic red gas cans, three of which are 5-gallon, one is 1 ½, and another gallon can for oil-gas mixture.

Q:  What color and material are the Manu Kai gas cans at work?

A:  Both are red, metal, and 5-gallon.

Q:  Has anyone ever approached you about this issue before today?

A:  No.

Q:  Has Preston Lee ever accused you of stealing gasoline?

A:  Yes.  A couple of times during the last two years, usually when he is mad at me for telling him what to do as the Lead.

Q:  What is your work relationship with Preston Lee?

A:  We don't get along from the get-go.  He is very negative and does not want to be told what to do.  He even gets mad at Rodney.

Q:  Do you feel that Preston could be a harm to you, your family, others, or himself?

A:  Definitely.  He is a big guy, and he gets mad over nothing.

Q:  If offered, would you take a polygraph from a certified examiner to validate your position?

A:  Yes.

Q:  Is there anything else that you'd like to add to or delete from this statement?

A:  No.

END OF STATEMENT



SEAN IGNE

11 DEC 19