| MANU KAI | Standard Operating Procedure (SOP) |
|---|---|
| | Program — Pacific Missile Range Facility (PMRF), Barking Sands |

| Subject: Contract Employee Identification Lanyard and Badge | No.: HR-025 | Page: 1 of 4 |
|---|---|---|
| | Effective: **01 October 2018** | |
| | Cancels: 01 March 2017 | |

Affects: Manu Kai Personnel, PMRF Barking Sands

| Reviewed By: | Approved By: |
|---|---|
| 2/12/2019 | 4/26/2019 |
| X Julie Broyles | X Ross W. West |
| Julie Broyles<br>Human Resource Manager<br>Signed by: BROYLES.JULIE.A.1396160605 | Ross West<br>Program Manager<br>Signed by: WEST.ROSS.WADE.1202266459 |

★ This document is considered Manu Kai LLC proprietary information, produced, or distributed with exclusive rights to Manu Kai LLC, and does not contain ITAR-controlled technical data, as defined by 22 CFR 120.10. This document may only be reviewed by Manu Kai LLC employees, including the employees of the Manu Kai LLC joint venture member companies, Ke'aki and Harris Corporation, or subcontractors with previously authorized viewing privileges via their subcontract. Distribution to non-US citizens is prohibited without prior written approval from an authorized export official representing Manu Kai LLC. By viewing, printing, or possessing this document, you agree to protect this document as Manu Kai LLC proprietary information and not to disclose or duplicate any data contained herein. Civil and Criminal penalties may be enforced for unauthorized usage and/or disclosure.

The U.S. Government has rights to this work pursuant to Contract #N00604-18-D-4003.

★ **This procedure should be considered completely revised, in both format and content. Therefore, no individual change markings are indicated herein.**

**1.0      PURPOSE.** The purpose of this policy is to issue specific guidelines for the issuance of employees' identification badges, proper handling and to establish a means of appropriately identifying Manu Kai personnel when interacting with Government personnel, personnel from other Contractors in the work area and the general public in work areas located at Barking Sands, Makaha Ridge, Mauna Kapu, Port Allen, Kokee Park Facility, Ford Island and new or future locations within the PMRF contract.

**2.0      SCOPE**

2.1      This SOP is applicable to all Manu Kai personnel.

2.2      This SOP is not applicable to personnel in Fire Department and Security Services Department that are required to wear company issued/authorized Manu Kai uniforms.

2.3      Marine Department personnel and Manu Kai personnel assigned to MATSS when deployed at sea will not be required to wear Manu Kai lanyard and badge.

**3.0      REFERENCES**

3.1      SOP HR-012   Manu Kai Dress Code and Professional Appearance

3.2      Form HR-046  Manu Kai Dress Code and Professional Appearance

**Uncontrolled When Printed— May Not Be Current**   Use/disclosure of data contained on this sheet is subject to the restrictions on the first page of this SOP.   **COMPANY PROPRIETARY**

**EXHIBIT W**

L3HARRIS-000087

| MANU KAI | Standard Operating Procedure (SOP) |
|---|---|
| Program — Pacific Missile Range Facility (PMRF), Barking Sands | |
| Subject: **Contract Employee Identification Lanyard and Badge** | No.: **HR-025**  Page: 2 of 4 <br> Effective: **01 October 2018** <br> Cancels: 01 March 2017 |

3.3         Form HR-045  Dress Code/Professional Appearance, Contract ID Badge/Lanyard Acknowledgment and compliance Form.

3.4         HRP 004         Ke'aki Technologies, LLC Dress Code

3.5         PWS 2.7.4        Employee Appearance

**4.0        DEFINITIONS.**

4.1         Employee.     For the purpose of this policy, employees shall refer to full-time, part-time, casual, temporary, CAT-3 and on-call employees.

4.2         Identification Badge.  An official Manu Kai contract identification (I.D.) for employees who are required to wear at all times.  This includes a Manu Kai lanyard and badge.

4.3         Identification Badge Holder.  All Manu Kai employees who are required to comply with this SOP.

4.4         Non-Badge Holder.   Employees who wear company issued and authorized uniform such as all First Responders (i.e. Security Officers and Crash Fire), Marine Department personnel and Manu Kai personnel (i.e. IT Dept., Optics and Measurement Systems) assigned to MATSS when deployed at sea.

4.5         PWS.  Performance Work Statement.

**5.0        RESPONSIBILITIES.**

5.1         The Human Resources Manager is responsible for the administration of this SOP.

5.2         The Program Manager is responsible for managing this SOP and has the ultimate authority in resolving any dispute.

5.3         Human Resource Department will provide additional or replacement badges and/or lanyards to Leads, Supervisors or Managers.  A completed and signed copy of Form HR-045 must be submitted prior to releasing lanyards and/or badges.

5.3.1       Human Resource Department will provide all new employees with a copy of this policy, Manu Kai identification lanyard and badge.

5.4         Managers and/or Supervisors are responsible for enforcing this SOP and ensure all employees comply with requirements of this policy.  This includes counseling employees who are not wearing the Manu Kai identification lanyard and badge.

