# FILED UNDER SEAL:

Employment Policy 1

# EXHIBIT "X"