# FILED UNDER SEAL:

Employment Policy 2

# EXHIBIT "Y"