# FILED UNDER SEAL:

Medical Evaluation

# EXHIBIT "Z"