# FILED UNDER SEAL:

Medical Letter

# EXHIBIT "AA"