IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>    Plaintiff,<br><br>v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>    Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**CERTIFICATE OF COMPLIANCE WITH WORD LIMIT** |

## **CERTIFICATE OF COMPLIANCE WITH WORD LIMIT**

I hereby certify that the foregoing Separate And Concise Statement Of Material Facts contains 1484 words, exclusive of the case caption, table of contents, table of authorities, exhibits, declaration, and certificates of service, based on the word count provided by Microsoft Word, which is the word-processing system used to produce the document.

DATED: Honolulu, Hawaiʻi, September 29, 2021.

        CADES SCHUTTE
        A Limited Liability Law Partnership

        */s/ Amanda M. Jones*
        AMANDA M. JONES
        MICHAEL R. SOON FAH
        Attorneys for Defendant
        L3HARRIS TECHNOLOGIES, INC.