IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS 1-10; and DOE<br>GOVERNMENTAL AGENCIES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served electronically upon the following parties at their last known e-mail addresses via CM/ECF:

　　　　ELIZABETH JUBIN FUJIWARA
　　　　elizabeth@hawaii-adr.com
　　　　JOSEPH T. ROSENBAUM
　　　　jtr@frlawhi.com
　　　　Fujiwara and Rosenbaum, LLLC
　　　　1100 Alakea Street, 20th Floor, Suite B
　　　　Honolulu, Hawaii 96813
　　　　Attorneys for Plaintiff

DATED: Honolulu, Hawai'i, September 29, 2021.

    CADES SCHUTTE
    A Limited Liability Law Partnership

    */s/ Amanda M. Jones*
    AMANDA M. JONES
    MICHAEL R. SOON FAH
    Attorneys for Defendant
    L3HARRIS TECHNOLOGIES, INC.