Case 1:20-cv-00489-LEK-KJM   Document 51   Filed 09/30/21   Page 1 of 2   PageID.613

CADES SCHUTTE LLP
A Limited Liability Law Partnership

AMANDA M. JONES           8854-0
MICHAEL R. SOON FAH     11156-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:    ajones@cades.com
          msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| PRESTON LEE,<br><br>  Plaintiff,<br><br>  v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNICORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMNENTAL AGENCIES 1-10.<br><br>  Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**AMENDED CERTIFICATE OF SERVICE** |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of

**DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S EX PARTE MOTION TO FILE UNDER SEAL PORTIONS OF L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND EXHIBITS B, D-I, J, K, T, U, X, Y, X AWND AA TO THE MOTION; DECLARATION OF MICHAEL R. SOON FAH; EXHIBIT A; CERTIFICATE OF SERVICE**, Docket No. 48, was duly served by electronic mail on September 29, 2021 upon the following party.

    JOSEPH T. ROSENBAUM           jtr@frlawhi.com
    Fujiwara and Rosenbaum, LLLC
    1100 Alakea Street, 20th Floor, Suite B
    Honolulu, Hawaii 96813

    Attorney for Plaintiff

   DATED: Honolulu, Hawai'i, September 30, 2021.

                                        CADES SCHUTTE LLP
                                        A Limited Liability Law Partnership

                                        */s/ Michael R. Soon Fah*
                                        AMANDA M. JONES
                                        MICHAEL R. SOON FAH
                                        Attorneys for Defendant
                                        L3HARRIS TECHNOLOGIES, INC.