# MINUTE ORDER

CASE NUMBER:     CIVIL NO. 20-00489 LEK-KJM

CASE NAME:     Preston Lee vs. L3Harris Technologies, Inc.

JUDGE:   Leslie E. Kobayashi     DATE:     10/01/2021

COURT ACTION:   EO: COURT ORDER SETTING BRIEFING SCHEDULE

On 9/29/2021, Defendant L3Harris Techonologies, Inc. filed Dkt. [49];  Motion for Summary Judgment on All Claims.

Court sets the following Motion hearing and briefing schedule:

Opposition memorandum due: **10/22/2021.**
Reply memorandum due: **10/29/2021.**

A Motion hearing on Defendant's Motion for Summary Judgmenton All Claims (Dkt. No [49])  is set for: **11/12/2021 at 9:45 AM** before Judge Leslie E. Kobayashi.

Submitted by: Agalelei Elkington, Courtroom Manager