CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES          8854-0
MICHAEL R. SOON FAH      11156-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  ajones@cades.com
        msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>        Defendant. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>**[RE: DISCLOSURE OF TONY HUNSTIGER AS AN EXPERT AND PRODUCTION OF HIS EXPERT REPORT, RESUME, FEE SCHEDULE, AND TESTIMONY LIST]** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 29, 2021, counsel for Defendant L3Harris Technologies, Inc. disclosed Tony Hunstiger as an expert witness and a true and correct copy of his expert report, resume, fee schedule, and testimony list were duly served upon the following party via electronic mail:

<div style="padding-left: 2em;">

FUJIWARA & ROSENBAUM, LLLC
JOSEPH T. ROSENBAUM, ESQ.          jtr@frlawhi.com
1100 Alakea St., 20th Floor, Suite B
Honolulu, Hawaii 96813

Attorneys for Plaintiff
PRESTON LEE

</div>

DATED:  Honolulu, Hawaiʻi, October 4, 2021.

<div style="padding-left: 4em;">

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Amanda M. Jones*
AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

</div>