CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES            8854-0
MICHAEL R. SOON FAH      11156-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  ajones@cades.com
            msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>　　　　Defendant. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE**<br><br>**[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SUPPLEMENTAL INITIAL DISCLOSURES, DATED OCTOBER 4, 2021]** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SUPPLEMENTAL INITIAL DISCLOSURES, DATED OCTOBER 4, 2021, was duly served upon the following party via electronic mail:

>FUJIWARA & ROSENBAUM, LLLC
>ELIZABETH JUBIN FUJIWARA, ESQ.
>JOSEPH T. ROSENBAUM, ESQ.
>1100 Alakea St., 20th Floor, Suite B
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiff
>PRESTON LEE

DATED:  Honolulu, Hawaiʻi, October 4, 2021.

>CADES SCHUTTE
>A Limited Liability Law Partnership
>
>*/s/ Amanda M. Jones*
>AMANDA M. JONES
>MICHAEL R. SOON FAH
>Attorneys for Defendant
>L3HARRIS TECHNOLOGIES, INC.