CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES        8854-0
MICHAEL R. SOON FAH     11156-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  ajones@cades.com
        msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>        Plaintiff,<br><br>    v.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS 1-10; and DOE<br>GOVERNMENTAL AGENCIES 1-10,<br><br>        Defendant. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**ERRATA REGARDING**<br>**DECLARATION OF DANIELLE**<br>**STEWART IN SUPPORT OF**<br>**DEFENDANT L3HARRIS**<br>**TECHNOLOGIES, INC.'S**<br>**SEPARATE AND CONCISE**<br>**STATEMENT OF MATERIAL**<br>**FACTS IN SUPPORT OF ITS**<br>**MOTION FOR SUMMARY**<br>**JUDGMENT, FILED SEPTEMBER**<br>**29, 2021 [Dkt. 50-3];**<br><br>**CERTIFICATE OF SERVICE** |

**ERRATA REGARDING DECLARATION OF DANIELLE STEWART IN SUPPORT OF DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, FILED SEPTEMBER 29, 2021 [Dkt. 50-3]**

Defendant L3HARRIS TECHNOLOGIES, INC., by and through its undersigned counsel, submits this errata to address an inadvertently omitted page in the Declaration of Danielle Stewart that was attached to the Separate and Concise Statement of Material Facts in Support of its Motion for Summary Judgment, Filed September 29, 2021 [Dkt. 50-3] (the "***Stewart Declaration***").

Page 6 of the Stewart Declaration was inadvertently omitted from the filing. A complete copy of the Stewart Declaration is attached hereto.

DATED:  Honolulu, Hawai'i, October 11, 2021.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Amanda M. Jones*
AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

2