IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>      Plaintiff,<br><br>  v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>      Defendant. | CIVIL NO. 1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document, was duly served upon the following party via electronic mail:

    FUJIWARA & ROSENBAUM, LLLC
    ELIZABETH JUBIN FUJIWARA, ESQ.
    JOSEPH T. ROSENBAUM, ESQ.
    1100 Alakea St., 20th Floor, Suite B
    Honolulu, Hawaii 96813

    Attorneys for Plaintiff
    PRESTON LEE

DATED: Honolulu, Hawaiʻi, October 11, 2021.

        CADES SCHUTTE
        A Limited Liability Law Partnership


        */s/ Amanda M. Jones*
        AMANDA M. JONES
        MICHAEL R. SOON FAH
        Attorneys for Defendant
        L3HARRIS TECHNOLOGIES, INC.