ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>                    Plaintiff,<br><br>vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br>                    Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) **PLAINTIFF'S CONCISE**<br>) **STATEMENT OF FACTS;**<br>) **DECLARATION OF JOSEPH T.**<br>) **ROSENBAUM, EXHIBITS A-C;**<br>) **DECLARATION OF PRESTON**<br>) **LEE; DECLARATION OF JIMMY**<br>) **COSTALES; DECLARATION OF**<br>) **JOSH BURTON; DECLARATION**<br>) **OF GUY FUJITA;**<br>) **DECLARATION OF MICHAEL**<br>) **YOUNG; DECLARATION OF**<br>) **DAVID SHIMOGAWA;**<br>) **DECLARATION OF DAVID**<br>) **HESAPENE; CERTIFICATE OF**<br>) **COMPLIANCE PURSUANT TO**<br>) **L.R 7.5; CERTIFICATE OF**<br>)    **SERVICE.** |

**PLAINTIFF'S CONCISE STATEMENT OF FACTS**

Plaintiff Preston Lee ("Plaintiff"), submits this Concise Statement of Facts in opposition of summary judgment per L.R. 56.1.

Plaintiff's Response to Defendant's Concise Statement of Facts "Defs. CSF"

| | | |
|---|---|---|
| 1. | Undisputed | *See* Defs. "CSF" |
| 2. | Undisputed | *Id.* |
| 3. | Undisputed | *Id.* |
| 4. | Undisputed | *Id.* |
| 5. | Undisputed | *Id.* |
| 6. | Undisputed | *Id.* |
| 7. | Undisputed | *Id.* |
| 8. | Undisputed | *Id.* |
| 9. | Disputed as to what exactly was said and also disputed as to Mr. Lee ever doing anything violent in the workplace. | *See* Defs. "CSF" and documents attached thereto as they read differently than asserted and Lee Decl at ¶¶ 17, 36-39, 47-49, 57, 77, 84, 98-100, 124, 131-132, 141, 143-145, 148, 150. |
| 10. | Undisputed | *See* Defs. "CSF" |

| | | |
|---|---|---|
| 11 | Undisputed | *Id.* |
| 12 | Undisputed | *Id.* |
| 13 | Undisputed | *Id.* |
| 14 | Disputed as HR from L3 raised the issue of Mr. Lee's PTSD | Lee Decl. at ¶¶ 50-58. |
| 15 | Disputed – Mr. Lee was harassed and questioned about his disability without reason. | *Id.* |
| 16 | Undisputed | *See* Defs. "CSF" |
| 17 | Disputed as to how it is characterized | Lee Decl. at *¶¶ 78-85;* Ex A at pgs. 62-64, Ex B pg 37-45. |
| 18 | Undisputed | *See* Defs. "CSF" |
| 19 | Disputed that the coworkers truly felt Mr. Lee was aggressive, a threat, created a hostile work environment or that Mr. Lee said he was going to punch Mr. Igne in his face. | *See* Lee Decl. 148 and the transcript of Mr. Lee's deposition (pgs 49-50) attached to |

2

|    |                                                                                                                                             |                                                                                                                                                                                                                                                                                                                                                                                                 |
|----|---------------------------------------------------------------------------------------------------------------------------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                                                                                                                                             | Defs. Motion; Ex A at pgs. 62-64; Ex B pg 37-45; David Shimogawa Decl. at ¶¶ 2-11; Michael Young Decl. at ¶¶ 3-11; Jimmy Costales Decl. at ¶¶ 12-13; Guy Fujita at ¶¶ 3-11; Josh Burton at ¶¶ 3-16; Ex A. pg 28 ln 22 to pg 30 ln 8; Lee Decl. at ¶¶ 78-85.                                                                                                                                      |
| 20 | Undisputed                                                                                                                                  | *See* Defs. "CSF"                                                                                                                                                                                                                                                                                                                                                                              |
| 21 | Undisputed                                                                                                                                  | *Id.*                                                                                                                                                                                                                                                                                                                                                                                           |
| 22 | Undisputed                                                                                                                                  | *Id.*                                                                                                                                                                                                                                                                                                                                                                                           |
| 23 | Undisputed                                                                                                                                  | *Id.*                                                                                                                                                                                                                                                                                                                                                                                           |
| 24 | Disputed as to following Manu Kai policy                                                                                                    | Lee Decl at ¶ 121                                                                                                                                                                                                                                                                                                                                                                               |
| 25 | Undisputed                                                                                                                                  | *See* Defs. "CSF"                                                                                                                                                                                                                                                                                                                                                                              |
| 26 | Undisputed                                                                                                                                  | *Id.*                                                                                                                                                                                                                                                                                                                                                                                           |
| 27 | Disputed that Mr. Lee caused an unsafe or unhealthy work environment as Mr. Lee never physically touched or threatened anyone in the workplace. | Lee Decl. in total and Lee Decl. 17, 36, 38, 40, 47-49, 84, 100, 124, 132, 142 and 148-149 and the transcript of Mr. Lee's deposition (pgs 49-50) attached to Defs. Motion; Ex A at pgs. 62-64; Ex B pg 37-45; David Shimogawa Decl. at ¶¶ 2-11; Michael Young Decl. at ¶¶ 3-11; Jimmy Costales Decl. at ¶¶ 12-13; Guy Fujita at ¶¶ 3-11; Josh Burton at ¶¶ 3-16; Ex A. pg 28 ln 22 to pg 30 ln 8; Lee Decl. at ¶¶ 78-85. |
| 28 | Undisputed                                                                                                                                  | *See* Defs. "CSF"                                                                                                                                                                                                                                                                                                                                                                              |

