IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) DECLARATION OF JOSEPH T. |
| vs. | ) ROSENBAUM |
| | ) |
| L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | ) |
| Defendants. | ) |

DECLARATION OF JOSEPH T. ROSENBAUM

| | |
|---|---|
| STATE OF HAWAI'I | ) |
| | ) SS. |
| COUNTY OF HONOLULU | ) |

I, JOSEPH T. ROSENBAUM, do hereby declare that:

1. Unless otherwise indicated, I make this declaration based upon my personal firsthand knowledge. All of the statements in this declaration are true. I understand that if I make a false statement, I may be prosecuted for perjury.

2. I am competent to testify to the matters set forth herein.

3. That I am an attorney with the Fujiwara and Rosenbaum, LLLC and am licensed to practice law in the State of Hawaii. I am one of the attorneys representing Plaintiff Preston Lee in this action.

4. Attached hereto as Exhibit "A" is a true and accurate copy of portions of the transcript of the deposition of Plaintiff's coworker, Gilbert Castro, taken on September 22, 2021.

5. Attached hereto as Exhibit "B" is a true and accurate copy of portions of the transcript of the deposition of Plaintiff's coworker, David Hesapene, taken on September 22, 2021.

6. Attached hereto as Exhibit "C" is a true and accurate copy of the December 11, 2019 email, received through discovery in this matter, from Ross West to L3's local HR representatives, Julie Broyles and Jasmine Apo, and L3 decisionmaker as to Mr. Lee's termination, Mr. John Kredier.

Further Declarant Sayeth Naught

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Honolulu, Hawai'i, October 22, 2021.

/s/ Joseph T. Rosenbaum

JOSEPH T. ROSENBAUM