IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |  |
|---|---|---|
| PRESTON LEE, | ) | Civil No. |
| | ) | 20-00489 LEK-KJM |
| Plaintiff, | ) | (Other Civil Action) |
| | ) | |
| vs. | ) | |
| | ) | |
| L3HARRIS TECHNOLOGIES, INC.; | ) | |
| JOHN DOES 1-10; JANE DOES | ) | |
| 1-10; DOE CORPORATIONS 1-10; | ) | |
| DOE PARTNERSHIPS 1-10; DOE | ) | |
| UNINCORPORATED ORGANIZATIONS | ) | |
| 1-10; and DOE GOVERNMENTAL | ) | |
| AGENCIES 1-10, | ) | |
| | ) | (Pages 1 - 48) |
| Defendants. | ) | |
| | ) | |

DEPOSITION OF DAVID HESAPENE

taken on behalf of Defendants, taken at the Law

Office of Cades & Schutte, 3135 Akahi Street, Suite A,

Lihue, Hawaii 96766, commencing at 10:53 a.m.,

Wednesday, September 22, 2021, pursuant to Notice.

Reported by:    JESSICA AKITA, RPR
                Certified Shorthand Reporter
                Hawaii License No. 461

EXHIBIT "B"

Page 22

1    Q.  -- 2019?  I'm sorry?
2    A.  No.
3    Q.  You did not?  Okay.
4        So putting aside the date for the moment
5    because it sounds like you're not exactly sure what date
6    it happened; is that fair?
7    A.  Yeah.
8    Q.  Okay.  But you remember the incident where
9    Sean Igne told Preston to put on pants while pressure
10   washing; is that right?
11   A.  Yes.  But we was -- I was with Sean already.
12   I was Sean's partner already.  Preston was pressure
13   washing the building.  But Sean drove up to there, and
14   the pressure washer is loud, and he was just blowing the
15   horn and trying to get his attention, and he was trying
16   to yell at him, "Wear your pants."
17       And Preston just had turn off the machine,
18   put on his pants, and he continued pressure washing, and
19   me and Sean just went drive off.
20   Q.  And later that day, there was some yelling in
21   the office while you were doing your timesheet; is that
22   correct?
23   A.  Yes.  Yes.
24   Q.  And --
25   A.  We were right next door in that shop right

Page 23

1    over, but we could hear him.
2    Q.  And Preston was swearing at Sean?
3    A.  No.  Preston came and told Sean, "Tomorrow,
4    make sure you come work with your pants."
5        And then they start exchanging words, you
6    know, and start yelling at each other.  I never hear no
7    threatening, nothing.  I just heard him yelling.
8    Q.  Okay.  My question was did you hear Preston
9    swearing at Sean?
10   A.  No.
11   Q.  You don't remember that?
12   A.  No.  They just was yelling at each other, but
13   he was telling him for, "Make sure you come work with
14   your pants tomorrow."
15   Q.  Preston was saying that to Sean?
16   A.  Yes.
17   Q.  And it was -- was it earlier that day when
18   there was a discussion at the lunch table about wearing
19   pants while pressure washing?
20   A.  Was the same day when he got scolding about
21   that about putting on the pants.  But we wasn't even
22   talking about he pressure washing.  We was talking about
23   this other boy.
24   Q.  Okay.  But there was a discussion at the
25   lunch table about this -- this other guy --

Page 24

1    A.  About using pants when you pressure washing.
2    Q.  And who was at the lunch table when you were
3    having that discussion?
4    A.  Me, Sean, Gilbert.  I don't know.  Probably
5    Preston was on the outside, but we was just talking
6    about that with the Antenna Riggers.  Antenna Riggers is
7    right next to us that's why.  And the boy who was
8    pressure washing, he was working grounds at that time.
9    Q.  And was the discussion at the lunch table
10   that -- that he should be wearing pants, this -- this
11   guy who was pressure washing that he should be wearing
12   pants while he was doing that?
13   A.  Yeah.  When you're pressure washing, you got
14   to use safety, yeah?
15   Q.  And the appropriate safety equipment is to
16   wear pants?
17   A.  Yeah.
18   Q.  Rain pants?
19   A.  Rain pants, or -- yeah.  Rain pants.
20   Q.  Okay.
21   A.  But Sean didn't personally tell Preston that
22   day -- you know, we was talking about only Preston was
23   outside.  He never personally tell him that he need to
24   put on the pants, the rain pants.  We was talking about
25   a different store about the boy -- the other boy.

