## Apo, Jasmine (US)

| | |
|---|---|
| From: | West, Ross W CTR (USA) <ross.west.ctr@navy.mil> |
| Sent: | Wednesday, December 11, 2019 1:11 PM |
| To: | Arnold, Amanda (US); Kreider, Jay (US) |
| Cc: | Broyles, Julie (FP) (Contractor); Apo, Jasmine (US) |
| Subject: | FW: Gasoline Inquiry |
| Attachments: | TAYLOR INQUIRY INTO GASOLINE THEFT.docx; MFR -- TAYLOR INTERVIEW WITH LEE.docx; STATEMENT -- MARTIN.docx; STATEMENT -- FUJITA.docx; STATEMENT -- HESAPENE.docx; STATEMENT -- CASTRO.docx; STATEMENT -- IGNE.docx |

Jay / Amanda:

I received a call right from the NAVSUP SCO after the BOD Meeting regarding an anonymous report from a Manu Kai individual to the Navy HOT Line and PMRF Commanding Officer. I told the SCO I would look into the issue once I returned from Orlando, FL. As it turns out, we guessed the individual was Preston Lee based upon a recent disciplinary action against him. The Navy has confirmed he was the accuser. I asked Scott Taylor to conduct a formal inquiry based upon his 30+ years of military investigative experience and told PMRF of my intent to do so.

Attached is his report which has been shared with the PMRF Technical Director, NAVSUP SCO and PMRF XO. I also requested a formal investigation to be conducted by the NCIS. Due to the recent two active shooter events, many personnel are raising concerns about Preston Lee's stability. Preston himself has openly told his co-workers that he has been diagnosed with PTSD and has had other issues. Those concerns were addressed by HR in a confidential manner in the past, but I believe we need to elevate it concerns to a corporate level based upon the findings Scott presented. Apparently the situation with Preston Lee's stability is deteriorating.

R,

Ross W. West
Program Manager
Manu Kai, LLC
O: 808-335-4298
C: 703-635-9878
ross.west.ctr@navy.mil
rwest@alakaina.com


From: West, Ross W CTR (USA)
Sent: Wednesday, December 11, 2019 12:58 PM
To: Moore, Judith L CIV NAVSUP, 7020 <judith.moore1@navy.mil>; Kay, Robert T, Civ, PMRF, N02-Technical Director <robert.t.kay@navy.mil>
Subject: FW: Gasoline Inquiry

Judith / Bob:

Attached are the findings from Manu Kai's formal inquiry into the alleged fuel theft.


EXHIBIT "C"

1

BLUF: The alleged incident seems to be from the 2007-2010 timeframe and there is not collaborating evidence to prove the theft occurred or to dis-prove the allegation. Several items have come to light:

1. There seems to be a motive of retaliation associated with the allegations.
2. Individuals have raised significant concerns with the mental health of the accuser.
3. The VLN ProKee system in use to monitor fuel usage has significant gaps with regards to accountability to fuel dispensing and usage.

Manu Kai is continuing to investigate how the VLN ProKee system might be enhanced to close the accountability loopholes and we are working with our Corporate HR/Legal department to determine what employment action can be taken regarding the mental health concerns of the accuser.

R,


Ross W. West
Program Manager
Manu Kai, LLC
O: 808-335-4298
C: 703-635-9878
ross.west.ctr@navy.mil
rwest@alakaina.com




**From:** Taylor, Stuart S CTR USN PMRF BARS HI (USA) <stuart.s.taylor.ctr@navy.mil>
**Sent:** Wednesday, December 11, 2019 11:36 AM
**To:** West, Ross W CTR (USA) <ross.west.ctr@navy.mil>
**Cc:** Broyles, Julie A CTR USN (USA) <julie.broyles.ctr@navy.mil>; Apo, Jasmine C CTR (USA) <jasmine.apo.ctr@navy.mil>
**Subject:** Gasoline Inquiry

Ross,

Please see attached inquiry as requested. I would consider this a draft, but I am in possession of all signed documents.

Scott

**Scott Taylor**
Manager, Security & Emergency Services
Manu Kai, LLC
PMRF, Barking Sands
Office: 335-4119
Email: stuart.s.taylor.ctr@navy.mil

2