IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>               Plaintiff,<br><br>   vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br>               Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) DECLARATION OF JIMMY<br>) COSTALES<br>) |

## DECLARATION OF JIMMY COSTALES

| | |
|---|---|
| STATE OF HAWAI'I | ) |
| | ) SS. |
| COUNTY OF KAUA'I | ) |

I, JIMMY COSTALES, do hereby declare that:

    1.    Unless otherwise indicated, I make this declaration based upon my personal firsthand knowledge. All of the statements in this declaration are true. I understand that if I make a false statement, I may be prosecuted for perjury.

444

2. I am competent to testify to the matters set forth herein.

3. I one of the Plaintiff Preston Lee's former coworkers at L3Harris Technologies, Inc.

4. I was Preston Lee's shop steward for IBEW Local 1260.

5. I worked for L3Harris and its predecessor at Barking Sands for approximately 17 years.

6. I worked directly with Preston Lee for about 14 years.

7. In or about January 2020, there was a meeting with L3Harris' Human Resource's Julie Broyles and IBEW 1260 attorney Amy Ejercito.

8. On the same date, I was asked by Amy Ejercito to do her a favor and pass out envelopes containing documents they wanted Preston Lee's coworkers at the paint shop, Gilbert Castro, David Hesapene, Mark Vegas and Lawrence Yadao, to sign.

9. I handed out these envelopes to Preston Lee's coworkers as noted above.

10. I told these men they had to sign these documents and return these documents to L3Harris human resources.

11. I was never asked by anyone at L3Harris management or human resources whether I was afraid to work with Preston Lee, whether I was intimidated by Preston Lee or whether I was afraid of Preston Lee in any way.

12. I was never afraid of Preston Lee, never afraid to work with Preston Lee, I was never intimidated by Preston Lee in any way.

13. In fact, we worked together just fine.

Further Declarant Declares Naught

I, JIMMY COSTALES, do declare under penalty of perjury that the foregoing is true and correct.

DATED: Kaua'i, Hawai'i, 10, 7, 21

JIMMY COSTALES