IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) DECLARATION OF JOSH BURTON |
| vs. | ) |
| | ) |
| L3HARRIS TECHNOLOGIES, INC.; | ) |
| JOHN DOES 1-10; JANE DOES 1-10; | ) |
| DOE CORPORATIONS 1-10; DOE | ) |
| PARTNERSHIPS 1-10; DOE | ) |
| UNINCORPORATED | ) |
| ORGANIZATIONS | ) |
| 1-10; and DOE GOVERNMENTAL | ) |
| AGENCIES 1-10, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## DECLARATION OF JOSH BURTON

| | |
|---|---|
| STATE OF HAWAI'I | ) |
| | ) SS. |
| COUNTY OF KAUA'I | ) |

I, JOSH BURTON, do hereby declare that:

1. Unless otherwise indicated, I make this declaration based upon my personal firsthand knowledge. All of the statements in this declaration are true. I understand that if I make a false statement, I may be prosecuted for perjury.

2. I am competent to testify to the matters set forth herein.

3. I one of the Plaintiff Preston Lee's former coworkers at ITT at Barking Sands and then at Manukai at Barking Sands in the total years from 1999 to 2006.

4. I currently work at Barking Sand for Koa Lani after working for Manukai at Barking Sands up until Koa Lani took over the federal contract in 2021.

5. I worked with Mr. Lee at the Flightline at Barking Sands and we worked side by side from 1999 to 2006.

6. I was also in the Navy at Barking Sands from 1995-1998 and during that time I also worked with Mr. Lee side by side.

7. During the total time I worked with Mr. Lee I never saw him verbally or physically harass anyone.

8. During the total time I worked with Mr. Lee I never saw him physically threaten anyone.

9. During the total time I worked with Mr. Lee I never saw him verbally threaten anyone.

10. During the total time I worked with Mr. Lee I never saw him physically assault anyone.

11. During the total time I worked with Mr. Lee I never saw him verbally

2

assault anyone.

12. I never even heard of Mr. Lee verbally or physically, threatening, harassing or assaulting anyone at work or outside of work.

13. I was never afraid of Mr. Lee during the times I worked with him.

14. Mr. Lee was no threat to me or anyone else I witnessed in the workplace.

15. I was never afraid of Preston Lee, never afraid to work with Preston Lee, I was never intimidated by Preston Lee in any way.

16. In my experience, Mr. Lee is not a physical threat to anyone in the workplace and conducts himself professionally.

Further Declarant Declares Naught

I, JOSH BURTON, do declare under penalty of perjury that the foregoing is true and correct.

OCT 21 2021

DATED: Kaua'i, Hawai'i, _____.

JOSH BURTON

3