IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) DECLARATION OF GUY FUJITA |
| vs. | ) |
| | ) |
| L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

## DECLARATION OF GUY FUJITA

STATE OF HAWAI'I      )
                      ) SS.
COUNTY OF KAUA'I      )

I, GUY FUJITA, do hereby declare that:

1. Unless otherwise indicated, I make this declaration based upon my personal firsthand knowledge. All of the statements in this declaration are true. I understand that if I make a false statement, I may be prosecuted for perjury.

447

2. I am competent to testify to the matters set forth herein.

3. I one of the Plaintiff Preston Lee's former coworkers at Barking Sands from 1994 to 2020.

4. During these years I would work from time to time next to Mr. Lee.

5. I currently work at Barking Sand for Koa Lani.

6. During the times I worked with Mr. Lee I never saw him verbally or physically threaten anyone in the workplace.

7. During the times I worked with Mr. Lee I never saw him verbally or physically assault anyone in the workplace.

8. I never felt unsafe working around Mr. Lee.

9. I was never afraid of Mr. Lee during the times I worked with him.

10. Mr. Lee was no threat to me or anyone else I witnessed in the workplace.

11. In my experience, Mr. Lee is not a physical threat to anyone in the workplace and conducts himself professionally.

Further Declarant Declares Naught

I, GUY FUJITA, do declare under penalty of perjury that the foregoing is true and correct.

DATED: Kaua'i, Hawai'i, _Oct 8, 2021_

_____
GUY FUJITA