IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br>　　　　　Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) DECLARATION OF MICHAEL<br>) YOUNG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF MICHAEL YOUNG

| | |
|---|---|
| STATE OF HAWAI'I | )<br>) SS. |
| COUNTY OF KAUA'I | ) |

I, MICHAEL YOUNG, do hereby declare that:

　　　1.　　Unless otherwise indicated, I make this declaration based upon my personal firsthand knowledge. All of the statements in this declaration are true. I understand that if I make a false statement, I may be prosecuted for perjury.

442

2. I am competent to testify to the matters set forth herein.

3. I one of the Plaintiff Preston Lee's former coworkers at Barking Sands from 1994 to 2005.

4. I was also in the Navy with Mr. Lee from 1990-1992.

5. During these years I would work on occasion next to Mr. Lee.

6. During the times I worked with Mr. Lee I never saw him verbally or physically threaten anyone at the job.

7. During the times I worked with Mr. Lee I never saw him verbally or physically assault anyone at the job.

8. I never felt unsafe working around Mr. Lee.

9. I was never afraid of Mr. Lee during the times I worked with him.

10. Mr. Lee was no threat to me or anyone else I witnessed in the workplace.

11. In my experience, Mr. Lee is not a physical threat to anyone in the workplace and conducts himself respectfully to his workers and managers.

Further Declarant Declares Naught

I, MICHAEL YOUNG, do declare under penalty of perjury that the foregoing is true and correct.

DATED: Kaua'i, Hawai'i, Oct 8th 2021.

*/s/ Michael Young*
MICHAEL YOUNG