IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>               Plaintiff,<br><br>vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br>               Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) DECLARATION OF DAVID<br>) SHIMOGAWA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF DAVID SHIMOGAWA

STATE OF HAWAI'I                    )
                                       ) SS.
COUNTY OF KAUA'I              )

I, DAVID SHIMOGAWA, do hereby declare that:

      1.     Unless otherwise indicated, I make this declaration based upon my personal firsthand knowledge. All of the statements in this declaration are true. I understand that if I make a false statement, I may be prosecuted for perjury.

      2.     I am competent to testify to the matters set forth herein.

3. I one of the Plaintiff Preston Lee's former coworkers at Barking Sands from approximately 1994 to 2020.

4. From the years 1994-2020, I would see Mr. Lee nearly every day sometimes more than once a day.

5. During these years I would work on occasion next to Mr. Lee.

6. During the times I worked with Mr. Lee I never saw him verbally or physically threaten anyone at the job.

7. During the times I worked with Mr. Lee I never saw him verbally or physically assault anyone at the job.

8. I never felt unsafe working around Mr. Lee.

9. I was never afraid of Mr. Lee during the times I worked with him.

10. Mr. Lee was no threat to me or anyone else I witnessed in the workplace.

11. In my experience, Mr. Lee is not a physical threat to anyone in the workplace and conducts himself respectfully to his workers and managers.

Further Declarant Declares Naught

I, DAVID SHIMOGAWA, do declare under penalty of perjury that the foregoing is true and correct.

DATED: Kaua'i, Hawai'i, 10/08/21 .

_____
DAVID SHIMOGAWA