IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>    Plaintiff,<br><br>vs.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>    Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) DECLARATION OF DAVID<br>) HASAPENE<br>) |

## DECLARATION OF DAVID HASAPENE

STATE OF HAWAI'I      )
              ) SS.
COUNTY OF KAUA'I     )

I, DAVID HASAPENE, do hereby declare that:

  1.  Unless otherwise indicated, I make this declaration based upon my personal firsthand knowledge. All of the statements in this declaration are true. I understand that if I make a false statement, I may be prosecuted for perjury.

2. I am competent to testify to the matters set forth herein.

3. I one of the Plaintiff Preston Lee's former coworkers at L3Harris Technologies, Inc.

4. I worked for L3Harris and its predecessor at Barking Sands for approximately 21 years.

5. I worked directly with Plaintiff from 2017 to 2020.

6. In October 2018, Mr. Sean Igne alleged that Plaintiff walked up to Mr. Igne with clenched fists acted like he was going to attack Mr. Igne and saying he was going to kick Mr. Igne's ass after work. I was a witness to this alleged interaction between Mr. Igne and Plaintiff. Plaintiff did not do what Mr. Igne alleged. Plaintiff did not walk up to Mr. Igne with clenched fists acted like he was going to attack Mr. Igne and Plaintiff did not say he was going to kick Mr. Igne's ass after work.

7. On or about November 15, 2019, I witnessed Mr. Sean Igne approach Plaintiff at the job site while Plaintiff was power washing the security building and yelled at Plaintiff to put on his pants.

8. Plaintiff immediately complied and put on his pants and began power washing again.

9. I also witnessed on the same date I heard Mr. Igne and Plaintiff yelling at one another.

10. Prior to the yelling, I heard Plaintiff tell Mr. Igne that Mr. Igne also had to wear his pants at the workplace.

Further Declarant Declares Naught

I, DAVID HASAPENE, do declare under penalty of perjury that the foregoing is true and correct.

DATED: Kaua'i, Hawai'i, 8/24/21

_____
DAVID HASAPENE