IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>　　　　　Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) **CERTIFICATE OF**<br>) **COMPLIANCE PURSUANT TO**<br>) **L.R 7.4**<br>) |

## **CERTIFICATE OF COMPLIANCE PURSUANT TO L.R. 7.4**

Pursuant to L.R. 7.4, I hereby certify that the attached Plaintiff's Concise Statement of Facts contains 1149 words and complies with the applicable word limitation, is typed in Times New Roman font and has font size 14.

DATE:　Honolulu, Hawaii; October 22, 2021.

　　　　　　　　　　　　　　/s/ Joseph T. Rosenbaum
　　　　　　　　　　　　　　JOSEPH T. ROSENBAUM

　　　　　　　　　　　　　　Attorney for Plaintiff

PRESTON LEE