## **TABLE OF CONTENTS**

PAGE

I. PERTINENT FACTS………………....………...……………………….……1
II. DEFENDANT'S MOTION DOES NOT MEET THE SUMMARY
JUDGMENT STANDARD……………………………………….…………12
III. ARGUMENT..………………………….…………….………….....................12

    A. All Plaintiff's Claims Meet the Legal Standard to Pass Summary
       Judgment……………………………………………………………..….12
       i. Plaintiff Is Without Doubt a Qualified Individual with a Disability….13

       ii. Plaintiff Was Terminated Because of His PTSD and L3 Did Not Have
          Legitimate Reason to Terminate Mr. Lee……………………….…....18
    B. Plaintiff Clearly Makes Out His Prima Facie Case of Disability-Related
       Retaliation and Whistleblower Retaliation…………………………...…22
       There is Causal Connection Between Mr. Lee's Protected Activity and the
       Retaliation…………………………………………...………………….23
       There is a Clear Temporal Relation Between Mr. Lee's Reporting of
       Illegal Activity and His Termination………………………...………23
IV. CONCLUSION……………………………………...………..………..…..25

# TABLE OF AUTHORITIES

**CASES**                                                                                         Page(s)

*Allen v. Iranon,* 283 F.3d 1070, 1077-78 (9th Cir.2002)……….……...……23, 24

*Coszalter v. City of Salem,* 320 F3d 968, 977 (9th Cir 2003)………….…….…..23

*Cripe v. City of San Jose,* 261 F.3d 877, 884 (9th Cir.2001)…………….….…..14

*Dark v. Curry County*, 451 F.3d 1078, 1084 (9th Cir. 2006)……….……….….19

*Davis v. Team Elec. Co.,* 520 F.3d 1080, 1094 (9th Cir.2008)……….……….....23

*French v. Hawaii Pizza Hut, Inc.,* 105 Hawai'i 462, 467, 99 P.3d 1046, 1051 (2004)………………….…..……………………………….….……….…13

*Gambini v. Total Renal Care, Inc.*, 486 F.3d 1087, 1094-95 (9th Cir. 2007)..19, 20

*Humphrey v. Mem'l Hosps. Ass'n*, 239 F.3d 1128, 1139-40 (9th Cir. 2001…..19, 21

*Hutton v. Elf Atochem N. Am., Inc.,* 273 F.3d 884, 891 (9th Cir. 2001)………..…13

*Kachmar v. SunGard Data Sys., Inc.,* 109 F.3d 173, 177 (3rd Cir. 1997)………..24

*Kennedy v. Applause,* 90 F.3d 1477, 1481 (9th Cir.1996)………….………..…14

*Kimbro v. Atlantic Richfield Co.*, 889 F.2d 869 (9th Cir.), *cert. denied*, 498 U.S. 814, 112 L. Ed. 2d 28, 111 S. Ct. 53 (1990)………….……..……….…...….19, 20

*Lam v. University of Hawaii*, 40 F.3d 1551 (9th Cir.1994)………….……..…12

*Mayo v. PCC Structurals, Inc.*, 795 F.3d 941 (9th Cir. 2015)…….………..14, 19

*Nidds v. Schindler Elevator Corp.,* 113 F.3d 912, 919 (9th Cir.1996)…..……..24

*Passantino v. Johnson & Johnson Consumer Prods., Inc.,* 212 F.3d 493, 507 (9th Cir.2000)…………….……………………….….…….……..…..24

*Perez v. Curcio,* 841 F.2d 255, 258 (9th Cir. 1988)……………………...……….12

*Poland v. Chertoff*, 494 F.3d 1174, 1182 (9th Cir. 2007)…………….……….…..22

*Raytheon Co. v. Hernandez*, 540 U.S. 44, 49, n.3 (2003)………….…………...13

*Reaves v. Nexstar Broad., Inc.*, 327 F. Supp. 3d 1352, 1365-1368 (D. Or. 2018)……………………………………………………………………….....15

*Schefte v. Reliable Collection Agency, Ltd.*, 96 Hawai'i 408, 425, 32 P.3d 52, 69 (2001)………………………………………...……………….……………….13

*Villiarimo v. Aloha Island Air, Inc.,* 281 F.3d 1054, 1065 (9th Cir. 2002)………...23

*Yartzoff v. Thomas,* 809 F.2d 1371, 1376 (9th Cir. 1987)…….………...……23, 24

*You v. Longs Drugs Stores California, LLC,*
937 F. Supp. 2d 1237, 1258 (9th Cir. 2013)………….……...…….……….…...22