FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br>　　　　　　Defendants. | CIVIL NO. 20-00489 LEK-KJM<br>(Other Civil Action)<br><br>**PLAINTIFF'S TABLE OF CONTENTS AND TABLE OF AUTHORITIES REGARDING DOC 60 - PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT; CERTIFICATE OF SERVICE.** |

# **TABLE OF CONTENTS**

                                                                                                                               PAGE

I. PERTINENT FACTS………………....………....……………….………..…1
II. DEFENDANT'S MOTION DOES NOT MEET THE SUMMARY
JUDGMENT STANDARD……………………………………….….………12
III. ARGUMENT..………….….……….……………......................12

    A. All Plaintiff's Claims Meet the Legal Standard to Pass Summary
       Judgment……………….……….…………………………………….…..12
       i. Plaintiff Is Without Doubt a Qualified Individual with a Disability….13

       ii. Plaintiff Was Terminated Because of His PTSD and L3 Did Not Have
          Legitimate Reason to Terminate Mr. Lee………………………......18
    B. Plaintiff Clearly Makes Out His Prima Facie Case of Disability-Related
       Retaliation and Whistleblower Retaliation………………………....…22
       There is Causal Connection Between Mr. Lee's Protected Activity and the
       Retaliation……………………………………………...……………….23
       There is a Clear Temporal Relation Between Mr. Lee's Reporting of
       Illegal Activity and His Termination………………………...………23
IV. CONCLUSION……………………………………...………….……..….….25

# **TABLE OF AUTHORITIES**

**CASES**                                                                          **Page(s)**

*Allen v. Iranon,* 283 F.3d 1070, 1077-78 (9th Cir.2002)……………..……23, 24

*Coszalter v. City of Salem,* 320 F3d 968, 977 (9th Cir 2003)……….….…….23

*Cripe v. City of San Jose,* 261 F.3d 877, 884 (9th Cir.2001)………….….…..14

*Dark v. Curry County*, 451 F.3d 1078, 1084 (9th Cir. 2006)………….….….19

*Davis v. Team Elec. Co.,* 520 F.3d 1080, 1094 (9th Cir.2008)………….…....23

*French v. Hawaii Pizza Hut, Inc.,* 105 Hawai'i 462, 467, 99 P.3d 1046, 1051 (2004)…………………..………………………………….….….….……13

*Gambini v. Total Renal Care, Inc.*, 486 F.3d 1087, 1094-95 (9th Cir. 2007)..19, 20

*Humphrey v. Mem'l Hosps. Ass'n*, 239 F.3d 1128, 1139-40 (9th Cir. 2001…..19, 21

*Hutton v. Elf Atochem N. Am., Inc.,* 273 F.3d 884, 891 (9th Cir. 2001)……..…13

*Kachmar v. SunGard Data Sys., Inc.,* 109 F.3d 173, 177 (3rd Cir. 1997)……...24

*Kennedy v. Applause,* 90 F.3d 1477, 1481 (9th Cir.1996)……….…….……...14

*Kimbro v. Atlantic Richfield Co.*, 889 F.2d 869 (9th Cir.), *cert. denied*, 498 U.S. 814, 112 L. Ed. 2d 28, 111 S. Ct. 53 (1990)………….……...….….…....19, 20

*Lam v. University of Hawaii*, 40 F.3d 1551 (9th Cir.1994)…………….…...…12

*Mayo v. PCC Structurals, Inc.*, 795 F.3d 941 (9th Cir. 2015)……..….…...14, 19

*Nidds v. Schindler Elevator Corp.,* 113 F.3d 912, 919 (9th Cir.1996)…….…..24

*Passantino v. Johnson & Johnson Consumer Prods., Inc.,* 212 F.3d 493, 507 (9th Cir.2000)………………………………………………….…….……….…..24

*Perez v. Curcio,* 841 F.2d 255, 258 (9th Cir. 1988)……….………...……….12

*Poland v. Chertoff*, 494 F.3d 1174, 1182 (9th Cir. 2007)…………….…….…….22

*Raytheon Co. v. Hernandez,* 540 U.S. 44, 49, n.3 (2003)………….………….....13

*Reaves v. Nexstar Broad., Inc.*, 327 F. Supp. 3d 1352, 1365-1368 (D. Or. 2018)……………………………………………………….……………….....15

*Schefte v. Reliable Collection Agency, Ltd.*, 96 Hawai'i 408, 425, 32 P.3d 52, 69 (2001)……………………………………...…………………….…………….13

*Villiarimo v. Aloha Island Air, Inc.,* 281 F.3d 1054, 1065 (9th Cir.2002)………...23

*Yartzoff v. Thomas,* 809 F.2d 1371, 1376 (9th Cir.1987)…….……….....……23, 24

*You v. Longs Drugs Stores California, LLC,*
937 F. Supp. 2d 1237, 1258 (9th Cir. 2013)………….……..….…….……....22

DATED:  Honolulu, Hawaii, October 27, 2021.

FUJIWARA AND ROSENBAUM, LLLC

By /s/ Joseph T. Rosenbaum
   JOSEPH T. ROSENBAUM
   Attorney for Plaintiff
   PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br>　　　　　Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on today's date a copy of the foregoing documents were duly served via EM/ECF to the following:

　AMANDA M. JONES
　MICHAEL R. SOON FAH
　1000 Bishop Street, Ste. 1200
　Honolulu, HI 96813
　Attorneys for Defendant
　L3HARRIS TECHNOLOGIES, INC.

　　　　DATED:  Honolulu, Hawaii, October 27, 2021.

　　　　　　　　　　　　FUJIWARA AND ROSENBAUM, LLLC

By /s/ Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM
Attorney for Plaintiff
PRESTON LEE