CADES SCHUTTE LLP
A Limited Liability Law Partnership

AMANDA M. JONES          8854
MICHAEL R. SOON FAH      11156
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:   ajones@cades.com
         msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>    Defendants. | CIVIL NO.  1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF COMPLIANCE WITH WORD LIMIT** |

## CERTIFICATE OF COMPLIANCE WITH WORD LIMIT

I hereby certify that the foregoing Reply Memorandum contains 3,747 words, exclusive of the case caption, table of contents, table of authorities, and

certificates of service, based on the word count provided by Microsoft Word, which is the word-processing system used to produce the document.

DATED: Honolulu, Hawai'i, October 29, 2021.

                                                  CADES SCHUTTE LLP
                                                  A Limited Liability Law Partnership

                                                  */s/ Michael R. Soon Fah*
                                                  AMANDA M. JONES
                                                  MICHAEL R. SOON FAH
                                                  Attorneys for Defendant
                                                  L3HARRIS TECHNOLOGIES, INC.