CADES SCHUTTE LLP
A Limited Liability Law Partnership

AMANDA M. JONES          8854
MICHAEL R. SOON FAH      11156
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
FAX: (808) 521-9210
Email:   ajones@cades.com
         msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| PRESTON LEE,<br><br>    Plaintiff,<br><br>  v.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNICORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMNENTAL AGENCIES 1-10.<br><br>    Defendants. | CIVIL NO. 1:20-CV-00489 LEK-KJM (Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the

foregoing document was duly served electronically upon the following party via CM/ECF:

>ELIZABETH J. FUJIWARA
>JOSEPH T. ROSENBAUM
>Fujiwara and Rosenbaum, LLLC
>1100 Alakea Street, 20th Floor, Suite B
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiff

DATED: Honolulu, Hawai'i, October 29, 2021.

>CADES SCHUTTE LLP
>A Limited Liability Law Partnership
>
>*/s/ Michael R. Soon Fah*
>AMANDA M. JONES
>MICHAEL R. SOON FAH
>Attorneys for Defendant
>L3HARRIS TECHNOLOGIES, INC.