# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:20-CV-00489-LEK-KJM |
| CASE NAME: | Preston Lee v. L3Harris Technologies, Inc. |
| ATTY FOR PLA: | Joseph T. Rosenbaum |
| ATTY FOR DEFT: | Amanda M. Jones |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | Video Tele-Conference (VTC) |
| DATE: | 11/16/2021 | TIME: | 1:30 - 2:35 |

COURT ACTION:  EP:   FURTHER SETTLEMENT CONFERENCE

Also present is Lisa Abram, Representative for L3Harris Technologies, Inc.

The Court met with the parties. Settlement discussions held.

No settlement reached at this time.

Parties may contact Magistrate Judge Kenneth J. Mansfield's courtroom Manager, Bernie Aurio at (808) 541-1298 or by email at bbb@hid.uscourts.gov, if they so wish further assistance in settlement with the Court.

*Submitted by: Bernie Aurio, Courtroom Manager*