FUJIWARA AND ROSENBAUM, LLLC

JOSEPH T. ROSENBAUM           9205
1100 Alakea Street, 20th Floor, Suite B
Honolulu, Hawaii 96813
Telephone: (808) 203-5436

Attorney for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>            Plaintiff,<br><br>vs.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>            Defendants. | CIVIL NO. 20-00489 LEK-KJM<br>(Other Civil Action)<br><br><br>CERTIFICATE OF SERVICE<br>RE: NOTICE OF TAKING DEPOSITIONS UPON ORAL EXAMINATION (VIA ZOOM) OF<br>SEAN IGNE<br>JULIE BROYLES<br>SCOTT TAYLOR |

(adr 112021.06)

CERTIFICATE OF SERVICE
RE: NOTICE OF TAKING DEPOSITIONS
<u>UPON ORAL EXAMINATION (VIA ZOOM)</u>

THE UNDERSIGNED HEREBY CERTIFIES that on the date and by the method of service noted below, a true and correct copy of the Notice of Taking

Depositions Upon Oral Examination (Via Zoom) [scheduled for December 15, 2021 and December 16, 2021] was served upon the following individuals in the manner stated below:

**Served by U.S. Mail:**

AMANDA M. JONES, ESQ.
MICHAEL R. SOON FAH, ESQ.
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

DATED: Honolulu, Hawaii, _____NOV 2 3 2021_____

        FUJIWARA AND ROSENBAUM, LLLC

        /s/ Joseph T. Rosenbaum

        JOSEPH T. ROSENBAUM
        Attorney for Plaintiff
        PRESTON LEE