FUJIWARA AND ROSENBAUM, LLLC

JOSEPH T. ROSENBAUM            9205
1100 Alakea Street, 20th Floor, Suite B
Honolulu, Hawaii 96813
Telephone: (808) 203-5436

Attorney for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| PRESTON LEE, | ) | CIVIL NO. 20-00489 LEK-KJM |
|---|---|---|
| | ) | (Other Civil Action) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CERTIFICATE OF SERVICE |
| | ) | RE: NOTICE OF TAKING |
| L3HARRIS TECHNOLOGIES, INC.; | ) | DEPOSITION UPON ORAL |
| JOHN DOES 1-10; JANE DOES | ) | EXAMINATION (VIA ZOOM) OF |
| 1-10; DOE CORPORATIONS 1-10; | ) | PETER BIANCHI, Ph.D. |
| DOE PARTNERSHIPS 1-10; DOE | ) | |
| UNINCORPORATED | ) | |
| ORGANIZATIONS 1-10; and DOE | ) | |
| GOVERNMENTAL AGENCIES | ) | |
| 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

(lv 2021 1124.02)

CERTIFICATE OF SERVICE
RE: NOTICE OF TAKING DEPOSITION
UPON ORAL EXAMINATION (VIA ZOOM)

THE UNDERSIGNED HEREBY CERTIFIES that on the date and by the method of service noted below, a true and correct copy of the Notice of Taking Deposition Upon Oral Examination (Via Zoom) [scheduled for December 8, 2021] was served upon the following individuals in the manner stated below:

**Served by U.S. Mail:**

AMANDA M. JONES, ESQ.
MICHAEL R. SOON FAH, ESQ.
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

NOV 24 2021

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

DATED: Honolulu, Hawaii, _____NOV 24 2021_____

FUJIWARA AND ROSENBAUM, LLLC

/s/ Joseph T. Rosenbaum

JOSEPH T. ROSENBAUM
Attorney for Plaintiff
PRESTON LEE