# MINUTE ORDER

CASE NUMBER:        CIVIL NO. 20-00489 LEK-KJM

CASE NAME:        Preston Lee vs. L3Harris Technologies, Inc.

JUDGE:    Leslie E. Kobayashi        DATE:        01/20/2022

COURT ACTION:   EO: ORDER DIRECTING PARTIES TO MEET AND CONFER, AND TO CONTACT MAGISTRATE JUDGE FOR TRIAL RE-SETTING

On January 11, 2022, pursuant to the Temporary General Orer issued by Chief Judge Seabright on December 27, 2021, this Court vacated the final pretrial conference and trial date in this matter, [dkt. no. 80,] and therefore DIRECTS the parties to meet and confer regarding a new trial date, and to contact the magistrate judge for a conference to reset the trial date as well as any trial-related deadlines.

        IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager