FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S NOTICE OF** |
| vs. | ) **APPEAL TO THE UNITED** |
| | ) **STATES COURT OF APPEALS** |
| L3HARRIS TECHNOLOGIES, INC.; | ) **FOR THE NINTH CIRCUIT** |
| JOHN DOES 1-10; JANE DOES 1-10; | ) |
| DOE CORPORATIONS 1-10; DOE | ) |
| PARTNERSHIPS 1-10; DOE | ) |
| UNINCORPORATED | ) |
| ORGANIZATIONS | ) |
| 1-10; and DOE GOVERNMENTAL | ) |
| AGENCIES 1-10, | ) |
| | ) |
| | ) |
| Defendants. | ) Action Filed: November 13, 2020 |
| | ) Judge: Hon. Leslie E. Kobayashi |
| | ) |

**PLAINTIFF'S NOTICE OF APPEAL TO THE UNITED STATES COURT
OF APPEALS FOR THE NINTH CIRCUIT**

Plaintiff PRESTON LEE hereby appeals to the United States Court of

1

Appeals for the Ninth Circuit from this Court's January 31, 2022 Order (Doc. 82) Granting Defendant L3HARRIS TECHNOLOGIES, INC.'s Motion for Summary Judgment (attached hereto) and the Court's January 31, 2022 Judgment in a Civil Case (Doc. 83) (attached hereto) in favor of Defendant L3HARRIS TECHNOLOGIES, INC.

        DATED: Honolulu, Hawaii; February 25, 2022.

        /s/ Joseph T. Rosenbaum
        JOSEPH T. ROSENBAUM
        Attorney for Plaintiff Preston Lee