AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE<br><br>　　　　Plaintiff,<br><br>　　　　V.<br><br>L3HARRIS TECHNOLOGIES, INC., JOHN DOES 1-10, JANE DOES 1-10, DOE CORPORATIONS 1-10, DOE PARTNERSHIPS 1-10, DOE UNINCORPORATED ORGANIZATIONS 1-10, DOE GOVERNMENTAL AGENCIES 1-10<br><br>　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 20-00489 LEK-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>January 31, 2022<br><br>At 4 o'clock and 15 min p.m.<br>MICHELLE RYNNE, CLERK |

[ ] **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant L3Harris Technologies, Inc.,  pursuant to the "Order Granting Defendant's Motion for Summary Judgment", ECF No. 82, filed on January 31, 2022.  It is further ordered that the Clerk's Office shall close this case.


| January 31, 2022 | MICHELLE RYNNE |
|---|---|
| Date | Clerk |
| | /s/ Michelle Rynne by ET |
| | (By) Deputy Clerk |

AO 450 (Rev. 5/85) Judgment in a Civil Case