# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**MICHELLE RYNNE**
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

March 2, 2022

To All Counsel of Record as Appellees:

    IN RE:    Preston Lee vs. L3Harris Technologies, Inc., et al.

              CIV NO.    CV 20-00489 LEK-KJM

              CA NO.    22-15288

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on February 25, 2022 .

    All counsel (or Pro Se) please read and follow the enclosed instructions. Thank You.

    Sincerely Yours,

    MICHELLE RYNNE, CLERK

    by: /s/ EA, Deputy Clerk

Enclosures

cc:    Elizabeth Jubin Fujiwara, Esq. and Joseph T. Rosenbaum, Esq. (attorneys for appellant)
        Instructions for Civil Appeals
        Transcript Desig. & Ordering Form with instructions
        Copy of the Docket Sheet

Clerk, 9th CCA via ECF