# ADDITIONAL INSTRUCTIONS
# FOR TRANSCRIPT DESIGNATION AND ORDERING FORM
# (CA9-036)

In addition to the specific instructions included on the enclosed form, the following guidelines are offered:

(1) This form is sent to the <u>appellant</u> and <u>appellee</u> upon the filing of the notice of appeal.

(2) The <u>appellant</u> should notify the <u>appellee</u>, in writing, within 10 days from the filing of the notice of appeal of his planned designation or non-designation as the case may be, per FRAP 10(b) and Circuit Rule 10-3.1. (If less than the entire transcript is designated, a "Statement of the Issues to be Presented on Appeal" should be filed with the United States Court of Appeals and served upon the <u>appellee</u> within ten days from the filing of the notice of appeal.)

(3) The <u>appellee</u> should notify the <u>appellant</u> of any <u>further</u> designations, following the appropriate rule, i.e. within twenty (20) days from the filing of the notice of appeal.

(4) If the <u>appellant</u> is unable to contact the <u>appellee</u> or does not receive any response within the time prescribed, this information <u>should be noted on the designation form</u>.

(5) The <u>appellant</u> should then complete the enclosed form and send a copy to the court reporter(s), (in cases involving multiple reporters, serve a copy to each reporter), the District Court Clerk's Office, and to opposing counsel. This should be done within thirty (30) days from the filing of the notice of appeal. (Note: the <u>appellant</u> should complete and file the enclosed form even if the designated transcripts are already on file. A notation to that effect should be noted on the enclosed form).

(6) If opposing counsel wishes to file a supplemental designation of transcript, <u>a motion to supplement the record must be filed with the Ninth Circuit Court of Appeals</u>.

(7) The District Court will not accept or file any late designations without an order from the Ninth Circuit Court of Appeals.

(Rev 5/13/20)