# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### DISTRICT OF HAWAII
### 300 ALA MOANA BLVD C-338
### HONOLULU HI 96850

CLERK, District of Hawaii

TELEPHONE
(808)541 1300
FAX 541 1303

To Counsel and/or Parties of Record:

Enclosed is a revised copy of the Transcript Designation and Ordering Form.

Please refer to the enclosed copy of the docket sheet to determine who the court reporter is for a specific hearing. The name of the court reporter is indicated in the parentheses before the name of the presiding judge at the end of the minutes. Minutes of hearings are designated by EP: for **E**ntering **P**roceedings.

The court reporters are listed by their full names, **or** may be designated by the following:

**CT**= Cynthia Fazio          (808) 541-2063
**GB**= Gloria Bediamol        (808) 541-2060
**DR**= Debi Read              (808) 541-2062

**DC**= Debra Chun             (808) 271-1874
**CO**=Cynthia Ott             (703) 593-2300
**KE**= Katherine Eismann      (702) 431-1919

**SP**= Stephen Platt          (c/o Theresa Lam @ 541-3577)
Sharon Ross                (808) 291-4935
Lisa Groulx                (808) 225-5701
Ann Matsumoto              (808) 521-1877
Adrianne Ho                (808) 294-3397
Jean McManus               (808) 239-6148 (808) 228-3399 (Cell Phone)

ESR/Tape/CD/FTR= Digital Audio Recordings  (808) 541-3577

If you have any questions regarding this matter, please feel free to contact the Clerk's Office at (808) 541-1890.

Sincerely,

 Clerk, District of Hawai'i

by:
        Docket Clerk