APPEAL,PROTO

# U.S. District Court
## District of Hawaii (Hawaii)
### CIVIL DOCKET FOR CASE #: 1:20-cv-00489-LEK-KJM

| | |
|---|---|
| Lee v. L3Harris Technologies, Inc. | Date Filed: 11/13/2020 |
| Assigned to: JUDGE LESLIE E. KOBAYASHI | Date Terminated: 01/31/2022 |
| Referred to: MAGISTRATE JUDGE KENNETH J. MANSFIELD | Jury Demand: Plaintiff |
| Case in other court: Ninth Circuit Court of Appeals, 22-15288 | Nature of Suit: 445 Civil Rights: Americans with Disabilities - Employment |
| Cause: 28:451 Employment Discrimination | Jurisdiction: Federal Question |

**Plaintiff**

**Preston Lee**     represented by     **Elizabeth Jubin Fujiwara**
Fujiwara and Rosenbaum, LLLC
1100 Alakea St. 20th Fl. Suite B
Honolulu, HI 96813
808-203-5436
Email: elizabeth@hawaii-adr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph T. Rosenbaum**
Fujiwara and Rosenbaum, LLLC
1100 Alakea St., 20th Fl., Ste B
Honolulu, HI 96813
808-203-5436
Email: jtr@frlawhi.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**L3Harris Technologies, Inc.**     represented by     **Amanda M. Jones**
Cades Schutte LLP
Cades Schutte Building
1000 Bishop Street 12th Flr
Honolulu, HI 96813
Email: ajones@cades.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Raymond Soon Fah**
Cades Schutte LLP
Cades Schutte Building
1000 Bishop Street 12th Flr
Honolulu, HI 96813

808-521-9200
Fax: 808-521-9210
Email: msoonfah@cades.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does 1-10**

**Defendant**

**Jane Does 1-10**

**Defendant**

**Doe Corporations 1-10**

**Defendant**

**Doe Partnerships 1-10**

**Defendant**

**Doe Unincorporated Organizations 1-10**

**Defendant**

**Doe Governmental Agencies 1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2020 | 1 | COMPLAINT *and Demand for Jury Trial* against L3Harris Technologies, Inc., filed by Preston Lee. (0975-2447911$ 400.00) (Rosenbaum, Joseph) Modified on 11/13/2020 (emt, ) (Entered: 11/13/2020) |
| 11/13/2020 | 2 | NOTICE of Case Assignment: Please reflect Civil case number CV 20-00489 LEK-KJM on all further pleadings. (emt, ) (Entered: 11/13/2020) |
| 11/13/2020 | 3 | Order Setting Rule 16 Scheduling Conference is set for 09:30AM on 1/11/2021 before MAGISTRATE JUDGE KENNETH J. MANSFIELD - Signed by CHIEF JUDGE J. MICHAEL SEABRIGHT on 11/13/2020. (Attachments: # 1 Memo from Clerk Re: Corporate Disclosure Statements) <br><br> **ATTACH THE SCHEDULING ORDER TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL). THE SCHEDULING ORDER AND MEMO RE: CORPORATE DISCLOSURES MUST BE SERVED WITH THE DOCUMENT.** <br>(emt, ) (Entered: 11/13/2020) |
| 11/13/2020 | 4 | CIVIL Waiver of Service Packet ~ Notice to Parties Regarding Service Pursuant to Rule 4 of the Federal Rules of Civil Procedure. (Attachments: # 1 AO 398 Notice of Lawsuit and Request to Waive Service of Summons, # 2 AO 399 Waiver of Service of Summons)(emt, ) (Entered: 11/13/2020) |
| 11/19/2020 | 5 | Summons (Proposed) (Rosenbaum, Joseph) (Entered: 11/19/2020) |
| 11/23/2020 | 6 | Summons Issued as to L3Harris Technologies, Inc. (emt, ) (Entered: 11/23/2020) |

