FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S NOTICE THAT NO** |
| vs. | ) **TRANSCRIPTS WILL BE** |
| | ) **ORDERED REGARDING** |
| L3HARRIS TECHNOLOGIES, INC.; | ) **PLAINTIFFS APPEAL TO THE** |
| JOHN DOES 1-10; JANE DOES 1-10; | ) **UNITED STATES COURT OF** |
| DOE CORPORATIONS 1-10; DOE | ) **APPEALS FOR THE NINTH** |
| PARTNERSHIPS 1-10; DOE | ) **CIRCUIT; CERTIFICATE OF** |
| UNINCORPORATED | ) **SERVICE** |
| ORGANIZATIONS | ) |
| 1-10; and DOE GOVERNMENTAL | ) |
| AGENCIES 1-10, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Action Filed: November 13, 2020
Judge: Hon. Leslie E. Kobayashi

**PLAINTIFF'S NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED**

1

**REGARDING  PLAINTIFF'S  APPEAL  TO THE UNITED STATES  COURT OF APPEALS  FOR THE NINTH CIRCUIT**

Plaintiff PRESTON  LEE hereby provides notice that no transcripts will be ordered in regards to his appeal to the United States Court of Appeals for the Ninth Circuit.

DATED:   Honolulu, Hawaii; March 8, 2022.

/s/ Joseph T. Rosenbaum_____
JOSEPH  T. ROSENBAUM
Attorney for Plaintiff Preston Lee

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE, | ) CIVIL NO. 20-00489 LEK-KJM |
| | ) (Other Civil Action) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| L3HARRIS TECHNOLOGIES, INC.; | ) |
| JOHN DOES 1-10; JANE DOES 1-10; | ) |
| DOE CORPORATIONS 1-10; DOE | ) |
| PARTNERSHIPS 1-10; DOE | ) |
| UNINCORPORATED | ) |
| ORGANIZATIONS | ) |
| 1-10; and DOE GOVERNMENTAL | ) |
| AGENCIES 1-10, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on today's date a copy of the foregoing documents were duly
served via EM/ECF to the following:
 AMANDA M. JONES
 MICHAEL R. SOON FAH
 1000 Bishop Street, Ste. 1200
 Honolulu, HI 96813
 Attorneys for Defendant
 L3HARRIS TECHNOLOGIES, INC.

DATED:  Honolulu, Hawaii, March 8, 2022.

FUJIWARA AND ROSENBAUM, LLLC

By  /s/ Joseph T. Rosenbaum
JOSEPH  T. ROSENBAUM
Attorney for Plaintiff
PRESTON  LEE