FILED

SEP 23 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PRESTON LEE, | No. 22-15288 |
| Plaintiff-Appellant, | D.C. No. 1:20-cv-00489-LEK-KJM<br>District of Hawaii,<br>Honolulu |
| v. | |
| L3HARRIS TECHNOLOGIES, INC.; et al., | ORDER |
| Defendants-Appellees. | |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellee L3Harris Technologies, Inc.'s unopposed motions (Docket Entry Nos. 23, 24) to file the answering brief and Volume 2 of the supplemental excerpts of record under seal is granted. The Clerk will publicly file the motions and supporting exhibits (Docket Entry Nos. 23-1, 23-2, 23-3, 24-1), the redacted answering brief (Docket Entry No. 21), and Volume 1 of the supplemental excerpts of record (Docket Entry No. 22). The Clerk will file under seal the unredacted answering brief (Docket Entry No. 24-3) and Volume 2 of the supplemental excerpts of record (Docket Entry No. 23-4).

The existing briefing schedule remains in effect.

MKS/MOATT