# MINUTE ORDER

CASE NUMBER:      CIVIL NO. 20-00489 LEK-KJM

CASE NAME:        Preston Lee v. L3Harris Technologies, Inc.,

JUDGE:   Leslie E. Kobayashi          DATE:          9/11/2023

COURT ACTION:  EO: COURT ORDER DIRECTING THE PARTIES TO CONTACT THE MAGISTRATE JUDGE TO SCHEDULE A TRIAL RE-SETTING CONFERENCE

On January 31, 2022, the Order Granting Defendant's Motion for Summary Judgment was issued ("1/31/22 Order").  [Dkt. no. 82.]  On appeal, the 1/31/22 Order was affirmed in part and reversed and remanded in part.  See Ninth Circuit Memorandum, filed 8/18/23 (dkt. no. 90).  On September 11, 2023, the petition for panel rehearing was denied.  See Ninth Circuit Order, filed 9/11/23 (dkt. no. 91).  The parties are therefore DIRECTED to contact the magistrate judge's courtroom manager to request the scheduling of a trial re-setting conference.  The parties shall make the request within seven days after the Ninth Circuit issues the mandate.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager