MINUTE ORDER

CASE NUMBER:      CIVIL NO. 20-00489 LEK-KJM

CASE NAME:        Preston Lee v. L3harris Technologies, Inc.

JUDGE:   Leslie E. Kobayashi        DATE:        2/15/2024

COURT ACTION:   EO: ORDER GRANTING DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S MOTION TO CONTINUE TRIAL, MODIFY THE FIRST AMENDED SCHEDULING ORDER, AND TO REOPEN DISCOVERY, OR IN THE ALTERNATIVE, FOR ADVERSE INSTRUCTIONS AS A SANCTION FOR PLAINTIFF'S UNTIMELY AND INCOMPLETE PRODUCTION OF DOCUMENTS, FILED 1/24/24 [DKT. NO. 105]

Defendant L3Harris Technologies, Inc. ("L3Harris") filed its Motion to Continue Trial, Modify the First Amended Scheduling Order, and to Reopen Discovery, or in the Alternative, for Adverse Instructions as a Sanction for Plaintiff's Untimely and Incomplete Production of Documents ("Motion to Continue") on January 24, 2024. [Dkt. no. 105.] A status conference was held on January 29, 2024 regarding the Motion to Continue, and the Court ordered further briefing regarding the Motion to Continue. [Minutes: EP: Status Conference, filed 1/29/24 (dkt. no. 110).] On February 5, 2024, L3Harris submitted its further briefing ("Further Briefing"), [dkt. no. 132], and on February 12, 2024, Plaintiff Preston Lee ("Lee") filed his memorandum in opposition [dkt. no. 170]. This matter came for a hearing on February 14, 2024.

In its Motion to Continue, L3Harris asks this Court to continue the trial set for February 26, 2024, modify the trial date and discovery deadline in the First Amended Scheduling Order, and reopen discovery. [Motion to Continue at PageID.1371.] In the alternative, L3Harris requests that this Court issue adverse jury instructions. [Id. at PageID.1372.] L3Harris states Plaintiff failed to timely disclose relevant documents relating to Lee's attempts to obtain disability benefits prior to the discovery cut-off in December 2021, and certain documents related to Lee's attempts to obtain Social Security disability benefits ("Social Security disability benefits documents") still have not been produced. [Id. at PageID.1371-72.] Specifically, Lee's application for disability benefits in June 2020 and related documents have not been produced. [Motion to Continue, Declaration of Amanda M. Jones ("Jones Decl.") at ¶¶ 15-17.] L3Harris contends these documents contain information relevant to issues of liability and the requested remedies of back pay and front pay. [Motion to Continue, Mem. in Supp. at 19; Further Briefing at 3-6.] L3Harris's counsel would have questioned Lee in his deposition about said documents. [Jones Decl. at ¶ 18.]

The Motion to Continue is GRANTED insofar as the trial date of February 26, 2024 and all trial-related deadlines are VACATED. L3Harris will be permitted to take a further deposition of Lee. Discovery will be permitted regarding the Social Security disability benefits documents not yet produced by Lee. Discovery will not be permitted for any other purpose. The parties are DIRECTED to contact the magistrate judge to schedule a status conference to address scheduling discovery, deadlines regarding a further motion for summary judgment if appropriate, and trial resetting.

In light of the Court's vacatur of the trial date, the outstanding Motions in Limine, [dkt. nos. 112 to 129,] are DEEMED withdrawn and are terminated.

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager