IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PRESTON LEE,

      Plaintiff,

    v.

L3HARRIS TECHNOLOGIES, INC.;
JOHN DOES 1-10; JANE DOES 1-10;
DOE CORPORATIONS 1-10; DOE
PARTNERSHIPS 1-10; DOE
UNINCORPORATED
ORGANIZATIONS 1-10; and DOE
GOVERNMENTAL AGENCIES 1-10,

      Defendants.

CIVIL NO.  1:20-CV-00489 LEK-KJM
(Other Civil Action)

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was duly served electronically upon the following parties at their last known e-mail addresses via CM/ECF:

    ELIZABETH JUBIN FUJIWARA
    elizabeth@hawaii-adr.com
    JOSEPH T. ROSENBAUM
    jtr@frlawhi.com
    Fujiwara and Rosenbaum, LLLC
    1100 Alakea Street, 20th Floor, Suite B
    Honolulu, Hawaii 96813
    Attorneys for Plaintiff
        PRESTON LEE

DATED:  Honolulu, Hawaiʻi, June 28, 2024.

CADES SCHUTTE
A Limited Liability Law Partnership

*/s/* Amanda M. Jones
AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

2