CADES SCHUTTE
A Limited Liability Law Partnership

AMANDA M. JONES          8854-0
MICHAEL R. SOON FAH      11156-0
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  ajones@cades.com
        msoonfah@cades.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII


| | |
|---|---|
| PRESTON LEE,<br><br>          Plaintiff,<br><br>     v.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS 1-10; and DOE<br>GOVERNMENTAL AGENCIES 1-10,<br><br>          Defendants. | CIVIL NO.  1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**DEFENDANT L3HARRIS<br>TECHNOLOGIES, INC.'S<br>SEPARATE AND CONCISE<br>STATEMENT OF MATERIAL<br>FACTS IN SUPPORT OF ITS<br>MOTION FOR SUMMARY<br>JUDGMENT;**<br><br>**DECLARATION OF AMANDA M.<br>JONES;**<br><br>**EXHIBITS "A" – "T";**<br><br>**CERTIFICATE OF SERVICE** |

## DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S SEPARATE AND CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS <u>MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to Local Rule 56.1, Defendant L3Harris Technologies, Inc.

("**L3Harris**") submits this Separate and Concise Statement of Material Facts in

support of its Motion for Summary Judgment.

| NO. | FACT | CITATION |
|---|---|---|
| 1. | On June 22, 2020, L3Harris terminated Plaintiff Preston Lee's ("**Lee**") employment. | First Amended Complaint (Dkt. 20) ("**FAC**") ¶ 90 |
| 2. | Records produced by the SSA reflect that a week prior to his termination, Lee contacted the SSA regarding his eligibility for Supplemental Security Income ("**SSI**"). | Ex. C. |
| 3. | Lee denies contacting the SSA prior to his termination, but admits the letter produced by SSA is correctly addressed to the P.O. Box he used in 2020, at which Lee received correspondence from SSA. | Lee Trans. dated May 20, 2024 (**Lee Tr.**) (Ex. A) at 13:10-15:6; 11:24-12:12. |
| 4. | Lee does not dispute that he contacted SSA three days after his termination, on June 25, 2020, to submit an application for Social Security disability benefits. | Lee Tr. (Ex. A) at 25:9-25:18, 32:10-13; Ex. D. |
| 5. | In his June 25, 2020 application for benefits, Lee represented to the SSA that he became unable to work because of his disabling condition on November 18, 2019. | Ex. D at 3; Lee's Responses to L3Harris's First Request for Admissions Ex. J (**RFA**) No. 5. |
| 6. | Lee admits that he has been unable to work due to his disabling condition from November 18, 2019 to the present, and at all times since filing his first request for Social Security disability benefits in June 2020, Lee has taken the position with SSA that he is unable to work due to his conditions. | Lee Tr. (Ex. A) at 38:24-39:3; Ex. J (RFA) No. 29. |

| No. | FACT | CITATION |
|---|---|---|
| 7. | Lee understood that he was obligated to be truthful in his SSA benefits applications and confirmed that all his statements submitted to the SSA were true and accurate. | Ex. D at 1, 4; Ex. J (RFA) No. 26; Lee Tr. (Ex. A) at 10:15-11:1; 30:22-31:6; 31:13-31:22. |
| 8. | SSA warned Lee that he could be prosecuted for making false statements to the SSA in connection with this request for disability benefits. | Ex. D at 1, 4; *see also* Ex. L at 1; Ex. J (RFA) at Exs. E & F to RFA at 1. |
| 9. | Lee understood his obligation to report any changes to the SSA regarding his condition. | Lee Tr. (Ex. A) at 30:2-6; 41:17-20. |
| 10. | Lee never informed SSA that his condition had improved. | Lee Tr. (Ex. A) at 41:21-42:2. |
| 11. | Lee never amended or corrected any of the information contained in his statements to the SSA or informed the SSA that any information was false, inaccurate, or mistaken. | Lee Tr. (Ex. A) at 11:2-5; 71:13-16; Ex. J (RFA) No. 27. |
| 12. | Following the SSA's denial of Lee's June 2020 application for benefits, Lee submitted a Request for Reconsideration and took the position that he disagreed with the SSA's determination because he was 100% disabled due to PTSD. | Ex. G; Lee Tr. (Ex A) at 50:23-51:7; 51:8-51:21; Ex. J (RFA) Nos. 8 & 9 & Ex. A to RFA. |
| 13. | In September 2021, Lee filed another claim for disability benefits with the SSA that identified June 23, 2020 as the date when Lee's conditions became severe enough to prevent him from working. | Ex. J (RFA) Nos. 10-11; Ex. B to RFA ¶9; Ex. H. |
| 14. | Lee testified that his September 2021 application used June 23, 2020 as the date when his conditions stopped him from working because his employment was terminated on June 22, 2020. | Lee Tr. (Ex. A) at 61:8-15; 62:15-22; 63:7-25. |
| 15. | The disability report submitted on Lee's behalf in support of his September 2021 application indicated that Lee stopped working on June 23, 2020 "[b]ecause of [his] condition(s)." | Ex. J (RFA) at Ex. D to RFA ¶4.C; *see also* Ex. K (same). |

