**Social Security Administration**
**Office of the Regional Commissioner**
**Richmond, California**

### CERTIFICATION OF EXTRACT FROM RECORDS

Pursuant to the provisions of Title 42, United States Code, Section 904, and the authority vested in me by 42 U.S.C. 902. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and the annexed are true copies extracted from such documents in my custody as aforesaid.

I further certify that all signatures of Social Security Administration annexed document(s) are genuine and made to the signers' official capacity.

**IN WITNESS WHEREOF,** I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this 29th day of April 2024.



Ana Proffit
_____
Deputy Assistant Regional Commissioner for
Management and Operations Support

Prepared by Shu Ying Xue
Regional Privacy Act Coordinator
04/29/2024

# EXHIBIT B