**EXHIBIT**

**LEE VOL 2 - EX. 19**

Social Security Administration
## Supplemental Security Income
Important Information

SOCIAL SECURITY ADMINI
SUITE 105
4334 RICE STREET
LIHUE, HI 967669967
Date: June 17, 2020
Social Security Number: ███████

PRESTON TAKEO LEE
PO BOX 1240
KEKAHA, HI 96752-1240

Telephone Number:   (855) 572-4842

On June 16, 2020, we talked with you about your eligibility for Supplemental Security Income (SSI).   Based on that talk, we have made an informal decision that you are not eligible for SSI. This informal decision is only about your eligibility for SSI. This decision is not about eligibility for Social Security benefits or Medicare.

### Why You Are Not Eligible

We believe you are not eligible for SSI for the reason shown below:

- You told us you do not want to file a claim for SSI.

### Why You May Want To File A Claim

You may want to file a claim for SSI if:

- You want a formal decision about your eligibility, or
- You disagree with our decision, or
- You want to give us more facts about your case.

If you decide to file, you should do so right away.   The sooner you file, the sooner we will make a formal decision about your eligibility.   If we decide you are eligible, you could lose benefits if you file after August 31, 2020.

### Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

Form SSA-L991(7/94)

## EXHIBIT C

*Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM*
*Records from Social Security Office Information received on 05/02/2024*          4

**If You Have Questions**

If you have any questions, you may call, write or visit any Social Security office.  If you call or visit our office, please have this letter with you and ask for any SSI Claims Representative.  The telephone number is shown at the top of this letter.

Also, if you plan to visit, you may call ahead to make an appointment.  This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

Form SSA-L991(7/94)