EXHIBIT

LEE VOL 2 - EX. 21

Form Approved
OMB No. 0960-0578

SOCIAL SECURITY ADMINISTRATION

## WORK HISTORY REPORT

For SSA Use Only
Do not write in this box.

### SECTION 1 - INFORMATION ABOUT THE DISABLED PERSON

| A. NAME (First, Middle Initial, Last) | B. SOCIAL SECURITY NUMBER |
|---|---|
| Preston Lee | ▆▆▆▆▆▆▆ |

**C. DAYTIME TELEPHONE NUMBER** (If you have no number where you can be reached, give us a daytime number where we can leave a message for you.)

( 808 ) ▆▆▆▆▆▆▆    ☒ Your Number    ☐ Message Number    ☐ None
Area Code  Phone Number

### SECTION 2 - INFORMATION ABOUT YOUR WORK

List all the jobs that you have had in the 15 years before you became unable to work because of your illnesses, injuries, or conditions.

| | Job Title | Type of Business | Dates Worked From | To |
|---|---|---|---|---|
| 1. | Fight Line Mechanic | Military Contract | 1994 | 2006 |
| 2. | Painter | Contract | 2006 | 2020 |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |

Form **SSA-3369-BK** (04-2014) ef (04-2014)    PAGE 1
Destroy Prior Editions

*Work History Report - Form SSA-3369-BK*

## EXHIBIT E

Give us more information about Job No. 1 listed on Page 1. Estimate hours and pay, if you need to.

JOB TITLE NO. 1   *Flight line Mechanic*

| Rate of Pay | Per (Check One) | Hours per day | Days Per Week |
|---|---|---|---|
| $ 28.00 | ☒ Hour  ☐ Day  ☐ Week  ☐ Month  ☐ Year | 8 | 5 |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

*Work on H3 Helicopter*

In this job, did you:

Use machines, tools, or equipment?  ☒ YES  ☐ NO
Use technical knowledge or skills?  ☒ YES  ☐ NO
Do any writing, complete reports, or perform duties like this?  ☒ YES  ☐ NO

In **this job**, how many total hours each day did you:

Walk?  ☒  2 Hours
Stand?  ☒  2 Hours
Sit?  1 Hour
Climb?  1 hour
Stoop? *(Bend down and forward at waist)*

Kneel? *(Bend legs to rest on knees)*  1-2
Crouch? *(Bend legs & back down & forward)*  1-2
Crawl? *(Move on hands & knees)*  1-2
Handle, grab, or grasp big objects?  1
Reach?
Write, type, or handle small objects?

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

*50 LBS over my Head*

Check the **heaviest** weight lifted:

☐ Less than 10 lbs   ☐ 10 lbs   ☐ 20 lbs   ☐ 50 lbs   ☐ 100 lbs. or more   ☒ Other *Bench press*  315

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs   ☐ 10 lbs   ☐ 25 lbs   ☒ 50 lbs or more   ☐ Other

Did you supervise other people in this job?  ☒ YES  *(Complete the next 3 items.)*   ☐ NO  *(Skip to the last question on this page.)*

How many people did you supervise?  *5*

What part of your time was spent supervising people?  *All DAY*

Did you hire and fire employees?  ☐ YES   ☒ NO

Were you a lead worker?  ☒ YES   ☐ NO

Form **SSA-3369-BK**  (04-2014) ef (04-2014)    PAGE 2

**Give us more information about Job No. 2 listed on Page 1. Estimate hours and pay, if you
need to.**

**JOB TITLE NO. 2**   Painter

| Rate of Pay | Per (Check One) | | | | | Hours per day | Days per week |
|---|---|---|---|---|---|---|---|
| $ 32.20 | ☒ Hour | ☐ Day | ☐ Week | ☐ Month | ☐ Year | 8 | 5 |

Describe this job. What did you do all day? *(If you need more space, write in the"Remarks" section.)*

Paint + Corrosion Control

In this job, did you:

| | | |
|---|---|---|
| Use machines, tools, or equipment? | ☒ YES | ☐ NO |
| Use technical knowledge or skills? | ☒ YES | ☐ NO |
| Do any writing, complete reports, or perform duties like this? | ☐ YES | ☒ NO |

In **this job**, how many total hours each day did you:

Walk? 1
Stand? 1
Sit? 1
Climb? 1
Stoop? *(Bend down and forward at waist)* _____

Kneel? *(Bend legs to rest on knees)* 1
Crouch? *(Bend legs & back down & forward)* 1
Crawl? *(Move on hands & knees)* 1
Handle, grab, or grasp big objects? 1
Reach? _____
Write, type, or handle small objects? _____

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

Ladder + Planks

Check the **heaviest** weight lifted:

☐ Less than 10 lbs   ☐ 10 lbs   ☐ 20 lbs   ☐ 50 lbs   ☒ 100 lbs. or more   ☐ Other _____

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs   ☐ 10 lbs   ☐ 25 lbs   ☒ 50 lbs or more   ☐ Other _____

Did you supervise other people in this job?   ☒ YES *(Complete the next 3 items.)*   ☐ NO *(Skip to the last question on this page.)*

How many people did you supervise? 2

What part of your time was spent supervising people? All Day

Did you hire and fire employees?   ☐ YES   ☒ NO

Were you a lead worker?   ☒ YES   ☐ NO

Form **SSA-3369-BK** (04-2014) ef (04-2014)     PAGE 3

Give us more information about Job No. 3 listed on Page 1. Estimate hours and pay, if you need to.

