**EXHIBIT**

**LEE VOL 2 - EX. 23**

NH ████████

February 2, 2021, 20:52
PAGE   1

```
--------------------
: UNIT: NNA318      :
:                   :
:                   :
:                   :
:                   :
:                   :
:                   :
--------------------
```

PRESTON TAKEO LEE
PO BOX 1240
KEKAHA HI 96752

REQUEST FOR RECONSIDERATION

On December 2, 2020, we talked with you and completed your REQUEST FOR RECONSIDERATION for SOCIAL SECURITY BENEFITS. We stored your REQUEST FOR RECONSIDERATION information electronically in our records and attached a summary of your statements.

What You Need To Do

  o  Review your REQUEST FOR RECONSIDERATION to ensure we recorded your statements correctly.

  o  If you agree with all your statements, you may retain the REQUEST FOR RECONSIDERATION for your records.

  o  If you disagree with any of your statements, you should contact us within 10 days after the date of this notice to let us know.

MY NAME IS PRESTON TAKEO LEE.

MY SOCIAL SECURITY NUMBER IS ████████.

I REQUEST A RECONSIDERATION. I DISAGREE WITH THE DETERMINATION MADE ON MY CLAIM FOR DISABILITY-WORKER OR CHILD BENEFITS BECAUSE 100% DISABILITY OF PTSD

I AM SUBMITTING ADDITIONAL EVIDENCE WITH THIS REQUEST.

I UNDERSTAND I HAVE A RIGHT TO BE REPRESENTED AT THE RECONSIDERATION.

DATE December 2, 2020.

**EXHIBIT G**

*Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM*
*Records from Social Security Office Information received on 05/02/2024*          15