**EXHIBIT**

**LEE VOL 2 - EX. 28**

# Internet Application Summary

This form summarizes all the information the person who started an Internet application for Social Security benefits on your behalf provided to us.

We received your benefits application on October 6, 2021 at 04:42:54 PM.

Instructions

1.  Review all the entries and confirm that the information is correct.

2.  Write your initials next to any corrections that you make.

3.  Sign and date the **Internet Application Summary** in the space shown as, "Signature."

    **NOTE:** It is important that **you** sign the application, not the person who filled it in for you or anyone else.

4.  Mail or bring all pages of the signed **Internet Application Summary** and any other documents you need to your local Social Security office. If you mail them, please follow the mailing instructions on the last page of this letter. Remember to add your return address and the correct postage to the envelope provided.

The following section of text is provided in the language it was submitted.

Application Summary

I apply for all insurance benefits for which I am eligible under Title II (Federal Old-Age, Survivors, and Disability Insurance) and Part A of Title XVIII (Health Insurance for the Aged and Disabled) of the Social Security Act, as presently amended.

Identification

Applicant Identification
Name: Preston Lee
Social Security Number: ***-**-4918
Date of Birth: ███████ 1963
Gender: Male
Blind or low vision: No
Disabled: Yes
Start Date of Disability: June 23, 2020
Denied Benefits in Last 60 days: No
Diagnosed with condition that is expected to end in death: No

Preparer's Contact Information
Name: ███████
Relationship to Applicant: Non-Attorney Representative
Organization Name: ███████
Address: ███████
Phone: ███████

# EXHIBIT H

Applicant's Contact Information

Contact Information
Mailing Address: ███████████ Kekaha, Hawaii, 96752
Reside at this address: Yes
Phone: (808) ██████ Mobile
Best time to call: 9 a.m. to Noon

Ability to Communicate in English
Speak English: Yes
Read English: Yes
Write English: Yes

Language Preferences
Preferred language for speaking: English
Preferred language for reading: English

Birth and Citizenship Information
Place of Birth: Honolulu, Hawaii
U.S. Citizen: Yes
Type of Citizenship: US citizen born inside US

Other Social Security Numbers and Names

Other Social Security Numbers
Any other Social Security Numbers used: No

Other Names
Any other names used: No

General

Marriage Information
Currently married: Yes
Spouse's Name: ███████████
Spouse's Social Security Number: UNKNOWN
Know Spouse's date of birth: Yes
Spouse's date of birth: ███████████
Date of Marriage: June 25, 2010
Place of Marriage: Lihue, Hawaii
Marriage Type: Married by Clergy or Public Official

Prior Marriages
Any prior marriages: No

Children
Have any children: No

Employer Details
Worked for an employer in 2020: Yes
Worked or will work for an employer in 2021: No
Will work for an employer in 2022: No

Employer Details 1
Employer's name: L3harris Technologies, Inc
Employer's address: Pacific Missile Range, Facility Bldg 374, Kekaha, Hawaii, 96752
Date employment began: November 2006
Date employment ended: June 2020
Employment has not ended: No

Self-Employment Details
Self-employed in 2020: No
Self-employed in 2021: No
Self-employed in 2022: No

Supplemental Information
Worked outside the US: Yes
Eligible for benefits under a foreign social security system: No
Spouse worked outside the US: No
Agree with earnings history as shown on Social Security statement: Not sure or
Preston Lee does not have a statement

Total Earnings
Total of all wages and tips in 2020: $40000
Worked outside the United States for salary, wages, or self-employment in 2020: No
Total earnings include any special payments paid in one year but earned in another: No

Other Pensions/Annuities
Ever work in a job where U.S. Social Security taxes were not deducted or withheld: No
Spouse worked for the Railroad 5 years or more: No

Direct Deposit Details
Own or co-own a bank account to use for Direct Deposit: No

Other Benefits

Benefit Information
Intend to apply for Supplemental Security Income benefits: No
Any previous application(s) for Medicare, Social Security, or Supplemental Security Income benefits: No

Ability To Work
Illnesses, injuries, conditions related to work: Yes
Now able to work: No

Disability Payments
Filed or intend to file for workers' compensation or other public disability benefits: No
Reason not filing for workers' compensation or other public disability benefits: unknown
Received money from employer on/after date unable to work: No
Expect to receive money from employer in the future: No

Dependents
Has one parent who receives one-half support: No

Remarks & Options

Remarks
The following are your remarks: An originally signed application was mailed to your office for Preston Lee on or about 2021-10-05. Please check your office for the originally signed documents. If you cannot find the initial mailing please call 877-207-5256 and we will ensure a siged application is mailed to your office. In addition, Preston Lee was unsure if they have previously applied for SSI/SSDI or Medicare. Preston Lee is also unsure whether they have
received a lump sum payout in place of their pension if their lump sum or pension is a result of government work and they are unsure if they have any years of work not covered by Social Security.