EXHIBIT

LEE VOL 2 - Ex. 30

exhibitsticker.com

Social Security Administration
# Retirement, Survivors and Disability Insurance
Notice of Award

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1791
Date:  March 21, 2023
BNC#:  23MS868G90783-HA

PRESTON T LEE
PO BOX 1240
KEKAHA, HI 96752-1240

You are entitled to monthly disability benefits beginning November 2022.

## The Date You Became Disabled

We found that you became disabled under our rules on June 1, 2022.

The date we found you disabled is different from the date you gave us on the application.

To qualify for disability benefits, you must be disabled for five full calendar months in a row.  The first month you are entitled to benefits is November 2022.

## What We Will Pay And When

We pay Social Security benefits for a given month in the next month.  For example, Social Security benefits for March are paid in April.

- You will receive $8,637.75 around March 22, 2023.

- This is the money you are due for November 2022 through February 2023.

- Your next payment of $2,938.00, which is for March 2023, will be received on or about the second Wednesday of April 2023.

- After that you will receive $2,938.00 on or about the second Wednesday of each month.

- These and any future payments will go to the financial institution you selected.  Please let us know if you change your mailing address, so we can send you letters directly.

Enclosure(s):
Pub 05-10153

C                                    See Next Page

# EXHIBIT I

*Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM*
*Records from Social Security Office Information received on 05/02/2024*        39

- Later in this letter, we will show you how we figured these amounts.

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding.  The amount you actually receive(s) may differ from your full benefit amount.  When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums.  We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| November | 2022 | $2,703.30 | Entitlement began |
| December | 2022 | $2,938.40 | Cost-of-living adjustment |

**Information About Representatives Fees**

We have approved the fee agreement between you and your representative.

Your past-due benefits are $11,517.00 for November 2022 through February 2023. Under the fee agreement, the representative cannot charge you more than $2,879.25 for his or her work.  The amount of the fee does not include any out-of-pocket expenses (for example, costs to get copies of doctors' or hospitals' reports).  This is a matter between you and the representative.

**How To Ask Us To Review The Determination On The Fee Amount**

You, your representative or the person who decided your case can ask us to review the amount of the fee we say your representative can charge.

If you think the amount of the fee is too high, write us within 15 days from the day you get this letter.  Tell us that you disagree with the amount of the fee and give your reasons.  Send your request to this address:

Western Program Service Center
P.O. Box 2000
Richmond, California 94802-1000

Your representative also has 15 days to write us if he or she thinks the amount of the fee is too low.

If we do not hear from you or your representative, we will assume you both agree with the amount of the fee shown.

**Information About Past-Due Benefits Withheld To Pay A Representative**

Based on the law, we must withhold part of past-due benefits to pay an appointed representative.  We cannot withhold more than 25 percent of past-due benefits to pay an authorized fee.  We withheld $2,879.25 from your past-due benefits to pay the representative.

23MS868G90783-HA

We are paying the representative from the benefits we withheld.  Therefore, we must collect a service charge from him or her.  The service charge is 6.3 percent of the fee amount we pay, but not more than $113, which is the most we can collect in each case under the law.  We will subtract the service charge from the amount payable to the representative.

The representative cannot ask you to pay for the service charge.  If the representative disagrees with the amount of the service charge, he or she must write to the address shown at the top of this letter.  The representative must tell us why he or she disagrees within 15 days from the day he or she gets this letter.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time.  In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us.  If this information changes, it could affect your benefits.  For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits."  It tells you what you must report and how to report.  Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work.  The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage.  To learn more about how work and earnings affect disability benefits please contact us.  You can also visit our website at www.ssa.gov/pubs to find the following publications with additional information:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No.  05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication No.  05-10052).

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us.  Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

23MS868G90783-HA

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

### Do You Disagree With The Decision?

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for an appeal.
- You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.ssa.gov/forms/ to locate the form. You can also contact us to request the form, or if you need help filling out the form.

### Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. However, we must review all disability cases. Therefore, we will review your case in 5 to 7 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

### Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

### If You Have Questions

### Need more help?

1. Visit www.ssa.gov for fast, simple, and secure online service.
2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention this letter when you call.

23MS868G90783-HA    Page  5 of  6

3.  You may also call your local office at 1-855-572-4842.

    SOCIAL SECURITY
    SUITE 105
    4334 RICE STREET
    LIHUE HI 96766

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

23MS868G90783-HA                                        Page 6 of 6

# PAYMENT SUMMARY

**Your Payment Of $8,637.75**

Here is how we figured your
first payment:

       Benefits due for November 2022
       through February 2023
       including any cost of living increase,
       less monthly rounding of benefits ........................$11,517.00

       Amount we subtracted because of

         ●   money to pay
            your representative ............................ 2,879.25

This equals the amount of
your first payment ................................$ 8,637.75

**Your Regular Monthly Payment**

Here is how we figured your
regular monthly payment effective March 2023:

       You are entitled to a monthly benefit of .................$ 2,938.40

       Amount we subtracted because of

         ●   rounding (we must round down to
            a whole dollar) ................................ .40

This equals the amount of
your regular monthly payment ............................$ 2,938.00