FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>Plaintiff,<br><br>vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br><br>Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) PLAINTIFF'S RESPONSE TO<br>) DEFENDANT L3HARRIS<br>) TECHNOLOGIES, INC.'S FIRST<br>) REQUEST FOR ADMISSIONS TO<br>) PLAINTIFF PRESTON LEE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S RESPONSE TO DEFENDANT L3HARRIS TECHNOLOGIES,
INC.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF PRESTON LEE
Comes now Plaintiff PRESTON LEE by and through his attorneys,

Elizabeth Jubin Fujiwara and Joseph T. Rosenbaum of the Fujiwara and

Rosenbaum, LLLC and does hereby respond and object as follows to

# EXHIBIT J

Defendant L3Harris Technologies, Inc.'s First Request for Admissions

Answers to Plaintiff Preston Lee ("Request"):

/s/ Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM

## REQUEST FOR ADMISSIONS

1. Plaintiff Preston Lee filed a claim for disability benefits with the Social Security Administration on or around June 16, 2020 ("**June 2020 Social Security Disability Claim**").

   Admit: _____     Deny: ___✓_____

   *I filed after I was terminated, but I will answer below regarding the filing I made after terminated*

2. In his June 2020 Social Security Disability Claim, Plaintiff Preston Lee claimed he was unable to work due to Post Traumatic Stress Disorder ("**PTSD**"), sleep apnea, tinnitus, and hearing loss.

   Admit: ___✓_____     Deny: _____

3. In the June 2020 Social Security Disability Claim, Plaintiff Preston Lee claimed an inability to function and/or work as of November 18, 2019.

   Admit: ___✓_____     Deny: _____

4. Plaintiff Preston Lee filed a claim for Social Security disability benefits before his employment with L3Harris was terminated.

   Admit: _____     Deny: ___✓_____

5. After his employment was terminated, Plaintiff Preston Lee told the Social Security Disability Administration that he had been fired on June 22, 2020, and that his conditions became severe enough to keep from working as of November 18, 2019.

   Admit: ___✓_____     Deny: _____

6. Plaintiff Preston Lee underwent a psychological evaluation by Richard Sonnenberg, Ph.D. in November 2020 in connection with his June 2020 Social Security Disability Claim.

   Admit: ___✓___          Deny: _____

7. The Social Security Administration disapproved the June 2020 Social Security Disability Claim in November 2020 ("**November 2020 Disapproval**").

   Admit: ___✓___          Deny: _____

8. Plaintiff Preston Lee filed a request for reconsideration of the November 2020 Disapproval ("**Reconsideration Request**").

   Admit: ___✓___          Deny: _____

9. Exhibit A is a true and correct copy of the Reconsideration Request submitted by Plaintiff Preston Lee to the Social Security Administration.

   Admit: ___✓___          Deny: _____

10. Plaintiff Preston Lee filed another claim for disability benefits with the Social Security Administration in September 2021 ("**September 2021 Social Disability Security Claim**").

   Admit: ___✓___          Deny: _____

11. Exhibit B is a true and correct copy of an application for Social Security disability benefits filed by Plaintiff Preston Lee.

   Admit: ___✓___          Deny: _____

- 2 -

12. Exhibit C is a true and correct copy of Plaintiff Preston Lee's signature on his application for Social Security disability benefits.

Admit: ___✓___        Deny: _____

13. In his September 2021 Social Security Disability Claim, Plaintiff Preston Lee stated that his conditions became severe enough to prevent him from working on June 23, 2020.

Admit: ___✓___        Deny: _____

14. When Plaintiff Preston Lee submitted the September 2021 Social Security Disability Claim, he represented to the Social Security Administration that he was still unable to work due to his conditions.

Admit: ___✓___        Deny: _____

15. Plaintiff Preston Lee appointed Andrew Youngman of Citizens Disability, LLC as his representative to communicate on his behalf with the Social Security Administration.

Admit: ___✓___        Deny: _____

16. Mr. Youngman submitted a "Disability Report Adult" dated September 14, 2021 to the Social Security Administration ("**Disability Report**") on Plaintiff Preston Lee's behalf.

Admit: ___✓___        Deny: _____

17. Exhibit D is a true and correct copy of the Disability Report submitted by Mr. Youngman to the Social Security Administration.

Admit: ___✓___        Deny: _____

- 3 -

18. Admit that Plaintiff Preston Lee submitted function reports to the Social Security Administration in connection with his claims for disability benefits.

    Admit: _____✓_____        Deny: _____

19. Exhibit E is a true and correct copy of a Function Report that Plaintiff Preston Lee submitted to the Social Security Administration.

    Admit: _____✓_____        Deny: _____

20. Exhibit F is a true and correct copy of another Function Report that Plaintiff Preston Lee submitted to the Social Security Administration.

    Admit: _____✓_____        Deny: _____

21. In connection with his Social Security Disability Claims, Plaintiff Preston Lee stated to the Social Security Administration that he had been fired by L3Harris because of problems getting along with other people.

    Admit: _____✓_____        Deny: _____

22. In connection with his Social Security Disability Claims, Plaintiff Preston Lee stated to the Social Security Administration that he had been fired from L3Harris for "threatening my lead person."

    Admit: _____✓_____        Deny: _____

23. In December 2022, Plaintiff Preston Lee had a psychological evaluation with Dawn Harada, Psy.D. in connection with his September 2021 Social Security Disability Claim.

    Admit: _____✓_____        Deny: _____

24. Plaintiff Preston Lee told Dawn Harada, Psy.D. that he had been involved in multiple physical altercations due to becoming angered with others and fighting with them.

Admit: ____✓____                    Deny: _____

25. In December 2022, Plaintiff Preston Lee had a physical examination by Antoine Cazin, MD in connection with his September 2021 Social Security Disability Claim.

Admit: ____✓____                    Deny: _____

26. Plaintiff Preston Lee understood when submitting statements to the Social Security Administration that anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act commits a crime punishable under Federal law by fine, imprisonment, or both.

Admit: ____✓____                    Deny: _____

27. Plaintiff Preston Lee has never informed the Social Security Administration that statements he made in connection with his Social Security Disability Claims were false, inaccurate, or mistaken.

Admit: ____✓____                    Deny: _____

28. Plaintiff Preston Lee is still unable to work and is receiving disability benefits from the Social Security Administration of $3,032.40 every month.

Admit: ____✓____                    Deny: _____

29. At all times since filing his first request for Social Security disability benefits in June 2020, Plaintiff Preston Lee has taken the position with the Social Security Administration that he is unable to work due to his conditions.

   Admit: _____✓_____          Deny: _____

30. Plaintiff Preston Lee has not at any time since filing his first request for Social Security disability benefits in June 2020 told the Social Security Administration that he is able to work.

   Admit: _____✓_____          Deny: _____

SOCIAL SECURITY ADMINISTRATION                                    TOE 710

Form Approved
OMB No. 0960-0622

## REQUEST FOR RECONSIDERATION

| NAME OF CLAIMANT | CLAIMANT SSN | CLAIM NUMBER (If different than SSN) |
|---|---|---|
| Preston Lee | ██ 78491 | |

ISSUE BEING APPEALED (Specify if retirement, disability, hospital or medical, SSI, SVB, overpayment, etc.)

Disability

I do not agree with the Social Security Administration's (SSA) determination and request reconsideration. My reasons are:

100% DisaBility of PTSD

### SUPPLEMENTAL SECURITY INCOME (SSI) OR SPECIAL VETERANS BENEFITS (SVB)
### RECONSIDERATION ONLY

I want to appeal your determination about my claim for SSI or SVB. I have read about the three ways to appeal. I have checked the box below.

### THREE WAYS TO APPEAL

☑ **CASE REVIEW** - You can pick this kind of appeal in all cases. You can give us more facts to add to your file. Then we will decide your case again. You do not meet with the person who decides your case.

☐ **INFORMAL CONFERENCE** - You can pick this kind of appeal in all SSI cases except for medical issues. In SVB cases, you can pick this kind of appeal only if we are stopping or lowering your SVB payment. You will meet with a person who will decide your case. You can tell that person why you think you are right. You can give us more facts to help prove you are right. You can bring other people to help explain your case.

☐ **FORMAL CONFERENCE** - You can pick this kind of appeal only if we are stopping or lowering your SSI or SVB payment. This meeting is like an informal conference, but we can also get people to come in and help prove you are right. We can do this even if they do not want to help you. You can question these people at your meeting.

