SOCIAL SECURITY ADMINISTRATION

Form Approved
OMB No. 0960-0579

## DISABILITY REPORT ADULT

**For SSA Use Only - Do not write in this box.**

Related SSN _____

Number Holder _____

If you are filling out this report for someone else, please provide information about him or her. When a question refers to "you" or "your," it refers to the person who is applying for disability benefits.

### SECTION 1 - INFORMATION ABOUT THE DISABLED PERSON

**1.A.** Name (First, Middle Initial, Last)
Preston Lee

**1.B.** Social Security Number
[redacted]

**1.C.** Mailing Address (Street or P O Box) Include apartment number or unit if applicable.
PO Box 1240

| City | State/Province | ZIP/Postal Code | Country (If not USA) |
|------|----------------|-----------------|----------------------|
| Kekaha | Hawaii | 96752 | |

**1.D.** Email Address   juspres@yahoo.com

**1.E.** Daytime Phone Number, including area code, and the IDD and country codes if you live outside the USA or Canada.

Phone number   (808) [redacted]

☐ Check this box if you do not have a phone or a number where we can leave a message.

**1.F.** Alternate Phone Number - another number where we may reach you, if any.

Alternate phone number   (808 [redacted]

**1.G.** Can you speak and understand English?   ☑ YES   ☐ NO

If no, what language do you prefer?   English

If you cannot speak and understand English, we will provide an interpreter, free of charge.

**1.H.** Can you read and understand English?   ☑ YES   ☐ NO

**1.I.** Can you write more than your name in English?   ☑ YES   ☐ NO

**1.J.** Have you used any other names on your medical or educational records? Examples are maiden name, other married name, or nickname.   ☐ YES   ☑ NO

If yes, please list them here:

### SECTION 2 - CONTACTS

Give the name of someone **(other than your doctors)** we can contact who knows about your medical conditions, and can help you with your claim.

**2.A.** Name (First, Middle Initial, Last)
Jackie Lee

**2.B.** Relationship to you
Spouse

**2.C.** Daytime Phone Number (as described in 1.E. above)
(808) [redacted]

**2.D.** Mailing Address (Street or P O Box) Include apartment number or unit if applicable.

| City | State/Province | ZIP/Postal Code | Country (If not USA) |
|------|----------------|-----------------|----------------------|
| | | | |

**2.E.** Can this person speak and understand English?   ☑ YES   ☐ NO

If no, what language is preferred?   English

exhibitsticker.com
LEE VOL 2 - EX. 29
EXHIBIT

FORM **SSA-3368-BK** (01-2010)   (...ions)

EXHIBIT D

PAGE 1

**EXHIBIT K**

| SECTION 2 - CONTACTS (continued) |
|---|

**2.F.** Who is completing this report?

☐ The person who is applying for disability. (Go to Section 3 - Medical Conditions)

☐ The person listed in 2.A. (Go to Section 3 - Medical Conditions)

☑ Someone else (Complete the rest of Section 2 below)

| **2.G.** Name (First, Middle Initial, Last)<br>Andrew S. Youngman | **2.H.** Relationship to Person Applying<br>Advocate |
|---|---|

**2.I.** Daytime Phone Number (as described in 1.E. above)

(877) 207-5256

**2.J.** Mailing Address (Street or P O Box) Include apartment number or unit if applicable.
PO Box 549293

| City<br>Waltham | State/Province<br>MA | ZIP/Postal Code<br>02454-9293 | Country (if not USA) |
|---|---|---|---|

| SECTION 3 - MEDICAL CONDITIONS |
|---|

**3.A.** List all of the physical or mental conditions (including emotional or learning problems) that limit your ability to work. If you have cancer, please include the stage and type. List each condition separately.

| 1. Major Depressive Disorder (MDD) |
|---|
| 2. Generalized Anxiety Disorder (GAD) |
| 3. Post-Traumatic Stress Disorder (PTSD) |
| 4. Arrhythmia |
| 5. Tinnitus Ears |

**If you need more space, go to Section 11 - Remarks on the last page**

**3.B.** What is your height without shoes?  5 feet  11 inches  OR  _____ centimeters (if outside USA)

**3.C.** What is your weight without shoes?  220 pounds  OR  _____ kilograms (if outside USA)

**3.D.** Do your conditions cause you pain or other symptoms?  ☑ YES  ☐ NO

| SECTION 4 - WORK ACTIVITY |
|---|

**4.A.** Are you currently working?

☐ No, I have never worked. (Go to question **4.B.** below)

