Form SSA-3373 (06-2020)
Discontinue Prior Editions
Social Security Administration

Page 3 of 10
OMB No. 0960-0681

## FUNCTION REPORT - ADULT
*How your illnesses, injuries, or conditions limit your activities*

### For SSA Use Only
Do not write in this box.



RQID:DCM6366987          SITE:S14 DR:S
SSN:********* DOCTYPE:0075 RF:D CS:8f66



SCANNED
FEB 18

*Anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act, or knowingly conceals or fails to disclose an event with an intent to affect an initial or continued right to payment, commits a crime punishable under Federal law by fine, imprisonment, or both, and may be subject to administrative sanctions.*

### SECTION A - GENERAL INFORMATION

**1. NAME OF DISABLED PERSON** *(First, Middle Initial, Last)*

Preston Takeo Lee

**2. SOCIAL SECURITY NUMBER**

███████████

**3. YOUR DAYTIME TELEPHONE NUMBER** *(If there is no telephone number where you can be reached, please give us a daytime number where we can leave a message for you.)*

*808*
████████████

Area Code   Phone Number

☑ Your Number    ☐ Message Number    ☐ None

**4. a. Where do you live?** *(Check one.)*

☑ House    ☐ Apartment    ☐ Boarding House    ☐ Nursing Home
☐ Shelter    ☐ Group Home    ☐ Other *(What?)* _____

**b. With whom do you live?** *(Check one.)*

☐ Alone    ☐ With Family    ☐ With Friends
☑ Other *(Describe relationship.)* WIFE

### SECTION B - INFORMATION ABOUT YOUR ILLNESSES, INJURIES, OR CONDITIONS

**5. How do your illnesses, injuries, or conditions limit your ability to work?**

Stressed, sleep APNEA, I can't sleep, HAVE BAD DREAM ABout overseAs Get Anger Fast, Forget things can't seem to concentrate I HAVE HEARING Lost And Tinnitus HAVE sever Depression I can't stop thinking ABout Dying!!!!! ALL DAY ALL Night everyDay everyNight, I HAVE I___ __y HEAD talk to myself ___ Now __ I Get ____ ___ ___ ___

LEE VOL 2 - EX. 31
EXHIBIT

EXHIBIT E

**EXHIBIT L**

Form SSA-3373 (06-2020)                                                                 Page 4 of 10

## SECTION C - INFORMATION ABOUT DAILY ACTIVITIES

6. Describe what you do from the time you wake up until going to bed.

EAt watch TV in the House Then watch TV OUtSiDE And DrinK Beer till I EAt And Brink Beer Till I Go sLeep. or else I connot sleep.

7. Do you take care of anyone else such as a wife/husband, children, grandchildren, parents, friend, other?   ☐ Yes   ☑ No

If "YES," for whom do you care, and what do you do for them?

8. Do you take care of pets or other animals?   ☐ Yes   ☑ No

If "YES," what do you do for them?

9. Does anyone help you care for other people or animals?   ☐ Yes   ☑ No

If "YES," who helps, and what do they do to help?

10. What were you able to do before your illnesses, injuries, or conditions that you can't do now?

Everything

11. Do the illnesses, injuries, or conditions affect your sleep?   ☑ Yes   ☐ No

If "YES," how? I cAnd think straight bot Alot of stoff in my HeAD. I HAVE NiGHt MARES ABout when I was in the Persian GOlF Every NiGHt!!!!

12. PERSONAL CARE (Check here ☑ if NO PROBLEM with personal care.)

a. Explain how your illnesses, injuries, or conditions affect your ability to:

Dress

Bathe

Care for hair

Shave

Feed self

Use the toilet

Other

962182

Form SSA-3373 (06-2020)                                                                                     Page 5 of 10

b. Do you need any special reminders to take care of personal
   needs and grooming?                                                          ☑ Yes      ☐ No

   If "YES," what type of help or reminders are needed?

   HAVE to write thing on A BOARD or I will FORGET

c. Do you need help or reminders taking medicine?                               ☑ Yes      ☐ No

   If "YES," what kind of help do you need?

