**Amanda Jones**

| | |
|---|---|
| **From:** | Amanda Jones <ajones@cades.com> |
| **Sent:** | Monday, June 3, 2024 9:29 AM |
| **To:** | Joseph Rosenbaum |
| **Cc:** | Nikki Repercio; Liz Fujiwara |
| **Subject:** | RE: Search of Mr. Lee's Yahoo account [CADES-LAW.FID6336266] |

Joe,

Following up on my email below. Please let me know if these additional searches have been done.

Thanks,
Amanda

**From:** Amanda Jones <ajones@cades.com>
**Sent:** Wednesday, May 29, 2024 10:31 AM
**To:** Joseph Rosenbaum <jtr@frlawhi.com>
**Cc:** Nikki Repercio <Ejfujiwara.paralegal@gmail.com>; Liz Fujiwara <Ejf@frlawhi.com>
**Subject:** RE: Search of Mr. Lee's Yahoo account [CADES-LAW.FID6336266]

Joe,

I appreciate that update, but the request was not limited to emails he received from the Social Security Administration. Emails that Mr. Lee received from Citizens Disability or others regarding his Social Security claims should also be produced. Additionally, any emails that Mr. Lee sent to the Social Security Administration or others relating to his Social Security claims (which should be in the "sent" folder). Also, can you please confirm that the search included the inbox and any folders (Yahoo allows the user to create folders to save emails in)?

Please advise if these items have been searched and produce anything responsive.

Thanks,
Amanda

**From:** Joseph Rosenbaum <jtr@frlawhi.com>
**Sent:** Wednesday, May 29, 2024 10:15 AM
**To:** Amanda Jones <ajones@cades.com>
**Cc:** Nikki Repercio <Ejfujiwara.paralegal@gmail.com>; Liz Fujiwara <Ejf@frlawhi.com>
**Subject:** Re: Search of Mr. Lee's Yahoo account [CADES-LAW.FID6336266]

**CAUTION:** This email originated from outside of Cades Schutte.

# EXHIBIT M

Amanda- <mark>Mr. Lee has searched his records with the help of his wife, who is much more tech savvy, and he is unable to find any emails from the Social Security office.</mark>

Joe

On Tue, May 28, 2024 at 3:37 PM Amanda Jones <ajones@cades.com> wrote:

I'm sorry to hear about his brother in law.  Thank you for following up.

**From:** Joseph Rosenbaum <jtr@frlawhi.com>
**Sent:** Tuesday, May 28, 2024 3:14 PM
**To:** Amanda Jones <ajones@cades.com>
**Cc:** Nikki Repercio <Ejfujiwara.paralegal@gmail.com>; Liz Fujiwara <Ejf@frlawhi.com>
**Subject:** Re: Search of Mr. Lee's Yahoo account [CADES-LAW.FID6336266]

**CAUTION:** This email originated from outside of Cades Schutte.

Mr. Lee's brother in law is at Queen's after suffering a heart attack. Mr. Lee flew over to be there. His wife is supposed to be checking for any emails. I will get you an update as soon as I hear more.

Joe

On Tue, May 28, 2024 at 2:28 PM Amanda Jones <ajones@cades.com> wrote:

Joe,

I am following up on this. Please produce the emails ASAP.

Thanks,

Amanda

**From:** Joseph Rosenbaum <jtr@frlawhi.com>
**Sent:** Tuesday, May 21, 2024 9:15 AM
**To:** Amanda Jones <ajones@cades.com>; Nikki Repercio <Ejfujiwara.paralegal@gmail.com>; Liz Fujiwara <Ejf@frlawhi.com>
**Subject:** Re: Search of Mr. Lee's Yahoo account

2

**CAUTION:** This email originated from outside of Cades Schutte.

Yes. I have directed him to check his email.

Joe

> On Mon, May 20, 2024 at 9:41 PM Amanda Jones <ajones@cades.com> wrote:
>
> Joe,
>
> I'm following up on the request I made at today's deposition that Mr. Lee search his yahoo account for any emails responsive to L3Harris's requests, particularly relating to disability benefits and produce them ASAP.
>
> Please confirm.
>
> Thanks,
> Amanda
>
> This e-mail, including its attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, please do not forward, disseminate, disclose, distribute, use, or copy this e-mail or its attachments. Instead, please notify us immediately by reply e-mail or by telephone (808) 521-9200, and delete the original e-mail and its attachments, and all copies.

This e-mail, including its attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, please do not forward, disseminate, disclose, distribute, use, or copy this e-mail or its attachments. Instead, please notify us immediately by reply e-mail or by telephone (808) 521-9200, and delete the original e-mail and its attachments, and all copies.

This e-mail, including its attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, please do not forward, disseminate, disclose, distribute, use, or copy this e-mail or its attachments. Instead, please notify us immediately by reply e-mail or by telephone (808) 521-9200, and delete the original e-mail and its attachments, and all copies.

**Amanda Jones**

| | |
|---|---|
| **From:** | Joseph Rosenbaum <jtr@frlawhi.com> |
| **Sent:** | Wednesday, June 5, 2024 9:50 AM |
| **To:** | Amanda Jones; Liz Fujiwara; Nikki Repercio |
| **Subject:** | Fwd: Fw: TDI Benefits |
| **Attachments:** | Disability History Report - 31901.pdf |

**CAUTION:** This email originated from outside of Cades Schutte.

Amanda - Please see below. Mr. Lee has searched his records for anything to or from the SSA and Citizen's Disability. He has nothing. He did find a responsive document. Please see the email below regarding his TDI benefits.
Joe

---------- Forwarded message ---------
From: **Preston Lee** <juspres@yahoo.com>
Date: Tue, Jun 4, 2024 at 4:37 PM
Subject: Fw: TDI Benefits
To: Joseph Rosenbaum <jtr@frlawhi.com>

----- Forwarded Message -----
**From:** Preston Lee <juspres@yahoo.com>
**To:** dlir.ui.kauai@hawaii.gov <dlir.ui.kauai@hawaii.gov>
**Sent:** Friday, March 5, 2021 at 10:23:56 AM HST
**Subject:** Fw: TDI Benefits

----- Forwarded Message -----
**From:** Tracey Silva <tsilva@mdxhawaii.com>
**To:** juspres@yahoo.com <juspres@yahoo.com>; j.leolani@yahoo.com <j.leolani@yahoo.com>
**Sent:** Friday, March 5, 2021, 10:17:55 AM HST
**Subject:** TDI Benefits

Hello Preston,

I have attached your history report of monies received for your TDI Benefit.

Your claim started 11/18/19  and ended 3/31/2020. Currently no benefits are being paid.

Mahalo,

1

Tracey Silva

Claims Examiner

Hawaii TPA Services, *a trade name for agilon MSO Hawaii, Inc*

Phone: (808) 792-8498

Fax: (808) 535-8837

**Confidentiality Notice**

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.