FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>    Plaintiff,<br><br>  vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br>    Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) PLAINTIFF'S RESPONSE TO<br>) DEFENDANT L3HARRIS<br>) TECHNOLOGIES, INC.'S FIRST<br>) REQUEST FOR PRODUCTION OF<br>) DOCUMENTS TO PLAINTIFF<br>) PRESTON LEE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S RESPONSE TO DEFENDANT L3HARRIS TECHNOLOGIES,
INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO
<u>PLAINTIFF PRESTON LEE</u>

**EXHIBIT N**

Comes now Plaintiff PRESTON LEE by and through his attorneys, Elizabeth Jubin Fujiwara and Joseph T. Rosenbaum of the Fujiwara and Rosenbaum, LLLC and does hereby respond and object as follows to Defendant L3Harris Technologies, Inc.'s First Request for Production of Documents to Plaintiff Preston Lee:

I. <u>GENERAL RESPONSES AND OBJECTIONS TO FIRST REQUEST FOR PRODUCTION OF DOCUMENTS</u>

The following general responses and objections to the Request are incorporated by reference into each and every specific response and objection contained herein:

1. Plaintiff objects to the Request to the extent that it requests documents that not within the present possession, custody or control of Plaintiff.

2. Plaintiff objects to the Request to the extent that it requests the production of documents that are not relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

3. Plaintiff objects to the Request to the extent that it requests the production of documents relating to privileged communications or documents not subject to discovery, such as attorney-client communications, work product, trial preparation materials and/or experts' materials.

4. Plaintiff objects to the Request to the extent that it is unreasonably burdensome, oppressive, or vexatious, in that the information requested would be of little or no relevance to the issues in this action and/or would place an unreasonable and oppressive burden on Plaintiff in the expenditure of time and money to gather and/or produce.

5. Plaintiff objects to the Request to the extent that it is vague,

ambiguous or uncertain and/or unintelligible such that Plaintiff cannot determine the nature of the documents sought, and to which Plaintiff is, therefore, unable to respond.

6.      Plaintiff objects to the Request to the extent that it requests the production of documents that are as easily available to the Defendants as to Plaintiff.

7.      Plaintiff objects to the Request to the extent that it requests the production of documents for which the required good cause or substantial need, as dictated by applicable statutes, rules of evidence and case law, has not been shown.

8.      Plaintiff objects to the Request to the extent it requests that the responsive documents be produced at the Defense Counsel's office.

9.      Plaintiff objects to the Request to the extent it requests confidential, proprietary, and/or trade secret information.

10.     Plaintiff does not concede that any response or documents and/or things produced will be admissible evidence at trial. Further, Plaintiff does not waive and objections, whether or not stated herein, to the admission of such at trial.

DATED: Honolulu, Hawaii, June 10, 2021.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

## II.     SPECIFIC RESPONSES AND OBJECTIONS

### REQUEST NO. 1

All documents to which you referred in preparing your answers to L3Harris's First Request for Answers to Interrogatories or that support any of your responses to L3Harris' First Request for Answers to Intenrogatories.

Response:

Plaintiff objects to the Request to the extent that it is vague, ambiguous or

uncertain and/or unintelligible such that Plaintiff cannot determine the nature of the documents sought, and to which Plaintiff is, therefore, unable to respond. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants. Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

REQUEST NO. 2

All documents that relate to, substantiate, or reference any of the allegations in the First Amended Complaint.

Response:

Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

REQUEST NO. 3

All documents relating to any of the matters alleged in the First Amended Complaint between (a) Plaintiff (or any of Plaintiffs agents, including legal counsel), and (b) any person.

Response:

Plaintiff objects to the Request to the extent that it is vague, ambiguous or uncertain and/or unintelligible such that Plaintiff cannot determine the nature of the documents sought, and to which Plaintiff is, therefore, unable to respond. Plaintiff objects to the Defendant's Request on the grounds that it is overly broad and is unduly burdensome. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party.  Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants. Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 4

All audio or video recordings relating to any of the matters alleged in the First Amended Complaint.

