FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>     Plaintiff,<br><br>  vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br><br>     Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) PLAINTIFF'S RESPONSE TO<br>) DEFENDANT L3HARRIS<br>) TECHNOLOGIES, INC.'S FIRST<br>) REQUEST FOR ANSWERS TO<br>) INTERROGATORIES TO<br>) PLAINTIFF PRESTON LEE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S RESPONSE TO DEFENDANT L3HARRIS TECHNOLOGIES,
INC.'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO
<u>PLAINTIFF PRESTON LEE</u>

Comes now Plaintiff PRESTON LEE by and through his attorneys,
Elizabeth Jubin Fujiwara and Joseph T. Rosenbaum of the Fujiwara and
Rosenbaum, LLLC and does hereby respond and object as follows to
Defendant L3Harris Technologies, Inc.'s First Request for Answers to

**EXHIBIT O**

Interrogatories to Plaintiff Preston Lee ("Request"):

I.    GENERAL RESPONSES AND OBJECTIONS TO FIRST REQUEST
      FOR ANSWERS TO INTERROGATORIES

The following general responses and objections to the Request are incorporated by reference into each and every specific response and objection contained herein:

1.    Plaintiff objects to the Request to the extent that it may be deemed or construed to call for information protected from disclosure by the attorney-client privilege, the doctrine of attorney work product rule or other applicable privileges, immunity, rule or law ("Privileged Information"). Plaintiff will not produce Privileged Information, and any undertaking by Plaintiff to produce information or documents should be understood to exclude Privileged Information. The inadvertent disclosure of any Privileged Information should not be construed to constitute a waiver of any relevant privilege or immunity.

2.    Plaintiff objects to the Request on the ground that it is vague and ambiguous, and seeks information that is not relevant to the subject matter of this litigation, or reasonably calculated to lead to discovery of admissible evidence.

3.    Plaintiff objects to the Request on the ground that it is overly broad and unduly burdensome.

4.    Plaintiff objects to the Request insofar as the Request seeks to impose requirements that exceed the requirements of the Federal Rules of Civil Procedure.

5.    Plaintiff objects to the Request to the extent that it requests information not relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

6.    Any response by Plaintiff does not constitute a waiver of any objection stated herein. Furthermore, no objection, limitation, or lack thereof, made in these responses and objections shall be deemed to constitute an admission by Plaintiff or a waiver of Plaintiff's right to supplement these responses or objections to any request for interrogatory.

7.    Plaintiff objects to the Request because it exceeds the number of permissible interrogatories (without leave of court) under Rule 33 of the Federal Rules of Civil Procedure.

DATED:  Honolulu, Hawaii, June 10, 2021.

–2–

Hilo, HI 96720

Thomas Williamson, M.D.– primary care doctor
4382 Waialo Rd,
Eleele, HI, 96705
(808) 335-0499

## INTERROGATORY NO. 9

Have you ever been diagnosed with a psychological or mental health condition?

Answer:    Yes, Post Traumatic Stress Disorder ("PTSD")

## INTERROGATORY NO. 10

If the answer to the foregoing interrogatory is anything other than "no," please identify (a) all such diagnoses you have received, (b) the medial professional or practitioner that provided each diagnosis, (c) the date you received each diagnosis, and (d) all individuals or entities who have provided treatment for those conditions.

Answer:    (a) PTSD, (b) the VA, (c) February 2019, (d) Please see my produced medical records from the VA.

## INTERROGATORY NO. 11

For each claim you are asserting in this Action, identify every item or category of damages that you claim to have suffered and the amount associated with each item or category.

Answer:

   1) Estimated Lost Wages to Date: c. 12 months at $81,872.59/year = $81,872.59
   2) Estimated Future Lost Wages to Retirement at Age 57 to 67: $818,725.90
   3) Emotional Distress Damages: To be determined by jury
   4) Punitive Damages: $9M
   5) My full attorney's fees

## INTERROGATORY NO. 12

–7–

Please identify (by name, address, employer and occupation) each person who you intend to call as an expert witness in this Action, and for each such expert, please set forth a brief description of the substance of the opinions as to which each expert is anticipated to testify.

Answer:    Duane Seabolt- Economist

        Candon, Todd & Seabolt, LLC
        Pioneer Plaza Building
        900 Fort Street Mall, Suite 1220
        Honolulu, Hawaii 96813

        Phone: (808) 533-1270
        -Testimony regarding my economic loses such as lost wages and benefits

INTERROGATORY NO. 13

Please identify (by name, address, telephone number, and email address) each person who you expect to call as a lay or non-expert witness in this Action and for each such person, please set forth a brief description of the substance of the facts or matters as to which each person is anticipated to testify.

Answer:

1. Plaintiff PRESTON LEE
   c/o Fujiwara and Rosenbaum, LLLC
   1100 Alakea St., 20th Fl. Ste B
   Honolulu, Hawaii 96813
   808-203-5436
   The expected subjects of Plaintiff's discoverable information include, but are not limited to, the tortuous conduct he experienced, his medical and economic damages, pain and suffering and emotional distress.

—8—

## VERIFICATION

STATE OF HAWAII

COUNTY OF __Honolulu__

PRESTON LEE, being first duly sworn on oath, deposes and says that the answers to the foregoing interrogatories are true to the best of his knowledge and belief.

_____
PRESTON LEE

Subscribed and sworn to before me this

__24__ day of, 2021.

_____    6·24·2021

Name: __Velda K. Lee__

Notary Public, State of Hawaii

My commission expires: _____
VELDA K. LEE
Notary Public, State of Hawaii
My Commission Expires: 9/19/2024

_____
Printed Name of Notaw

---

### NOTARY CERTIFICATION STATEMENT

Document Identification or Description: __plaintiff response to defense L3Harris Technologies Inc 1st reqt firearm to Interrogatories'.__

Doc. Date: __6·24·2021__ or C] Undated at time of notarization.

No. of Pages: __14__   Jurisdiction: __First__ Circuit
(in which notarial act is performed)

_____
Signature of Notmy

Date of Notarization and
Certification Statement

__June 24, 2021__

(Official Stamp or Seal)

VELDA K. LEE
Notary Public, State of Hawaii
My Commission Expires: 9/19/2024

Printed Name of Notaty