Case 1:20-cv-00489-LEK-KJM  Document 61-5  Filed 10/22/21  Page 1 of 24  PageID #:
Case 1:20-cv-00489-LEK-KJM  Document 190-17  Filed 06/28/24  Page 1 of 3
PageID.4799

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PRESTON LEE,

              Plaintiff,

    vs.

L3HARRIS TECHNOLOGIES, INC.;
JOHN DOES 1-10; JANE DOES 1-10;
DOE CORPORATIONS 1-10; DOE
PARTNERSHIPS 1-10; DOE
UNINCORPORATED
ORGANIZATIONS
1-10; and DOE GOVERNMENTAL
AGENCIES 1-10,

              Defendants.

) CIVIL NO. 20-00489 LEK-KJM
) (Other Civil Action)
)
)
) DECLARATION OF PRESTON LEE
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

DECLARATION OF PRESTON LEE

STATE OF HAWAI'I        )
                     ) SS.
COUNTY OF KAUA'I     )

I, PRESTON LEE, do hereby declare that:

1.    Unless otherwise indicated, I make this declaration based upon my personal firsthand knowledge. All of the statements in this declaration are true. I understand that if I make a false statement, I may be prosecuted for perjury.

**EXHIBIT P**

Case 1:20-cv-00489-LEK-KJM   Document 61-5   Filed 10/22/21   Page 9 of 24   PageID #:
Case 1:20-cv-00489-LEK-KJM   Document 190-17   Filed 06/28/24   Page 2 of 3
PageID.4800

57.  Ms. Broyles asked, amongst other questions:

   a.  Do you want to hurt your coworkers? I answered, "No."

   b.  Do you want to hurt yourself? I answered, "No."

   c.  Do you want to kill your coworkers? I answered "No."

   d.  Do you want to kill yourself? I answered, "No."

   e.  Do you have an anger problem? I answered, "No."

   f.  Do you want to kill people when you get angry? I answered, "No."

   g.  Do you need anger management classes? I answered, "No."

   h.  Do you need a psychiatrist? I answered, "No."

   i.  Do you have a drug problem? I answered, "No."

   j.  Do you have an alcohol problem? I answered, "No."

58.  I asked them if they were trying to fire me and Ms. Broyles and Ms. Apo said they were there to help me.

59.  Ms. Broyles asked me if I needed any accommodation.

60.  I responded, "No" as I had been functioning in the workplace up to that point for twenty-five (25) years without accommodation and without any violence or any other threatening conduct.

61.  I had been able to perform my job duties as a painter for years without anyone calling my ability to do my job functions into question. I saw no reason to need an accommodation. Nothing had changed. It was only Mr. Igne falsely saying I was a threat due to my PTSD that caused this to occur.

62.  Mr. Igne would always request I cook all the guys breakfast when we would paint a house on the base and after I got diagnosed with PTSD he

Case 1:20-cv-00489-LEK-KJM   Document 61-5   Filed 10/22/21   Page 24 of 24   PageID #:
Case 1:20-cv-00489-LEK-KJM   Document 190-17   Filed 06/28/24   Page 3 of 3
PageID.4801

letter from the HCRC.

154.   On December 2, 2020, I timely filed my EEOC/HCRC Charge of Discrimination for disability discrimination and retaliation regarding his termination: EEOC Charge No: 37B-2021-00046; FEPA No. K-21396.

155.   On or about December 12, 2020, I received my Right to Sue letter from the HCRC- FEPA No. K-21396.

156.   On or about January 15, 2021, I received my Right to Sue letter from the EEOC Charge No: 37B-2021-00046.

Further Declarant Declares Naught

I, PRESTON LEE, do declare under penalty of perjury that the foregoing is true and correct.

DATED: Kaua'i, Hawai'i, 10/20/2021.

_____
PRESTON LEE