

## DEPARTMENT OF VETERANS AFFAIRS
Department of Veterans Affairs, Veterans Benefits Administration
Regional Office

PRESTON LEE

VA File Number


Represented By:
HAWAII OFFICE OF VETERANS SERVICES
Decision Review Officer Decision
02/07/2019

### INTRODUCTION

The records reflect that you are a veteran of the Gulf War Era and Peacetime. You served in the Navy from October 4, 1982, to April 15, 1992 and from April 16, 1992, to July 20, 1992. We received a Notice of Disagreement from you on March 25, 2018 about one or more of our earlier decisions. Based on a review of the evidence listed below, we have made the following decision(s) on your claim.

You have elected a de novo review by a Decision Review Officer. Your file has been reviewed. The evidence considered in the previous decision document along with any subsequent evidence has been considered by the Decision Review Officer.

It was the determination of the Decision Review Officer that the evidence of record does support a change in the previous determination. The decision was based on a de novo review of the evidence contained in the claims record without deference to the prior determination under the authority of 38, CFR 3.2600.

This is a complete grant of benefits sought on appeal on the issue of service connection for PTSD, and this decision resolves your appeal.

EXHIBIT
8
Preston Lee - 6/25/21

**EXHIBIT Q**

*Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM*
*Additional records from Department of Veterans Affairs received on 04/09/2021*                    232

PRESTON LEE

2 of 5

## DECISION

1. Service connection for posttraumatic stress disorder (PTSD), chronic, with alcohol use disorder, moderate is granted with an evaluation of 100 percent effective May 10, 2017.

2. Basic eligibility to Dependents' Educational Assistance is established from May 10, 2017.

## EVIDENCE

- DD Form 214, Certificate of Release or Discharge from Active Duty, for period of active service from October 4, 1982 to July 20, 1992
- Service treatment records (STRs) and military personnel records, for period of active service from October 4, 1982 to July 20, 1992
- Electronic review of VA medical records, VA Pacific Islands Health Care System, dated July 10, 2014 to February 6, 2019
- VA Form 21-526EZ, Application for Disability Compensation and Related Compensation Benefits, includes your initial claim for sleep apnea, received January 12, 2016
- Medical records from Dr. Tad Jackson dated between 2008 and 2013, includes sleep study report dated May 10, 2008, received January 12, 2016 and March 2, 2016
- VA Form 21-22, Appointment of Veterans Service Organization as Claimant's Representative, for Hawaii Office of Veterans Services (HOVS), received January 12, 2016
- VIS Report showing active duty service with the US Navy from October 4, 1982 to July 20, 1992
- VA Examination for Sleep Apnea conducted at VA Pacific Islands Health Care System on February 9, 2016
- Supporting statement for sleep apnea from Michael Young dated November 13, 2014, received February 26, 2016
- Supporting statement for sleep apnea from Gregory Tavares dated February 10, 2016, received February 26, 2016
- Medical records from Kauai Medical Clinic dated 2014 to 2016, received March 14, 2016 and December 4, 2017
- VA Rating Decision, dated April 25, 2016
- VA Notification Letter, dated April 27, 2016
- VA Form 21-526EZ, Application for Disability Compensation and Related Compensation Benefits, includes initial claim for PTSD and reopened claim for sleep apnea secondary to PTSD, received May 10, 2017
- VA Rating Decision, dated June 29, 2017
- VA Notification Letter, dated July 3, 2017
- VA Form 21-4138, Statement in Support of Claim, includes claim for PTSD and sleep apnea, received September 28, 2017 and October 19, 2017
- VA Form 21-0781, Statement in Support of Claim for Service Connection for PTSD, received September 28, 2017 and October 19, 2017
- VA Form 21-526EZ, Application for Disability Compensation and Related Compensation Benefits, includes claim for PTSD and sleep apnea, received October 19, 2017
- VA Form 21-0958, Notice of Disagreement (NOD), received March 25, 2018
- VA Form 21-4138, Statement in Support of Claim, includes statement for PTSD and sleep

PRESTON LEE

3 of 5

apnea, received March 25, 2018
- VA Initial PTSD Examination conducted at VES on April 30, 2018
- VA Examination for Sleep Apnea conducted at VES on May 3, 2018
- VA DRO Process Explanation Letter, dated July 27, 2018
- VA medical opinions for sleep apnea conducted at VA Pacific Islands Health Care System on February 6, 2019

## REASONS FOR DECISION

### 1. Service connection for posttraumatic stress disorder (PTSD), chronic, with alcohol use disorder, moderate.

Service connection for posttraumatic stress disorder (PTSD), chronic, with alcohol use disorder, moderate has been established as directly related to military service.

An evaluation of 100 percent is assigned from May 10, 2017.

Service connection is granted for posttraumatic stress disorder (PTSD) with alcohol use disorder because these conditions have been attributed to your service-related stressors.

