

# Initial Post-Traumatic Stress Disorder (PTSD) – DSM V
## Disability Benefits Questionnaire

| LAST NAME, FIRST NAME, MIDDLE NAME *(SUFFIX)*: PRESTON LEE T | SOCIAL SECURITY NUMBER: ▓▓▓ | TODAY'S DATE: 04/30/2018 |
|---|---|---|
| HOME ADDRESS: PO BOX 1240, KEKAHA, HI 96752 | EXAMINING LOCATION AND ADDRESS: VES | |
| HOME TELEPHONE: 808▓▓▓ | | |

| CONTRACTOR: | VES NUMBER: | VA CLAIM NUMBER: |
|---|---|---|
| VES | 22618700127 | |

IMPORTANT - THE DEPARTMENT OF VETERANS AFFAIRS (VA) WILL NOT PAY OR REIMBURSE ANY EXPENSES OR COST INCURRED IN THE PROCESS OF COMPLETING AND/OR SUBMITTING THIS FORM. PLEASE READ THE PRIVACY ACT AND RESPONDENT BURDEN INFORMATION BEFORE COMPLETING THIS FORM.

NOTE TO PSYCHIATRIST/PSYCHOLOGIST - Your patient is applying to the U. S. Department of Veterans Affairs (VA) for disability benefits. VA will consider the information you provide on this questionnaire as part of their evaluation in processing the veteran's claim. Please note that this questionnaire is for disability evaluation, not for treatment purposes. This evaluation should be based on DSM-5 diagnostic criteria.

NOTE: If the Veteran experiences a mental health emergency during the interview, please terminate the interview and obtain help, using local resources as appropriate. You may also contact the Veterans Crisis Line at 1-800-273-TALK (8255). Stay on the Crisis Line until help can link the Veteran to emergency care.

Mental Health professionals with the following credentials are qualified to perform initial C&P examinations for mental disorders. They are: a Board Certified psychiatrist; psychiatrist who have successfully completed an accredited psychiatry residency and who are appropriately credentialed and privileged; licensed doctorate-level psychologist; non-licensed doctorate level psychologists working toward licensure under close supervision by a board certified or board eligible psychiatrist or licensed doctoral level psychologist; psychiatry resident under close supervision by a board-certified or board eligible psychiatrist or licensed doctoral level psychologist; psychology residents under close supervision of a board eligible psychiatrist or licensed doctoral level psychologist.

NOTE: Close supervision means that the supervising psychiatrist or psychologist met with the Veteran and conferred with the examining mental health professional in providing the diagnosis and the final assessment. The supervising psychiatrist or psychologist co-signs the examination report.

# SECTION I – DIAGNOSTIC SUMMARY

**EXHIBIT 13**

## 1. DIAGNOSTIC SUMMARY

This section should be completed based on the current examination and clinical findings.

Preston Lee - 6/25/21

Does the Veteran have a diagnosis of PTSD that conforms to DSM-5 criteria based on today's evaluation?
[X] Yes  [] No

  ICD Code: __F43.10__

If no diagnosis of PTSD, check all that apply:
[] Veteran's symptoms do not meet the diagnostic criteria for PTSD under DSM-5 criteria
[] Veteran does not have a mental disorder that conforms with DSM-5 criteria
[] Veteran has another Mental Disorder diagnosis. Continue to complete this Questionnaire and/or the Eating Disorder Questionnaire.

---

# EXHIBIT R

*Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM*
*Additional records from Department of Veterans Affairs received on 04/09/2021*

1032

## 2. CURRENT DIAGNOSES

2A. Mental Disorder Diagnosis #1:

Posttraumatic Stress Disorder, Chronic

ICD Code:    F43.10

Comments, if any:

Mr. Lee was exposed to traumatic events during his Navy service in the Persian Gulf and presents with a long history of sleep disturbance and nightmares, avoidance of thoughts and experiences related to his combat experience, reckless behavior, and difficulty enjoying social experiences.

Mental Disorder Diagnosis #2:

Alcohol Use Disorder, Moderate

ICD Code:    F10.20

Comments, if any:

Mr. Lee drinks at least a case of beer (24 cans) daily. He starts drinking while driving home from work and drinks until he passes out. He drinks alone and drinks to avoid thinking about stressors and fall asleep.

