Case 1:20-cv-00489-LEK-KJM     Document 190-20     Filed 06/28/24     Page 1 of 2
PageID.4817

**EXHIBIT**

**LEE VOL 2 - EX. 26**

Citizens Disability
PO Box 549293
Waltham, MA 02454-9293



# Fax

| **To:** | SSA | **From:** | Andrew S. Youngman |
|---|---|---|---|
| **Fax:** | 8339502768 | **Pages:** | (including cover sheet) |
| **Phone:** | 877-207-5256 | **Date:** | 9/27/21 |
| **Re:** | Preston Lee | **cc:** | |

☐ **Urgent**      ☐ **For Review**      ☐ **Please Comment**      ☐ **Please Reply**      ☐ **Please Recycle**

Enclosed please find a signed request from Preston Lee to establish a protective filing date for their social security disability and/or supplemental security income benefits.

**EXHIBIT S**

**Preston Lee**                                                      September 14, 2021
**PO Box 1240**
**Kekaha, Hawaii 96752**


**PROTECTIVE FILING DATE NOTIFICATION**
**RE:    Preston Lee**
**SSN:** ▮▮▮▮▮▮


Dear Social Security Representative:

I am interested in filing for Social Security disability benefits for myself and for any eligible dependents. I will be retaining Andrew Youngman of Citizens Disability, LLC to represent me for this claim.

I have been advised that I must send notification to the Social Security Administration to protect my filing date, and Citizens Disability cannot do so without an attached Appointment of Representation form (Form 1696). I am sending this letter to protect my filing date for disability benefits

I will be sending a completed application and the Appointment of Representation form shortly.

I further request that you revoke any prior representatives who are associated with my claim.

Sincerely,

Name: Preston Lee
Date: September 14, 2021