IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>Plaintiff,<br><br>v.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS 1-10; and DOE<br>GOVERNMENTAL AGENCIES 1-10,<br><br>Defendants. | CIVIL NO.  1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing

document was duly served electronically upon the following parties at their last

known e-mail addresses via CM/ECF:

ELIZABETH JUBIN FUJIWARA
elizabeth@hawaii-adr.com
JOSEPH T. ROSENBAUM
jtr@frlawhi.com
Fujiwara and Rosenbaum, LLLC
1100 Alakea Street, 20th Floor, Suite B
Honolulu, Hawaii 96813
Attorneys for Plaintiff

DATED:  Honolulu, Hawai'i, June 28, 2024.

> CADES SCHUTTE
> A Limited Liability Law Partnership
>
> */s/ Amanda M. Jones*
> AMANDA M. JONES
> MICHAEL R. SOON FAH
> Attorneys for Defendant
> L3HARRIS TECHNOLOGIES, INC.