# MINUTE ORDER

CASE NUMBER:      CIVIL NO. 20-00489 LEK-KJM

CASE NAME:        Preston Lee vs. L3Harris Technologies, Inc., et al.

---

JUDGE:   Leslie E. Kobayashi        DATE:          07/01/2024

---

COURT ACTION:  EO: COURT ORDER SETTING BRIEFING SCHEDULE

On June 28, 2024, Defendant L3Harris Technologies, Inc. ("Defendant") filed a Motion for Summary Judgment on Remaining Claims ("Motion"). [Dkt. no. 189.]

Court sets the following Motion hearing and briefing schedule:
Opposition memorandum due: **8/8/2024**
Reply memorandum due:  **8/15/2024**

A motion hearing on Defendant [189] Motion for Summary Judgment is SET for **8/30/2024 at 9:45 a.m.** before Judge Leslie E. Kobayashi.  The hearing will be conducted by video teleconference.

The Courtroom manager will provide participants with the instructions and information to connect by video in advance of the scheduled video conference. Participants must connect to the conference at least ten (10) minutes prior to the scheduled start time of the hearing.

The public may attend this conference (audio only) with the information provided below:

1. Dial 1-571-353-2301.
2. Enter your Access Code (029816367)

IT IS SO ORDERED.

Submitted by:  Shelli Mizukami, Courtroom Manager