ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>     Plaintiff,<br><br>  vs.<br><br>L3HARRIS TECHNOLOGIES, INC.; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE UNINCORPORATED ORGANIZATIONS 1-10; and DOE GOVERNMENTAL AGENCIES 1-10,<br><br>     Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) **PLAINTIFF'S CONCISE**<br>) **STATEMENT OF FACTS;**<br>) **DECLARATION OF JOSEPH T.**<br>) **ROSENBAUM, EXHIBITS A-D;**<br>) **DECLARATION OF PRESTON**<br>) **LEE; CERTIFICATE OF**<br>) **SERVICE.**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S CONCISE STATEMENT OF FACTS

Plaintiff Preston Lee ("Plaintiff"), submits this Concise Statement of

Facts in opposition to summary judgment per L.R. 56.1.

Plaintiff's Response to Defendant's Concise Statement of Facts "Defs. CSF"

| 1. | Undisputed | *See* Defs. "CSF" |
|---|---|---|
| 2. | Undisputed as to what the Social Security (SS) document erroneously says, but disputed that Mr. Lee contacted the SS office prior to his termination. The referenced document is typographically and date are error as is reflected in several other documents that the actual date of contacting the SS office and the initial filing was June 25, 2020. | *Id.* and Lee Decl. at ¶¶ 148-165 and Exhibit B. |
| 3. | Undisputed | *See* Defs. "CSF" |
| 4. | Undisputed | *Id.* |
| 5. | Disputed in part as Mr. Lee erroneously submitted his disability started on November 18, 2019. | *Id.;* Lee Decl at ¶¶ 155-165; Exhibit C |
| 6. | Disputed Mr. Lee was unable to work as of June 23, 2020. | Lee Decl. at ¶¶ 122, 148-165 and Exhibit C |
| 7. | Undisputed | *See* Defs. "CSF" |
| 8. | Undisputed | *Id.* |
| 9. | Undisputed | *Id.* |
| 10. | Undisputed | *Id.* |

| 11. | Undisputed | *Id.* |
|---|---|---|
| 12 | Undisputed | *Id.* |
| 13 | Disputed as to the date of the second SSI filing. It was October 2021. | Lee Decl at ¶ 165; Exhibit C. |
| 14 | Disputed as to the date of the second SSI filing. It was October 2021. | Lee Decl. at ¶ 165 and Exhibit C. |
| 15 | Disputed as to the date of the second SSI filing. It was October 2021 | Lee Decl. at ¶ 165 and Exhibit C. |
| 16 | Undisputed | *See* Defs. "CSF" |
| 17 | Undisputed | *Id.* |
| 18 | Disputed as to the exacerbation by the termination | Lee Decl. at ¶¶ 148-165 and Exhibit C |
| 19 | Undisputed | *See* Defs. "CSF" |
| 20 | Undisputed | *Id.* |
| 21 | Undisputed | *Id.* |
| 22 | Disputed as to the implication Mr. Lee did not turn over documents he had in his possession. There are no emails. | Lee Decl. at ¶ 169. |

2

| 23 | Undisputed | *See* Defs. "CSF" |
| 24 | Undisputed | *Id.* |
| 25 | Undisputed | *Id.* |

Plaintiff's Statement of Facts in Opposition

| 26 | Mr. Lee was qualified individual with a disability who could perform his essential job functions and only became unable to function and work, think, sleep or eat after he was wrongfully terminated on June 22, 2020. | Lee Decl. at ¶¶ 122, 148-165 and Exhibit C |

DATED:  Honolulu, Hawaii, August 8, 2024

/s/Joseph T. Rosenbaum
JOSEPH T. ROSENBAUM
Attorney for Plaintiff