IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| PRESTON LEE,<br><br>     Plaintiff,<br><br>  vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br><br><br>    Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) DECLARATION OF JOSEPH T.<br>) ROSENBAUM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JOSEPH T. ROSENBAUM

|  |  |
|---|---|
| STATE OF HAWAI'I | ) |
|  | ) SS. |
| COUNTY OF HONOLULU | ) |

I, JOSEPH T. ROSENBAUM, do hereby declare that:

1. Unless otherwise indicated, I make this declaration based upon my personal firsthand knowledge. All of the statements in this declaration are true. I understand that if I make a false statement, I may be prosecuted for perjury.

2.      I am competent to testify to the matters set forth herein.

3.      That I am an attorney with the Fujiwara and Rosenbaum, LLLC and am licensed to practice law in the State of Hawaii. I am one of the attorneys representing Plaintiff Preston Lee in this action.

4.      I was unaware that Mr. Lee filed for SSD benefits until November 2023.

5.      Attached hereto as Exhibit "A" is a true and accurate copy of Plaintiff's Response to Defendant L3Harris Technologies, Inc.'s First Request for Admissions to Plaintiff Preston Lee.

6.      Attached hereto as Exhibit "B" is a true and accurate copy of the June 25. 2020 Social Security Administration Application Development form reflecting Mr. Lee contact them on June 25, 2020.

7.      Attached hereto as Exhibit "C" is a true and accurate copy of Mr. Lee's SSA Internet Application Summary for Mr. Lee's 2nd SSD application showing he was rendered completely disabled and unable to work as of June 23, 2020.

8.      Attached hereto as Exhibit "D" is a true and accurate copy of excerpts from the Videotaped and Zoom Deposition of Preston Lee taken on May 20, 2024.

Further Declarant Sayeth Naught

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

2

Honolulu, Hawai'i, August 8, 2024.

<u>/s/ Joseph T. Rosenbaum</u>
JOSEPH T. ROSENBAUM
Attorney for Plaintiff