Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PRESTON LEE,                          ) CIVIL NO.
                                      ) 1:20-CV-00489 LEK-KJM
                                      )
              Plaintiff,              )
                                      )
     vs.                              )
                                      )
                                      )
L3HARRIS TECHNOLOGIES, INC.;          )
JOHN DOES 1-10; JANE DOES             )
1-10; DOE CORPORATIONS 1-10;          )
DOE PARTNERSHIPS 1-10; DOE            )
UNINCORPORATED ORGANIZATIONS          )
1-10; and DOE GOVERNMENTAL            )
AGENCIES 1-10,                        )
                                      )
                                      )
              Defendants.             )
_____  )


VIDEOTAPED AND ZOOM DEPOSITION OF

PRESTON LEE

VOLUME 2


Taken on behalf of the Defendants, L3HARRIS
TECHNOLOGIES, INC., at Honolulu, Hawaii, Commencing at
9:00 a.m., on May 20, 2024, pursuant to notice.


BEFORE:
        SHEILA MOORE, RPR, RMR, CMRS, CRR, CSR No. 501

Page 26

Q. Okay. And when you called about -- and completed this Social Security benefits application, do you know if anybody was with you?

A. No. At no time anybody was with me because I was -- everybody that I know goes to work. And I was fired at that time so I was home by myself.

Q. Okay, so if we -- just below that first paragraph, do you see it says, What you need to do?

A. Um-hum.

Q. And then there's five bullet points after that; do you see that?

A. Yeah.

Q. It then says that you need to review the summary to make sure your statements were recorded accurately -- sorry -- correctly.

Do you see that?

A. Yes.

Q. Did you review the summary of the application when the Social Security Administration sent it to you?

A. I must have, because I have Social Security Disability. I'm not -- I cannot remember that far back.

Q. Okay.

A. And I have PTSD. I have a short memory. I

Page 27

don't know -- you keep bringing up all these papers and, I'm sorry, but to tell you the truth, if I read it then I might, you know what I mean, I might know, but other than that, I have no clue what you talking about and I cannot comprehend all this stuff because of my education and with my -- with my disability. I don't know if I can be any help because my answers all gonna be the same. I don't remember. I have hard time remembering, and I have issues, and I'm sorry for it, but, you know -- I'm sorry. I don't know what to tell you.

MR. ROSENBAUM: Just do the best that you can do when she asks the questions.

Q. Do you recall that the Social Security Administration provided you information and asked you to review the information to determine if it was correct?

A. I guess so. I don't know.

MR. ROSENBAUM: Don't guess. You either remember or --

THE WITNESS: Okay, I don't remember. What I'm trying to say is, I must have did it because I have -- you understand -- do you understand what I'm trying to say? I don't understand the question, because I have Social

Page 28

Security Disability, I have to have filled out the paperwork to get Social Security Disability.

Now when I filled out to get it, I don't remember. When I filled it out, I don't remember. The doctors I had to go see, I don't remember. But apparently I did everything to the best of my knowledge. Even when I went to see the doctors I had to do all kinda tests. I had to do -- they asked me questions. I just did what I had to do and then they end up saying that I qualified, and then I got it.

So all I know for a fact that I was fired on the 22nd of June, and I lost my mind when I got fired because I was devastated. And I was in deep shock, panic. I didn't know how I was gonna pay my bills. And one thing came up was Social Security, and I don't know if I called them, they called me, I wrote to them, they wrote to me, back and forth. And then they said I had to go see the doctor. I see the doctor, and then next thing you know I get Social Security benefits.

So your question is, if I see this document before? I must have. Do I remember the document? I have no clue. Do I have Social Security benefits? I have a hundred percent. Do

Page 29

I remember how I got it? I don't know how I got it. And do I have any paperwork? I have nothing.

So you can just -- we can just keep going through this, but my answer's gonna be the same. And to tell you the truth, I'm getting more confused as we go and, I'm sorry, but I don't understand. I don't remember reading this, I don't remember doing none of this.

And I'm sorry, I just -- it's my disability and my -- my education that I don't understand this stuff. So, you know, I don't know what to tell you.

BY MS. JONES:

Q. I'm just gonna ask you some specific questions. If you don't remember or you don't know, you can tell me that. If you do remember something or you do know, then let me know what it is.

So the fourth bullet point on this document under, What you need to do, says, Review the reporting responsibilities so you are aware of the changes or events that you need to report to us.

Do you see that?

A. Um-hum.

Q. Is that a yes?

8 (Pages 26 to 29)

Page 42

my condition didn't improve. As a matter of fact, it's getting worse.

Q. If we can scroll down a little bit more. Okay, stop right there.

You see there's sort of a box on the page and it says in caps, Notice About Documents?

A. Yes.

Q. And then it says, We recommend that you keep all documents you submitted to us.

Do you see that?

A. Yes, I see it.

Q. And did you keep all the documents that you submitted to Social Security?

A. Not one.

Q. Did you have them at some point?

A. As soon as I got it in the mail I threw it away.

Q. Okay, I think you were talking about the documents that you received from Social Security. You said you put them in a folder and then you threw them away once you got the benefits, right?

A. Right.

Q. What about the documents that you submitted, that you gave to Social Security; did you keep those for some period of time?

Page 44

A. Yes.

Q. Do you recall that you submitted this work history report in connection with your claim?

A. Can you make it bigger for --

Q. Yes.

A. Um-hum. Yeah. Yeah.

Q. So this is something you gave to Social Security?

A. Yes, ma'am. It's perfect.

Q. Okay. And when you were submitting information about your work history, did you provide truthful information?

THE WITNESS: What she's telling me? If this is true?

MR. ROSENBAUM: What you submitted regarding your work history, was it truthful?

THE WITNESS: According to what I looking at, but, you know -- yeah, everything is true, but the bottom -- the -- they both contractors, yeah, you right, that's the right dates, everything.

MS. JONES: Okay. Can we turn to the next page, Marty?

BY MS. JONES:

Q. Mr. Lee, do you recognize that's your

Page 43

A. If I gave it to Social Security I don't have it, right? I don't understand the question. If I gave it to them that means they got it. They should have kept it, not me.

Q. So when you were submitting things you didn't keep a copy for yourself?

A. No. I'm not a good record keeper or whatever you call them. I don't know what you call them. I don't know, a library and how you store stuff and everything, I'm not too good with that kinda stuff.

Q. When you filed the claim for Social Security benefits in June, 2020, did anyone help you with that claim?

A. No.

Q. We can take this exhibit down. I now would like to show you what will be marked as Exhibit 21 to your deposition. It's entitled, Work History Report, and it's another document that we have received from the Social Security Administration.

MS. JONES: If you can pull that up, Marty.

Q. Mr. Lee, can you see the document on your screen?

A. Yes, ma'am.

Q. And do you recognize this work history report?

Page 45

handwriting on this page?

A. Yes.

Q. Can we turn to the next page? This page lists job title number 2 as painter.

Do you recognize the handwriting as being yours on this page?

A. Yes.

MS. JONES: So towards the bottom of this document, if you can make it a little bit bigger Marty, towards the bottom. Okay, stop right there.

Q. Do you see that it says, Did you supervise other people in this job, and then you checked yes.

Do you see that?

A. Yes.

Q. And was that accurate?

A. Yes.

Q. What were you referring to?

A. What do you mean am I -- I was a supervisor.

Q. Who were you supervising?

A. The painters: David, Gilbert, LJ, Barry Hashimoto.

Q. And are you referring to when you would fill in as a lead person when Sean Igne was out?

A. Yes.

RALPH ROSENBERG COURT REPORTERS, INC.
(808) 524-2090