FUJIWARA  AND  ROSENBAUM,  LLLC

ELIZABETH  JUBIN  FUJIWARA  3558
JOSEPH  T. ROSENBAUM  9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON  LEE

IN THE  UNITED  STATES  DISTRICT  COURT

FOR THE  DISTRICT  OF HAWAII

| | |
|---|---|
| PRESTON  LEE,<br><br>Plaintiff,<br><br>vs.<br><br>L3HARRIS  TECHNOLOGIES,  INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS  1-10; DOE<br>PARTNERSHIPS  1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES  1-10,<br><br>Defendants. | ) CIVIL  NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) **PLAINTIFF'S  REDACTED**<br>) **EXHIBIT B FOR  ATTACHMENT**<br>) **TO PLAINTIFF'S  CONCISE**<br>) **STATEMENT  OF FACTS [DKT.**<br>) **195]**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S  REDACTED  EXHIBIT B FOR  ATTACHMENT  TO
PLAINTIFF'S  CONCISE  STATEMENT  OF FACTS [DKT. 195]**