# EXHIBIT B



**EXHIBIT**

LEE VOL 2 - EX. 20

June 25, 2020, 16:39
PAGE    1

NH

SG-SSA-16

Social Security Administration
Application Development

SOCIAL SECURITY ADMINI
SUITE 105
4334 RICE STREET
LIHUE
HI 96766-9967
Telephone Number: (855)572-4842
Date: June 25, 2020

PRESTON TAKEO LEE

On June 25, 2020, we talked with you and completed your application for SOCIAL
SECURITY BENEFITS. We stored this information electronically in our records. We
are enclosing a summary of your statements.

What You Need To Do

o   Review the summary to make sure we recorded your statements correctly.

o   If you agree with all your statements, you may keep the information for
    your records.

o   If you disagree with any of your statements, please contact us within 10
    days after receiving this notice to let us know.

o   Review the reporting responsibilities so you are aware of the changes or
    events that you need to report to us.

o   Provide the additional information that is listed on the application under
    "What We Need".

IMPORTANT REMINDER

Penalty of Perjury

You declared under penalty of perjury that you examined all the information on
this form and it is true and correct to the best of your knowledge. You were
told that you could be liable under law for providing false information.

What We Need

We need the item(s) listed below to decide if you can receive benefits. We must
see the original document(s) or a certified copy of the item(s) from the
custodian of the original record(s). We cannot accept photocopies except for
tax returns. We will return the item(s) to you.

Please bring or mail these items to us right away. The sooner we receive the
item(s), the sooner we can decide if you are eligible.

    o   Workers' compensation award letter

NAME OF PERSON TO CONTACT ABOUT YOUR CLAIM:

If You Have Any Questions

*Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM*
*Records from Social Security Office Information received on 05/02/2024*

6

June 25, 2020, 16:39
PAGE    2

NH ▇▇▇▇▇▇▇                                          SG-SSA-16

If you have any questions, you should call, write or visit any Social Security office. If you call or visit our office, please have this letter with you. The telephone number is shown above. We can answer most questions over the phone. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

Social Security Administration

Enclosure(s):
Application Summary
Envelope

Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM
Records from Social Security Office Information received on 05/02/2024

7

June 25, 2020, 16:39
PAGE   3

NH ████████████                       SG-SSA-16

```
---------------------
: UNIT: NNA318       :
:                    :
:                    :
:                    :
:                    :
:                    :
:                    :
---------------------
```

PRESTON TAKEO LEE



### APPLICATION SUMMARY FOR DISABILITY INSURANCE BENEFITS

On June 25, 2020, we talked with you and completed your application for SOCIAL SECURITY BENEFITS. We stored this information electronically in our records. We are enclosing a summary of your statements.

I APPLY FOR A PERIOD OF DISABILITY AND/OR ALL INSURANCE BENEFITS FOR WHICH I AM ELIGIBLE UNDER TITLE II AND PART A OF TITLE XVIII OF THE SOCIAL SECURITY ACT, AS PRESENTLY AMENDED.

MY NAME IS PRESTON TAKEO LEE.

MY SOCIAL SECURITY NUMBER IS ████████████.

MY DATE OF BIRTH IS ████████████.

I AM A CITIZEN OF THE UNITED STATES.

I BECAME UNABLE TO WORK BECAUSE OF MY DISABLING CONDITION ON November 18, 2019.

I AM STILL DISABLED.

NO PREVIOUS APPLICATION HAS BEEN FILED WITH THE SOCIAL SECURITY ADMINISTRATION BY OR FOR ME.

I DO NOT WANT TO FILE FOR SSI.

MY U.S. MILITARY SERVICE DATES ARE AS FOLLOWS:

| START DATE | END DATE |
|---|---|
| February 4, 1982 | July 20, 1992 |

I HAVE FILED OR INTEND TO FILE FOR WORKERS' COMPENSATION, PUBLIC DISABILITY OR BLACK LUNG BENEFITS BUT I AM NOT RECEIVING BENEFITS.

I AM NOT ENTITLED TO NOR DO I EXPECT TO BECOME ENTITLED TO A PENSION OR ANNUITY BASED IN WHOLE OR IN PART ON WORK AFTER 1956 NOT COVERED BY SOCIAL SECURITY.