**Uncontrolled When Printed—May Not Be Current**    Use/disclosure of data contained on this sheet is subject to the restrictions on the first page of this SOP.    **COMPANY PROPRIETARY**

L3HARRIS-000088

| MANU KAI | Standard Operating Procedure (SOP) |
|---|---|
| Program — Pacific Missile Range Facility (PMRF), Barking Sands | |

| Subject:<br>**Contract Employee Identification Lanyard and Badge** | No.: **HR-025** | Page: 3 of 4 |
|---|---|---|
| | Effective: **01 October 2018** | |
| | Cancels: 01 March 2017 | |

5.4.1    Managers and/or Supervisors are responsible to request for additional or replacement lanyards and/or badges. A completed copy of Form HR-045 must be submitted to HR prior to stock replenishment.

5.4.2    In an event that an employee forgets their identification lanyard and/or badge at home, the employees' Supervisor and/or Manager must be notified at the start of the work shift. The Supervisor and/or Manager will issue a temporary lanyard and/or badge for the employee. Employee must return the lanyard and/or badge at the end of the shift, prior to leaving the premises.

5.4.3    Manu Kai Managers, Supervisors and Leads will be responsible to ensure all Manu Kai employees are in compliance with this contractual requirement.

5.5    Identification Badge Holder.

5.5.1    All employees are expected to fully comply with all provisions of this policy. Employees who frequently and intentionally disregard this policy or are found to be in violation of this policy may be subject to disciplinary action.

5.5.2    Do not leave lanyard and badge on dash of the vehicle or other locations where it can be exposed to extreme temperatures.

5.5.3    Do not fold, bend, mutilated or allow your badge to get wet.

5.5.4    Do not lend your identification lanyard and/or badge to anyone.

5.5.5    Do not leave your identification lanyard and badge unattended.

5.5.6    Do not tape your Manu Kai lanyard or badge.

**6.0    PROCEDURES**

6.1    All employees required to wear identification lanyard and badge at Manu Kai work areas during official capacity.

6.2    Manu Kai identification lanyards and badges are to be prominently worn so the badge is visible to others.

6.3    Any task, action, event or operation that the Manu Kai employee deems is unsafe to wear/display the Manu Kai identification lanyard and badge; the Manu Kai employee should then remove or place the identification lanyard and badge under their shirt, blouse, jacket, coverall, etc. Once the task, action, event or operation in question has ended, the employee must immediately place the identification lanyard and badge around their neck to be properly display at all other times. If the Manu Kai identification lanyard and badge jeopardize your safety, act accordingly, when the risk no longer exists than you must be PWS/SOP compliant.

**Uncontrolled When Printed—May Not Be Current**    Use/disclosure of data contained on this sheet is subject to the restrictions on the first page of this SOP.    **COMPANY PROPRIETARY**

L3HARRIS-000089

| MANU KAI | Standard Operating Procedure (SOP) |
| --- | --- |
| Program — Pacific Missile Range Facility (PMRF), Barking Sands | |
| Subject:<br>**Contract Employee Identification Lanyard and Badge** | No.: **HR-025**  Page: 4 of 4<br>Effective: **01 October 2018**<br>Cancels: 01 March 2017 |

6.4     The identification lanyard and badge is to be worn around the neck, between the shoulders and waist.  The Manu Kai badge placed in a plastic sleeve must be visible and placed in front of other badges.

6.5     The identification lanyard must be worn with the company issued badge. The badge shall not be defaced, altered with pins, stickers, decals, etc.  Badge shall not be laminated, copied or distributed to other Manu Kai personnel.

6.6     Employees may use several lanyards that hold CAC, Security Badge, ESH PRIDE badge, etc.  However, the Manu Kai Identification lanyard and badge must be visible at all times.

6.7     Employee who chooses to use one lanyard must select the Manu Kai lanyard. Employee may change the lanyard clip to hold the Manu Kai badge along with other badges (i.e. CAC, Security Badge, etc.).  The manufacturer provided clip attached to the Manu Kai lanyard is not durable to secure all badges at once.

6.8     The identification lanyard and badge is a standardized dress code.  Any changes or modifications to the lanyard and/or badge must be approved by Program Manager.

6.9     The lanyard and badge may be used only by the individual to whom it was issued.  Employees may not "loan" their identification lanyard and badge to anyone for any reason.

6.10    Employees shall surrender Manu Kai identification lanyard and badge to their Supervisor and/or Manager upon termination, retirement, beginning an extended leave of absence of 30-days or more, or when requested.

6.11    Damaged, lost, stolen or misplaced identification lanyard and/or badge are to be immediately reported to employee's Supervisor and/or Manager.  A replacement lanyard and badge will be issued as necessary and a record of lost lanyard and badge noted.

6.12    Employee must complete and sign Form HR-045, prior to replacement.

— End of SOP —

**Uncontrolled When Printed—May Not Be Current**     Use/disclosure of data contained on this sheet is subject to the restrictions on the first page of this SOP.     **COMPANY PROPRIETARY**

L3HARRIS-000090