| 29 | Undisputed | *Id.* |
|---|---|---|
| 30 | Disputed in the false characterization that Mr. Lee thought about starting a fight at work. He definitely didn't start a physical fight at work. | Lee Decl ¶¶ 127-132; Defs. Ex Z attached to Defs. CSF. |
| 31 | Undisputed | *See* Defs. "CSF" |
| 32 | Undisputed | *Id.* |
| 33 | Disputed as to Dr. Bianchi stating or recommending Mr. Lee could not safely return to the workplace. | Lee Decl. at ¶¶ 124, 127-142. Defs Ex Z and AA |
| 34 | Disputed as to L3 or Keaki or Manu Kai's implication that it did anything to get a medical clearance or even looked into getting a medical clearance for Mr. Lee to safely return to work. | *Id.* |
| 35 | Disputed as to L3 having legitimate non-discriminatory/non-retaliatory reason for terminating Mr. Lee. | Lee Decl in total; Ex A at pgs. 62-64; Ex B pg 37-45; Ex. A pg 29, 59-60, pg. 62 ln 1 to pg. 63 ln 15, pg. 64 ln 5-15, pg. 67 ln 4-16, pg. 68 14-25 to pg. 69 ln 2 and ln 6-25; Ex. B pg. 37-45 generally and 37 ln 24 to pg. 38 ln 4, pg. 38 ln 14 to pg. 41 ln 20; Ex C; David Shimogawa Decl. at ¶¶ 2-11; Michael Young Decl. at ¶¶ 3-11; Jimmy Costales Decl. at ¶¶ 12-13; Guy Fujita at ¶¶ 3-11; Josh Burton at ¶¶ 3-16; Ex A. pg 28 ln 22 to pg 30 ln 8; Lee Decl. at ¶¶ ¶¶ 17, 23, 48-49, 50-61, 64-68, 77-85, 106-121, 124, 127-132, 143-148, 150. Mr. John Kreider's Decl at ¶ 5 attached to Defs CSF, Ms. |

4

|    |                                                                                                                                                                | Danielle Stewart's Decl. at ¶ 4 attached to Defs CSF. |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------------------------------------|
| 36 | Undisputed                                                                                                                                                     | *See* Defs. "CSF"                                |
| 37 | Disputed                                                                                                                                                       | Lee Decl 106-11                                  |

Plaintiff's Statement of Facts in Opposition

|    |                                                                                                                                                                                                   |                                                                                                                                                                                                                                                                                                                                                                                             |
|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 38 | Mr. Lee was qualified individual with a disability who could perform his essential job functions.                                                                                                 | *See* Lee Decl at 17, 18, 47, 60-61, 132, 145, 148, 150. Ex. A pg. 62 ln 1 to pg. 63 ln 15, pg. 64 ln 5-15, pg. 67 ln 4-16, pg. 68 14-25 to pg. 69 ln 2 and ln 6-25; Ex. B pg. 37 ln 24 to pg. 38 ln 4, pg. 38 ln 14 to pg. 41 ln 20; David Shimogawa Decl. at ¶¶ 2-11; Michael Young Decl. at ¶¶ 3-11; Jimmy Costales Decl. at ¶¶ 12-13; Guy Fujita at ¶¶ 3-11; Josh Burton at ¶¶ 3-16. |
| 39 | Mr. Lee was terminated due to his disability and in retaliation for objecting to discrimination and reporting illegal activity in the workplace.                                                  | Lee Decl in total; Ex A at pgs. 62-64; Ex B pg 37-45; Ex. A pg 29, 59-60, pg. 62 ln 1 to pg. 63 ln 15, pg. 64 ln 5-15, pg. 67 ln 4-16, pg. 68 14-25 to pg. 69 ln 2 and ln 6-25; Ex. B pg. 37-45 generally and 37 ln 24 to pg. 38 ln 4, pg. 38 ln 14 to pg. 41 ln 20; Ex C; David Shimogawa Decl. at ¶¶ 2-11; Michael Young Decl. at ¶¶ 3-11; Jimmy Costales Decl.                       |

|  |  | at ¶¶ 12-13; Guy Fujita at ¶¶ 3-11; Josh Burton at ¶¶ 3-16; Ex A. pg 28 ln 22 to pg 30 ln 8; Lee Decl. at ¶¶ ¶¶ 17, 23, 48-49, 50-61, 64-68, 77-85, 106-121, 124, 127-132, 143-148, 150. Mr. John Kreider's Decl at ¶ 5 attached to Defs CSF, Ms. Danielle Stewart's Decl. at ¶ 4 attached to Defs CSF. |

DATED: Honolulu, Hawaii, October 22, 2021

/s/Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM

Attorney for Plaintiff
PRESTON LEE

6