Page 25

1    Q.  Right.
2    A.  Yeah.
3    Q.  But when Preston came up and saw -- sorry.
4    When -- when Sean came up, you and Sean came up to the
5    building, you saw Preston pressure washing in shorts --
6    A.  Yes.
7    Q.  -- is that right?
8    A.  Yes.
9    Q.  And the pressure washer was on at the time?
10   A.  Uh-huh.  It's a real loud pressure washer.
11   Q.  Okay.  And Sean told Preston to put on the
12   rain pants?
13   A.  He was blowing the horn, lifting up his hands
14   like, "What are you doing?"
15       Then Preston had turn them off and he put on
16   the pants.
17   Q.  Okay.  So the day after this incident where
18   Preston and Sean were yelling in the office --
19   A.  Yes.
20   Q.  -- did Rodney Martin ask you some questions
21   about what happened?
22   A.  No.  Actually, we went go to the job site,
23   and then Preston was venting to me, then I was on --
24   then I end up go see Rodney for see how lie -- to talk
25   to him because I never needed -- you know, like he was

Page 26

1  already upset because he stay yelling at me.  And, you
2  know, I said, "Maybe you should talk to him."
3      Told Rodney that he should talk to him
4  because we just came back to the job site the next day.
5      Q.  Okay.  So you talked to Rodney Martin?
6      A.  Yes.
7      Q.  And did Rodney Martin ask you what happened
8  the day before?
9      A.  No.  I just told him -- I just told him that
10  what had happened that day and was about Preston
11  pressure washing.  That's about it.  I didn't go give
12  him details, you know, because he was asking what had
13  happened.  I said, "Preston was pressure washing without
14  pants and he -- the next day is when he was venting to
15  me."
16      Q.  And you told that to Rodney Martin?
17      A.  Yes.
18          (Exhibit 3 was marked.)
19  BY MS. JONES:
20      Q.  Okay.  The court reporter has handed you
21  what's been marked Exhibit 3 to your deposition.  Take a
22  look at this document and let me know when you're ready.
23      A.  Okay.
24      Q.  Do you recognize Exhibit 3?
25      A.  Yes.

Page 27

1      Q.  Okay.  Is that your signature at the bottom?
2      A.  Yes.
3      Q.  And did you handwrite the date under your
4  name?
5      A.  The date?  Yeah.
6      Q.  Okay.
7      A.  I think my supervisor had -- Rodney Martin
8  made the statement.  We just have to give -- we just
9  tell him what had happened and he typed it up.
10      Q.  Okay.  So you talked to Mr. Martin about what
11  happened.  He typed up Exhibit 3, and then you reviewed
12  and signed it?
13      A.  Yes.
14      Q.  And then did -- after you signed it, did you
15  give this document to Mr. Martin?
16      A.  Give it back to him.  Yeah.
17      Q.  Okay.  And who is Mr. Martin?
18      A.  My supervisor.
19      Q.  He was in charge of the paint shop?
20      A.  Yes.
21      Q.  And when you talked to Mr. Martin about what
22  happened, were you honest with him?
23      A.  Yeah.
24      Q.  You told him truthfully what happened?
25      A.  Yes.

Page 28

1      Q.  And did you -- were you truthful in this
2  statement that is contained in Exhibit 3?
3      A.  Yes.  Whatever I remembered what was going on
4  pretty much the day of this pressure washing thing and
5  then the next day.  It's pretty much whatever I gave, I
6  was trying to give him a report.
7      Q.  You think your -- your memory of what
8  occurred was better when you signed the statement that's
9  Exhibit 3 than it is today?
10      A.  Yes.  I get too much things in my head.
11      Q.  Yeah.  I hear you.  It was almost two years
12  ago.
13      So in the last paragraph of Exhibit 3, the
14  second sentence states, "Preston just walked up to me
15  and started ranting, 'I don't care if I going to lose my
16  job.  I'm just going to punch Sean through his face.'"
17      Do you see that?
18      A.  Yes.
19      Q.  Is that what Preston said to you?
20      A.  Yes, because he was angry from the day before
21  already.
22      Q.  And -- sorry.  Go ahead.
23      A.  No, then he apologized to me and just tell me
24  he sorry he had to do that, but he just wanted for vent
25  because, you know, this stuff had happened.