| Date | # | Description |
|---|---|---|
| 11/24/2020 | 7 | ACKNOWLEDGEMENT OF SERVICE Executed *L3Harris Technologies, Inc. served on 11/24/2020* Acknowledgement filed by Preston Lee. (Rosenbaum, Joseph) Modified on 11/27/2020 (emt, ) (Entered: 11/24/2020) |
| 12/15/2020 | 8 | ANSWER to 1 Complaint *DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S ANSWER TO COMPLAINT, FILED NOVEMBER 13, 2020* by L3Harris Technologies, Inc.. (Attachments: # 1 Certificate of Service)(Jones, Amanda) (Entered: 12/15/2020) |
| 12/15/2020 | 9 | Corporate Disclosure Statement by L3Harris Technologies, Inc.. (Attachments: # 1 Certificate of Service)(Jones, Amanda) (Entered: 12/15/2020) |
| 12/22/2020 | 10 | REPORT of Planning Meeting *(Joint)*. (Rosenbaum, Joseph) (Entered: 12/22/2020) |
| 01/04/2021 | 11 | *Plaintiff's* Scheduling Conference Statement *Certificate of Service*. (Rosenbaum, Joseph) Modified on 1/7/2021 (emt, ) (Entered: 01/04/2021) |
| 01/04/2021 | 12 | EO: The 3 Rule 16 Scheduling Conference set for 01/11/2021 at 9:30 a.m. before MAGISTRATE JUDGE KENNETH J. MANSFIELD will be held via telephone.<br><br>In accordance with the United States District Court for the District of Hawaii's latest Temporary General Order Regarding District of Hawaii Response to COVID-19 Emergency and the Order Authorizing the Use of Telephonic and Video Hearings, due to the ongoing COVID-19 pandemic and public health emergency, including the anticipated long term need to maintain certain social distancing and other measures intended to protect the public, court employees, and counsel from being exposed to the COVID-19 virus, while at the same time regulating civil matters in a manner consistent with equity and fairness, the hearing will be held telephonically. Parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.<br><br>Dial in number is 1-877-848-7030<br>Access Code is 2123668<br><br>(MAGISTRATE JUDGE KENNETH J. MANSFIELD)(bbb) (Entered: 01/04/2021) |
| 01/04/2021 | 13 | Scheduling Conference Statement *DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SCHEDULING CONFERENCE STATEMENT;*. (Attachments: # 1 Certificate of Service)(Jones, Amanda) (Entered: 01/04/2021) |
| 01/05/2021 | 14 | *Plaintiff's First Amended* Scheduling Conference Statement . (Rosenbaum, Joseph) Modified on 1/7/2021 (emt, ) (Entered: 01/05/2021) |
| 01/11/2021 | 15 | EP: TELEPHONIC RULE 16 SCHEDULING CONFERENCE hearing not held.<br><br>Discussion held.<br><br>Telephonic Rule 16 Scheduling Conference is continued to February 12, 2021 at 9:00 a.m. before Magistrate Judge Kenneth J. Mansfield.<br><br>In accordance with the United States District Court for the District of Hawaii's latest Temporary General Order Regarding District of Hawaii Response to COVID-19 Emergency and the Order Authorizing the Use of Telephonic and Video Hearings, due to the ongoing COVID-19 pandemic and public health emergency, including the |

| | | |
|---|---|---|
| | | anticipated long term need to maintain certain social distancing and other measures intended to protect the public, court employees, and counsel from being exposed to the COVID-19 virus, while at the same time regulating civil matters in a manner consistent with equity and fairness, the hearing will be held telephonically. Parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.<br><br>Dial in number is 1-877-848-7030<br>Access Code is 2123668<br><br>(AT&T Service / 9:27 - 9:35) (MAGISTRATE JUDGE KENNETH J. MANSFIELD)(bbb) (Entered: 01/12/2021) |
| 01/19/2021 | 16 | INITIAL DISCLOSURE by Preston Lee. (Rosenbaum, Joseph) (Entered: 01/19/2021) |
| 01/19/2021 | 17 | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *CERTIFICATE OF SERVICE [RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S INITIAL DISCLOSURES, DATED JANUARY 19, 2021]* (Jones, Amanda) (Entered: 01/19/2021) |
| 02/09/2021 | 18 | STIPULATION *STIPULATION REGARDING AMENDMENT OF THE COMPLAINT AND DISMISSAL OF THE SECOND LAWSUIT* by L3Harris Technologies, Inc.. (Attachments: # 1 Exhibit A)(Jones, Amanda) (Entered: 02/09/2021) |
| 02/11/2021 | | ADVISORY ENTRY. **Submission of Proposed Orders** - Please be advised that Document 18 Stipulation Regarding Amendment of the Complaint and Dismissal of the Second Lawsuit, filed by L3Harris Technologies, Inc., requires the court's approval. If the filing party has not already done so, please email the document in Microsoft Word format to the applicable chambers' email address. See **Section 10.4 - Emailing of Proposed Orders and Stipulations to Chambers**, of the CM/ECF Procedures Guide for additional instructions and a list of judge's email addresses. (emt, ) (Entered: 02/11/2021) |
| 02/11/2021 | 19 | STIPULATION REGARDING AMENDMENT OF THE COMPLAINT AND DISMISSAL OF THE SECOND LAWSUIT; ORDER - Signed by JUDGE LESLIE E. KOBAYASHI on 2/11/2021. (Attachments: # 1 Exhibit A)(emt, ) (Entered: 02/11/2021) |
| 02/11/2021 | 20 | **First AMENDED COMPLAINT** *; Demand for Jury Trial* against L3Harris Technologies, Inc., filed by Preston Lee. (Attachments: # 1 Certificate of Service) (Rosenbaum, Joseph) Modified on 2/16/2021 (emt, ) (Entered: 02/11/2021) |
| 02/12/2021 | 21 | EP: RULE 16 SCHEDULING CONFERENCE hearing held. Dates given. Court to prepare Scheduling Order.<br><br>Jury Selection/Trial is set for 02/28/2022 at 9:00 a.m. in Aha Nonoi before JUDGE LESLIE E. KOBAYASHI. Final Pretrial Conference is set for 01/18/2022 at 9:45 a.m. via telephone before MAGISTRATE JUDGE KENNETH J. MANSFIELD. Early Settlement Conference is set for 04/22/2021 at 10:00 a.m. by Video Tele-Conference (VTC) before MAGISTRATE JUDGE KENNETH J. MANSFIELD. Settlement Conference #2 is set for 11/17/2021 at 10:00 a.m. via Video Tele-Conference (VTC) before MAGISTRATE JUDGE KENNETH J. MANSFIELD. Dispositive Motions filed by 09/29/2021. Discovery due by 12/30/2021. |