2

| No. | Fact | Citation |
|---|---|---|
| 16. | In connection with Lee's claims for SSA benefits, Lee submitted reports describing his medical conditions that rendered him unable to work, including that his conditions affected his memory, completion of tasks, concentration, following instructions, and getting along with others. | Ex. K at 2, Section 3A & 11 (continued list); Ex. J (RFA) at Exs. E & F to RFA; *see also* Ex. L (same). |
| 17. | Lee reported to the SSA under penalty of perjury that he could not follow written or spoken instructions well, could not get along with authority figures well, had been fired from L3Harris because of his problems getting along with other people, did not handle stress well, and could not handle changes in routine. | Ex. L at 8-9, Questions 20f-20k; *see also* Lee Tr. (Ex. A) at 73:13-19 (confirming after reviewing the document that the information contained in it was correct). |
| 18. | Lee does not dispute that the conditions he described in his function reports that made him unable to work all predated the termination of his employment. | *See* Lee Tr. (Ex. A) at 67:15-69:7; Ex. L at Sections B & C;  Lee Tr. (Ex. A) at 74:6-77:11; *accord* Exs. Q and R (Department of Veterans Affairs Records) |
| 19. | The SSA awarded Lee disability benefits and issued the first payment to Lee in March 2023. | Ex. I. |
| 20. | After Lee started receiving benefits from the SSA, Lee destroyed all documents in his possession relating to his claim for SSA disability benefits. | Lee Tr. (Ex. A) at 15:11-16:8; 16:16-22. |
| 21. | L3Harris requested that Lee produce documents relating to his receipt of disability benefits in April 2021, and thus, Lee was on notice at least as of that date that the documents relating to his SSA disability claims were relevant and should not have been destroyed. | Jones Decl. ¶16; Ex. N (Lee's Response to Document Requests) Nos. 38-40. |

3

| No. | Fact | Citation |
|---|---|---|
| 22. | Lee provided SSA with a Yahoo email address in connection with his benefit claims that Lee is "pretty sure" he used to correspond with SSA about this disability claims, but Lee has not produced any emails relating to his SSA claims sent to or from that email address. | Ex. E at 8; Ex. K at 1; Lee Tr. (Ex. A) at 47:8-18; 48:1-4; 106:13-22; Ex. M; Jones Decl. ¶¶14-15. |
| 23. | Lee responded to several questions relating to his Social Security disability benefits claims by saying that he could not remember. | Lee Tr. (Ex. A) at 23:9-14; 24:10-19; 26:18-27:11; 27:14-28:11; 29:4-9; 50:15-17; 52:1-52:22; 54:23-55:2; 56:17-57:10; 58:17-22; 59:1-14; 65:22-66:9; 66:19-25; 67:4-14; 69:21-70:4; 70:8-16; 82:22-84:5; 84:15-85:10; 98:11-23. |
| 24. | Since submitting his application for Social Security disability benefits in June 2020, Lee has never informed the SSA that he became able to work at any time on or after November 18, 2019. | Lee Tr. (Ex. A) at 33:19-23; 108:25-109:2; *see also* Ex. J (RFA) No. 30. |
| 25. | Lee contends he remains unable to work. | Lee Tr. (Ex. A) at 38:24-39:3; 41:21-42:2; 94:17-94:18; 94:24-95:3. |

DATED:  Honolulu, Hawai'i, June 28, 2024.

/s/ *Amanda M. Jones*
AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

4