## JOB TITLE NO. 3

| Rate of Pay | | | Per (Check One) | | | Hours per day | Days per week |
|---|---|---|---|---|---|---|---|
| $ | ☐ Hour | ☐ Day | ☐ Week | ☐ Month | ☐ Year | | |

Describe this job. What did you do all day? (If you need more space, write in the"Remarks" section.)

_____

_____

_____

In this job, did you:

| | | |
|---|---|---|
| Use machines, tools, or equipment? | ☐ YES | ☐ NO |
| Use technical knowledge or skills? | ☐ YES | ☐ NO |
| Do any writing, complete reports, or perform duties like this? | ☐ YES | ☐ NO |

In **this job**, how many total hours each day did you:

Walk? _____
Stand? _____
Sit? _____
Climb? _____
Stoop? (Bend down and forward at waist) _____

Kneel? (Bend legs to rest on knees)
Crouch? (Bend legs & back down & forward) _____
Crawl? (Move on hands & knees) _____
Handle, grab, or grasp big objects? _____
Reach? _____
Write, type, or handle small objects? _____

Lifting and Carrying (Explain what you lifted, how far you carried it, and how often you did this.)

_____

_____

_____

Check the **heaviest** weight lifted:

☐ Less than 10 lbs    ☐ 10 lbs    ☐ 20 lbs    ☐ 50 lbs    ☐ 100 lbs. or more    ☐ Other _____

Check weight you **frequently** lifted: (By frequently, we mean from 1/3 to 2/3 of the workday.)

☐ Less than 10 lbs    ☐ 10 lbs    ☐ 25 lbs    ☐ 50 lbs or more    ☐ Other _____

Did you supervise other people in this job?    ☐ YES (Complete the next 3 items.)    ☐ NO (Skip to the last question on this page.)

How many people did you supervise? _____

What part of your time was spent supervising people? _____

Did you hire and fire employees?    ☐ YES    ☐ NO

Were you a lead worker?    ☐ YES    ☐ NO

Form **SSA-3369-BK** (04-2014) ef (04-2014)    PAGE 4

**Give us more information about Job No. 4 listed on Page 1. Estimate hours and pay, if you need to.**

## JOB TITLE NO. 4

| Rate of Pay | Per *(Check One)* | | | | | Hours per day | Days per week |
|---|---|---|---|---|---|---|---|
| $ _____ | ☐ Hour | ☐ Day | ☐ Week | ☐ Month | ☐ Year | | |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

_____

_____

_____

In this job, did you:

| | | |
|---|---|---|
| Use machines, tools, or equipment? | ☐ YES | ☐ NO |
| Use technical knowledge or skills? | ☐ YES | ☐ NO |
| Do any writing, complete reports, or perform duties like this? | ☐ YES | ☐ NO |

In **this job**, how many total hours each day did you:

Walk? _____
Stand? _____
Sit? _____
Climb? _____
Stoop? *(Bend down and forward at waist)* _____

Kneel? *(Bend legs to rest on knees)* _____
Crouch? *(Bend legs & back down & forward)* _____
Crawl? *(Move on hands & knees)* _____
Handle, grab, or grasp big objects? _____
Reach? _____
Write, type, or handle small objects? _____

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

_____

_____

_____

Check the **heaviest** weight lifted:

☐ Less than 10 lbs    ☐ 10 lbs    ☐ 20 lbs    ☐ 50 lbs    ☐ 100 lbs. or more    ☐ Other _____

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs    ☐ 10 lbs    ☐ 25 lbs    ☐ 50 lbs or more    ☐ Other _____

Did you supervise other people in this job?    ☐ YES *(Complete the next 3 items.)*    ☐ NO *(Skip to the last question on this page.)*

How many people did you supervise? _____

What part of your time was spent supervising people? _____

Did you hire and fire employees?    ☐ YES    ☐ NO

Were you a lead worker?    ☐ YES    ☐ NO

Form **SSA-3369-BK** (04-2014) ef (04-2014)  PAGE 5

**Give us more information about Job No. 5 listed on Page 1. Estimate hours and pay, if you need to.**

**JOB TITLE NO. 5**

| Rate of Pay | Per *(Check One)* | | | | | Hours per day | Days per week |
|---|---|---|---|---|---|---|---|
| $ | ☐ Hour | ☐ Day | ☐ Week | ☐ Month | ☐ Year | | |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