### CONTACT INFORMATION

| CLAIMANT SIGNATURE - OPTIONAL | NAME OF CLAIMANT'S REPRESENTATIVE (If any) |
|---|---|
| *[signature]* | |

| MAILING ADDRESS | MAILING ADDRESS |
|---|---|
| PO BOX 1240  HI 96752 | |

| CITY | STATE | ZIP CODE | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| Kekaha HI | | | | | |

| TELEPHONE NUMBER (Include area code) | TELEPHONE NUMBER (Include area code) |
|---|---|
| 808 ████ | |

### TO BE COMPLETED BY SOCIAL SECURITY ADMINISTRATION

1. HAS INITIAL DETERMINATION BEEN MADE?   ☐ YES   ☐ NO

2. IS THIS REQUEST FILED TIMELY?   ☐ YES   ☐ NO

*(If "NO", attach claimant's explanation for delay. Refer to GN 03102.125)*

SOCIAL SECURITY OFFICE ADDRESS AND DATE APPEAL RECEIVED

LIHUE, HAWAII 96766

DEC 0 2 2020

SSA District Office – 993

**FIELD OFFICE DEVELOPMENT (GN 03102.300)**

☐ NO FURTHER DEVELOPMENT REQUIRED

☐ REQUIRED DEVELOPMENT ATTACHED

☐ REQUIRED DEVELOPMENT PENDING, WILL FORWARD OR ADVISE STATUS WITHIN 30 DAYS

SSI CASES ONLY - GOLDBERG KELLY (GK) (SI 02301.310) RECIPIENT APPEALED AN ADVERSE ACTION:

☐ WITHIN 10 DAYS AFTER RECIEVING THE ADVANCE NOTICE;

☐ AFTER THE 10-DAY PERIOD AND GOOD CAUSE EXISTS FOR EXTENDING THE TIME LIMIT

☐ PAYMENT CONTINUATION APPLIES AND INPUT MADE TO SYSTEM

**NOTE:** Take or mail the **completed original** to your local Social Security office, the Veterans Affairs Regional Office in Manila, or any U.S. Foreign Service post and keep a copy for your records.

Form **SSA-561-U2** (03-2015) UF (03-2015)                              Claims Folder

## EXHIBIT A

Form Approved
OMB No. 0960-0623

WHOSE Records to be Disclosed

NAME *(First, Middle, Last, Suffix)*

SSN

Birthday
*(mm/dd/yy)*

# AUTHORIZATION TO DISCLOSE INFORMATION TO
# THE SOCIAL SECURITY ADMINISTRATION (SSA)

## ** PLEASE READ THE ENTIRE FORM, BOTH PAGES, BEFORE SIGNING BELOW **

**I voluntarily authorize and request disclosure** (including paper, oral, and electronic interchange):
**OF WHAT** *All my medical records;* also education records and other information related to my ability to perform tasks. This includes specific permission to release:

1. All records and other information regarding my treatment, hospitalization, and outpatient care for my impairment(s) *Including* , and **not limited to :**

   - Psychological, psychiatric or other mental impairment(s) (excludes "psychotherapy notes" as defined in 45 CFR 164.501)
   - Drug abuse, alcoholism, or other substance abuse
   - Sickle cell anemia
   - Records which may indicate the presence of a communicable or noncommunicable disease; and tests for or records of HIV/AIDS
   - Gene-related impairments (including genetic test results)

2. Information about how my impairment(s) affects my ability to complete tasks and activities of daily living, and affects my ability to work.

3. Copies of educational tests or evaluations, including Individualized Educational Programs, triennial assessments, psychological and speech evaluations, and any other records that can help evaluate function; also teachers' observations and evaluations.

4. Information created within 12 months after the date this authorization is signed, as well as past information.

## FROM WHOM

| | |
|---|---|
| • All medical sources (hospitals, clinics, labs, physicians, psychologists, etc.) including mental health, correctional, addiction treatment, and VA health care facilities<br>• All educational sources (schools, teachers, records administrators, counselors, etc.)<br>• Social workers/rehabilitation counselors<br>• Consulting examiners used by SSA<br>• Employers, insurance companies, workers' compensation programs<br>• Others who may know about my condition (family, neighbors, friends, public officials) | THIS BOX TO BE COMPLETED BY SSA/DDS <u>(as needed)</u> Additional information to identify the subject (e.g., other names used), the specific source, or the material to be disclosed: |

**TO WHOM**    The Social Security Administration and to the State agency authorized to process my case (usually called "disability determination services"), **including contract copy services, and doctors or other professionals consulted during the process.** [Also, for international claims, to the U.S. Department of State Foreign Service Post.]

**PURPOSE**    Determining my **eligibility for benefits,** including looking at the combined effect of any impairments that by themselves would not meet SSA's definition of disability; and whether I can manage such benefits.

☐ Determining whether I am **capable of managing benefits ONLY** (check only if this applies)

**EXPIRES WHEN**    This authorization is good for 12 months from the date signed (below my signature).

- I authorize the use of a copy (including electronic copy) of this form for the disclosure of the information described above.
- I understand that there are some circumstances in which this information may be redisclosed to other parties (see page 2 for details).
- I may write to SSA and my sources to revoke this authorization at any time (see page 2 for details).
- SSA will give me a copy of this form if I ask; I may ask the source to allow me to inspect or get a copy of material to be disclosed.
- I have read both pages of this form and agree to the disclosures above from the types of sources listed.

| PLEASE SIGN USING BLUE OR BLACK INK ONLY | IF not signed by subject of disclosure, specify basis for authority to sign |
|---|---|
| **INDIVIDUAL** authorizing disclosure | ☐ Parent of minor  ☐ Guardian   ☐ Other personal representative (explain) |
| SIGN ▶ | (Parent/guardian/personal representative sign here if two signatures required by State law) ▶ |
| Date Signed<br>*NOV 24 2020* | Street Address ████████ |
| Phone<br>808 ████████ | City<br>KєKAHA HI 96752 | State<br>HI | ZIP 96752 |

**WITNESS**    *I know the person signing this form or am satisfied of this person's identity:*

| SIGN ▶ | IF needed, second witness sign here (e.g., if signed with "X" above)<br>SIGN ▶ |
|---|---|
| Phone Number (or Address) | Phone Number (or Address) |

*This general and special authorization to disclose was developed to comply with the provisions regarding disclosure of medical, educational, and other information under P.L. 104-191 ("HIPAA"); 45 CFR parts 160 and 164; 42 U.S. Code section 290dd-2; 42 CFR part 2; 38 U.S. Code section 7332; 38 CFR 1.475; 20 U.S. Code section 1232g ("FERPA"); 34 CFR parts 99 and 300; and State law.*

Form **SSA-827** (11-2012) ef (11-2012) Use 4-2009 and Later Editions Until Supply is Exhausted                                                Page1 of 2

Form SSA-16 (06-2018) UF
Discontinue prior editions
Social Security Administration

Page 1 of 7
OMB No. 0960-0618

## APPLICATION FOR DISABILITY INSURANCE BENEFITS

(Do not write in this space)

I apply for a period of disability and/or all insurance benefits for which I am eligible under Title II and Part A of Title XVIII of the Social Security Act, as presently amended.

| 1. | PRINT your name | FIRST NAME, MIDDLE INITIAL, LAST NAME<br>Preston Lee |
|---|---|---|

| 2. | Enter your Social Security Number | Redacted 4918 |
|---|---|---|

| 3. | Check (X) whether you are | ☐ Female   ☑ Male |
|---|---|---|

Answer question 4 if English is not your preferred language. Otherwise, go to item 5.

| 4. | Enter the language you prefer to:   speak English | write English |
|---|---|---|

| 5. | (a) Enter your date of birth | Redacted 1963 |
|---|---|---|
| | (b) Enter name of city and state or foreign country where you were born. | Honolulu HI |
| | (c) Was a public record of your birth made before you were age 5? | ☑ Yes   ☐ No   ☐ Unknown |
| | (d) Was a religious record of your birth made before you were age 5? | ☐ Yes   ☑ No   ☐ Unknown |

| 6. | (a) Are you a U.S. citizen? | ☑ Yes (If "Yes," go to item 7)   ☐ No (If "No," answer (b)) |
|---|---|---|
| | (b) Are you an alien lawfully present in the U.S.? | ☐ Yes (If "Yes," answer (c))   ☐ No (If "No," go to item 7) |
| | (c) When were you lawfully admitted to the U.S.? | |

| 7. | (a) Enter your name at birth if different from item (1) | |
|---|---|---|
| | (b) Have you used any other names? | ☐ Yes (If "Yes," answer (c))   ☑ No (If "No," go to item 8) |
| | (c) Other name(s) used. | |

| 8. | (a) Have you used any other Social Security number(s)? | ☐ Yes (If "Yes," answer (b))   ☑ No (If "No" go to item 9) |
|---|---|---|
| | (b) Enter Social Security number(s) used. | |

| 9. | When do you believe your condition(s) became severe enough to keep you from working (even if you have never worked)? | 06/23/2020 |
|---|---|---|

| 10. | (a) Have you (or has someone on your behalf) ever filed an application for Social Security benefits, a period of disability under Social Security, Supplemental Security Income, or hospital or medical insurance under Medicare? | ☐ Yes (If "Yes," answer (b) and (c))   ☑ No (If "No," or "Unknown," go to item 11)   ☐ Unknown |
|---|---|---|
| | (b) Enter name of person on whose Social Security record you filed the other application. | |
| | (c) Enter Social Security Number of person named in (b). If unknown, check this block. ☐ Unknown | |

**EXHIBIT B**

Form **SSA-16** (06-2018) UF                                                                 Page 2 of 7

| 11. | (a) Were you in the active military or naval service (including Reserve or National Guard active duty or active duty for training) after September 7, 1939 and before 1968? | ☐ Yes (If "Yes," answer (b) and (c)) | ☑ No (If "No," go to item 12) |
|---|---|---|---|

| (b) Enter dates of service | FROM: (Month, Year) | TO: (Month, Year) |
|---|---|---|

| (c) Have you ever been (or will you be) eligible for a monthly benefit from a military or civilian Federal agency? (Include Veteran's Administration benefits only if you waived military retirement pay.) | ☐ Yes | ☑ No |
|---|---|---|

| 12. | Did you or your spouse (or prior spouse) work in the railroad industry for 5 years or more? | ☐ Yes | ☑ No |
|---|---|---|---|

| 13. | (a) Do you have Social Security credits (for example, based on work or residence) under another country's Social Security System? | ☐ Yes (If "Yes," answer (b)) | ☑ No (If "No," go to item 14) |
|---|---|---|---|