☑ No, I have stopped working (Go to question **4.C.** below)

☐ Yes, I am currently working (Go to question **4.F.** on page 3)

**IF YOU HAVE NEVER WORKED:**

**4.B.** When do you believe your condition(s) became severe enough to keep you from working (even though you have never worked)? (month/day/year) _____ (Go to Section 5 on page 3)

**IF YOU HAVE STOPPED WORKING:**

**4.C.** When did you stop working? (month/day/year) 06/23/2020

Why did you stop working?

☑ Because of my condition(s).

☐ Because of other reasons. Please explain why you stopped working (for example: laid off, early retirement, seasonal work ended, business closed) _____

Even though you stopped working for other reasons, when do you believe your condition(s) became severe enough to keep you from working? (month/day/year) _____

**4.D.** Did your condition(s) cause you to make changes in your work activity? (for example: job duties, hours, or rate of pay

☑ No (Go to Section 5 - Education and Training on page 3)

☐ Yes When did you make changes? (month/day/year) _____

FORM **SSA-3368-BK** (01-2010) or (04-2010)                                          PAGE 1

## SECTION 4 - WORK ACTIVITY (continued)

**4.E.** Since the date in 4.D. above, have you had gross earnings greater than $980 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

☑ No (Go to Section 5)    ☐ Yes (Go to Section 5)

### IF YOU ARE CURRENTLY WORKING:

**4.F.** Has your condition(s) caused you to make changes in your work activity? (for example: job duties or hours)

☐ No        When did your condition(s) first start bothering you? (month/day/year) _____

☐ Yes       When did you make changes? (month/day/year) _____

**4.G.** Since your condition(s) first bothered you, have you had gross earnings greater than $980 in any month? Do not count sick leave, vacation, or disability pay. (We may contact you for more information.)

☐ NO    ☐ YES

## SECTION 5 - EDUCATION AND TRAINING

**5.A.** Check the highest grade of school completed.                    College:

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | GED | 1 | 2 | 3 | 4 or more |
|---|---|---|---|---|---|---|---|---|---|----|----|----|-----|---|---|---|-----------|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Date completed: 05/1981 _____

**5.B.** Did you attend special education classes?            ☐ YES    ☑ NO

Name of School _____

City _____ State/Province _____ Country (If not USA) _____

Dates attended special education classes: from _____ to _____

**5.C.** Have you completed any type of specialized job training, trade, or vocational school?

☐ YES    ☑ NO

If "Yes," what type? _____        Date completed: _____

**If you need to list other education or training use Section 11 - Remarks on the last page.**

## SECTION 6 - JOB HISTORY

**6.A.** List the jobs (up to 5) that you have had in the 15 years before you became unable to work because of your physical or mental conditions. List your most recent job first.

☐ Check here and go to Section 7 on page 5 if you did not work at all in the 15 years before you became unable to work.

| Job Title | Type of Business | Dates Worked | | Hours Per Day | Days Per Week | Rate of Pay | |
|-----------|------------------|--------------|--------------|---------------|---------------|--------|-----------|
| | | From MM/YY | To MM/YY | | | Amount | Frequency |
| 1. Painter | Manufacturing Company | 11/06 | 06/20 | 8.00 | 5.00 | 80000.00 | Yearly |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |

FORM **SSA-3368-BK** (01-2010) ef (04-2010)                    PAGE 2

| SECTION 6 - JOB HISTORY (continued) |
| --- |

Check the box below that applies to you.

☑ I had **only one job** in the last 15 years before I became unable to work. Answer the questions below.