   YES

13. MEALS

a. Do you prepare your own meals?                                               ☐ Yes      ☑ No

   If "Yes," what kind of food do you prepare? (For example, sandwiches, frozen dinners, or complete
   meals with several courses.)


How often do you prepare food or meals? (For example, daily, weekly, monthly.)

   My wife cooks

How long does it take you? _____

Any changes in cooking habits since the illness, injuries, or conditions began?

                           NO

b. If "No," explain why you cannot or do not prepare meals.

   I Dont cook.

14. HOUSE AND YARD WORK

a. List household chores, both indoors and outdoors, that you are able to do. (For example,
   cleaning, laundry, household repairs, ironing, mowing, etc.)

   LAUNDRY thats it.

b. How much time does it take you, and how often do you do each of these things?

   Once every week And HA/F or more sometimes I
                                                   forget
c. Do you need help or encouragement doing these things?                        ☐ Yes      ☑ No

   If "YES," what help is needed?


d. If you don't do house or yard work, explain why not.            I NO CARE!!!

   My wife Does it I NO Like

962182

Form SSA-3373 (06-2020)

## 15. GETTING AROUND

a. How often do you go outside? _____ every DAY _____

If you don't go out at all, explain why not.

b. When going out, how do you travel? (Check all that apply.)

☑ Walk ☐ Drive a car ☑ Ride in a car ☐ Ride a bicycle

☐ Use public transportation ☐ Other (Explain) _____

c. When going out, can you go out alone? ☑ Yes ☐ No

If "NO," explain why you can't go out alone.

d. Do you drive? ☑ Yes ☐ No

If you don't drive, explain why not. _BUT HARDly_

## 16. SHOPPING

a. If you do any shopping, do you shop: (Check all that apply.)

☐ In stores ☐ By phone ☐ By mail ☐ By computer

b. Describe what you shop for.

_NOthing_

c. How often do you shop and how long does it take?

_1 DoN't Go Shopping_

## 17. MONEY

a. Are you able to:

| | | | | | |
|---|---|---|---|---|---|
| Pay bills | ☐ Yes | ☑ No | Handle a savings account | ☐ Yes | ☑ No |
| Count change | ☑ Yes | ☐ No | Use a checkbook/money orders | ☐ Yes | ☑ No |

Explain all "NO" answers. _DeBit CARD_

_MY wife Get checkBook And PAYS the Bills I HAVE A_

b. Has your ability to handle money changed since the illnesses, injuries, or conditions began? ☑ Yes ☐ No

If "YES," explain how the ability to handle money has changed.

_1 HiDE my money And then forget where 1 HiDE it_

_SO 1 Just HAVE A DeBit CARD_

Form SSA-3373 (06-2020)

### 18. HOBBIES AND INTERESTS

a. What are your hobbies and interests? (For example, reading, watching TV, sewing, playing sports, etc.)

wHtching TV

b. How often and how well do you do these things?

Alright I Goess Who cAReS I Dont

c. Describe any changes in these activities since the illnesses, injuries, or conditions began.

I use to Go out A Lot NOW I Sost stAy Home its SAFER

### 19. SOCIAL ACTIVITIES

a. Do you spend time with others? (Check all that apply.)

☐ In person   ☑ On the phone   ☐ Email   ☐ Texting   ☐ Mail
☐ Video Chat (for example Skype or Facetime)   ☐ Other (Explain) _____

b. Describe the kinds of things you do with others.

tAlk And Drink Beer

How often do you do these things? everyDAy All DAy All NiGHt

c. List the places you go on a regular basis. (For example, church, community center, sports events, social groups, etc.)

Home

Do you need to be reminded to go places?   ☑ Yes   ☐ No

How often do you go and how much do you take part?