Response:

Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 5

All personal notes, memoranda or other documents you have prepared relating to any of the allegations you are making in this Action.

Response:

Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 6

All communications you've had with any witnesses you've identified in this Litigation regarding any of the matters alleged in the First Amended Complaint.

Response:

Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants. Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 7

All documents relating to your allegation in this Action that you were discriminated against on the basis of any disability.

Response:

Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants. Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

REQUEST NO. 8

All documents relating to your allegation in this Action that L3 Harris retaliated against you.

Response:

Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants. Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent

that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 9

All documents relating to your allegation in this Action that you reported illegal practices.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 10

All documents relating to your allegation in this Action that you were retaliated against for "whistleblowing."

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to the Plaintiff objects

to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 11

All documents relating to your allegations in this Action about Sean Igne, Mark Vegas, and/or Tony Pereira.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 12

All documents relating to any communications you had with Sean Igne, Mark Vegas and/or Tony Pereira.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 13

All documents relating to any communications you had with David Hesapane and/or Gilbert Castro relating to any of your allegations in this Action.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of

-10-

Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

REQUEST NO. 14

All documents relating to any communications you had with Rodney Martin relating to any of your allegations in this Action.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

REQUEST NO. 15

-11-

All documents relating to any communications you had with Julie Broyles and/or Jasmine Apo relating to any of your allegations in this Action.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

REQUEST NO. 16

All documents relating to any communications you had with Ross West relating to any of your allegations in this Action.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 17

All documents relating to any communications you had with Scott Taylor relating to any of your allegations in this Action.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 18

All documents relating to any communications you had with Bill Nordmeier regarding your disability rating from the VA.

Response:

-13-

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

REQUEST NO. 19

All documents relating to any reports or complaints you made of alleged gasoline theft by Sean Igne.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent

that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 20

All documents relating to any reports or complaints you made to the Navy regarding any of your allegations in this Action.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 21

All documents relating to your allegations in this Litigation that you were harassed and unfairly disciplined.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to

-15-

the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 22

12.    All documents relating to the disciplinary action you received in November 2019 while employed at L3Harris, including any communications relating to the incidents that led to the disciplinary action, statements you made regarding the incidents that led to the disciplinary action and/or about the disciplinary action, notes or memoranda regarding the disciplinary action and the incidents that led to the disciplinary action, communications regarding the disciplinary action and any documents relating to distress you allege you suffered as a result of the disciplinary action, and any claims or complaints you made relating to the disciplinary action.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

-16-

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

<u>REQUEST NO. 23</u>

All documents relating to any medical or psychological treatment you received as a result of the disciplinary action imposed on you in November 2019.

<u>Response</u>:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

<u>/s/ Joseph Rosenbaum</u>
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

<u>REQUEST NO. 24</u>

All documents relating to any leave from work you requested following the disciplinary action imposed on you in November 2019.

<u>Response</u>:

Plaintiff objects to the Request insofar as it requests documents not in the present

-17-

possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

REQUEST NO. 25

All documents relating to treatment by or discussions with Dr. Thomas Williamson relating to any of the matters alleged in the Complaint, and any doctor's notes by Dr. Williamson and any documents relating to any referrals made by Dr. Williamson.

Response:

Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately

-18-

responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 26

All documents relating to your discussions with and any examinations performed by F. Peter Bianchi, Ph.D.

Response:

Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 27

All documents relating to any emotional distress, mental or psychological injury you are claiming in this Action..

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

-19-

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 28

All documents relating to or reflecting any complaints or reports of any unlawful or improper conduct you made to any governmental agency relating to any of the matters alleged in the First Amended Complaint.

Response:

Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 29

All documents relating to or reflecting any complaints or reports of any unlawful or improper conduct you made to L3Harris relating to any of the matters alleged in the First Amended Complaint.