By way of history, we received your initial claim for PTSD on May 10, 2017. VA Rating Decision of June 29, 2017 denied your claim based on review of the evidence of record. You were notified of this decision on July 3, 2017.

We received your Notice of Disagreement on March 25, 2018.

Your DD Form 214 shows Military Occupational Specialty (MOS) as System Organizational Maintenance Technician. Your personnel records show deployment to the Persian Gulf as a Gunner.

VA medical records show mental health treatment at the VA where you have been diagnosed with PTSD, chronic insomnia, alcohol disorder, and impulse control secondary to PTSD as seen in note dated November 27, 2017.

In your own PTSD stressor statement, you reported that you feared for your life when you were onboard the USS Robert Perry in the Persian Gulf as a door gunner.

Based on evidence of record, a VA examination was requested.

VA Initial PTSD Examination conducted at VES on April 30, 2018 rendered diagnoses of posttraumatic stress disorder (PTSD), chronic, with alcohol use disorder, moderate. Your reported stressors include traumatic experiences while deployed in the Persian Gulf on the USS Robert Perry. Based on review of all available evidence, the examiner opined that the diagnoses of PTSD and alcohol use disorder are at least as likely as not incurred in or caused by your

PRESTON LEE



4 of 5

military service, and provided the following rationale: You served in the Navy during the Gulf War Era from February 4, 1982 to April 15, 1992 and from April 16, 1992, to July 20, 1992. Enlistment Performance Evaluation Report notes; "Played a pivotal role in support of nine countermeasure operations in the North Arabian Gulf as one of the Detachment's two door gunners." This record is consistent with your reported stressor. Based on information provided during clinical interview and review of your STRs and personnel records, the diagnosis of Posttraumatic Stress Disorder is at least as likely as not related to your combat-related stressors experiences while serving in the Army, including a combat incident aboard a helicopter in which you feared you would die, and exposure to dead bodies and body parts while flying surveillance over bombed out sections of Kuwait. Additionally, substance abuse is a form of reckless and self-destructive behavior, which is part of diagnostic criteria for PTSD. The diagnosis of Alcohol Use Disorder is secondary to your diagnosis of PTSD because you use alcohol in part to manage other PTSD symptoms. Information provided during the interview and recorded in your STRs indicates that the diagnosis of a substance abuse disorder (Alcohol Abuse) is also at least as likely as not related to your in-service stressor related events.

Therefore, we have assigned a 100 percent evaluation for your PTSD with alcohol use disorder effective May 10, 2017 based on:

- Disorientation to place
- Disorientation to time
- Occupational and social impairment, with deficiencies in most areas, such as work, school, family relations, judgment, thinking, or mood
- Difficulty in adapting to a worklike setting
- Difficulty in adapting to stressful circumstances
- Difficulty in adapting to work
- Impaired impulse control
- Inability to establish and maintain effective relationships
- Difficulty in establishing and maintaining effective work and social relationships
- Disturbances of motivation and mood
- Impaired judgment
- Panic attacks more than once a week
- Anxiety
- Chronic sleep impairment
- Depressed mood
- Mild memory loss

The overall evidentiary record shows that the severity of your disability most closely approximates the criteria for a 100 percent disability evaluation.

This is the highest schedular evaluation allowed under the law for post-traumatic stress disorder.

The medical evidence shows that you are competent to manage your financial affairs.

The effective date of this grant is May 10, 2017, the date the VA received your initial claim for PTSD because we received your Notice of Disagreement within one year of the VA Notification

PRESTON LEE



5 of 5

Letter and before the appeal period expired.

This is a complete grant of benefits sought on appeal on the issue of service connection for PTSD, and this decision resolves your appeal.

### 2. Eligibility to Dependents' Educational Assistance under 38 U.S.C. Chapter 35.

Eligibility to Dependents' Educational Assistance is derived from a veteran who was discharged under other than dishonorable conditions; and, has a permanent and total service-connected disability; or a permanent and total disability was in existence at the time of death; or the veteran died as a result of a service-connected disability. Also, eligibility exists for a serviceperson who died in service. Finally, eligibility can be derived from a service member who, as a member of the armed forces on active duty, has been listed for more than 90 days as: missing in action; captured in line of duty by a hostile force; or forcibly detained or interned in line of duty by a foreign government or power.

Basic eligibility to Dependents' Education Assistance is granted as the evidence shows the veteran currently has a total service-connected disability, permanent in nature.

The effective date of this grant is May 10, 2017, the date a permanent and total service connected evaluation was assigned for PTSD with alcohol use disorder.

### REFERENCES:

Title 38 of the Code of Federal Regulations, Pensions, Bonuses and Veterans' Relief contains the regulations of the Department of Veterans Affairs which govern entitlement to all veteran benefits. For additional information regarding applicable laws and regulations, please consult your local library, or visit us at our website, www.va.gov.