Mental Disorder Diagnosis #3:

ICD Code:

Comments, if any:

Mental Disorder Diagnosis #4:

ICD Code:

Comments, if any:

If additional diagnoses, describe using above format:

2B. Medical diagnoses relevant to the understanding or management of the Mental Health Disorder *(to include TBI)*:

Mr. Lee has been diagnosed with sleep apnea, which also impacts his sleep.

ICD code:    G47

Comments, if any:

## 3. DIFFERENTIATION OF SYMPTOMS

3A. Does the Veteran have more than one mental disorder diagnosed?
[X] Yes  [] No

If "Yes," complete Item 3B.

3B. Is it possible to differentiate what symptom(s) is/are attributable to each diagnosis?
[X] Yes  [] No  [] Not applicable

If "No," provide reason that it is not possible to differentiate what portion of each symptom is attributable to each diagnosis and discuss whether there is any clinical association between these diagnoses:

If "Yes," list which symptoms are attributable to each diagnosis and discuss whether there is any clinical association between these diagnoses:

All symptoms are ultimately attributable to diagnosis of PTSD.

Alcohol abuse is a form of reckless and self-destructive behavior, which is part of diagnostic criteria for PTSD. Mr. Lee uses

Name:  PRESTON LEE T
VA Claim Number:
Contractor: VES

*Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM
Additional records from Department of Veterans Affairs received on 04/09/2021*      1033

alcohol to manage other PTSD symptoms.

3C. Does the Veteran have a diagnosed traumatic brain injury *(TBI)*?
[] Yes  [X] No  [] Not shown in records reviewed

(If "Yes," complete Item 3D)

Comments, if any:

3D. Is it possible to differentiate what symptom(s) is/are attributable to each diagnosis?
[] Yes  [] No  [] Not applicable

If "No," provide reason that it is not possible to differentiate what portion of each symptom is attributable to each diagnosis:

If "Yes," list which symptoms are attributable to each diagnosis:

## 4. OCCUPATIONAL AND SOCIAL IMPAIRMENT

4A. Which of the following best summarizes the Veteran's level of occupational and social impairment with regards to all mental diagnoses? *(Check only one)*
[] No mental disorder diagnosis
[] A mental condition has been formally diagnosed, but symptoms are not severe enough either to interfere with occupational and social functioning or to require continuous medication
[] Occupational and social impairment due to mild or transient symptoms which decrease work efficiency and ability to perform occupational tasks only during periods of significant stress, or symptoms controlled by medication
[] Occupational and social impairment with occasional decrease in work efficiency and intermittent periods of inability to perform occupational tasks, although generally functioning satisfactorily, with normal routine behavior, self-care and conversation
[] Occupational and social impairment with reduced reliability and productivity
[X] Occupational and social impairment with deficiencies in most areas, such as work, school, family relations, judgment, thinking and/or mood
[] Total occupational and social impairment

4B. For the indicated level of occupational and social impairment, is it possible to differentiate what portion of the occupational and social impairment indicated above is caused by each mental disorder?
[X] Yes  [] No  [] No other mental disorder has been diagnosed

If "No," provide reason that it is not possible to differentiate what portion of the indicated level of occupational and social impairment is attributable to each diagnosis:

If "Yes," list which portion of the indicated level of occupational and social impairment is attributable to each diagnosis:
This level of impairment is attributable to PTSD diagnosis. Alcohol abuse is a form of reckless and self-destructive behavior, which is part of diagnostic criteria for PTSD. However, Mr. Lee's abuse of alcohol warrants a separate diagnosis.

4C. If a diagnosis of TBI exists, is it possible to differentiate what portion of the occupational and social impairment indicated above is caused by the TBI?
[] Yes  [] No  [X] No diagnosis of TBI

If "No," provide reason that it is not possible to differentiate what portion of the indicated level of occupational and social impairment is attributable to each diagnosis:

If "Yes," list which portion of the indicated level of occupational and social impairment is attributable to each diagnosis:

*Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM*
*Additional records from Department of Veterans Affairs received on 04/09/2021*          *1034*

# SECTION II – CLINICAL FINDINGS

## 1. EVIDENCE REVIEW

In order to provide an accurate medical opinion, the Veteran's claims folder must be reviewed.

Evidence reviewed (check all that apply):

[] Not Requested                                    [] No records were reviewed
[] VA claims file (hard copy paper C-file)
[X] VA e-folder (VBMS or Virtual VA)
[] CPRS
[] Other (please identify other evidence reviewed):

Evidence Comments:

Mr. Lee is a Veteran of the Gulf War Era and Peacetime. He served in the Navy from February 4, 1982, to April 15, 1992 and from April 16, 1992, to July 20, 1992.
Mr. Lee was evaluated by psychologist Dr. Rogers of the VA hospital in Kauai in November 2017 and was diagnosed with PTSD.