June 25, 2020, 16:39
PAGE    4

NH ▮▮▮▮▮▮▮▮▮                                    SG-SSA-16

I AM MARRIED TO ▮▮▮▮▮▮▮▮    WE WERE MARRIED ON March 25, 2003 IN HI BY A
CLERGYMAN OR PUBLIC OFFICIAL. MY SPOUSE'S AGE OR BIRTHDATE IS ▮▮▮▮▮▮▮▮
AND SOCIAL SECURITY NUMBER IS _____*.

I HAD NO PREVIOUS MARRIAGES THAT LASTED 10 YEARS OR MORE OR ENDED IN DEATH.

I DO NOT HAVE ANY CHILDREN UNDER AGE 18; AGE 18-19 ATTENDING ELEMENTARY OR
SECONDARY SCHOOL FULL TIME; OR AGE 18 OR OVER AND DISABLED BEFORE AGE 22 WHO
MAY BE ELIGIBLE FOR SOCIAL SECURITY BENEFITS ON THIS RECORD. THIS INCLUDES
CHILDREN WHO MAY OR MAY NOT BE LIVING WITH ME.

REMARKS:
I AM FILING THIS APPLICATION FOR DISABILITY BENEFITS ONLY. I HAVE REVIEWED
 MY EARNINGS RECORD AND AGREE WITH ALL EARNINGS POSTED.
I UNDERSTAND THAT I MUST REPORT ANY CHANGE IN MY WORK ACTIVITY. I UNDERSTA
ND THAT THE LIMIT A DISABLED PERSON CAN MAKE IN ONE MONTH IN 2020 IS $1,26
0.00 GROSS ($2,110-GROSS BLIND). I UNDERSTAND THAT IF I WORK AND EARN OVER
 THIS LIMIT WHILE APPLYING FOR OR RECEIVING DISABILITY IT MAY CAUSE A SUSP
ENSION/TERMINATION OF MY BENEFITS/APPLICATION. I UNDERSTAND THAT I MUST RE
PAY ANY OVERPAYMENT CAUSED BY MY WORKING OVER THE ALLOWABLE LIMIT. I UNDER
STAND THAT THIS LIMIT MAY CHANGE FROM YEAR TO YEAR AND I AM RESPONSIBLE FO
R OBTAINING FUTURE YEARS LIMITS.
I HAVE NOT PHYSICALLY WORKED SINCE 11/18/2019. I WAS ON STRESS LEAVE AND W
AS PAID TDI. I WAS STILL EMPLOYED BY L3 HARRIS UNTIL THIS PAST MONDAY, 6/2
2/2019 WHEN I WAS FIRED.

I KNOW THAT ANYONE WHO MAKES OR CAUSES TO BE MADE A FALSE STATEMENT OR
REPRESENTATION OF MATERIAL FACT IN AN APPLICATION OR FOR USE IN DETERMINING A
RIGHT TO PAYMENT UNDER THE SOCIAL SECURITY ACT COMMITS A CRIME PUNISHABLE UNDER
FEDERAL LAW BY FINE, IMPRISONMENT OR BOTH. I AFFIRM THAT ALL INFORMATION I HAVE
GIVEN IN CONNECTION WITH THIS CLAIM IS TRUE.

MY TELEPHONE NUMBER IS ▮▮▮▮▮▮▮▮.

Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM
Records from Social Security Office Information received on 05/02/2024

9

June 25, 2020, 16:39
PAGE    5

NH                                       SG-SSA-16

SOCIAL SECURITY ADMINISTRATION
IMPORTANT INFORMATION


    RECEIPT FOR YOUR CLAIM FOR SOCIAL SECURITY DISABILITY INSURANCE BENEFITS




        PRESTON TAKEO LEE


NAME OF PERSON TO CONTACT ABOUT YOUR CLAIM:

YOUR APPLICATION FOR SOCIAL SECURITY BENEFITS HAS BEEN RECEIVED AND WILL BE
PROCESSED AS QUICKLY AS POSSIBLE.