Page 29

1      Q.  It -- it also says at the end of this
2  paragraph, "His face was full of sweat from his anger,
3  and he wiped it away and said, 'F,' space, space, space,
4  'Rod, F,' space, space, space, 'Sean.  Nobody can touch
5  me, not Rod, not Sean or HR.'"
6      Do you see that?
7      A.  Yes.
8      Q.  Okay.  Now, in the statement, we have this "F
9  space, space, space."
10      A.  Okay.
11      Q.  Can you tell me exactly what it is that he
12  said?  You may have been sort of being polite here and
13  not using the word.  But what is it that Preston
14  actually said that day?
15      A.  He had that attitude like fuck everybody.  He
16  just was angry -- angry because all this stuff was just
17  frickin happening.
18      Q.  Okay.  So he said, "Fuck Rod"?
19      A.  Yeah.
20      Q.  And Preston also said, "Fuck Sean"?
21      A.  Yes.
22      Q.  And he said -- did he say "nobody can touch
23  me"?
24      A.  Oh.  I didn't -- I don't remember saying
25  that.

Page 34

1    A.  Yes.
2    Q.  And the date that's right above it, did you
3  write that in?
4    A.  I think that's my signature.  Yeah.
5    Q.  The date that's right above the signature on
6  Exhibit 5, is that your handwriting?
7    A.  Yes.
8    Q.  And what about the handwriting up at the top
9  in paragraphs one, two, and three, is that your
10  handwriting?
11    A.  I never -- I never -- I don't remember the
12  dates.
13    Q.  I'm just asking if this is your handwriting
14  that's -- that we see in the handwritten portion --
15    A.  No.
16    Q.  -- in paragraphs one, two, and three?
17    A.  No.
18    Q.  It's not your handwriting?
19    A.  No.
20    Q.  Do you know whose handwriting it is?
21    A.  I have no idea.
22    Q.  Okay.  So L3Harris receives this document
23  from the union, and I'm wondering if -- let me back up.
24       You did not type up, you know, this Exhibit 5
25  document; correct?

Page 35

1    A.  No.
2    Q.  Do you know who typed up this document?
3    A.  I have no idea.
4    Q.  You -- did you review the document before you
5  signed it?
6    A.  I don't know -- I don't recall.  I don't
7  remember.
8    Q.  You don't remember --
9    A.  No.
10    Q.  -- if you reviewed it?
11    A.  Yeah.
12    Q.  Did anyone from the union tell you what the
13  purpose was for this document?
14    A.  I remember they was talking about something
15  about this, but I never know get all this stuff on them,
16  the "aggressive and hostile behavior" because I know the
17  reason why, probably, Mr. Lee was like that because this
18  thing was building up for so long.
19    Q.  Okay.  So who do you remember talking
20  about -- about that -- this document?
21    A.  I don't know who gave us this.  I don't know
22  if was Tony Perreira, the union rep, or somebody.
23    Q.  You don't remember right now who gave it to
24  you?
25    A.  Yeah.

Page 36

1    Q.  Okay.
2    A.  I don't remember.
3    Q.  Okay.  And do you recall if anybody said what
4  would be done -- what they were going to do with this
5  document?
6    A.  No.  They didn't tell me nothing.
7    Q.  Okay.  Mr. Lee's wife works out at the base
8  with you; is that correct?
9    A.  Yes.
10    Q.  She still works out there?
11    A.  Yes.
12    Q.  And was there a time when you felt that
13  Mrs. Lee was watching you and you felt like a target?
14    A.  Well, because I was working with Sean is the
15  way I used to -- when I was with Sean.  I used to feel
16  that way.  So now I'm with Gilbert and everything's just
17  fine.  And I was -- when I was working with Sean, feel
18  like I was one target because somebody's always watching
19  me.
20    Q.  You felt that Mr. Lee's wife was watching --
21    A.  Well --
22    Q.  -- Sean?
23    A.  -- it's not only her, I think.  You know,
24  it's -- there's a lot of people over there that they're
25  always worried about everybody else.