|  |  | Due to the uncertainty of the ongoing pandemic and to minimize traffic into the Courthouse, at this time, hard copies of any settlement conference statements need not be delivered to the Clerk's Office. Instead, parties are to submit their confidential settlement statements via email to mansfield_orders@hid.uscourts.gov.<br><br>The Courtroom Manager will be sending out a separate email providing counsel detailed instructions regarding Settlement Conferences Video Tele-Conference (VTC) access prior to the conference date.<br><br>Until further notice, all other hearings before Magistrate Judge Kenneth J. Mansfield, parties are to participate via telephone through our AT&T Service. Call-in information for this conference is below. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.<br><br>Dial in number is 1-877-848-7030<br>Access Code is 2123668<br><br>(AT&T Service / 5:58 - 9:06) (MAGISTRATE JUDGE KENNETH J. MANSFIELD)(bbb) (Entered: 02/12/2021) |
|---|---|---|
| 02/12/2021 | 22 | RULE 16 SCHEDULING ORDER. Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on February 12, 2021. (bbb) (Entered: 02/12/2021) |
| 02/17/2021 | 23 | NOTICE of Appearance by Michael Raymond Soon Fah on behalf of L3Harris Technologies, Inc. on behalf of L3Harris Technologies, Inc.. (Soon Fah, Michael) (Entered: 02/17/2021) |
| 03/03/2021 | 24 | ANSWER to 20 Amended Complaint *DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S ANSWER TO FIRST AMENDED COMPLAINT, FILED FEBRUARY 11, 2021* by L3Harris Technologies, Inc.. (Attachments: # 1 Certificate of Service)(Jones, Amanda) (Entered: 03/03/2021) |
| 03/09/2021 | 25 | NOTICE by L3Harris Technologies, Inc. *DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES* L3Harris Technologies, Inc.. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(Soon Fah, Michael) (Entered: 03/09/2021) |
| 03/10/2021 |  | ADVISORY ENTRY. **Discovery**-Please be advised that Document 25 Notice of Taking Deposition Upon Written Interrogatories filed by L3Harris Technologies, Inc. was filed prematurely in this case. Discovery request and responses must not be filed until they are used in the proceeding or the court. The filing party may refer to Fed.R.Civ.P.5(d) governing the filing procedures for the filing of discovery. A certificate of service may be filed to indicate that discovery has been exchanged. (emt, ) (Entered: 03/10/2021) |
| 03/10/2021 | 26 | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC'S NOTICE OF TAKING DEPOSITON UPON WRITTEN INTERROGATORIES RE: CUSTODIAN RECORDS FOR DEPARTMENT OF VETERANS AFFAIRS, DATED MARCH 10, 2021]* (Soon Fah, Michael) (Entered: 03/10/2021) |
| 03/12/2021 | 27 | CERTIFICATE OF SERVICE by Preston Lee (Rosenbaum, Joseph) (Entered: 03/12/2021) |