_____

_____

_____

In this job, did you:

| | | |
|---|---|---|
| Use machines, tools, or equipment? | ☐ YES | ☐ NO |
| Use technical knowledge or skills? | ☐ YES | ☐ NO |
| Do any writing, complete reports, or perform duties like this? | ☐ YES | ☐ NO |

**In this job,** how many total hours each day did you:

Walk? _____  Kneel? *(Bend legs to rest on knees)* _____
Stand? _____  Crouch? *(Bend legs & back down & forward)* _____
Sit? _____  Crawl? *(Move on hands & knees)* _____
Climb? _____  Handle, grab, or grasp big objects? _____
Stoop? *(Bend down and forward at waist)* _____  Reach? _____
  Write, type, or handle small objects? _____

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

_____

_____

_____

Check the **heaviest** weight lifted:

☐ Less than 10 lbs   ☐ 10 lbs   ☐ 20 lbs   ☐ 50 lbs   ☐ 100 lbs. or more   ☐ Other _____

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs   ☐ 10 lbs   ☐ 25 lbs   ☐ 50 lbs or more   ☐ Other _____

Did you supervise other people in this job? ☐ YES *(Complete the next 3 items.)*   ☐ NO *(Skip to the last question on this page.)*

How many people did you supervise? _____

What part of your time was spent supervising people? _____

Did you hire and fire employees?   ☐ YES   ☐ NO

Were you a lead worker?   ☐ YES   ☐ NO

Form **SSA-3369-BK** (04-2014) ef (04-2014)   PAGE 6

Give us more information about Job No. 6 listed on Page 1. Estimate hours and pay, if you need to.

**JOB TITLE NO. 6**

| Rate of Pay | Per *(Check One)* | | | | | Hours per day | Days per week |
|---|---|---|---|---|---|---|---|
| $ _____ | ☐ Hour | ☐ Day | ☐ Week | ☐ Month | ☐ Year | | |

Describe this job. What did you do all day? *(If you need more space, write in the "Remarks" section.)*

_____

_____

_____

In this job, did you:

| | | |
|---|---|---|
| Use machines, tools, or equipment? | ☐ YES | ☐ NO |
| Use technical knowledge or skills? | ☐ YES | ☐ NO |
| Do any writing, complete reports, or perform duties like this? | ☐ YES | ☐ NO |

In **this job**, how many total hours each day did you:

Walk? _____
Stand? _____
Sit? _____
Climb? _____
Stoop? *(Bend down and forward at waist)* _____

Kneel? *(Bend legs to rest on knees)* _____
Crouch? *(Bend legs & back down & forward)* _____
Crawl? *(Move on hands & knees)* _____
Handle, grab, or grasp big objects? _____
Reach? _____
Write, type, or handle small objects? _____

Lifting and Carrying *(Explain what you lifted, how far you carried it, and how often you did this.)*

_____

_____

_____

Check the **heaviest** weight lifted:

☐ Less than 10 lbs    ☐ 10 lbs    ☐ 20 lbs    ☐ 50 lbs    ☐ 100 lbs. or more    ☐ Other _____

Check weight you **frequently** lifted: *(By frequently, we mean from 1/3 to 2/3 of the workday.)*

☐ Less than 10 lbs    ☐ 10 lbs    ☐ 25 lbs    ☐ 50 lbs or more    ☐ Other _____

| | | | |
|---|---|---|---|
| Did you supervise other people in this job? | ☐ YES (Complete the next 3 items.) | ☐ NO (Skip to the last question on this page.) | |
| How many people did you supervise? _____ | | | |
| What part of your time was spent supervising people? _____ | | | |
| Did you hire and fire employees? | ☐ YES | ☐ NO | |
| Were you a lead worker? | ☐ YES | ☐ NO | |

Form **SSA-3369-BK** (04-2014) ef (04-2014)    PAGE 7

*Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM
Records from Social Security Office Information received on 05/02/2024*        136

## SECTION 3 - REMARKS

Use this section to add any information you did not have space for in other parts of the form. Show the page number of the part you are continuing.

BE SURE TO COMPLETE THE BOTTOM OF THIS PAGE.

**Name** of person completing this form if other than the disabled *person* (Please print) Preston Lee

**Date** (Month, day, year) 07 01 2020

**Address** (Number and Street) PO BOX 1240

**Email address** (optional) JusPres @ YAHOO. COM

**City** KEKAHA

**State** HI

**ZIP Code** 96752

Form **SSA-3369-BK** (04-2014) ef (04-2014)     PAGE 8