(b) List the country(ies):

| 14. | (a) Are you entitled to, or do you expect to be entitled to, a pension or annuity (or a lump sum in place of a pension or annuity) based on your work after 1956 not covered by Social Security? | ☐ Yes (If "Yes," answer (b) and (c)) | ☑ No (If "No," go to item 15) |
|---|---|---|---|

| (b) ☐ I became entitled, or expect to become entitled, beginning | MONTH | YEAR |
|---|---|---|
| (c) ☐ I became eligible, or expect to become eligible, beginning | MONTH | YEAR |

I AGREE TO PROMPTLY NOTIFY the Social Security Administration if I become entitled to a pension or annuity based on my employment not covered by Social Security, or if such pension or annuity stops.

| 15. | (a) Have you ever been married? | ☑ Yes (If "Yes," answer (b)) | ☐ No (If "No," go to item 16) |
|---|---|---|---|

(b) Give the following information about your current marriage. If not currently married, write "None." _____ (If "None," go on to item 15(c))

| Spouse's name (including maiden name) | When (Month, day, year) | Where (Name of City and State) |
|---|---|---|
| Jackie Lee | 06/25/2010 | Lihue, HI |

| Marriage performed by: ☑ Clergyman or public official ☐ Other (Explain in Remarks) | Spouse's date of birth (or age) 10/29/1967 | Spouse's Social Security Number (If none or unknown, so indicate) Unknown |
|---|---|---|

(c) Enter information about any other marriage if you:

- Had a marriage that lasted at least 10 years; or
- Had a marriage that ended due to the death of your spouse, regardless of duration; or
- Were divorced, remarried the same individual within the year immediately following the year of the divorce, and the combined period of marriage totaled 10 years or more. If none, write "None." _____ Go on to item 15 (d) if you have a child(ren) who is under age 16 or disabled or handicapped (age 16 or over and disability began before age 22) and you are divorced from the child's other parent who is now deceased and the marriage lasted less than 10 years.

| Spouse's name (including maiden name) | When (Month, day, year) | Where (Name of City and State) |
|---|---|---|
| | | |

| How marriage ended | When (Month, day, year) | Where (Name of City and State) |
|---|---|---|
| | | |

| Marriage performed by: ☐ Clergyman or public official ☐ Other (Explain in Remarks) | Spouse's date of birth (or age) | Date of spouse's death | Spouse's Social Security Number (If none or unknown, so indicate) |
|---|---|---|---|

Form **SSA-16** (06-2018) UF                                                                                           Page 3 of 7

15. (d) Enter information about any marriage if you:

- Have a child(ren) who is under age 16 or disabled or handicapped (age 16 or over and disability began before age 22); and

- Were married for less than 10 years to the child's mother or father, who is now deceased; and

- The marriage ended in divorce

   If none, write "None." _____

| Spouse's name (including maiden name) | When (Month, day, year) | Where (Name of City and State) |
|---|---|---|
| Date of divorce (Month, day, year) | Where (Name of City and State) | |

| Marriage performed by:<br>☐ Clergyman or public official<br>☐ Other (Explain in Remarks) | Spouse's date of birth (or age) | Date of spouse's death | Spouse's Social Security Number (If none or unknown, so indicate) |
|---|---|---|---|

### Use the "REMARKS" space on page 5 for marriage continuation or explanation.

16. If your claim for disability benefits is approved, your children (including adopted children, and stepchildren) or dependent grandchildren (including stepgrandchildren) may be eligible for benefits based on your earnings record.

List below: FULL NAME OF ALL such children who are now or were in the past 12 months UNMARRIED and:

- UNDER AGE 18
- AGE 18 TO 19 AND ATTENDING ELEMENTARY OR SECONDARY SCHOOL FULL-TIME
- DISABLED OR HANDICAPPED (age 18 or over and disability began before age 22)

17. (a) Did you have wages or self-employment income covered under Social Security in all years from 1978 through last year?   ☐ Yes   ☑ No
(If "Yes," go to item 18)   (If "No," answer (b))

(b) List the years from 1978 through last year in which you did not have wages or self-employment income covered under Social Security.

18. Enter below the names and addresses of all the persons, companies, or Government agencies for whom you have worked this year and last year.  IF NONE, WRITE "NONE" BELOW AND GO TO ITEM 19.

| NAME AND ADDRESS OF EMPLOYER (If you had more than one employer, please list them in order beginning with your last (most recent) employer) | Work Began | | Work Ended (If still working show "Not Ended") | |
|---|---|---|---|---|
| | MONTH | YEAR | MONTH | YEAR |
| L3harris Technologies, Inc. Kekaha, HI Pacific Missile Range Facility Bldg 374 Kekaha HI 96752 | 11 | 2006 | 6 | 2020 |
| | | | | |
| | | | | |

### (If you need more space, use "Remarks".)

Form **SSA-16** (06-2018) UF                                                                        Page 4 of 7

**19.** Complete item 19 even if you were an employee.

| (a) Were you self-employed this year or last year? | ☐ Yes   ☑ No<br>(If "Yes," answer (b))   (If "No," go to item 20) |
|---|---|

| (b) Check the year (or years) you were self-employed | In what type of trade/business were you self-employed? (For example, storekeeper, farmer, physician) | Were your net earnings from the trade or business $400 or more? (Check "Yes" or "No") |
|---|---|---|
| ☐ This year | | |
| ☐ Last year | | ☐ Yes   ☑ No |

**20.** (a) How much were your total earnings last year? Count both wage and self-employment income. (If none, write "None.")   —   Amount $ 40000

(b) How much have you earned so far this year? (If none, write "None.")   —   Amount $ None

**21.** (a) Are you still unable to work because of your illnesses, injuries, or conditions?   ☑ Yes   ☐ No
(If "Yes," go to item 22)   (If "No," answer (b))

(b) Enter the date you became able to work.   MONTH, DAY, YEAR

**22.** Are your illnesses, injuries, or conditions related to your work in any way?   ☑ Yes   ☐ No

**23.** Are you blind or do you have low vision even with glasses or contacts?   ☐ Yes   ☑ No

**24.** (a) Have you filed, or do you intend to file, for any other public disability benefits (including workers' compensation, Black Lung benefits and SSI)?   ☐ Yes   ☑ No
(If "Yes," answer (b))   (If "No," to item 25)

(b) The other public disability benefit(s) you have filed (or intend to file) for is (Check as many as apply):

☐ Veterans Administration Benefits     ☐ Welfare

☐ Supplemental Security Income     ☐ Other   (If "Other," complete a Workers' Compensation/Public Disability Benefit Questionnaire)

**25.** (a) Did you receive any money from an employer(s) on or after the date in item 9 when you became unable to work because of your illnesses, injuries, or conditions? If "Yes", give the amounts and explain in "Remarks".   ☐ Yes   ☑ No

Amount $

(b) Do you expect to receive any additional money from an employer, such as sick pay, vacation pay, other special pay? If "Yes," please give amounts and explain in "Remarks".   ☐ Yes   ☑ No

Amount $

**26.** Do you, or did you, have a child under age 3 (your own or your spouse's) living with you in one or more calendar years when you had no earnings?   ☐ Yes   ☑ No

**27.** Do you have a dependent parent who was receiving at least one-half support from you when you became unable to work because of your disability? If "Yes," enter the parent's name and address and Social Security number, if known, in "Remarks".   ☐ Yes   ☑ No

**28.** If you were unable to work before age 22 because of an illness, injury or condition, do you have a parent (including adoptive or stepparent) or grandparent who is receiving social security retirement or disability benefits or who is deceased? If yes, enter the name(s) and Social Security number, if known, in "Remarks" (if unknown, check "Unknown").   ☐ Yes   ☑ No   ☐ Unknown

Remarks:

Recent Employer:            Began Month    Began Year    End Month    End Year

25a) Explain:

25b) Explain:

27) Dependent Parent Name and Address:

Additional Dependent Children Names:

Additional Spouses:

| Name: | | Married: | | Where: | |
|---|---|---|---|---|---|
| How Ended: | | When: | | Where: | |
| DOB/Age: | Deceased On: | | | SSN: | |

| Name: | | Married: | | Where: | |
|---|---|---|---|---|---|
| How Ended: | | When: | | Where: | |
| DOB/Age: | Deceased On: | | | SSN: | |

28) Name and SSN:

Form **SSA-16** (06-2018) UF                                                                                        Page 5 of 7

**REMARKS** (You may use this space for any explanation. If you need more space, attach a separate sheet.)

I declare under penalty of perjury that I have examined all the information on this form, and on any accompanying statements or forms, and it is true and correct to the best of my knowledge. I understand that anyone who knowingly gives a false statement about a material fact in this information, or causes someone else to do so, commits a crime and may be subject to a fine or imprisonment

| SIGNATURE OF APPLICANT | Date (Month, Day, Year) |
|---|---|
| | 09-14-2021 |

| Signature (First name, middle initial, last name) (Write in ink) | Telephone Number(s) at which you may be contacted during the day (Include the area code) |
|---|---|
| **Sign** ➤ | (808) ███████ |