☐ I had **more than one job** in the last 15 years before I became unable to work. Do **not** answer the questions on this page; go to Section 7 on page 5. (We may contact you for more information.)

| **Do not** complete this page if you had **more than one job** in the last 15 years before you became unable to work. |
| --- |

**6.B.** Describe this job. What did you do all day? _____
I would paint 8 hours a day, do corrosion control, and spread the runway

_____

_____

**(If you need more space, use Section 11 - Remarks on the last page.)**

**6.C.** In this job, did you:

Use machines, tools or equipment?                                        ☑ YES    ☐ NO

Use technical knowledge or skills?                                       ☐ YES    ☑ NO

Do any writing, complete reports, or perform any duties like this?       ☑ YES    ☐ NO

**6.D.** In this job, how many total hours each day did you do each of the tasks listed:

| Task | Hours | Task | Hours | Task | Hours |
| --- | --- | --- | --- | --- | --- |
| Walk | 2 | Stoop (Bend down & forward at waist.) | 3 | Handle large objects | 2 |
| Stand | 6 | Kneel (Bend legs to rest on knees.) | 4 | Write, type, or handle small objects | 1 |
| Sit | 0 | Crouch (Bend legs & back down & forward.) | 2 | Reach | 8 |
| Climb | 2 | Crawl (Move on hands & knees.) | 0 | | |

**6.E.** Lifting and carrying (Explain in the box below, what you lifted, how far you carried it, and how often you did this in your job.) _____
I would carry paint cans and paint spraying machinery

_____

_____

**6.F.** Check **heaviest** weight lifted:

☐ Less than 10 lbs.    ☐ 10 lbs.    ☐ 20 lbs.    ☐ 50 lbs.    ☑ 100 lbs. or more    ☐ Other

**6.G.** Check weight **frequently** lifted: (by frequently, we mean from 1/3 to 2/3 of the workday.)

☐ Less than 10 lbs.    ☐ 10 lbs.    ☐ 25 lbs.    ☑ 50 lbs. or more    ☐ Other

**6.H.** Did you supervise other people in this job?  ☐ YES (Complete items below.)  ☑ NO (If No, go to **6.I.**)

How many people did you supervise? _____

What part of your time did you spend supervising people? _____

Did you hire and fire employees?    ☐ YES    ☑ NO

**6.I.** Were you a lead worker?    ☐ YES    ☑ NO

FORM **SSA-3368-BK** (01-2010) or (04-2010)                                        PAGE 3

## SECTION 7 - MEDICINES

7. Are you taking any medicines (prescription or non-prescription)?

☑ YES    (Give the information requested below. You may need to look at your medicine containers.)

☐ NO    (Go to Section 8 - Medical Treatment.)

| Name of Medicine | If prescribed, give name of doctor | Reason for medicine. |
|---|---|---|
| Dronabinol | Dr. Douglas Duvauchelle, | Sleep Apnea |
| Hydrocodone/Ibuprofen | Dr. Douglas Duvauchelle, | Degenerative Disc Disease |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you need to list other medicines, go to Section 11 – Remarks on the last page.

## SECTION 8 - MEDICAL TREATMENT

Have you seen a doctor or other health care professional or received treatment at a hospital or clinic, or **do you have a future appointment scheduled?**

8.A. For any **physical** condition(s)?
☑ YES    ☐ NO

8.B. For any **mental** condition(s) (including emotional or learning problems)?
☑ YES    ☐ NO

If you answered "No" to both 8.A. and 8.B., go to
Section 9 - Other Medical Information on page 11.

| SECTION 8 - MEDICAL TREATMENT (continued) |
|---|

Tell us who may have medical records about any of your **physical and/or mental** condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals (including **emergency room visits**), clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

**8.C.** Name of Facility or Office
VA Pacific Islands Healthcare System

Name of health care professional who treated you
Dr Angela Adams

### ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.

Phone Number
+1 808-433-0600

Patient ID# (if known)

Mailing Address
459 Patterson Rd

| City | State/Province | ZIP/Postal Code | Country (if not USA) |
|---|---|---|---|
| Honolulu | HI | 96819 | |

### Dates of Treatment

| 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits | 3. Overnight hospital stays |
|---|---|---|
| First Visit 2016 | List the most recent date first | List the most recent date first |
| Last Visit 03/2021 | A. _____ | A. Date in _____ Date out _____ |
| | B. _____ | B. Date in _____ Date out _____ |
| Next scheduled appointment (if any) 2022 | C. _____ | C. Date in _____ Date out _____ |

**What medical conditions were treated or evaluated?**
Major Depressive Disorder (MDD), Generalized Anxiety Disorder (GAD), Post-Traumatic Stress Disorder (PTSD)

**What treatment did you receive for the above conditions?** (Do not describe medicines or tests in this box.)
Tests, Evaluation, Psychologist

Check the boxes below for any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks on the last page.