Not often   NONE

Do you need someone to accompany you?   ☐ Yes   ☑ No

If "YES", explain.  I Like Be By myself

d. Do you have any problems getting along with family, friends, neighbors, or others?   ☑ Yes   ☐ No

If "YES," explain.  IRRitAted eAsy Get AnGRy fAst.
People tAlk ABoot me I Know they DO

e. Describe any changes in social activities since the illnesses, injuries, or conditions began.

use to Go out ALot Not Any more

962182

Form SSA-3373 (06-2020)                                                          Page 8 of 10

## SECTION D - INFORMATION ABOUT ABILITIES

20. a. Check any of the following items that your illnesses, injuries, or conditions affect:

☐ Lifting        ☐ Walking      ☐ Stair Climbing     ☑ Understanding
☐ Squatting      ☐ Sitting      ☑ Seeing             ☑ Following Instructions
☐ Bending        ☐ Kneeling     ☑ Memory             ☐ Using Hands
☐ Standing       ☐ Talking      ☑ Completing Tasks   ☑ Getting Along With Others
☐ Reaching       ☑ Hearing      ☑ Concentration

Please explain how your illnesses, injuries, or conditions affect each of the items you checked. (For example, you can only lift [how many pounds], or you can only walk [how far].)

I HAVE tinnves And Hearing loss I need glasses NOW I forget Alot of stuff Get Angry Fast cant seem concentrat So GOOD/Anymore .

b. Are you:     ☑ Right Handed?     ☐ Left Handed?

c. How far can you walk before needing to stop and rest? FAR I Guess But I Don't

If you have to rest, how long before you can resume walking?

_____ HEAD

d. For how long can you pay attention? Not to long I Get 10 stoff in my

e. Do you finish what you start? (For example, a conversation, chores, reading, watching a movie.) Sometimes Depends How I feel   ☑ Yes   ☐ No

f. How well do you follow written instructions? (For example, a recipe.) .

Not Well

g. How well do you follow spoken instructions?

Not well I will forget something

h. How well do you get along with authority figures? (For example, police, bosses, landlords or teachers.)

Not Well

i. Have you ever been fired or laid off from a job because of problems getting along with other people?     ☑ Yes   ☐ No
If "YES," please explain.

ARGuing with Supervisor And LEAD MAN

If "YES," please give name of employer. L 3 Harris

962182

Form SSA-3373 (06-2020)

j. How well do you handle stress?

_Not Well_

k. How well do you handle changes in routine?

_I Don't_

l. Have you noticed any unusual behavior or fears?    ☑ Yes    ☐ No

If "YES," please explain.

_I can't sleep And very tired All the time NiGHt mares Bad Dreams Bad thoughts. Alot of BAD stuff in my HeAD_

21. Do you use any of the following? (Check all that apply.)

☐ Crutches          ☐ Cane              ☐ Hearing Aid
☐ Walker            ☐ Brace/Splint      ☑ Glasses/Contact Lenses
☐ Wheelchair        ☐ Artificial Limb   ☐ Artificial Voice Box
☐ Other (Explain)

Which of these were prescribed by a doctor?

_Glasses_

When was it prescribed?

_I Don't Know_

When do you need to use these aids?

_everyDAy All DAy_

962182

Form SSA-3373 (06-2020)                                                      Page 10 of 10

22. Do you currently take any medicines for your illnesses, injuries, or conditions?   ☐ Yes   ☑ No

   If "YES," do any of your medicines cause side effects?                            ☐ Yes   ☐ No

   If "YES," please explain. (Do not list all of the medicines that you take. List only the medicines that cause side effects.)

| NAME OF MEDICINE | SIDE EFFECTS YOU HAVE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

## SECTION E - REMARKS

Use this section for any added information you did not show in earlier parts of this form. When you are done with this section (or if you didn't have anything to add), be sure to complete the fields at the bottom of this page.

Because of my isses I'm on my 3rd marrage. I lost my kids & lost every thing

Name of person completing this form (Please print)   Date (MM/DD/YYYY)

Preston Lee                                          ███████ /1963

Address (Number and Street)  PO BOX 1240 KeKAHA Hi   Email address (optional)
                            96752

City                                    State        ZIP Code
KeKAHA                                   HI          96752

962182