Response:

-20-

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

REQUEST NO. 30

All documents relating to or reflecting any complaints or reports of an unlawful or improper conduct you made to Keaki, the Navy or any other person relating to any of the matters alleged in the First Amended Complaint.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent

-21-

that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 31

All documents and communications relating to the termination of your employment with L3Harris, including but not limited to communications you sent or received relating to your termination.

Response:

Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 32

All documents relating to any jobs you have performed or employment you have had since your employment with L3Harris was terminated.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on

the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

### REQUEST NO. 33

All documents relating to any jobs you have applied for and/or any work you have tried to obtain and/or any efforts you have made to obtain employment since the termination of your employment with L3Harris, including but not limited to any resumes you have prepared, any applications you have submitted, any letters or emails you have sent seeking jobs, employment or other work, and any acceptances, offers or rejections you have received.

Response:

Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

### REQUEST NO. 34

All documents relating to any damages you are claiming in this Action.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

### REQUEST NO. 35

All documents relating to any efforts you have made to mitigate any damages you are claiming in this Action.

Response:

Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

### REQUEST NO. 36

All state and federal tax returns (including schedules) that you filed for the years for tax years 2016 to present.

Response:

Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

### REQUEST NO. 37

All W-2 forms and 1099 forms you have received from any person or entity other than L3Harris for tax years 2016 to present.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on

-24-

the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 38

All documents relating to any disability benefits you have received from 2016 to present, including but not limited to any statements showing the amounts of disability benefits received from the VA.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 39

-25-

All documents relating to any decisions regarding claims you made for disability benefits.

Response:

Plaintiff objects to the Request insofar as it vague and ambiguous. Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

### REQUEST NO. 40

All documents relating to your claims for disability benefits from the VA or any other governmental agency, including but not limited to statements in support of your claims for disability benefits, claims for benefits and appeals you made from denials of benefits.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

### REQUEST NO. 41

All communications between you and the VA regarding any claim for disability benefits.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

### REQUEST NO. 42

All documents relating to your attempts to support your claims for disability benefits from the VA, including but not limited to communications with medical professionals and acquaintances regarding any disabilities or medical or psychological conditions.

-27-

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

REQUEST NO. 43

All documents reflecting any receipt of disability benefits from the VA and the monetary amount or amounts of those benefits.

Response:

Plaintiff objects to the Request to the extent that it requests the production of documents that are not relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence. Plaintiff objects to the Request to the extent that the information requested would be of little or no relevance to the issues in this action and/or would place an unreasonable and oppressive burden on Plaintiff in the expenditure of time and money to gather and/or produce. Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects

-28-

to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 44

Records subpoenaed from the VA indicate that you reported having a history of fights in and out of the military. Please produce all documents relating to any fights you have had since getting out of the military, including any arrest reports and disciplinary action.

Response:

Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 45

All documents relating to any medical treatment you received that you contend was related to any of the conduct that you are complaining about in this Litigation.

Response:

Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

## REQUEST NO. 46

All documents relating to any disciplinary action or warnings you received while employed by L3Harris or any other employer at the Pacific Missile Range Facility.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present

-29-

possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.

REQUEST NO. 47

All documents relating to your claim that you have been diagnosed with PTSD.

Response:

Plaintiff objects to the Request insofar as it requests documents not in the present possession, custody or control of Plaintiff. Plaintiff objects to this Request on the basis that the information sought in this discovery Request is equally available to the propounding party. Plaintiff objects to the Plaintiff objects to this Request on the basis that it calls for documents which are already in the possession of Defendants.

/s/ Joseph Rosenbaum
JOSEPH T. ROSENBAUM

Without waiving said objections and subject to said objections, and to the extent that the Request is understood, Plaintiff replies as follows: Plaintiff will make available for inspection documents which he perceives to be appropriately responsive to the Request at a mutually convenient time and place.