## 2. HISTORY

2A. Relevant social/marital/family history (pre-military, military, and post-military):

Pre-military

Mr. Lee grew up in Honolulu, HI. His parents were married until he was a freshmen in high school. Mr. Lee has one brother. His father was a police officer who had served in the Marines. Mr. Lee described his childhood as "straight as an arrow." He was involved in sports. After his parents divorced, Mr. Lee and his brother lived together in the family's house and parents moved out. Mr. Lee enlisted in the Navy upon graduating from high school.

Military

During his service in the Navy, Mr. Lee got married and had 4 kids. He reports that "everything was fine until he went overseas" for his 3 deployments. He shared that he had "rough marital problems" that involved lots of arguing and drinking. Mr. Lee stated that he was required to participate in marriage counseling. His first marriage ended in 1992 just after he was discharged from the service.

Mr. Lee shared that he had lots of friends in the Navy but also got into fights frequently. He also was required to participate in an anger management program as well as alcohol rehabilitation while serving in the military.

Post-military

Mr. Lee was remarried in 1997 and divorced again in 2002. He got married again around 2010 and remains married to his third wife. He described his marriage as "alright."

Mr. Lee's oldest son was killed in a car accident in 2015. Mr. Lee described his relationship with his remaining children as "alright" but later shared that he has not spoken to his daughter in over 3 years. He would not give a reason for this breach in their relationship. His other 2 children live in Honolulu an on the mainland and visit him occasionally.

Mr. Lee does not have friends and does associate with coworkers.

2B. Relevant occupational and educational history (pre-military, military, and post-military):

Pre-military

Mr. Lee graduated from high school in Honolulu. He enlisted in the Navy upon graduating from high school.

Military

Mr. Lee served as an Air crewman, 2nd Class Petty Officer during his service in the Navy.

Post-military

After being discharged from the service, Mr. Lee got a job on a military base in Honolulu and in 1994 transferred to a base on the island of Kauai. He lost his job due to cutbacks in 2006, and then became a house painter. He continues to work full time

Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM
Additional records from Department of Veterans Affairs received on 04/09/2021        1035

as a painter. When asked about his current employment, Mr. Lee shared that his coworkers "get on his nerves" and then he would like to assault them. He shared that he has gotten in fights with coworkers on multiple occasions and has been reprimanded for anger and aggression by his employers.

Mr. Lee did not seek additional education beyond high school.

2C. Relevant mental health history, to include prescribed medications and family mental health (pre-military, military, and post-military):

Pre-military
[X] No relevant history based on current exam and review of any available medical records.

Military
Mr. Lee reports that he did not have any mental health issues until he was deployed due the Gulf War. While deployed, he had difficulty managing his anger and began abusing alcohol. He was required to participate in an alcohol treatment program, anger management, and marriage counseling during his service in the Navy.

Post-military
Mr. Lee was diagnosed with PTSD in November 2017 by psychologist Dr. Rogers at the VA. Mr. Lee has been prescribed Prazosin, which he takes nightly to reduce nightmares. He stated that he sees Dr. Rogers every 2 or 3 months to check in on how he is doing.

Mr. Lee experiences significant intrusion symptoms, most significantly nightly war-related nightmares. He reports that these dreams have occurred since he got out of the Navy. These nightmares almost always relate to an experience he had while deployed to the Persian Gulf. He dreams that he is flying in a helicopter trying to protect a boat with Navy SEALS on it and they are flying a perimeter when suddenly an Iraqi boat starts attacking the boat they protecting. Mr. Lee's helicopter comes between the boats and he sees an Iraqi man pointing a gun at him, and he feels that he is about to die.

Mr. Lee shared that he sees the face of this Iraqi man every day in his dreams and that his face haunts him while he is awake as well. He stated that he talks to this man and sees him every night. He stated that if he ever saw this guy, he would kill him. Mr. Lee stated that he cannot get this man out of his head, and that he drinks as much as he can as a way of self-medication so he can sleep and stop thinking about this man.