YOU SHOULD HEAR FROM US WITHIN __ DAYS AFTER YOU HAVE GIVEN US ALL THE
INFORMATION WE REQUESTED. SOME CLAIMS MAY TAKE LONGER IF ADDITIONAL INFORMATION
IS NEEDED.

IN THE MEANTIME, IF YOU CHANGE YOUR ADDRESS, OR IF THERE IS SOME OTHER CHANGE
THAT MAY AFFECT YOUR CLAIM, YOU - OR SOMEONE FOR YOU - SHOULD REPORT THE
CHANGE.

We are providing the attached application for your records.

We stored your application information electronically so there is no reason for
us to retain a paper copy of your application.

IMPORTANT REMINDER

Penalty of Perjury

You declared under penalty of perjury that you examined all the information on
this form and it is true and correct to the best of your knowledge. You were
told that you could be liable under law for providing false information.

THE TELEPHONE NUMBERS TO CALL IF YOU HAVE A QUESTION OR SOMETHING TO REPORT
ARE:

        BEFORE YOU RECEIVE A NOTICE ABOUT YOUR CLAIM:

        AFTER YOU RECEIVE A NOTICE ABOUT YOUR CLAIM:

SOCIAL SECURITY INFORMATION IS ALSO AVAILABLE TO INTERNET USERS AT
WWW.SOCIALSECURITY.GOV.

What You Need To Do

  o  Review the summary to make sure we recorded your statements correctly.


*Lee v L3Harris Technologies, Inc.; Civil No. 1:20-CV-00489 LEK-KJM*
*Records from Social Security Office Information received on 05/02/2024*

10

June 25, 2020, 16:39
PAGE    6

NH███████████                                    SG-SSA-16

o   If you agree with all your statements, you may keep the information for
    your records.

o   If you disagree with any of your statements, please contact us within 10
    days after receiving this notice to let us know.

o   Review the reporting responsibilities so you are aware of the changes or
    events that you need to report to us.

o   Provide the additional information that is listed on the application under
    "What We Need".

ALWAYS GIVE US YOUR CLAIM NUMBER WHEN WRITING OR TELEPHONING ABOUT YOUR
CLAIM. IF YOU HAVE ANY QUESTIONS ABOUT YOUR CLAIM, WE WILL BE GLAD TO
HELP YOU.

WE ARE RETURNING ANY DOCUMENT(S) YOU MAY HAVE SUBMITTED WITH YOUR APPLICATION.

HELPFUL HEALTH CARE WEBSITES

Health Information

The U.S. Department of Health and Human Services provides information on many
health topics at www.healthfinder.gov on the Internet. You may wish to visit
that site to review that information, which may be helpful to you.

Prescription Drug Assistance Programs

You may be able to get help paying for prescription drugs. To find out what
programs are offered by drug companies, state and local governments, and local
organizations, please visit www.healthfinder.gov/rxdrug on the Internet.

CLAIMANT                              SOCIAL SECURITY CLAIM NO.
PRESTON T LEE                         ████████████

NH ███████████                                    SG-SSA-16

REPORTING RESPONSIBILITIES FOR DISABILITY INSURANCE BENEFITS

PRESTON TAKEO LEE



---

CHANGES TO BE REPORTED AND HOW TO REPORT

FAILURE TO REPORT MAY RESULT IN OVERPAYMENTS THAT MUST BE REPAID, AND IN POSSIBLE MONETARY PENALTIES

o  You change your mailing address for checks or residence. To avoid delay in receipt of checks you should ALSO file a regular change of address notice with your post office.

o  Your citizenship or immigration status changes.

o  You go outside the U.S.A. for 30 consecutive days or longer.

o  Any beneficiary dies or becomes unable to handle benefits.

o  You are confined to jail, prison, penal institution or correctional facility for conviction of a crime or you are confined to a public institution by court order in connection with a crime.

o  You have an unsatisfied warrant for your arrest for a crime or attempted crime that is a felony (or, in jurisdictions that do not define crimes as felonies, a crime that is punishable by death or imprisonment for a term exceeding 1 year).

o  You have an unsatisfied warrant for a violation of probation or parole under Federal or State law.

o  Your stepchild is entitled to benefits on your record and you and the stepchild's parent divorce. Stepchild benefits are not payable beginning with the month after the month the divorce becomes final.

o  Custody Change - Report if a person for whom you are filing, or who is in your care dies, leaves your care or custody, or changes address.

o  Change of Marital Status - Marriage, divorce, annulment of marriage.

o  You become entitled to a pension or annuity based on your employment after 1956 not covered by Social Security, or if such pension or annuity stops.

o  You return to work (as an employee or self-employed) regardless of the amount of earnings.