Page 37

1    Q.  And did Mr. Lee's wife also make a complaint
2  about you in the past?
3    A.  Yeah -- well, had a few of them they turned
4  me in to corporate one time.
5    Q.  And Mr. Lee's wife was one of them?
6    A.  And two -- three other guys.
7       MS. JONES:  I don't have any further
8  questions at this time, but Mr. Rosenbaum may have some
9  questions.
10       EXAMINATION
11  BY MR. ROSENBAUM:
12    Q.  Yeah, just a couple.
13       Can you look at Exhibit 4?  Look at the
14  second page.  Looks like the last question you were
15  asked -- that's reflected in this document -- "Is there
16  anything else that you would like to add to or delete
17  from this statement?"
18       And it says your answer was, "I have a real
19  concern that Preston will hurt himself or others."
20       Did you ever say that?
21    A.  Well, when -- I used to -- I was always
22  working with him.  When he get angry, you know, he
23  always -- you know, he's mad.
24    Q.  And did you -- did you state this that you
25  thought Preston would hurt himself or others?

Page 38

1    A.  No.  I don't remember.
2    Q.  No?
3    A.  Because I could -- I knew him a long time,
4  you know?  It's not like he going hurt me.
5    Q.  And if you could turn to Exhibit 5, please.
6  If you look at Exhibit 5 under the paragraph number 4,
7  it says, "I've read Sean's statement dated November 6,
8  2019, (attached)," in parentheses, "and witnessed and
9  agreed that Preston's aggressive and hostile behavior is
10 unprofessional, threatening and adversely affects my
11 ability work with and around Preston."
12    Do you see that?
13    A.  Yes.
14    Q.  Okay.  And did you believe at the time you
15 signed this that Preston's behavior was unprofessional?
16    A.  No, because when he get angry is when he get
17 -- he start, you know, getting real mad.
18    Q.  Okay.  Go ahead.  I'm sorry?
19    A.  No.  I could -- we could -- we could -- we
20 could work together fine.  It's just, you know,
21 sometimes maybe one time we had one mistake, but we
22 fixed the problem before the end of the day.
23    Q.  And did you ever see or hear Preston
24 physically threaten anybody in the workplace?
25    A.  No.

Page 39

1    Q.  Did you ever see or hear Preston verbally
2  threaten anybody in the workplace?
3    A.  No.  Maybe he's loud and yelling, but he
4  never -- I never hear him threatening anybody.
5    Q.  Okay.  And did you believe Preston's conduct
6  adversely affect your ability to work with Preston?
7    A.  No.
8    Q.  Do you believe that Preston's actions
9  adversely affected your ability to work, period?
10    A.  No.
11    Q.  Okay.  Number 5 reads, "Preston's aggressive
12 and hostile behavior at work creates a hostile work
13 environment for me, Sean and others who work with
14 Preston."
15    Do you see that?
16    A.  Yeah.
17    Q.  Do you know what a hostile work environment
18 is?
19    A.  Yes.
20    Q.  Okay.  And what does that mean to you?
21    A.  It means very -- working very angry.
22    Q.  Okay.
23    A.  Yeah.
24    Q.  And did you believe that Preston created a
25 hostile work environment for you?

Page 40

1    A.  No.
2    Q.  Okay.  And did you believe Preston created a
3  hostile work environment for other people in the
4  workplace?
5    A.  No.
6    Q.  And number 6 reads, "I am very uncomfortable
7  working with Preston, and at times I've been concerned
8  about my personal safety at work."
9    Do you see that?
10    A.  Yes.
11    Q.  Were you ever very uncomfortable working with
12 Preston?
13    A.  No.  Only a few times when he was angry --
14 angry with Sean.
15    Q.  Okay.  And were those the times we've
16 discussed already?
17    A.  Yes.
18    Q.  Okay.  "And at the times -- and at times I've
19 been concerned about my personal safety at work."
20    Were you ever concerned about your personal
21 safety because of Preston?
22    A.  No.
23    Q.  And then it says, "I'm also concerned about
24 the safety of others, including Sean, Rodney Martin, our
25 supervisor."

Page 41

1    Did you ever feel that you were concerned
2  about the safety of Sean Igne?
3    A.  No.
4    Q.  Did you ever feel that you were concerned
5  about the safety of Rodney Martin?
6    A.  No.
7    Q.  Did you ever feel that you were concerned
8  about the safety of either of those two individuals
9  because of Preston Lee?
10    A.  No.
11    Q.  Do you believe that Preston's aggressive
12 behavior created an unsafe work environment?
13    A.  No.  I think they just made it like that.
14    Q.  You can't --
15    A.  The way I feel.
16    Q.  Who made him like that?
17    A.  The -- the company -- the -- they didn't take
18 care the problems, you know?  If they had problems, if
19 they -- just like they -- they don't -- they don't fix
20 the problem.  That's why Preston got very angry.
21    Q.  Okay.  Do you remember an incident where
22 there was a dead battery in a truck and there was a
23 confrontation between Preston and Mr. Igne?
24    A.  Yes.
25    Q.  And were you physically present during that?