| | | | |
|---|---|---|---|
| 03/18/2021 | 28 | | Return of Service on Subpoena To Testify at a Deposition on Custodian of Records for Department of Veterans Affairs was served on March 12, 2021 (Soon Fah, Michael) (Entered: 03/18/2021) |
| 04/12/2021 | 29 | | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS, DATED MARCH 12, 2021, DATED APRIL 12, 2021]* (Jones, Amanda) (Entered: 04/12/2021) |
| 04/22/2021 | 30 | | EP: EARLY SETTLEMENT CONFERENCE held. The Court met with the parties. Settlement discussions held. No settlement reached at this time. Further discussions on call. (Video Tele-Conference (VTC) - no record 10:00 - 10:30) (MAGISTRATE JUDGE KENNETH J. MANSFIELD)(bbb) (Entered: 04/23/2021) |
| 04/27/2021 | 31 | | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES RE: CUSTODIAN OF RECORDS FOR HAWAII PACIFIC HEALTH - KAUAI MEDICAL CLINIC, DATED APRIL 27, 2021]* (Jones, Amanda) (Entered: 04/27/2021) |
| 04/30/2021 | 32 | | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO PLAINTIFF PRESTON LEE, DATED APRIL 30, 2021* (Soon Fah, Michael) (Entered: 04/30/2021) |
| 04/30/2021 | 33 | | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF PRESTON LEE, DATED APRIL 30, 2021* (Soon Fah, Michael) (Entered: 04/30/2021) |
| 05/05/2021 | 34 | | Return of Service on Subpoena CUSTODIAN OF RECORDS, HAWAII PACIFIC HEALTH - KAUAI MEDICAL CLINIC was served on May 3, 2021 (Jones, Amanda) (Entered: 05/05/2021) |
| 05/07/2021 | 35 | | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *CERTIFICATE OF SERVICE [RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING VIDEO RECORDED DEPOSITION UPON ORAL EXAMINATION, DATED MAY 7, 2021 (Deponent: Preston Lee)]* (Jones, Amanda) (Entered: 05/07/2021) |
| 06/10/2021 | 36 | | CERTIFICATE OF SERVICE by Preston Lee (Rosenbaum, Joseph) (Entered: 06/10/2021) |
| 06/10/2021 | 37 | | CERTIFICATE OF SERVICE by Preston Lee (Rosenbaum, Joseph) (Entered: 06/10/2021) |
| 06/23/2021 | 38 | | STIPULATED PROTECTIVE ORDER; (EXHIBIT A) - Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on 6/22/2021. (emt, ) (Entered: 06/23/2021) |
| 08/02/2021 | 39 | | CERTIFICATE OF SERVICE by Preston Lee (Rosenbaum, Joseph) (Entered: 08/02/2021) |
| 08/02/2021 | 40 | | ~~CERTIFICATE OF SERVICE~~ Subpoena Returned Executed as to ESARO on 8/2/2021 by Preston Lee (Rosenbaum, Joseph) Modified on 8/3/2021 (emt, ) (Entered: 08/02/2021) |

| | | |
|---|---|---|
| 09/07/2021 | 41 | SUPPLEMENT by Preston Lee *Amended Initial Disclosure; Certificate of Service*. (Rosenbaum, Joseph) (Entered: 09/07/2021) |
| 09/08/2021 | 42 | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION AND SUPBOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS, DATED SEPTEMBER 8, 2021 (Deponent: David Hesapene)]* (Jones, Amanda) (Entered: 09/08/2021) |
| 09/08/2021 | 43 | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION AND SUPBOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS, DATED SEPTEMBER 8, 2021 (Deponent: Gilbert Castro)]* (Jones, Amanda) (Entered: 09/08/2021) |
| 09/08/2021 | 44 | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *[RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION AND SUPBOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS, DATED SEPTEMBER 8, 2021 (Deponent: Mark Vegas)]* (Jones, Amanda) (Entered: 09/08/2021) |
| 09/15/2021 | 45 | Return of Service on Subpoena DAVID HESAPENE was served on September 10, 2021 (Attachments: # 1 Exhibit A)(Jones, Amanda) (Entered: 09/15/2021) |
| 09/15/2021 | 46 | Return of Service on Subpoena GILBERT CASTRO was served on September 10, 2021 (Attachments: # 1 Exhibit A)(Jones, Amanda) (Entered: 09/15/2021) |
| 09/20/2021 | 47 | Return of Service on Subpoena MARK VEGAS was served on September 18, 2021 (Attachments: # 1 Exhibit A)(Jones, Amanda) (Entered: 09/20/2021) |
| 09/29/2021 | 48 | EX PARTE Motion *DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S EX PARTE MOTION TO FILE UNDER SEAL PORTIONS OF L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND EXHIBITS B, D-I, J, K,,T, U, X, Y, Z, AND AA TO THE MOTION; DECLARATION OF MICHAEL R. SOON FAH; EXHIBIT A; CERTIFICATE OF SERVICE* Michael Raymond Soon Fah appearing for Defendant L3Harris Technologies, Inc. (Attachments: # 1 Declaration of Michael R. Soon Fah , # 2 Exhibit A , # 3 Certificate of Service)(Soon Fah, Michael) Modified on 9/30/2021 (eta) (Entered: 09/29/2021) |
| 09/29/2021 | 49 | MOTION for Summary Judgment *DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS* Amanda M. Jones appearing for Defendant L3Harris Technologies, Inc. (Attachments: # 1 Memorandum, # 2 Certificate of Service Certificate of Compliance, # 3 Appendix APPENDIX 1, # 4 Appendix APPENDIX 2, # 5 Appendix APPENDIX 3, # 6 Appendix APPENDIX 4, # 7 Appendix APPENDIX 5, # 8 Certificate of Service)(Jones, Amanda) (Entered: 09/29/2021) |
| 09/29/2021 | 50 | CONCISE STATEMENT in Support re 49 MOTION for Summary Judgment *DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT* filed by L3Harris Technologies, Inc.. (Attachments: # 1 Declaration DECLARATION OF AMANDA JONES, # 2 Declaration DECLARATION OF LINDSAY HAEN, # 3 Declaration DECLARATION OF DANIELLE STEWART, # 4 Declaration DECLARATION OF |