### DIRECT DEPOSIT PAYMENT INFORMATION (FINANCIAL INSTITUTION)

| Routing Transit Number | Account Number | | |
|---|---|---|---|
| | | ☐ Checking | ☐ Enroll in Direct Express |
| | | ☐ Savings | ☐ Direct Deposit Refused |

Applicant's Mailing Address (Number and street, Apt No., P O Box, or Rural Route) (Enter Residence Address in "Remarks," if different)

## PO Box 1240

| City and State | | ZIP Code | County (if any) in which you now live |
|---|---|---|---|
| Kekaha | Hawaii | 96752 | |

Witnesses are required ONLY if this application has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the applicant must sign below, giving their full addresses. Also, print the applicant's name in Signature block

| 1  Signature of Witness | 2  Signature of Witness |
|---|---|
| | |
| Address (Number and street, City, State and ZIP Code) | Address (Number and street, City, State and ZIP Code) |

 **EXHIBIT C**

SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0579

## DISABILITY REPORT
## ADULT

**For SSA Use Only - Do not write in this box.**

Related SSN _____

Number Holder _____

**If you are filling out this report for someone else,** please provide information about him or her. When a question refers to "you" or "your," it refers to the person who is applying for disability benefits.

### SECTION 1 - INFORMATION ABOUT THE DISABLED PERSON

**1.A.** Name (First, Middle Initial, Last)
Preston Lee

**1.B.** Social Security Number

**1.C.** Mailing Address (Street or PO Box) Include apartment number or unit if applicable.
PO Box 1240

| City | State/Province | ZIP/Postal Code | Country (If not USA) |
|------|----------------|-----------------|----------------------|
| Kekaha | Hawaii | 96752 | |

**1.D.** Email Address  juspres@yahoo.com

**1.E.** Daytime Phone Number, including area code, and the IDD and country codes if you live outside the USA or Canada.

Phone number  (80■

☐ Check this box if you do not have a phone or a number where we can leave a message.

**1.F.** Alternate Phone Number - another number where we may reach you, if any.

Alternate phone number          (808)■

**1.G.** Can you speak and understand English?          ☑ YES   ☐ NO

If no, what language do you prefer?     English

If you cannot speak and understand English, we will provide an interpreter, free of charge.

**1.H.** Can you read and understand English?          ☑ YES   ☐ NO

**1.I.** Can you write more than your name in English?          ☑ YES   ☐ NO

**1.J.** Have you used any other names on your medical or educational records? Examples are maiden name, other married name, or nickname.          ☐ YES   ☑ NO

If yes, please list them here.

### SECTION 2 - CONTACTS

Give the name of someone **(other than your doctors)** we can contact who knows about your medical conditions, and can help you with your claim.

**2.A.** Name (First, Middle Initial, Last)
Jackie Lee

**2.B.** Relationship to you
Spouse

**2.C.** Daytime Phone Number (as described in 1.E. above)
(808)■

**2.D.** Mailing Address (Street or PO Box) Include apartment number or unit if applicable.

| City | State/Province | ZIP/Postal Code | Country (If not USA) |
|------|----------------|-----------------|----------------------|
| | | | |

**2.E.** Can this person speak and understand English?          ☑ YES   ☐ NO

If no, what language is preferred?     English

FORM **SSA-3368-BK** (01-2010) or (04-2010) (Destroy Prior Editions)          PAGE 1

## EXHIBIT D

| SECTION 2 - CONTACTS (continued) |
|---|

**2.F.** Who is completing this report?
☐ The person who is applying for disability. (Go to Section 3 - Medical Conditions)
☐ The person listed in 2.A. (Go to Section 3 - Medical Conditions)
☑ Someone else (Complete the rest of Section 2 below)

**2.G.** Name (First, Middle Initial, Last)
Andrew S. Youngman

**2.H.** Relationship to Person Applying
Advocate

**2.I.** Daytime Phone Number (as described in 1.E. above)
(877) 207-5256

**2.J.** Mailing Address (Street or P O Box) Include apartment number or unit if applicable.
PO Box 549293

| City | State/Province | ZIP/Postal Code | Country (If not USA) |
|---|---|---|---|
| Waltham | MA | 02454-9293 | |

| SECTION 3 - MEDICAL CONDITIONS |
|---|

**3.A.** List all of the physical or mental conditions (including emotional or learning problems) that limit your ability to work. If you have cancer, please include the stage and type. List each condition separately.

1. Major Depressive Disorder (MDD)
2. Generalized Anxiety Disorder (GAD)
3. Post-Traumatic Stress Disorder (PTSD)
4. Arrhythmia
5. Tinnitus Ears

**If you need more space, go to Section 11 - Remarks on the last page**

**3.B.** What is your height without shoes?   5 feet   11 inches   OR _____ centimeters (if outside USA)

**3.C.** What is your weight without shoes?   220 pounds   OR _____ kilograms (if outside USA)

**3.D.** Do your conditions cause you pain or other symptoms?   ☑ YES   ☐ NO

| SECTION 4 - WORK ACTIVITY |
|---|

**4.A.** Are you currently working?
☐ No, I have never worked. (Go to question **4.B.** below)
☑ No, I have stopped working (Go to question **4.C.** below)
☐ Yes, I am currently working (Go to question **4.F.** on page 3)

**IF YOU HAVE NEVER WORKED:**
**4.B.** When do you believe your condition(s) became severe enough to keep you from working (even though you have never worked)? (month/day/year) _____ (Go to Section 5 on page 3)

**IF YOU HAVE STOPPED WORKING:**
**4.C.** When did you stop working? (month/day/year) 06/23/2020 _____

Why did you stop working?
☑ Because of my condition(s).
☐ Because of other reasons. Please explain why you stopped working (for example: laid off, early retirement, seasonal work ended, business closed) _____

Even though you stopped working for other reasons, when do you believe your condition(s) became severe enough to keep you from working? (month/day/year) _____

**4.D.** Did your condition(s) cause you to make changes in your work activity? (for example: job duties, hours, or rate of pay
☑ No (Go to Section 5 - Education and Training on page 3)
☐ Yes When did you make changes? (month/day/year) _____

FORM **SSA-3368-BK** (01-2010) ef (04-2010)                    PAGE 1

## SECTION 4 - WORK ACTIVITY (continued)

**4.E.** Since the date in 4.D. above, have you had gross earnings greater than $980 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

☑ No (Go to Section 5)   ☐ Yes (Go to Section 5)

### IF YOU ARE CURRENTLY WORKING:

**4.F.** Has your condition(s) caused you to make changes in your work activity? (for example: job duties or hours)

☐ No       When did your condition(s) first start bothering you? (month/day/year) _____

☐ Yes      When did you make changes? (month/day/year) _____

**4.G.** Since your condition(s) first bothered you, have you had gross earnings greater than $980 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

☐ NO    ☐ YES

## SECTION 5 - EDUCATION AND TRAINING

**5.A.** Check the highest grade of school completed.     College:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | GED | 1 | 2 | 3 | 4 or more |
|---|---|---|---|---|---|---|---|---|---|----|----|----|-----|---|---|---|-----------|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Date completed: 05/1981 _____

**5.B.** Did you attend special education classes?     ☐ YES   ☑ NO

Name of School _____

City _____ State/Province _____ Country (If not USA) _____

Dates attended special education classes: from _____ to _____

**5.C.** Have you completed any type of specialized job training, trade, or vocational school?

☐ YES    ☑ NO

If "Yes," what type? _____     Date completed: _____

**If you need to list other education or training use Section 11 - Remarks on the last page.**

## SECTION 6 - JOB HISTORY

**6.A.** List the jobs (up to 5) that you have had in the 15 years before you became unable to work because of your physical or mental conditions. List your most recent job first.

☐ Check here and go to Section 7 on page 5 if you did not work at all in the 15 years before you became unable to work.

| Job Title | Type of Business | Dates Worked | | Hours Per Day | Days Per Week | Rate of Pay | |
|-----------|------------------|--------------|--------|-----|-----|-----|-----|
| | | From MM/YY | To MM/YY | | | Amount | Frequency |
| 1. Painter | Manufacturing Company | 11/06 | 06/20 | 8.00 | 5.00 | 80000.00 | Yearly |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |

FORM **SSA-3368-BK** (01-2010) ef (04-2010)                                    PAGE 2

## SECTION 6 - JOB HISTORY (continued)

Check the box below that applies to you.

☑     I had **only one job** in the last 15 years before I became unable to work. Answer the questions below.

☐     I had **more than one job** in the last 15 years before I became unable to work. Do **not** answer the questions on this page; go to Section 7 on page 5. (We may contact you for more information.)