☐ Check this box if no tests by this provider or at this facility.

| Kind of Test | Dates of Tests | Kind of Test | Dates of Tests |
|---|---|---|---|
| ☐ EKG (heart test) | | ☐ EEG (brain wave test) | |
| ☐ Treadmill (exercise test) | | ☐ HIV Test | |
| ☐ Cardiac Catheterization | | ☐ Blood Test (not HIV) | |
| ☐ Biopsy (list body part) | | ☐ X-Ray (list body part) | |
| ☐ Hearing Test | | ☐ MRI/CT Scan (list body part) | |
| ☐ Speech/Language Test | | | |
| ☐ Vision Test | | ☑ Other (please describe) Psychiatric Eval | |
| ☐ Breathing Test | | | 2016-3/2021 |

**If you do not have any more doctors or hospitals to describe, go to Section 9 on page 11.**

| SECTION 8 - MEDICAL TREATMENT (continued) |
|---|

Tell us who may have medical records about any of your **physical and/or mental** condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals **(including emergency room visits),** clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| 8.D. Name of Facility or Office | Name of health care professional who treated you |
|---|---|
|  | Dr. Douglas Duvauchelle, MD |

## ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.

| Phone Number (808) 246-0497 | Patient ID# (if known) |
|---|---|

Mailing Address
4485 Pahee St Ste 150

| City Lihue | State/Province HI | ZIP/Postal Code 96766 | Country (if not USA) |
|---|---|---|---|

| Dates of Treatment |
|---|

| 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits List the most recent date first | 3. Overnight hospital stays List the most recent date first |
|---|---|---|
| First Visit        2016 | A. _____ | A. Date in _____ Date out _____ |
| Last Visit       09/2021 | B. _____ | B. Date in _____ Date out _____ |
| Next scheduled appointment (if any)        01/2022 | C. _____ | C. Date in _____ Date out _____ |

What medical conditions were treated or evaluated?
Major Depressive Disorder (MDD), Generalized Anxiety Disorder (GAD), Post-Traumatic Stress Disorder (PTSD), Arrhythmia, Tinnitus Ears, R Hand Problem, Deg

What treatment did you receive for the above conditions?  (Do not describe medicines or tests in this box.)
Tests, Evaluation, PCP, CPAP

Tell us about any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks on the last page.

☐ Check this box if no tests by this provider or at this facility.

| Kind of Test | Dates of Tests | Kind of Test | Dates of Tests |
|---|---|---|---|
| ☑ EKG (heart test) | 2016-09/2021 | ☐ EEG (brain wave test) |  |
| ☐ Treadmill (exercise test) |  | ☐ HIV Test |  |
| ☐ Cardiac Catheterization |  | ☑ Blood Test (not HIV) | 2016-09/2021 |
| ☐ Biopsy (list body part) |  | ☑ X-Ray (list body part) R Hand, Lower Ba | 2016-09/2021 |
| ☐ Hearing Test |  | ☐ MRI/CT Scan (list body part) |  |
| ☐ Speech/Language Test |  |  |  |
| ☐ Vision Test |  | ☑ Other (please describe) Psychiatric Eval | 2016-09/2021 |
| ☐ Breathing Test |  |  |  |

**If you do not have any more doctors or hospitals to describe, go to Section 9 on page 11.**

## SECTION 8 - MEDICAL TREATMENT (continued)

Tell us who may have medical records about any of your **physical and/or mental** condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals (including **emergency room visits**), clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| 8.E. Name of Facility or Office | Name of health care professional who treated you |
|---|---|

### ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.

| Phone Number | Patient ID# (if known) |
|---|---|

Mailing Address

| City | State/Province | ZIP/Postal Code | Country (If not USA) |
|---|---|---|---|

### Dates of Treatment

| 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits | 3. Overnight hospital stays |
|---|---|---|
| First Visit _____ | List the most recent date first | List the most recent date first |
| Last Visit _____ | A. _____ | A. Date in _____ Date out _____ |
| Next scheduled appointment (if any) _____ | B. _____ | B. Date in _____ Date out _____ |
|  | C. _____ | C. Date in _____ Date out _____ |

What medical conditions were treated or evaluated?

What treatment did you receive for the above conditions?  (Do not describe medicines or tests in this box.)

Tell us about any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks on the last page.