Mr. Lee has difficulty falling asleep and staying asleep. He estimates that he gets 1 to 5 hours of sleep a night. His nightmares wake him up and he is not always able to fall back asleep. When waking up from nightmares, Mr. Lee feels a sense of panic and experiences racing heart and sweaty palms and feet. He is sometimes not sure where he is when he wakes up.

Mr. Lee also experiences a range of avoidance symptoms. He avoids social situations. When not working, he spends almost all of his time at home. He talks to his wife about "day to day stuff" but does not discuss his difficulties with her. He reports that he has some anger issues with her. Mr. Lee said that he does not have any friends and stated that he does not associate with anyone from work.

Mr. Lee also avoids the beach because he thought he was going to die while on a ship and in helicopters over the ocean so would rather be anywhere than looking at the ocean.

When asked about his mood, Mr. Lee shared that some days he is angry, some days he is "fed up," and some days he does not care about anything and just wants to quit. He denied thoughts of harming himself, but said that he would not care if he died. Mr. Lee has a history of two divorces and marital problems related to his anger and drinking.

Mr. Lee also shows symptoms of hypervigilance. He stated that he always wants to know exactly where everyone is and that he wants to be in the back of people so he does not "get caught with pants down." He feels mild panic when he has to be near crowds of people, such as an airport, and he stays near walls and corners of rooms. He also has an exaggerated startle response to loud booms, followed be a "rush" reminding him of how it felt to fire his gun in the Navy.

Mr. Lee reports some memory difficulties, including for faces and names. He also sometimes becomes disoriented, such as when he is driving and forgets where he was going and ends up in a different town than where he planned to drive. Such situations make his mind race and he does not know "whether [he's] coming or going."

2D. Relevant legal and behavioral history (pre-military, military, and post-military):

Pre-military
[X] No relevant history based on current exam and review of any available medical records.

Military
Mr. Lee shared that he was disciplined for anger and alcohol-related issues multiple times during his service He was not

DBQ Initial Post-Traumatic Stress Disorder (PTSD) – DSM V        Name: PRESTON LEE T
Page 5 of 10                                                      VA Claim Number:
                                                                 Contractor: VES

allowed to leave the ship for a period. He also was required to participate in an alcohol rehab program, anger management, and marital counseling. He described his behavior during this period as "out of control." Mr. Lee reports that he came close to losing his Stripes but that he did not because he was an exceptionally good worker.

Mr. Lee received two DUIs in the 1980s. He spent a day in jail each time.

Post-military
[X] No relevant history based on current exam and review of any available medical records.

2E. Relevant substance abuse history (pre-military, military, and post-military):

Pre-military
[X] No relevant history based on current exam and review of any available medical records.

Military
Mr. Lee reports that during his service, he was "drinking all day and all night." He shared that while drinking, "one little thing and I would fly off the handle and have someone by their neck." His medical records indicate that he participated in an inpatient alcohol treatment program at Tripler Hospital in 1991.

Mr. Lee declined to describe his use of other substances during his military service.

Post-military
Mr. Lee reports daily use of alcohol since being discharged from the military. He currently drinks at least a case of alcohol each day. Mr. Lee shared that he starts drinking during his drive home from work and continues to drink until he passes out. He reports that he is unable to sleep if he does not drink heavily. Mr. Lee has been diagnosed with Alcohol Use Disorder, moderate to severe, with dependence, by his VA provider.

Mr. Lee declined to describe his use of other substances since being discharged from the military.

2F. Other, (if any):

## 3. STRESSORS

The stressful event can be due to combat, personal trauma, other life threatening situations (non-combat related stressors).

NOTE: For VA purposes, "fear of hostile military or terrorist activity" means that a veteran experienced, witnessed, or was confronted with an event or circumstance that involved actual or threatened death or serious injury, or a threat to the physical integrity of the Veteran or others, such as from an actual or potential improvised explosive device; vehicle-imbedded explosive device; incoming artillery, rocket, or mortar fire; grenade; small arms fire, including suspected sniper fire; or attack upon friendly military aircraft.

Describe one or more specific stressor event(s) the Veteran considers traumatic (may be pre-military, military, or post-military):

3A. Stressor #1:

Mr. Lee reports that that while deployed in the Persian Gulf in 1991 or 1992 he was aboard the USS Perry working as a door gunner on a H2-SeaSprite. He was on a surveillance flight, protecting the Seals during a mission. He shared that "all of the sudden this Iraqi ship starts attacking the ship we're supposed to be protecting." Mr. Lee's helicopter came between the SEALs and the Iraqi boat, using the helicopter to block the SEALs. Mr. Lee reports that they were so close to the Iraqis that he could count the hairs on one of the men's head, and that man was pointing a gun at him. Mr. Lee said, "I was screaming full on and the pilot was yelling at me to ceasefire." The helicopter then pulled back and the speedboat turned around and nobody was shot. Mr. Lee recalls thinking that he was about to die.