June 25, 2020, 16:39
PAGE    8

NH ██████████                              `                    SG-SSA-16

o  Your condition improves.

o  If you are under age 65 and you apply for or begin to receive Workers'
   Compensation or another public disability benefit (including Black Lung
   benefits), or the amount of your present Workers' Compensation or public
   benefit changes or stops, or you receive a lump sum settlement.

HOW TO REPORT

You can make your reports by telephone, mail, or in person, whichever you
prefer.

If you are awarded benefits, and one or more of the above change(s) occur, you
should report by:

o  Calling us TOLL FREE at 1-800-772-1213;

o  If you are deaf or hearing impaired, calling us TOLL FREE at TTY
   1-800-325-0778; or

o  Calling, visiting or writing your local Social Security Office at the
   phone number and address above.

For general information about Social Security, visit our website at
www.socialsecurity.gov

For those under full retirement age, the law requires that a report of earnings
be filed with SSA within 3 months and 15 days after the end of any taxable year
in which you earn more than the annual exempt amount. You may contact SSA to
file a report. Otherwise, SSA will use the earnings reported by your
employer(s) and your self-employment tax return (if applicable) as the report
of earnings required by law and adjust benefits under the earnings test. It is
your responsibility to ensure that the information you give concerning your
earnings is correct. You must furnish additional information as needed when
your benefit adjustment is not correct based on the earnings on your record.

---

NOTICE ABOUT DOCUMENTS

We recommend that you keep all documents you submitted to us.
____    We are returning the documents you submitted with this claim.

---

Collection and Use of Information From Your Application -
Privacy Act Notice / Paperwork Reduction Act Notice

The Social Security Administration is authorized to collect the information
requested on this form under sections 202, 205 and 223 of the Social Security
Act. The information you provide will be used by the Social Security
Administration to determine if you or a dependent is eligible to insurance
coverage and/or monthly benefits. You do not have to give us the requested
information. However, if you do not provide the information, we will be unable
to make an accurate and timely decision concerning your entitlement or a
dependent's entitlement to benefit payments.

June 25, 2020, 16:39
PAGE    9

NH ███████████                                    SG-SSA-16

The information you provide may be disclosed to another Federal, State or local
government agency for determining eligibility for a government benefit or
program, to a Congressional office requesting information on your behalf, to an
independent party for the performance of research and statistical activities,
or to the Department of Justice for use in representing the Federal Government.

We may also use this information when we match records by computer. Matching
programs compare our records with those of other Federal, State, or local
government agencies. Many agencies may use matching programs to find or prove
that a person qualifies for benefits paid by the Federal government. The law
allows us to do this even if you do not agree to it.

Explanations about these and other reasons why information you provide may be
used or given out are available in Social Security offices. If you want to
learn more about this, contact any Social Security office.

Paperwork Reduction Act Statement - This information collection meets the
requirements of 44 U.S.C. 3507 as amended in section 2 of the Paperwork
Reduction Act of 1995. You do not need to answer these questions unless we
display a valid Office of Management and Budget control number. We estimate
that it will take about 20 minutes to read the instructions, gather the facts
and answer the questions. SEND OR BRING THE COMPLETED FORM TO YOUR LOCAL SOCIAL
SECURITY OFFICE. The office is listed under U.S. Government agencies in your
telephone directory or you may call Social Security at 1-800-772-1213. You may
send comments on our time estimate above to: SSA, 6401 Security Blvd. Baltimore
MD 21235-6401. Send only comments relating to our time estimate to this
address, not the completed form.