Page 42

1  A. Yes.
2  Q. Okay. And do you recall if there was any
3  cursing going on in that confrontation?
4  A. No. They just was yelling at each other, and
5  Sean had start apologizing to Preston because he was
6  under stress because he just went crash his car.
7  Q. So at the end of it, Sean apologized to
8  Preston?
9  A. Yeah. I heard. Yeah.
10  Q. Right at that instant?
11  A. No, not right at the instant, but they was
12  grumbling about the dead battery for -- just going back
13  and forth. Then he went apologize after because he was
14  stressing out because he went smash his car.
15  Q. And you heard Sean apologize to Preston?
16  A. No, but Sean told me he apologized to him.
17  Q. Did Sean ever tell you that he was physically
18  threatened by Preston?
19  A. No.
20  Q. Did Sean ever tell you that he felt unsafe in
21  the workplace because of Preston?
22  A. Yes.
23  Q. Did Sean ever tell you that Preston
24  threatened to kick his ass?
25  A. Did Sean? What is that again?

Page 43

1  Q. Did Sean, Mr. Igne, ever tell you that
2  Preston threatened to kick Mr. Igne's ass?
3  A. No.
4  Q. Did you ever hear that sort of allegation?
5  MS. JONES: Objection.
6  THE DEPONENT: Was -- Sean wasn't there
7  when he told me -- when he was venting to me that he
8  wanted for kick Sean's ass. But Sean -- he never
9  personally tell Sean straight in his face. Sean wasn't
10  even there.
11  BY MR. ROSENBAUM:
12  Q. Okay. And if you turn to Exhibit -- yeah,
13  this one. Yeah. Exhibit 3. And Ms. Jones questioned
14  you regarding the statement in the last paragraph. It
15  starts -- let's see. "Preston just walked up to me and
16  started ranting."
17  Do you see that?
18  I don't know where are we? Right here.
19  "Preston just walked up to me" --
20  A. Yeah.
21  Q. -- "and started ranting."
22  "And started ranting and, 'I don't care if I
23  -- if I going to lose my job. I just going to punch
24  Sean through his face.'"
25  A. Yeah.

Page 44

1  Q. Did Preston ever punch Sean through his face?
2  A. No.
3  MS. JONES: Objection.
4  BY MR. ROSENBAUM:
5  Q. Did Preston -- did you believe that Preston
6  at the time that he stated this that he was actually
7  going to assault Sean Igne?
8  A. Well, he just was -- Sean was no even there.
9  He just was venting to me --
10  Q. Okay. And did you think --
11  A. -- I think.
12  Q. Do you think he was serious like he was
13  actually going to punch Sean, or do you think he was
14  just angry --
15  A. Just angry.
16  Q. Okay. So you didn't believe that Preston was
17  going to follow through and attack Sean?
18  A. No.
19  Q. Okay. And you did not believe that; correct?
20  A. No -- yes.
21  MR. ROSENBAUM: Okay. I have no further
22  questions -- oh, wait. Wait. I have one final
23  question. I'm sorry. Luckily we're not in court here.
24  BY MR. ROSENBAUM:
25  Q. Okay. So the final sentence in this

Page 45

1  statement, "His face was full of sweat from his anger."
2  Did you tell somebody that Preston's face was
3  full of sweat because of his anger?
4  A. No.
5  Q. You never said that at all?
6  A. No.
7  Q. Okay. And he wiped it away and said, "'F'
8  Rod and 'F' Sean."
9  He did say that; right?
10  A. Yes.
11  Q. Because he was upset --
12  A. Yeah. Yeah.
13  Q. And then it says, "Nobody can touch me, not
14  Rod, not Sean or HR."
15  Did you ever in your life hear Preston say
16  anything like that?
17  A. No.
18  MR. ROSENBAUM: No further questions.
19  EXAMINATION
20  BY MS. JONES:
21  Q. Okay. You testified earlier in your response
22  to some questioning from Mr. Rosenbaum about you and
23  Preston had an incident that you guys resolved at the
24  end of the day?
25  A. Yeah, the one we was working together. We