| | | |
|---|---|---|
| | | RODNEY MARTIN, # 5 Declaration DECLARATION JOHN KREIDER, # 6 Exhibit EXHIBIT A, # 7 Exhibit EXHIBIT B, # 8 Exhibit EXHIBIT C, # 9 Exhibit EXHIBIT D, # 10 Exhibit EXHIBIT E, # 11 Exhibit EXHIBIT F, # 12 Exhibit EXHIBIT G, # 13 Exhibit EXHIBIT H, # 14 Exhibit EXHIBIT I, # 15 Exhibit EXHIBIT J, # 16 Exhibit EXHIBIT K, # 17 Exhibit EXHIBIT L, # 18 Exhibit EXHIBIT M, # 19 Exhibit EXHIBIT N, # 20 Exhibit EXHIBIT O, # 21 Exhibit EXHIBIT P, # 22 Exhibit EXHIBIT Q, # 23 Exhibit EXHIBIT R, # 24 Exhibit EXHIBIT S, # 25 Exhibit EXHIBIT T, # 26 Exhibit EXHIBIT U, # 27 Exhibit EXHIBIT V, # 28 Exhibit EXHIBIT W, # 29 Exhibit EXHIBIT X, # 30 Exhibit EXHIBIT Y, # 31 Exhibit EXHIBIT Z, # 32 Exhibit EXHIBIT AA, # 33 Exhibit EXHIBIT BB, # 34 Exhibit EXHIBIT CC, # 35 Certificate of Service CERTIFICATE OF COMPLIANCE, # 36 Certificate of Service)(Jones, Amanda) (Entered: 09/29/2021) |
| 09/30/2021 | | ADVISORY ENTRY. **No E-Service of Ex Parte Motion** - Please be advised that viewing access to Document 48 EX PARTE Motion *TO FILE UNDER SEAL PORTIONS OF L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND EXHIBITS B, D-I, J, K,,T, U, X, Y, Z, AND AA TO THE MOTION filed by L3Harris Technologies, Inc. is restricted to the filing party and the court (filing events from the "Ex Parte" Filings Category, will restrict viewing of the entry to the court and the filing party). The Certificate of Service reflects that service was made electronically through CM/ECF. The filing party may refile the entry as a public document by selecting a filing event from the "motions" category. Alternatively, an amended certificate of service may be filed.* (eta) (Entered: 09/30/2021) |
| 09/30/2021 | 51 | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *AMENDED CERTIFICATE OF SERVICE* (Soon Fah, Michael) (Entered: 09/30/2021) |
| 10/01/2021 | 52 | EO: COURT ORDER SETTING BRIEFING SCHEDULE<br><br>On 9/29/2021, Defendant L3Harris Techonologies, Inc. filed Dkt. 49 ; Motion for Summary Judgment on All Claims.<br><br>Court sets the following Motion hearing and briefing schedule:<br>Opposition memorandum due: **10/22/2021**.<br>Reply memorandum due: **10/29/2021**.<br><br>Motion Hearing is set for 11/12/2021 at 09:45 AM in Aha Nonoi before JUDGE LESLIE E. KOBAYASHI.<br><br>All persons entering the court house are REQUIRED TO WEAR A FACE MASK fully covering the nose and mouth while in all public areas of the court house.<br><br>(JUDGE LESLIE E. KOBAYASHI) (afe) (Entered: 10/01/2021) |
| 10/01/2021 | 53 | ORDER GRANTING DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S EX PARTE MOTION TO FILE UNDER SEAL PORTIONS OF L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS AND EXHIBITS B, D-I, J, K, T, U, X, Y, Z, AND AA TO THE MOTION re 48 - Signed by JUDGE LESLIE E. KOBAYASHI on 10/1/2021.<br><br>L3Harris is hereby granted leave to file (1) an unredacted version of L3Harris Technologies, Inc.'s Motion for Summary Judgment on All Claims and the Memorandum in Support; (2) an unredacted version of the Concise Statement of Material Facts; (3) unredacted versions of Exhibit B and J to the Motion; and (4) Exhibits D-I, K, T, U, X, Y, |