**Do not** complete this page if you had **more than one job** in the last 15 years before you became unable to work.

**6.B.** Describe this job. What did you do all day? _____
I would paint 8 hours a day, do corrosion control, and spread the runway

_____

**(If you need more space, use Section 11 - Remarks on the last page.)**

**6.C.** In this job, did you:

| | | |
|---|---|---|
| Use machines, tools or equipment? | ☑ YES | ☐ NO |
| Use technical knowledge or skills? | ☐ YES | ☑ NO |
| Do any writing, complete reports, or perform any duties like this? | ☑ YES | ☐ NO |

**6.D.** In this job, how many total hours each day did you do each of the tasks listed:

| Task | Hours | Task | Hours | Task | Hours |
|------|-------|------|-------|------|-------|
| Walk | 2 | Stoop (Bend down & forward at waist.) | 3 | Handle large objects | 2 |
| Stand | 6 | Kneel (Bend legs to rest on knees.) | 4 | Write, type, or handle small objects | 1 |
| Sit | 0 | Crouch (Bend legs & back down & forward.) | 2 | Reach | 8 |
| Climb | 2 | Crawl (Move on hands & knees.) | 0 | | |

**6.E.** Lifting and carrying (Explain in the box below, what you lifted, how far you carried it, and how often you did this in your job.) _____
I would carry paint cans and paint spraying machinery

_____

**6.F.** Check **heaviest** weight lifted:

☐ Less than 10 lbs.    ☐ 10 lbs.    ☐ 20 lbs.    ☐ 50 lbs.    ☑ 100 lbs. or more    ☐ Other

**6.G.** Check weight **frequently** lifted: (by frequently, we mean from 1/3 to 2/3 of the workday.)

☐ Less than 10 lbs.    ☐ 10 lbs.    ☐ 25 lbs.    ☑ 50 lbs. or more    ☐ Other

**6.H.** Did you supervise other people in this job? ☐ YES (Complete items below.)    ☑ NO (If No, go to 6.I.)

How many people did you supervise? _____

What part of your time did you spend supervising people? _____

Did you hire and fire employees?    ☐ YES    ☑ NO

**6.I.** Were you a lead worker?    ☐ YES    ☑ NO

FORM **SSA-3368-BK** (01-2010) or (04-2010)               PAGE 3

## SECTION 7 - MEDICINES

7. Are you taking any medicines (prescription or non-prescription)?

☑ YES    (Give the information requested below. You may need to look at your medicine containers.)

☐ NO    (Go to Section 8 - Medical Treatment.)

| Name of Medicine | If prescribed, give name of doctor | Reason for medicine. |
|---|---|---|
| Dronabinol | Dr. Douglas Duvauchelle, | Sleep Apnea |
| Hydrocodone/Ibuprofen | Dr. Douglas Duvauchelle, | Degenerative Disc Disease |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you need to list other medicines, go to Section 11 — Remarks on the last page.

## SECTION 8 - MEDICAL TREATMENT

Have you seen a doctor or other health care professional or received treatment at a hospital or clinic, or do you have a future appointment scheduled?

8.A. For any physical condition(s)?
☑ YES    ☐ NO

8.B. For any mental condition(s) (including emotional or learning problems)?
☑ YES    ☐ NO

If you answered "No" to both 8.A. and 8.B., go to
Section 9 - Other Medical Information on page 11.

| SECTION 8 - MEDICAL TREATMENT (continued) |
|---|

Tell us who may have medical records about any of your **physical and/or mental** condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals **(including emergency room visits)**, clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| **8.C.** Name of Facility or Office | Name of health care professional who treated you |
|---|---|
| VA Pacific Islands Healthcare System | Dr Angela Adams |

### ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.

| Phone Number | Patient ID# (if known) |
|---|---|
| +1 808-433-0600 | |

| Mailing Address |
|---|
| 459 Patterson Rd |

| City | State/Province | ZIP/Postal Code | Country (if not USA) |
|---|---|---|---|
| Honolulu | HI | 96819 | |

| **Dates of Treatment** |
|---|

| 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits | 3. Overnight hospital stays |
|---|---|---|
| First Visit 2016 | List the most recent date first | List the most recent date first |
| Last Visit 03/2021 | A. _____ | A. Date in _____ Date out _____ |
| | B. _____ | B. Date in _____ Date out _____ |
| Next scheduled appointment (if any) 2022 | C. _____ | C. Date in _____ Date out _____ |

**What medical conditions were treated or evaluated?**
Major Depressive Disorder (MDD), Generalized Anxiety Disorder (GAD), Post-Traumatic Stress Disorder (PTSD)

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)
Tests, Evaluation, Psychologist

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks on the last page.

☐ Check this box if no tests by this provider or at this facility.

| Kind of Test | Dates of Tests | Kind of Test | Dates of Tests |
|---|---|---|---|
| ☐ EKG (heart test) | | ☐ EEG (brain wave test) | |
| ☐ Treadmill (exercise test) | | ☐ HIV Test | |
| ☐ Cardiac Catheterization | | ☐ Blood Test (not HIV) | |
| ☐ Biopsy (list body part) | | ☐ X-Ray (list body part) | |
| ☐ Hearing Test | | ☐ MRI/CT Scan (list body part) | |
| ☐ Speech/Language Test | | | |
| ☐ Vision Test | | ☑ Other (please describe) Psychiatric Eval | |
| ☐ Breathing Test | | | 2016-3/2021 |

**If you do not have any more doctors or hospitals to describe, go to Section 9 on page 11.**

| SECTION 8 - MEDICAL TREATMENT (continued) |
|---|

Tell us who may have medical records about any of your **physical and/or mental** condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals **(including emergency room visits)**, clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| 8.D. Name of Facility or Office | Name of health care professional who treated you |
|---|---|
| | Dr. Douglas Duvauchelle, MD |

### ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.

| Phone Number (808) 246-0497 | Patient ID# (if known) |
|---|---|

Mailing Address
4485 Pahee St Ste 150

| City Lihue | State/Province HI | ZIP/Postal Code 96766 | Country (if not USA) |
|---|---|---|---|

| Dates of Treatment | | |
|---|---|---|
| **1. Office, Clinic or Outpatient visits** | **2. Emergency Room visits** List the most recent date first | **3. Overnight hospital stays** List the most recent date first |
| First Visit 2016 | A. _____ | A. Date in _____ Date out _____ |
| Last Visit 09/2021 | B. _____ | B. Date in _____ Date out _____ |
| Next scheduled appointment (if any) 01/2022 | C. _____ | C. Date in _____ Date out _____ |

**What medical conditions were treated or evaluated?**
Major Depressive Disorder (MDD), Generalized Anxiety Disorder (GAD), Post-Traumatic Stress Disorder (PTSD), Arrhythmia, Tinnitus Ears, R Hand Problem, Deg

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)
Tests, Evaluation, PCP, CPAP

Tell us about any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks on the last page.

☐ Check this box if no tests by this provider or at this facility.

| Kind of Test | Dates of Tests | Kind of Test | Dates of Tests |
|---|---|---|---|
| ☑ EKG (heart test) | 2016-09/2021 | ☐ EEG (brain wave test) | |
| ☐ Treadmill (exercise test) | | ☐ HIV Test | |
| ☐ Cardiac Catheterization | | ☑ Blood Test (not HIV) | 2016-09/2021 |
| ☐ Biopsy (list body part) | | ☑ X-Ray (list body part) R Hand, Lower Ba | 2016-09/2021 |
| ☐ Hearing Test | | ☐ MRI/CT Scan (list body part) | |
| ☐ Speech/Language Test | | | |
| ☐ Vision Test | | ☑ Other (please describe) Psychiatric Eval | 2016-09/2021 |
| ☐ Breathing Test | | | |

**If you do not have any more doctors or hospitals to describe, go to Section 9 on page 11.**

| SECTION 8 - MEDICAL TREATMENT (continued) |
|---|

Tell us who may have medical records about any of your **physical and/or mental** condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals **(including emergency room visits)**, clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| 8.E. Name of Facility or Office | Name of health care professional who treated you |
|---|---|
| | |

### ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.

| Phone Number | Patient ID# (if known) |
|---|---|

Mailing Address

| City | State/Province | ZIP/Postal Code | Country (if not USA) |
|---|---|---|---|

| Dates of Treatment | | |
|---|---|---|
| **1. Office, Clinic or Outpatient visits**<br>First Visit<br><br>Last Visit<br><br>Next scheduled appointment (if any) | **2. Emergency Room visits**<br>List the most recent date first<br>A. ____<br>B. ____<br>C. ____ | **3. Overnight hospital stays**<br>List the most recent date first<br>A. Date in ____ Date out ____<br>B. Date in ____ Date out ____<br>C. Date in ____ Date out ____ |

What medical conditions were treated or evaluated?

What treatment did you receive for the above conditions? (Do not describe medicines or tests in this box.)

Tell us about any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks on the last page.