☐ Check this box if no tests by this provider or at this facility.

| Kind of Test | Dates of Tests | Kind of Test | Dates of Tests |
|---|---|---|---|
| ☐ EKG (heart test) |  | ☐ EEG (brain wave test) |  |
| ☐ Treadmill (exercise test) |  | ☐ HIV Test |  |
| ☐ Cardiac Catheterization |  | ☐ Blood Test (not HIV) |  |
| ☐ Biopsy (list body part) |  | ☐ X-Ray (list body part) |  |
| ☐ Hearing Test |  | ☐ MRI/CT Scan (list body part) |  |
| ☐ Speech/Language Test |  |  |  |
| ☐ Vision Test |  | ☐ Other (please describe) |  |
| ☐ Breathing Test |  |  |  |

**If you do not have any more doctors or hospitals to describe, go to Section 9 on page 11.**

| SECTION 8 - MEDICAL TREATMENT (continued) | |
|---|---|

Tell us who may have medical records about any of your **physical and/or mental** condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals **(including emergency room visits)**, clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| 8.F. Name of Facility or Office | Name of health care professional who treated you |
|---|---|
| | |

### ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.

| Phone Number | Patient ID# (if known) |
|---|---|

Mailing Address

| City | State/Province | ZIP/Postal Code | Country (if not USA) |
|---|---|---|---|

| Dates of Treatment | | |
|---|---|---|
| **1. Office, Clinic or Outpatient visits** First Visit _____ Last Visit _____ Next scheduled appointment (if any) _____ | **2. Emergency Room visits** List the most recent date first A. _____ B. _____ C. _____ | **3. Overnight hospital stays** List the most recent date first A. Date in _____ Date out _____ B. Date in _____ Date out _____ C. Date in _____ Date out _____ |

What medical conditions were treated or evaluated?

What treatment did you receive for the above conditions? (Do not describe medicines or tests in this box.)

Tell us about any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks on the last page.

☐ Check this box if no tests by this provider or at this facility.

| Kind of Test | Dates of Tests | Kind of Test | Dates of Tests |
|---|---|---|---|
| ☐ EKG (heart test) | | ☐ EEG (brain wave test) | |
| ☐ Treadmill (exercise test) | | ☐ HIV Test | |
| ☐ Cardiac Catheterization | | ☐ Blood Test (not HIV) | |
| ☐ Biopsy (list body part) | | ☐ X-Ray (list body part) | |
| ☐ Hearing Test | | ☐ MRI/CT Scan (list body part) | |
| ☐ Speech/Language Test | | | |
| ☐ Vision Test | | ☐ Other (please describe) | |
| ☐ Breathing Test | | | |

### If you do not have any more doctors or hospitals to describe, go to Section 9 on page 11.

## SECTION 8 - MEDICAL TREATMENT (continued)

Tell us who may have medical records about any of your **physical and/or mental** condition(s) (including emotional or learning problems) that limit your ability to work. This includes doctors' offices, hospitals **(including emergency room visits)**, clinics, and other health care facilities. Tell us about your next appointment, if you have one scheduled.

| 8.F. Name of Facility or Office | Name of health care professional who treated you |
|---|---|
| | |

### ALL OF THE QUESTIONS ON THIS PAGE REFER TO THE HEALTH CARE PROVIDER ABOVE.

| Phone Number | Patient ID# (if known) |
|---|---|

Mailing Address

| City | State/Province | ZIP/Postal Code | Country (if not USA) |
|---|---|---|---|

### Dates of Treatment

| 1. Office, Clinic or Outpatient visits | 2. Emergency Room visits | 3. Overnight hospital stays |
|---|---|---|
| First Visit _____ | List the most recent date first | List the most recent date first |
| Last Visit _____ | A. _____ | A. Date in _____ Date out _____ |
| Next scheduled appointment (if any) _____ | B. _____ | B. Date in _____ Date out _____ |
| | C. _____ | C. Date in _____ Date out _____ |

What medical conditions were treated or evaluated?


What treatment did you receive for the above conditions?  (Do not describe medicines or tests in this box.)



Tell us about any tests this provider performed or sent you to, or has scheduled you to take. Please give the dates for past and future tests. If you need to list more tests, use Section 11 - Remarks on the last page.