Does this stressor meet Criterion A (i.e., is it adequate to support the diagnosis of PTSD)?
[X] Yes  [] No

Is the stressor related to the Veteran's fear of hostile military or terrorist activity?
[X] Yes  [] No

If "No", explain:

Is the stressor related to in-service personal assault, e.g. military sexual trauma?
[] Yes  [X] No

DBQ Initial Post-Traumatic Stress Disorder (PTSD) – DSM V       Name: PRESTON LEE T
Page 6 of 10                                                    VA Claim Number:
                                                               Contractor: VES

If "Yes", please describe the markers that may substantiate the stressor:

3B. Stressor #2:

While deployed in the Persian Gulf, another Navy Ship near Mr. Lee's ship was hit by a bomb and several people on board were killed and the ship was in jeopardy of sinking. Mr. Lee's ship was notified immediately as it was in the vicinity (not within sight). Mr. Lee described the morale on his ship subsequent to this event as "awful" and that he could not sleep out of fear that his ship would also get hit. He also recalled that the more junior seamen needed a lot of comfort and that he felt that he had to keep his cool in order to help them. This continued for 6 months. Mr. Lee recalled that chaplain was brought on board the ship to provide comfort. Another sailor told the chaplain that he needed to go home. The next day, the sailor jumped overboard and Mr. Lee's aircrew had to retrieve him. The sailor survived and was sent for treatment.

Does this stressor meet Criterion A (i.e., is it adequate to support the diagnosis of PTSD)?
[] Yes  [X] No

Is the stressor related to the Veteran's fear of hostile military or terrorist activity?
[X] Yes  [] No

If "No", explain:

Is the stressor related to in-service personal assault, e.g. military sexual trauma?
[] Yes  [X] No

If "Yes", please describe the markers that may substantiate the stressor:

3C. Stressor #3:

Mr. Lee described the daily nature of his duties related to flying operations while deployed with the Navy as extremely stressful. He stated, "Every time I got in the helicopter I thought I was never coming back." Mr. Lee described two events as examples of common stressors while flying operations. He described flying over the Kuwait Airport and seeing that the whole place had been blown up. He also recalled flying low to the ground over a main street in Kuwait and seeing that all of the windows of buildings had been blown out. He recalled seeing body pieces all over and smelling oil burning. He described it as feeling like death and that it was one of the worst feelings he has ever had. Mr. Lee commented, "When you're flying over tanks and oil rigs that are burning, that's just a daily experience, but when you're flying over a town, someone could just stand up and shoot at us. You don't know where to point your gun."

Does this stressor meet Criterion A (i.e., is it adequate to support the diagnosis of PTSD)?
[X] Yes  [] No

Is the stressor related to the Veteran's fear of hostile military or terrorist activity?
[X] Yes  [] No

If "No", explain:

Is the stressor related to in-service personal assault, e.g. military sexual trauma?
[] Yes  [X] No

If "Yes", please describe the markers that may substantiate the stressor:

3D. Additional stressors: If additional stressors, describe (list using the above sequential format):

Stressor #4: Lee's oldest son died in a car accident in 2015.
Does this stressor meet Criterion A (i.e., is it adequate to support the diagnosis of PTSD)? YES
Is the stressor related to the Veteran's fear of hostile military or terrorist activity? NO, Due to personal tragedy.
Is the stressor related to in-service personal assault, e.g. military sexual trauma? NO

## 4. PTSD DIAGNOSTIC CRITERIA

NOTE: Please check criteria used for establishing the current PTSD diagnosis. Do NOT mark symptoms below that are clearly not attributable to the criteria A stressor/PTSD. Instead, overlapping symptoms clearly attributable to other things should be noted under #7 - Other symptoms. The diagnostic criteria for PTSD, referred to as Criteria A-H, are from the Diagnostic and Statistical Manual of Mental Disorders, 5th edition (DSM-5).