| | | |
|---|---|---|
| | | Z, and AA to the Motion, under seal.<br><br>(eta) (Entered: 10/01/2021) |
| 10/01/2021 | 54 | **(UNREDACTED)** Defendant L3Harris Technologies, Inc.'s MOTION for Summary Judgment; Memorandum in Support; Certificate of Compliance With Word Limit; Certificate of Service - filed by L3Harris Technologies, Inc. **(SEALED)** <u>SEALED</u> pursuant to ECF No. 53 ORDER (eta) (Entered: 10/01/2021) |
| 10/01/2021 | 55 | **(UNREDACTED)** Defendant L3Harris Technologies, Inc.'s SEPARATE AND CONCISE STATEMENT of Material Facts in Support of Is Motion for Summary Judgment - filed by L3Harris Technologies, Inc. **(SEALED)** . <u>SEALED</u> pursuant to ECF No. 53 ORDER. (Attachments: # 1 Exhibit B (UNREDACTED), # 2 Exhibit D, # 3 Exhibit E, # 4 Exhibit F, # 5 Exhibit G, # 6 Exhibit H, # 7 Exhibit I, # 8 Exhibit J (UNREDACTED), # 9 Exhibit K, # 10 Exhibit T, # 11 Exhibit U, # 12 Exhibit X, # 13 Exhibit Y, # 14 Exhibit Z, # 15 Exhibit AA)(eta) (Entered: 10/01/2021) |
| 10/04/2021 | 56 | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *CERTIFICATE OF SERVICE [RE: DISCLOSURE OF TONY HUNSTIGER AS AN EXPERT AND PRODUCTION OF HIS EXPERT REPORT, RESUME, FEE SCHEDULE, AND TESTIMONY LIST]* (Jones, Amanda) (Entered: 10/04/2021) |
| 10/04/2021 | 57 | CERTIFICATE OF SERVICE by L3Harris Technologies, Inc. *CERTIFICATE OF SERVICE [RE: DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SUPPLEMENTAL INITIAL DISCLOSURES, DATED OCTOBER 4, 2021]* (Jones, Amanda) (Entered: 10/04/2021) |
| 10/11/2021 | 58 | Errata re 50 Concise Statement in Support of Motion,,,,,, *ERRATA REGARDING DECLARATION OF DANIELLE STEWART IN SUPPORT OF DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, FILED SEPTEMBER 29, 2021 [Dkt. 50-3];*. (Attachments: # 1 Declaration of Danielle Stewart, # 2 Certificate of Service)(Jones, Amanda) (Entered: 10/11/2021) |
| 10/19/2021 | 59 | EO: The Court determines that the hearing on Defendant L3Harris Technologies, Inc's. MOTION (Dkt. No. 49 ) for Summary Judgment on All Claims is not necessary pursuant to Local Rule LR7.1 (c), and hereby VACATES the hearing current set for 11/12/2021. The briefing schedule previously issued on 10/1/2021 (Dkt. No. 52 ) setting the Opposition Memorandum due on 10/22/2021 and the Reply Memorandum due on 10/29/2021 will remain in place. The matter will be taken under advisement thereafter.<br><br>(JUDGE LESLIE E. KOBAYASHI) (afe) (Entered: 10/19/2021) |
| 10/22/2021 | 60 | MEMORANDUM in Opposition re 49 MOTION for Summary Judgment *DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS* filed by Preston Lee. (Attachments: # 1 Certificate of Service)(Rosenbaum, Joseph) (Entered: 10/22/2021) |
| 10/22/2021 | 61 | CONCISE STATEMENT in Opposition re 49 MOTION for Summary Judgment *DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT ON ALL CLAIMS (Document 50 Defs CSF could not be used to link this document as it is filed under seal at this time)* filed by Preston Lee. (Attachments: # 1 Declaration of Joseph T. Rosenbaum, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Declaration of Preston Lee, # 6 Declaration of Jimmy Costales, # 7 Declaration of |