☐ Check this box if no tests by this provider or at this facility.

| Kind of Test | Dates of Tests | Kind of Test | Dates of Tests |
|---|---|---|---|
| ☐ EKG (heart test) | | ☐ EEG (brain wave test) | |
| ☐ Treadmill (exercise test) | | ☐ HIV Test | |
| ☐ Cardiac Catheterization | | ☐ Blood Test (not HIV) | |
| ☐ Biopsy (list body part) | | ☐ X-Ray (list body part) | |
| ☐ Hearing Test | | ☐ MRI/CT Scan (list body part) | |
| ☐ Speech/Language Test | | | |
| ☐ Vision Test | | ☐ Other (please describe) | |
| ☐ Breathing Test | | | |

**If you do not have any more doctors or hospitals to describe, go to Section 9 on page 11.**

| SECTION 8 - MEDICAL TREATMENT (continued) | |
|---|---|

Tell us who may have medical records about any of your **physical and/or mental** condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals **(including emergency room visits)**, clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| 8.F. Name of Facility or Office | Name of health care professional who treated you |
|---|---|
| | |

## ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.

| Phone Number | Patient ID# (if known) |
|---|---|

Mailing Address

| City | State/Province | ZIP/Postal Code | Country (if not USA) |
|---|---|---|---|

| Dates of Treatment | | |
|---|---|---|
| **1. Office, Clinic or Outpatient visits**<br>First Visit<br>_____<br>Last Visit<br>_____<br>Next scheduled appointment (if any)<br>_____ | **2. Emergency Room visits**<br>List the most recent date first<br>A. _____<br>B. _____<br>C. _____ | **3. Overnight hospital stays**<br>List the most recent date first<br>A. Date in ____ Date out ____<br>B. Date in ____ Date out ____<br>C. Date in ____ Date out ____ |

What medical conditions were treated or evaluated?

What treatment did you receive for the above conditions?  (Do not describe medicines or tests in this box.)

Tell us about any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks on the last page.

☐ Check this box if no tests by this provider or at this facility.

| Kind of Test | Dates of Tests | Kind of Test | Dates of Tests |
|---|---|---|---|
| ☐ EKG (heart test) | | ☐ EEG (brain wave test) | |
| ☐ Treadmill (exercise test) | | ☐ HIV Test | |
| ☐ Cardiac Catheterization | | ☐ Blood Test (not HIV) | |
| ☐ Biopsy (list body part) | | ☐ X-Ray (list body part) | |
| ☐ Hearing Test | | ☐ MRI/CT Scan (list body part) | |
| ☐ Speech/Language Test | | | |
| ☐ Vision Test | | ☐ Other (please describe) | |
| ☐ Breathing Test | | | |

**If you do not have any more doctors or hospitals to describe, go to Section 9 on page 11.**

| SECTION 8 - MEDICAL TREATMENT (continued) |
|---|

Tell us who may have medical records about any of your **physical and/or mental** condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals **(including emergency room visits)**, clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| 8.F. Name of Facility or Office | Name of health care professional who treated you |
|---|---|
| | |

### ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.

| Phone Number | Patient ID# (if known) |
|---|---|

Mailing Address

| City | State/Province | ZIP/Postal Code | Country (if not USA) |
|---|---|---|---|

| Dates of Treatment |
|---|

| 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits | 3. Overnight hospital stays |
|---|---|---|
| First Visit _____ | List the most recent date first | List the most recent date first |
| Last Visit _____ | A. _____ | A. Date in _____ Date out _____ |
| Next scheduled appointment (if any) _____ | B. _____ | B. Date in _____ Date out _____ |
| | C. _____ | C. Date in _____ Date out _____ |

What medical conditions were treated or evaluated?


What treatment did you receive for the above conditions? (Do not describe medicines or tests in this box.)


Tell us about any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks on the last page.

☐ Check this box if no tests by this provider or at this facility.

| Kind of Test | Dates of Tests | Kind of Test | Dates of Tests |
|---|---|---|---|
| ☐ EKG (heart test) | | ☐ EEG (brain wave test) | |
| ☐ Treadmill (exercise test) | | ☐ HIV Test | |
| ☐ Cardiac Catheterization | | ☐ Blood Test (not HIV) | |
| ☐ Biopsy (list body part) | | ☐ X-Ray (list body part) | |
| ☐ Hearing Test | | ☐ MRI/CT Scan (list body part) | |
| ☐ Speech/Language Test | | | |
| ☐ Vision Test | | ☐ Other (please describe) | |
| ☐ Breathing Test | | | |

**If you have been treated by more than five doctors or hospitals, use Section 11 - Remarks on the last page and give the same detailed information as above for each healthcare provider.**

## SECTION 9 - OTHER MEDICAL INFORMATION

9. Does anyone else have medical information about your physical and/or mental condition(s) (including emotional and learning problems), or are you scheduled to see anyone else? (This may include places such as workers' compensation, vocational rehabilitation, insurance companies who have paid you disability benefits, prisons, attorneys, social service agencies and welfare.)

☐ YES    (Please complete the information below.)

☑ NO    (If you are receiving Supplemental Security Income (SSI) and have been asked to complete this report, go to Section 10 - Vocational Rehabilitation; if not, go to Section 11 on the last page.)

| Name of Organization | Phone Number |
|---|---|
|  |  |

Mailing Address

| City | State/Province | ZIP/Postal Code | Country (If not USA) |
|---|---|---|---|
|  |  |  |  |

Mailing Address

| Name of Contact Person | Claim or ID number (if any) |
|---|---|
|  |  |

| Date of First Contact | Date of Last Contact | Date of Next Contact (if any) |
|---|---|---|
|  |  |  |

Reasons for Contacts

**If you need to list other people or organizations use Section 11 - Remarks on the last page and give the same detailed information as above for each one you list.**

## COMPLETE THIS SECTION ONLY IF YOU ARE ALREADY RECEIVING SSI.
## SECTION 10 - VOCATIONAL REHABILITATION, EMPLOYMENT, OR OTHER SUPPORT SERVICES

10.A. Have you participated, or are you participating in:

- An individual work plan with an employment network under the Ticket to Work Program;
- An individualized plan for employment with a vocational rehabilitation agency or any other organization;
- A Plan to Achieve Self-Support (PASS);
- An Individualized Education Program (IEP) through a school (if a student age 18-21); or
- Any program providing vocational rehabilitation, employment services, or other support services to help you go to work?

☐ YES (Complete the following information)          ☐ NO (Go to Section 11)

10.B. Name of Organization or School

| Name of Counselor, Instructor, or Job Coach | Phone Number |
|---|---|
|  |  |

Mailing Address

| City | State/Province | ZIP/Postal Code | Country (If not USA) |
|---|---|---|---|
|  |  |  |  |

10.C. When did you start participating in the plan or program? _____

FORM **SSA-3368-BK** (01-2010) ef (04-2010)                    PAGE 10

---

### SECTION 10 - VOCATIONAL REHABILITATION, EMPLOYMENT, OR OTHER SUPPORT SERVICES (continued)

**10.D.** Are you still participating in the plan or program?

☐ YES, I am scheduled to complete the plan or program on: _____

☐ NO, I completed the plan or program on: _____

☐ NO, I stopped participating in the plan or program before completing it because:

_____

_____

**10.E.** List the types of services, tests, or evaluations that you received (for example: intelligence or psychological testing, vision or hearing test, physical exam, work evaluations, or classes).

_____

_____

_____

### If you need to list another plan or program use Section 11 - Remarks and give the same detailed information as above.

---

### SECTION 11 - REMARKS

Please write any additional information you did not give in earlier parts of this report. If you did not have enough space in the sections of this report to write the requested information, please use this space to tell us the additional information requested in those sections. Be sure to show the section to which you are referring.

3a) Medical Conditions:

| Sleep Apnea | R Hand Problem |
|---|---|
| Degenerative Disc Disease - Lower Back | |

6) Job History:

_____

_____

_____

Comments:

_____

7) Medicines:

_____

9) Other Medical Information:

_____

_____

_____

---

| Date Report Completed ▶ | 09 / 14 / 2021 |
|---|---|
| | month,  day,  year |

Form SSA-3373 (06-2020)
Discontinue Prior Editions
Social Security Administration

Page 3 of 10
OMB No. 0960-0681

## FUNCTION REPORT - ADULT
*How your illnesses, injuries, or conditions limit your activities*

**For SSA Use Only**
Do not write in this box.





RQID:DCM6366987          SITE:S14 DR:S
SSN:*********  DOCTYPE:0075 RF:D CS:8f66

*Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.*

## SECTION A - GENERAL INFORMATION

**1. NAME OF DISABLED PERSON** *(First, Middle Initial, Last)*

Preston Takeo Lee

**2. SOCIAL SECURITY NUMBER**

████████████

**3. YOUR DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

*808* ████████████

Area Code  Phone Number

☑ Your Number   ☐ Message Number   ☐ None

**4. a. Where do you live?** *(Check one.)*

☑ House   ☐ Apartment   ☐ Boarding House   ☐ Nursing Home
☐ Shelter   ☐ Group Home   ☐ Other *(What?)* _____

**b. With whom do you live?** *(Check one.)*

☐ Alone   ☐ With Family   ☐ With Friends
☑ Other *(Describe relationship.)* WIFE

## SECTION B - INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

**5. How do your illnesses, injuries, or conditions limit your ability to work?**

Stressed, ~~Be~~ sleep APNEA, I can't sleep, HAVE BAD DreAM ABout OverseAs Get Anger Fast, Forget thinGS can't seem to concentrate I HAve HeAring Lost And Tinnitus HAVE server Depression I can't ~~so~~ stop thinking ABout DyinG!!!!! All DAY All NiGHt everyDAY everyNiGHt, I HAVE Issues in my HEAD, talk to myself ALL NOW. ~~And~~ I Get AnGerY At nnyself A lot imes

**EXHIBIT E**

Form SSA-3373 (06-2020)

Page 4 of 10

## SECTION C - INFORMATION ABOUT DAILY ACTIVITIES

6. Describe what you do from the time you wake up until going to bed.

EAt watch TV in the House Then watch TV OutsidE And Drink Beer till I EAt And Drink Beer Till I Go sLeep. or else I connot sleep.

7. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other?    ☐ Yes  ☑ No

If "YES," for whom do you care, and what do you do for them?

8. Do you take care of pets or other animals?    ☐ Yes  ☑ No

If "YES," what do you do for them?

9. Does anyone help you care for other people or animals?    ☐ Yes  ☑ No

If "YES," who helps, and what do they do to help?

10. What were you able to do before your illnesses, injuries, or conditions that you can't do now?

Everything

11. Do the illnesses, injuries, or conditions affect your sleep?    ☑ Yes  ☐ No

If "YES," how? I cAnd think straight got Alot of stoff in my HeAD. I HAVE NiGHt mARES ABout when I was in the Persian GOlF EveryNiGHt!!!!

12. PERSONAL CARE (Check here ☑ if NO PROBLEM with personal care.)

a. Explain how your illnesses, injuries, or conditions affect your ability to:

Dress

Bathe

Care for hair

Shave

Feed self

Use the toilet

Other

962182

Form SSA-3373 (06-2020)                                                                              Page 5 of 10

b. Do you need any special reminders to take care of personal
   needs and grooming?                                                    ☑ Yes      ☐ No

   If "YES," what type of help or reminders are needed?

   HAVE to write thing on A BOARD or I will FORGET

c. Do you need help or reminders taking medicine?                        ☑ Yes      ☐ No

   If "YES," what kind of help do you need?

   YES

## 13. MEALS

a. Do you prepare your own meals?                                        ☐ Yes      ☑ No

   If "Yes," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete
   meals with several courses.)

How often do you prepare food or meals? (For example, daily, weekly, monthly.)

   My wife cooks

How long does it take you?

Any changes in cooking habits since the illness, injuries, or conditions began?

   NO

b. If "No," explain why you cannot or do not prepare meals.

   I Dont cook.

## 14. HOUSE AND YARD WORK

a. List household chores, both indoors and outdoors, that you are able to do. (For example,
   cleaning, laundry, household repairs, ironing, mowing, etc.)

   LAUNDRY thats it.

b. How much time does it take you, and how often do you do each of these things?

   once every week and HA/F or more sometimes I
                                                    forget

c. Do you need help or encouragement doing these things?                 ☐ Yes      ☑ No

   If "YES," what help is needed?

d. If you don't do house or yard work, explain why not.        I NO CARE!!!

   My wife Does it I NO Like

Form SSA-3373 (06-2020)                                                      Page 6 of 10

**15. GETTING AROUND**

a. How often do you go outside?  *every DAY*

If you don't go out at all, explain why not.

b. When going out, how do you travel? *(Check all that apply.)*

☐ Walk          ☐ Drive a car          ☑ Ride in a car          ☐ Ride a bicycle

☐ Use public transportation          ☐ Other    (Explain)

c. When going out, can you go out alone?                          ☑ Yes    ☐ No

If "NO," explain why you can't go out alone.

d. Do you drive?                                                  ☑ Yes    ☐ No

If you don't drive, explain why not.  *BUT HARDLY*

**16. SHOPPING**

a. If you do any shopping, do you shop: *(Check all that apply.)*

☐ In stores          ☐ By phone          ☐ By mail          ☐ By computer

b. Describe what you shop for.

*NOthing*

c. How often do you shop and how long does it take?

*I Don't Go shopping*

**17. MONEY**

a. Are you able to:

| | | | | | |
|---|---|---|---|---|---|
| Pay bills | ☐ Yes | ☑ No | Handle a savings account | ☐ Yes | ☑ No |
| Count change | ☑ Yes | ☐ No | Use a checkbook/money orders | ☐ Yes | ☑ No |

Explain all "NO" answers.                                        *DeBit CARD*

*My wife Get checkBook And PAYS the Bills I HAVE A*

b. Has your ability to handle money changed since the illnesses,          ☑ Yes    ☐ No
injuries, or conditions began?

If "YES," explain how the ability to handle money has changed.

*I HiDE my money And then forget where I HiDE it*
*SO I Just HAVE A DeBit CARD*

962182

Form SSA-3373 (06-2020)

18. HOBBIES AND INTERESTS

a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.)

WATCHinG TV

b. How often and how well do you do these things?

Alright I Guess WHo CARES I Dait

c. Describe any changes in these activities since the illnesses, injuries, or conditions began.

I use to Go out A LoT NOW I Jost stAy Home
its SAFER

19. SOCIAL ACTIVITIES

a. Do you spend time with others? (Check all that apply.)

☐ In person  ☑ On the phone  ☐ Email  ☐ Texting  ☐ Mail

☐ Video Chat (for example Skype or Facetime)  ☐ Other  (Explain) _____

b. Describe the kinds of things you do with others.

tAlK And DriuK Beer

How often do you do these things? everyDAY All DAY All NiGHt

c. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.)

Home

Do you need to be reminded to go places?        ☑ Yes    ☐ No

How often do you go and how much do you take part?

Not often    NONE

Do you need someone to accompany you?        ☐ Yes    ☑ No

If "YES", explain. I LiKe Be By myself

d. Do you have any problems getting along with family, friends, neighbors, or others?    ☑ Yes    ☐ No

If "YES," explain. IRRitated easy Get AnGRy fAST.
People tAlK ABoot me I Kuow they Do

e. Describe any changes in social activities since the illnesses, injuries, or conditions began.

use to Go out ALoT Not Any more

962182

Form SSA-3373 (06-2020)                                                          Page 8 of 10

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following items that your illnesses, injuries, or conditions affect:

- [ ] Lifting
- [ ] Walking
- [ ] Stair Climbing
- [x] Understanding
- [ ] Squatting
- [ ] Sitting
- [x] Seeing
- [x] Following Instructions
- [ ] Bending
- [ ] Kneeling
- [x] Memory
- [ ] Using Hands
- [ ] Standing
- [ ] Talking
- [x] Completing Tasks
- [x] Getting Along With Others
- [ ] Reaching
- [x] Hearing
- [x] Concentration

Please explain how your illnesses, injuries, or conditions affect each of the items you checked. (For example, you can only lift [how many pounds], or you can only walk [how far].)

I HAVE tinnues And Hearing Loss I need glasses Now I forget Alot of stuff Get Angry Fast cant seem concentrat So GOOD Anymore .

b. Are you: [x] Right Handed?  [ ] Left Handed?

c. How far can you walk before needing to stop and rest? FAR I Guess But I Don't

If you have to rest, how long before you can resume walking?

HeAD

d. For how long can you pay attention? Not to Long I Get 10 stoff in my

e. Do you finish what you start? (For example, a conversation, chores, reading, watching a movie.) Sometimes Depends How I feel  [x] Yes  [ ] No

f. How well do you follow written instructions? (For example, a recipe.) .

Not Well

g. How well do you follow spoken instructions?

Not well I will forget something

h. How well do you get along with authority figures? (For example, police, bosses, landlords or teachers.)

Not Well

i. Have you ever been fired or laid off from a job because of problems getting along with other people?  [x] Yes  [ ] No
If "YES," please explain.

ARGuing with Supervisor And LEAD MAN

If "YES," please give name of employer. L 3 HArris

962182

Form SSA-3373 (06-2020)                                                    Page 9 of 10

j. How well do you handle stress?

NOt well

k. How well do you handle changes in routine?

I Dont

l. Have you noticed any unusual behavior or fears?                 ☑ Yes    ☐ No

   If "YES," please explain.

I cAn't sleep AnD very tired All the time
NiGHt mAres BAD Dreams BAD thougHts. ALot of BAD stuff
in my HeAD

21. Do you use any of the following? (Check all that apply.)

☐ Crutches          ☐ Cane              ☐ Hearing Aid
☐ Walker            ☐ Brace/Splint      ☑ Glasses/Contact Lenses
☐ Wheelchair        ☐ Artificial Limb   ☐ Artificial Voice Box
☐ Other (Explain)

Which of these were prescribed by a doctor?

GlAsses

When was it prescribed?

I Dont Know

When do you need to use these aids?

everyDAy All DAy

962182

Form SSA-3373 (06-2020)                                                    Page 10 of 10

22. Do you currently take any medicines for your illnesses, injuries, or conditions?   ☐ Yes   ☑ No

    If "YES," do any of your medicines cause side effects?   ☐ Yes   ☐ No

    If "YES," please explain. (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## SECTION E - REMARKS

Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.

Because of my ISSES I'm on my 3RD MAVVAGE. I lost my KIDS & lost Everything

Name of person completing this form (Please print)

Preston Lee

Date (MM/DD/YYYY) ██████/1963

Address (Number and Street) P O BOX 1240 KeKAHA Hi 96752

Email address (optional)

City: KeKAHA

State: HI

ZIP Code: 96752

962182

082202250002038

Form SSA-3373 (10-2020)
Discontinue Prior Editions
Social Security Administration

Page 3 of 10
OMB. No. 0960-0681

## FUNCTION REPORT - ADULT
### *How your illnesses, injuries, or conditions limit your activities*

For SSA Use Only
Do not write in this box.