☐ Check this box if no tests by this provider or at this facility.

| Kind of Test | Dates of Tests | Kind of Test | Dates of Tests |
|---|---|---|---|
| ☐ EKG (heart test) | | ☐ EEG (brain wave test) | |
| ☐ Treadmill (exercise test) | | ☐ HIV Test | |
| ☐ Cardiac Catheterization | | ☐ Blood Test (not HIV) | |
| ☐ Biopsy (list body part) | | ☐ X-Ray (list body part) | |
| ☐ Hearing Test | | ☐ MRI/CT Scan (list body part) | |
| ☐ Speech/Language Test | | | |
| ☐ Vision Test | | ☐ Other (please describe) | |
| ☐ Breathing Test | | | |

**If you have been treated by more than five doctors or hospitals, use Section 11 - Remarks on the last page and give the same detailed information as above for each healthcare provider.**

## SECTION 9 - OTHER MEDICAL INFORMATION

9. Does **anyone else** have medical information about your physical and/or mental condition(s) (including emotional and learning problems), or are you scheduled to see anyone else? (This may include places such as workers' compensation, vocational rehabilitation, insurance companies who have paid you disability benefits, prisons, attorneys, social service agencies and welfare.)

☐ YES    (Please complete the information below.)

☑ NO     (If you are receiving Supplemental Security Income (SSI) and have been asked to complete this report, go to Section 10 - Vocational Rehabilitation; if not, go to Section 11 on the last page.)

| Name of Organization | | | Phone Number |
|---|---|---|---|
| | | | |

Mailing Address

| City | State/Province | ZIP/Postal Code | Country (If not USA) |
|---|---|---|---|
| | | | |

Mailing Address

| Name of Contact Person | Claim or ID number (if any) |
|---|---|
| | |

| Date of First Contact | Date of Last Contact | Date of Next Contact (if any) |
|---|---|---|
| | | |

Reasons for Contacts

**If you need to list other people or organizations use Section 11 - Remarks on the last page and give the same detailed information as above for each one you list.**

## COMPLETE THIS SECTION ONLY IF YOU ARE ALREADY RECEIVING SSI.
## SECTION 10 - VOCATIONAL REHABILITATION, EMPLOYMENT, OR OTHER SUPPORT SERVICES

**10.A.** Have you participated, or are you participating in:

- An individual work plan with an employment network under the Ticket to Work Program;
- An individualized plan for employment with a vocational rehabilitation agency or any other organization;
- A Plan to Achieve Self-Support (PASS);
- An Individualized Education Program (IEP) through a school (if a student age 18-21); or
- Any program providing vocational rehabilitation, employment services, or other support services to help you go to work?

☐ YES (Complete the following information)    ☐ NO (Go to Section 11)

**10.B.** Name of Organization or School

| Name of Counselor, Instructor, or Job Coach | Phone Number |
|---|---|
| | |

Mailing Address

| City | State/Province | ZIP/Postal Code | Country (If not USA) |
|---|---|---|---|
| | | | |

**10.C.** When did you start participating in the plan or program? _____

FORM **SSA-3368-BK** (01-2010) ef (04-2010)                    PAGE 10

| SECTION 10 - VOCATIONAL REHABILITATION, EMPLOYMENT, OR OTHER SUPPORT SERVICES (continued) |
|---|

**10.D.** Are you still participating in the plan or program?

☐ YES, I am scheduled to complete the plan or program on: _____

☐ NO, I completed the plan or program on: _____

☐ NO, I stopped participating in the plan or program before completing it because:

_____

_____

_____

**10.E.** List the types of services, tests, or evaluations that you received (for example: intelligence or psychological testing, vision or hearing test, physical exam, work evaluations, or classes).

_____

_____

_____

### If you need to list another plan or program use Section 11 - Remarks and give the same detailed information as above.

| SECTION 11 - REMARKS |
|---|

Please write any additional information you did not give in earlier parts of this report. If you did not have enough space in the sections of this report to write the requested information, please use this space to tell us the additional information requested in those sections. Be sure to show the section to which you are referring.

3a)Medical Conditions:

| | |
|---|---|
| Sleep Apnea | R Hand Problem |
| Degenerative Disc Disease - Lower Back | |

6)Job History:

_____

_____

_____

Comments:

_____

7)Medicines:

_____

9)Other Medical Information:

_____

_____

| Date Report Completed ▶ | 09 / 14 / 2021 |
|---|---|
| | month,  day,  year |