DBQ Initial Post-Traumatic Stress Disorder (PTSD) – DSM V        Name:  PRESTON LEE T
Page 7 of 10                                                     VA Claim Number:
                                                                Contractor: VES

Criterion A: Exposure to actual or threatened a) death, b) serious injury, c) sexual violation, in one or more of the following ways:
[X] Directly experiencing the traumatic event(s)
[] Witnessing, in person, the traumatic event(s) as they occurred to others
[X] Learning that the traumatic event(s) occurred to a close family member or close friend; cases of actual or threatened death must have been violent or accidental; or, experiencing repeated or extreme exposure to aversive details of the traumatic event(s) (e.g., first responders collecting human remains; police officers repeatedly exposed to details of child abuse); this does not apply to exposure through electronic media, television, movies, or pictures, unless this exposure is work related
[] No criterion in this section met.

Criterion B: Presence of (one or more) of the following intrusion symptoms associated with the traumatic event(s), beginning after the traumatic event(s) occurred:
[X] Recurrent, involuntary, and intrusive distressing memories of the traumatic event(s).
[X] Recurrent distressing dreams in which the content and/or affect of the dream are related to the traumatic event(s).
[X] Dissociative reactions (e.g., flashbacks) in which the individual feels or acts as if the traumatic event(s) were recurring. (Such reactions may occur on a continuum, with the most extreme expression being a complete loss of awareness of present surroundings.)
[X] Intense or prolonged psychological distress at exposure to internal or external cues that symbolize or resemble an aspect of the traumatic event(s).
[X] Marked physiological reactions to internal or external cues that symbolize or resemble an aspect of the traumatic event(s).
[] No criterion in this section met.

Criterion C: Persistent avoidance of stimuli associated with the traumatic event(s), beginning after the traumatic event(s) occurred, as evidenced by one or both of the following:
[X] Avoidance of or efforts to avoid distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s).
[X] Avoidance of or efforts to avoid external reminders (people, places, conversations, activities, objects, situations) that arouse distressing memories, thoughts, or feelings about or closely associated with the traumatic event(s).
[] No criterion in this section met.

Criterion D: Negative alterations in cognitions and mood associated with the traumatic event(s), beginning or worsening after the traumatic event(s) occurred, as evidenced by two (or more) of the following:
[] Inability to remember an important aspect of the traumatic event(s) (typically due to dissociative amnesia and not to other factors such as head injury, alcohol, or drugs).
[] Persistent and exaggerated negative beliefs or expectations about oneself, others, or the world (e.g., "I am bad," "No one can be trusted," "The world is completely dangerous," "My whole nervous system is permanently ruined").
[] Persistent, distorted cognitions about the cause or consequences of the traumatic event(s) that lead to the individual to blame himself/herself or others.
[X] Persistent negative emotional state (e.g., fear, horror, anger, guilt, or shame).
[X] Markedly diminished interest or participation in significant activities.
[X] Feelings of detachment or estrangement from others.
[X] Persistent inability to experience positive emotions (e.g., inability to experience happiness, satisfaction, or loving feelings.)
[] No criterion in this section met.

Criterion E: Marked alterations in arousal and reactivity associated with the traumatic event(s), beginning or worsening after the traumatic event(s) occurred, as evidenced by two (or more) of the following:
[X] Irritable behavior and angry outbursts (with little or no provocation) typically expressed as verbal or physical aggression toward people or objects.
[X] Reckless or self-destructive behavior.
[X] Hypervigilance
[X] Exaggerated startle response.
[] Problems with concentration.
[X] Sleep disturbance (e.g., difficulty falling or staying asleep or restless sleep).
[] No criterion in this section met.

Criterion F:
[X] Duration of the disturbance (Criteria B, C, D, and E) is more than 1 month.
[] No criterion in this section met.

Criterion G:
[X] The disturbance causes clinically significant distress or impairment in social, occupational, or other important areas of functioning.

---

DBQ Initial Post-Traumatic Stress Disorder (PTSD) – DSM V      Name: PRESTON LEE T
Page 8 of 10                                                   VA Claim Number:
                                                              Contractor: VES

[] No criterion in this section met.

Criterion H:
[X] The disturbance is not attributable to the physiological effects of a substance (e.g., medication, alcohol) or another medical condition.
[] No criterion in this section met.

Criterion I: Which stressor(s) contributed to the Veterans PTSD diagnosis?
[X] Stressor #1
[] Stressor #2
[X] Stressor #3
[] Other, please indicate stressor number (i.e. stressor #4, #5, etc.) as indicated above:

[] No criterion in this section met.