| | | |
|---|---|---|
| | | Josh Burton, # 8 Declaration of Guy Fujita, # 9 Declaration of Michael Young, # 10 Declaration of David Shimogawa, # 11 Declaration of David Hesapene, # 12 Certificate of Compliance, # 13 Certificate of Service)(Rosenbaum, Joseph) (Entered: 10/22/2021) |
| 10/26/2021 | 62 | (Document refiled, see ECF No. 63) SUPPLEMENT by Preston Lee *Table of Contents and Authorities*. (Rosenbaum, Joseph) Modified on 10/27/2021 (eta) (Entered: 10/26/2021) |
| 10/27/2021 | | ADVISORY ENTRY. **No Identification of Person Filing Document** - Please be advised that Document 62 Supplement (Table of Contents) filed by Preston Lee, does not include information that identifies the filer. The name, Hawaii bar identification number, address, telephone number, and email address of counsel (or, if pro se, of the party), and the specific identification of each party represented by name and interest in the litigation (e.g., plaintiff, defendant, etc.) shall appear in the upper left corner of the first page of each document presented for filing, see L.R. 10.2 (b). The filing party may resubmit this document, to include an appropriate caption cover page. (eta) (Entered: 10/27/2021) |
| 10/27/2021 | 63 | SUPPLEMENT by Preston Lee *Plaintiff's Table of Contents and Table of Authorities Regarding Doc. 60 Plaintiff's Memorandum in Opposition to Defndant L3Harris Technologies, Inc.'s Motion for Summary Judgment; Certificate of Service*. (Rosenbaum, Joseph) Modified on 10/27/2021 to add linkage to related document, text modified (eta) (Entered: 10/27/2021) |
| 10/27/2021 | 64 | SUPPLEMENT by Preston Lee *Second Amended Initial Disclosures*. (Rosenbaum, Joseph) (Entered: 10/27/2021) |
| 10/28/2021 | 65 | EO: This Court has been notified of the parties dispute on discovery issues. As parties have met and conferred and were unable to resolve the dispute, a request expedited discovery assistance has been made.<br><br>Discovery Letter briefs are due no later than 5:00 p.m. on November 2, 2021 and shall be electronically filed on CM/ECF.<br><br>Upon review of the letter briefs, the Court will determine whether this expedited procedure will entail only the submission of letter briefs (consisting of five pages or less of written materials, including exhibits) submitted, or involve both the submission of letter briefs and a discovery conference or hearing.<br><br>(MAGISTRATE JUDGE KENNETH J. MANSFIELD)(bbb) (Entered: 10/28/2021) |
| 10/29/2021 | 66 | Defendant L3Harris Technologies, Inc.'s REPLY Memorandum in Support of 49 MOTION for Summary Judgment *on All Claims* filed by L3Harris Technologies, Inc.. (Attachments: # 1 Certificate of Word Count, # 2 Certificate of Service)(Soon Fah, Michael) Modified on 11/1/2021 (eta) (Entered: 10/29/2021) |
| 11/02/2021 | 67 | Letter Brief Regarding Discovery Issue *addressed to Magistrate Judge Kenneth J. Mansfield from Joseph T. Rosenbaum, Esq., dated November 2, 2021*. (Rosenbaum, Joseph) Modified on 11/3/2021 (eta) (Entered: 11/02/2021) |
| 11/02/2021 | 68 | Letter Brief addressed to Magistrate Judge Kenneth J. Mansfield from Amanda M. Jones, Esq., dated November 2, 2021. *Lee v.. L3Harris Technologies, Inc*. (Jones, Amanda) Modified on 11/3/2021 (eta) (Entered: 11/02/2021) |