RQID:DCM27512560        SITE:S14 DR:S
SSN:******** DOCTYPE:0075 RF:D CS:8113

<mark>Anyone who makes or causes to be made a false statement or representation of material fact for use in determining payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.</mark>

## SECTION A - GENERAL INFORMATION

1. NAME OF DISABLED PERSON *(First, Middle Initial, Last)*

Preston Takeo Lee

2. SOCIAL SECURITY NUMBER

3. YOUR DAYTIME TELEPHONE NUMBER. *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

808 ▮▮▮▮▮▮▮

☑ Your Number    ☐ Message Number    ☐ None

Area Code   Phone Number

4. a. Where do you live? *(Check one.)*

☑ House    ☐ Apartment    ☐ Boarding House    ☐ Nursing Home
☐ Shelter  ☐ Group Home   ☐ Other  *(What?)* _____

b. With whom do you live? *(Check one.)*

☐ Alone    ☐ With Family    ☐ With Friends
☑ Other  *(Describe relationship.)* WIFE

## SECTION B - INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

5. How do your illnesses, injuries, or conditions limit your ability to work?

ANGER PROBLEMS, CAN'T SLEEP, NIGHTMARES

**EXHIBIT F**                    3526696

Form SSA-3373 (10-2020)                082202250002038                          Page 4 of 10

## SECTION C - INFORMATION ABOUT DAILY ACTIVITIES

6. Describe what you do from the time you wake up until going to bed.

Go to the rest room eat Drink coffee watch TV
Go into the gavage and Drink Beer and watch TV
EAt Dinner and Go to sleep everyday.

7. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other?                                    ☐ Yes    ☑ No

If "YES," for whom do you care, and what do you do for them?

_____

8. Do you take care of pets or other animals?                                 ☐ Yes    ☑ No

If "YES," what do you do for them?

_____

9. Does anyone help you care for other people or animals?                     ☐ Yes    ☑ No

If "YES," who helps, and what do they do to help?

_____

10. What were you able to do before your illnesses, injuries, or conditions that you can't do now?

Go out And enjoy myself.

11. Do the illnesses, injuries, or conditions affect your sleep?              ☑ Yes    ☐ No

If "YES," how?  YES BAD DreAMS

12. PERSONAL CARE (Check here ☑ if NO PROBLEM with personal care.)

a. Explain how your illnesses, injuries, or conditions affect your ability to:

Dress  _____

Bathe  _____

Care for hair  _____

Shave  _____

Feed self  _____

Use the toilet  _____

Other  _____

3526696

b. Do you need any special reminders to take care of personal needs and grooming?    ☐ Yes  ☑ No

If "YES," what type of help or reminders are needed?

_____

c. Do you need help or reminders taking medicine?    ☐ Yes  ☑ No

If "YES," what kind of help do you need?

_____

**3. MEALS**

a. Do you prepare your own meals?    ☐ Yes  ☑ No

If "Yes," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete meals with several courses.)

_____

How often do you prepare food or meals? (For example, daily, weekly, monthly.)

NONE

How long does it take you? _____

Any changes in cooking habits since the illness, injuries, or conditions began?

_____

b. If "No," explain why you cannot or do not prepare meals.

My wife Has to do the cooking.

**4. HOUSE AND YARD WORK**

a. List household chores, both indoors and outdoors, that you are able to do. (For example, cleaning, laundry, household repairs, ironing, mowing, etc.)

NONE

b. How much time does it take you, and how often do you do each of these things?

c. Do you need help or encouragement doing these things?    ☐ Yes  ☐ No

If "YES," what help is needed?

_____

d. If you don't do house or yard work, explain why not.

my wife Has to Do it.

Form SSA-3373 (10-2020)　　　0822022500002038　　　　　　　　　　　　Page 6 of 10

### 15. GETTING AROUND

a. How often do you go outside? _____ every DAY _____

If you don't go out at all, explain why not.

b. When going out, how do you travel? *(Check all that apply.)*

☐ Walk　　　☐ Drive a car　　　☐ Ride in a car　　　☐ Ride a bicycle

☐ Use public transportation　　☐ Other　(Explain) _____ NONE _____

c. When going out, can you go out alone?　　　　　　　　　　☐ Yes　　☑ No

If "NO," explain why you can't go out alone.

I Don't go out.

d. Do you drive?　　　　　　　　　　　　　　　　　　　　　☐ Yes　　☐ No

If you don't drive, explain why not.

I Don't Like to Drive

### 16. SHOPPING

a. If you do any shopping, do you shop: *(Check all that apply.)*

☐ In stores　　☐ By phone　　☐ By mail　　☐ By computer

b. Describe what you shop for.

Nothing

c. How often do you shop and how long does it take?

Never

### 17. MONEY

a. Are you able to:

| | | | | | |
|---|---|---|---|---|---|
| Pay bills | ☐ Yes | ☑ No | Handle a savings account | ☐ Yes | ☑ No |
| Count change | ☑ Yes | ☐ No | Use a checkbook/money orders | ☐ Yes | ☑ No |

Explain all "NO" answers.

b. Has your ability to handle money changed since the illnesses, injuries, or conditions began?　　　　　　　　　　☐ Yes　　☑ No

If "YES," explain how the ability to handle money has changed.

3526696

08220225000Z038

18. HOBBIES AND INTERESTS

a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.)

NONE    watching TV

b. How often and how well do you do these things?

WATch TV EveryDAy   i Do it Awesome

c. Describe any changes in these activities since the illnesses, injuries, or conditions began.

SAme

19. SOCIAL ACTIVITIES

a. Do you spend time with others? (Check all that apply.)

☐ In person    ☐ On the phone    ☐ Email    ☐ Texting    ☐ Mail

☐ Video Chat (for example Skype or Facetime)    ☐ Other  (Explain)  NO

b. Describe the kinds of things you do with others.

NONE

How often do you do these things?    every DAy

c. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.)

stay Home

Do you need to be reminded to go places?    ☐ Yes    ☐ No

How often do you go and how much do you take part?

Do you need someone to accompany you?    ☐ Yes    ☐ No
If "YES", explain.

d. Do you have any problems getting along with family, friends, neighbors, or others?    ☑ Yes    ☐ No
If "YES," explain.

they All Jost Piss me off

e. Describe any changes in social activities since the illnesses, injuries, or conditions began.

I use to Be out Going. Now I Just Stay Home

3526696

082202250002038

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following Items that your illnesses, injuries, or conditions affect:

☐ Lifting          ☐ Walking          ☐ Stair Climbing      ☐ Understanding
☐ Squatting        ☐ Sitting          ☐ Seeing             ☐ Following Instructions
☐ Bending          ☐ Kneeling         ☑ Memory             ☑ Using Hands
☐ Standing         ☐ Talking          ☐ Completing Tasks   ☑ Getting Along With Others
☐ Reaching         ☑ Hearing          ☐ Concentration

Please explain how your illnesses, injuries, or conditions affect each of the items you checked. (For example, you can only lift [how many pounds], or you can only walk [how far].)

I HAVE Lost of HEARING

I HAD Surgery on my RiGHt HAND

I Forget Stuff                          I get Angery Alot

b. Are you: ✓ ☑ Right Handed?    ☐ Left Handed?

c. How far can you walk before needing to stop and rest?    I Dont Know

If you have to rest, how long before you can resume walking?

d. For how long can you pay attention?    My mind is All over the Place

e. Do you finish what you start? (For example, a conversation, chores, reading, watching a movie.)          ☐ Yes  ☑ No

f. How well do you follow written instructions? (For example, a recipe.)

?

g. How well do you follow spoken instructions?

GooD i think

h. How well do you get along with authority figures? (For example, police, bosses, landlords or teachers.)    I Don't

i. Have you ever been fired or laid off from a job because of problems getting along with other people?    ☑ Yes    ☐ No
If "YES," please explain. yes threntening my LeAD person.

I got fired for Being Arguement And Hositle

If "YES," please give name of employer.    Work Invienment

L3 HArvis Tecnologes At PMRF

BArKinG SAnds    3526696

08220225000203 8

j. How well do you handle stress?

_Not GooD_

k. How well do you handle changes in routine?

_Not Good_

l. Have you noticed any unusual behavior or fears?          ☑Yes     ☐No

If "YES," please explain:

_I an Always Afraid._

11. Do you use any of the following? *(Check all that apply.)*

☐ Crutches        ☐ Cane            ☐ Hearing Aid
☐ Walker          ☐ Brace/Splint    ☑ Glasses/Contact Lenses
☐ Wheelchair      ☐ Artificial Limb ☐ Artificial Voice Box
☐ Other (Explain)

Which of these were prescribed by a doctor?

_Glasses_

When was it prescribed?

_About 5 years ago_

When do you need to use these aids?

_Always_

3526696

Form SSA-3373 (10-2020)                    0822022500002038                    Page 10 of 10

2. Do you currently take any medicines for your illnesses, injuries, or conditions? ☐ Yes ☐ No

If "YES," do any of your medicines cause side effects? ☐ Yes ☐ No

If "YES," please explain. (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
| Atorvastatin | NONE |
| Dronabinol | NONE |
| Hydrocodone | NONE |
| | |
| | |

## SECTION E - REMARKS

Use this section for any added Information you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.

| Name of person completing this form (Please print) | Date (MM/DD/YYYY) |
|---|---|
| Preston Lee | 02 22 2022 |

| Address (Number and Street) | Email address (optional) |
|---|---|
| ███████████████ | |

| City | State | ZIP Code |
|---|---|---|
| KEKAHA | HI | 96752 |

3526696