## 5. SYMPTOMS

For VA rating purposes, check all symptoms that apply to the Veteran's diagnoses:
[X] Depressed mood
[X] Anxiety
[] Suspiciousness
[] Panic attacks that occur weekly or less often
[X] Panic attacks more than once a week
[] Near-continuous panic or depression affecting the ability to function independently, appropriately and effectively
[X] Chronic sleep impairment
[X] Mild memory loss, such as forgetting names, directions or recent events
[] Impairment of short- and long-term memory, for example, retention of only highly learned material, while forgetting to complete tasks
[] Memory loss for names of close relatives, own occupation, or own name
[] Flattened affect
[] Circumstantial, circumlocutory or stereotyped speech
[] Speech intermittently illogical, obscure, or irrelevant
[] Difficulty in understanding complex commands
[X] Impaired judgment
[] Impaired abstract thinking
[] Gross impairment in thought processes or communication
[X] Disturbances of motivation and mood
[X] Difficulty in establishing and maintaining effective work and social relationships
[X] Difficulty in adapting to stressful circumstances, including work or a work like setting
[X] Inability to establish and maintain effective relationships
[] Suicidal ideation
[] Obsessional rituals which interfere with routine activities
[X] Impaired impulse control, such as unprovoked irritability with periods of violence
[] Spatial disorientation
[] Persistent delusions or hallucinations
[] Grossly inappropriate behavior
[] Persistent danger of hurting self or others
[] Neglect of personal appearance and hygiene
[] Intermittent inability to perform activities of daily living, including maintenance of minimal personal hygiene
[X] Disorientation to time or place

## 6. BEHAVIORAL OBSERVATIONS

Mr. Lee arrived on time to his appointment and was casually dressed with adequate hygiene. He showed adequate concentration during the examination. His thought processes were logical and goal-directed. His mood alternated between calm and agitated. He exhibited a range of emotional expression that reflected the issues discussed, and appeared angry when discussing frustrations with various individuals in his life and other topics. Mr. Lee's insight was limited. He became tearful when discussing past traumas and expressed a desire to drink alcohol because of the stress of completing this evaluation. As the examiner was wrapping up the interview, he stood up somewhat abruptly and announced that he was leaving.

DBQ Initial Post-Traumatic Stress Disorder (PTSD) – DSM V          Name:  PRESTON LEE T
Page 9 of 10          VA Claim Number:
          Contractor: VES

## 7. OTHER SYMPTOMS

Does the Veteran have any other symptoms attributable to PTSD (and other mental disorders) that are not listed above?
[] Yes  [X] No

If "Yes," describe:

## 8. COMPETENCY

Is the Veteran capable of managing his or her financial affairs?
[X] Yes  [] No

If "No," explain:

## 9. REMARKS (INCLUDING ANY TESTING RESULTS), IF ANY:

## SECTION III – PSYCHIATRIST/PSYCHOLOGIST CERTIFICATION AND SIGNATURE

CERTIFICATION - To the best of my knowledge, the information contained herein is accurate, complete and current.

| | |
|---|---|
| 10A. PSYCHIATRIST/PSYCHOLOGIST SIGNATURE AND TITLE: | *Elizabeth Hagen, PhD, LP* |
| 10B. PSYCHIATRIST/PSYCHOLOGIST PRINTED NAME: | ELIZABETH (LIZ) M. HAGEN, Ph.D. |
| 10C. DATE SIGNED: | 04/30/2018 |
| 10D. PSYCHIATRIST/PSYCHOLOGIST PHONE AND FAX NUMBERS: | 1-877-637-8387          Fax:    1-800-320-3908 |
| 10E. PSYCHIATRIST/PSYCHOLOGIST NATIONAL PROVIDER IDENTIFIER (NPI) NUMBER AND MEDICAL LICENSE NUMBER AND STATE: | 1760909709 / PSY-1664 Hawaii |
| 10F. PSYCHIATRIST/PSYCHOLOGIST ADDRESS: | VA-KAPAA  4-956 KUHIO HWY, KAPAA, HI 967461552 |
| 10G. PSYCHIATRIST'S SPECIALTY: | Psychologist |

NOTE: VA may request additional medical information, including additional examinations, if necessary to complete VA's review of the Veteran's application.

DBQ Initial Post-Traumatic Stress Disorder (PTSD) – DSM V
Page 10 of 10

Name: PRESTON LEE T
VA Claim Number:
Contractor: VES