| Date | # | Description |
|---|---|---|
| 11/09/2021 | 69 | EO: Due to a conflict in the Courts schedule, the Settlement Conference previously set for 11/17/2021 IS ADVANCED TO 11/16/2021 at 1:30 p.m. by Video Tele-Conference (VTC) before MAGISTRATE JUDGE KENNETH J. MANSFIELD. Confidential Settlement Conference Statements remain due by 11/10/201. One double sided hard copy of the Settlement Conference Statements from each party shall be delivered to the Clerk's Office followed by an electronic version to be emailed to mansfield_orders@hid.uscourts.gov.<br><br>The Courtroom Manager will be sending out a separate email providing counsel detailed instructions regarding Settlement Conferences Video Tele-Conference (VTC) access prior to the conference date.<br><br>(MAGISTRATE JUDGE KENNETH J. MANSFIELD)(bbb) (Entered: 11/09/2021) |
| 11/10/2021 | 70 | ORDER ON LOCAL RULE 37.1 DISCOVERY DISPUTE 67 , 68 - Signed by MAGISTRATE JUDGE KENNETH J. MANSFIELD on 11/10/2021. (eta) (Entered: 11/10/2021) |
| 11/16/2021 | 71 | EP: FURTHER SETTLEMENT CONFERENCE held on 11/16/2021.<br><br>The Court met with the parties. Settlement discussions held. No settlement reached at this time.<br><br>Parties may contact Magistrate Judge Kenneth J. Mansfield's courtroom Manager, Bernie Aurio at (808) 541-1298 or by email at bbb@hid.uscourts.gov, if they so wish further assistance in settlement with the Court.<br><br>(Video Tele-Conference (VTC) - no record 1:30 - 2:35) (MAGISTRATE JUDGE KENNETH J. MANSFIELD)(bbb) (Entered: 11/17/2021) |
| 11/23/2021 | 72 | CERTIFICATE OF SERVICE by Preston Lee (Rosenbaum, Joseph) (Entered: 11/23/2021) |
| 11/23/2021 | 73 | Third Amended Initial Disclosures ~~SUPPLEMENT~~ by Preston Lee . (Rosenbaum, Joseph) Modified on 11/23/2021 (eta) (Entered: 11/23/2021) |
| 11/24/2021 | 74 | CERTIFICATE OF SERVICE by Preston Lee (Rosenbaum, Joseph) (Entered: 11/24/2021) |
| 12/01/2021 | 75 | CERTIFICATE OF SERVICE by Preston Lee (Rosenbaum, Joseph) (Entered: 12/01/2021) |
| 12/06/2021 | 76 | Return of Service on Subpoena Sean Igne was served on 11/26/21 (Rosenbaum, Joseph) (Entered: 12/06/2021) |
| 12/08/2021 | 77 | Return of Service on Subpoena Julie Broyles was served on 11/29/21 (Rosenbaum, Joseph) (Entered: 12/08/2021) |
| 12/08/2021 | 78 | Return of Service on Subpoena Scott Taylor was served on 11/29/21 (Rosenbaum, Joseph) (Entered: 12/08/2021) |
| 12/08/2021 | 79 | Return of Service on Subpoena Petere Bianchi was served on 11/29/21 (Rosenbaum, Joseph) (Entered: 12/08/2021) |
| 01/11/2022 | 80 | EO: Pursuant to the Temporary General Order issued by Chief Judge Seabright on 12/27/2021 suspending all jury trials until 3/1/2022, the Final Pretrial Conference set |

| | | |
|---|---|---|
| | | for 1/18/2022 is VACATED and will be reset when a new trial date is set. (JUDGE LESLIE E. KOBAYASHI)(afe) (Entered: 01/11/2022) |
| 01/20/2022 | 81 | EO: ORDER DIRECTING PARTIES TO MEET AND CONFER, AND TO CONTACT MAGISTRATE JUDGE FOR TRIAL RE-SETTING<br><br>On January 11, 2022, pursuant to the Temporary General Orer issued by Chief Judge Seabright on December 27, 2021, this Court vacated the final pretrial conference and trial date in this matter, [dkt. no. 80,] and therefore DIRECTS the parties to meet and confer regarding a new trial date, and to contact the magistrate judge for a conference to reset the trial date as well as any trial-related deadlines.<br><br>IT IS SO ORDERED.<br><br>(JUDGE LESLIE E. KOBAYASHI)(afe) (Entered: 01/20/2022) |
| 01/31/2022 | 82 | ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT re 49 - Signed by JUDGE LESLIE E. KOBAYASHI on 1/31/2022.<br><br>> On the basis of the foregoing, L3Harris's Motion for Summary Judgment on All Claims, filed September 29, 2021, is HEREBY GRANTED, and summary judgment is granted in favor of L3Harris as to all of Lee's claims. The Clerk's Office is directed to enter final judgment and close the case immediately.<br><br>(eta) (Entered: 01/31/2022) |
| 01/31/2022 | 83 | CLERK'S JUDGMENT entered on 1/31/2022 pursuant to ECF No. 82 ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT. (eta) (Entered: 01/31/2022) |
| 02/25/2022 | 84 | NOTICE OF APPEAL as to 83 Clerk's Judgment, 82 Order on Motion for Summary Judgment, by Preston Lee. Filing fee $ 505, receipt number AHIDC-2647533. Appeal Record due by 3/28/2022. (Attachments: # 1 Exhibit Order Appealed From, # 2 Exhibit Judgment Appealed From, # 3 Representation Statement, # 4 Certificate of Service)(Rosenbaum, Joseph) (Entered: 02/25/2022) |
| 02/28/2022 | 85 | USCA Case Number 22-15288 for 84 Notice of Appeal, filed by Preston Lee. (eta) (Entered: 03/02/2022) |
| 02/28/2022 | 86 | USCA TIME SCHEDULE ORDER as to 84 Notice of Appeal, filed by Preston Lee, USCA NO. 22-15288. (eta) (Entered: 03/02/2022) |