# EXHIBIT A

FUJIWARA AND ROSENBAUM, LLLC

ELIZABETH JUBIN FUJIWARA 3558
JOSEPH T. ROSENBAUM 9205
1100 Alakea St., 20th Fl., Ste B
Honolulu, Hawaii 96813
Telephone: 808-203-5436

Attorneys for Plaintiff
PRESTON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>     Plaintiff,<br><br>    vs.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS<br>1-10; and DOE GOVERNMENTAL<br>AGENCIES 1-10,<br><br>     Defendants. | ) CIVIL NO. 20-00489 LEK-KJM<br>) (Other Civil Action)<br>)<br>) PLAINTIFF'S RESPONSE TO<br>) DEFENDANT L3HARRIS<br>) TECHNOLOGIES, INC.'S FIRST<br>) REQUEST FOR ADMISSIONS TO<br>) PLAINTIFF PRESTON LEE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF'S RESPONSE TO DEFENDANT L3HARRIS TECHNOLOGIES,
INC.'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF PRESTON LEE

Comes now Plaintiff PRESTON LEE by and through his attorneys,

Elizabeth Jubin Fujiwara and Joseph T. Rosenbaum of the Fujiwara and

Rosenbaum, LLLC and does hereby respond and object as follows to

Defendant L3Harris Technologies, Inc.'s First Request for Admissions

Answers to Plaintiff Preston Lee ("Request"):

/s/ Joseph T. Rosenbaum
JOSEPH  T. ROSENBAUM

## REQUEST FOR ADMISSIONS

1.    Plaintiff Preston Lee filed a claim for disability benefits with the Social Security Administration on or around June 16, 2020 ("**June 2020 Social Security Disability Claim**").

Admit: _____    Deny: ___✓___

*I filed after-I was terminated, but I will answer below regarding the filing I made after terminate*

2.    In his June 2020 Social Security Disability Claim, Plaintiff Preston Lee claimed he was unable to work due to Post Traumatic Stress Disorder ("**PTSD**"), sleep apnea, tinnitus, and hearing loss.

Admit: ___✓___    Deny: _____

3.    In the June 2020 Social Security Disability Claim, Plaintiff Preston Lee claimed an inability to function and/or work as of November 18, 2019.

Admit: ___✓___    Deny: _____

4.    Plaintiff Preston Lee filed a claim for Social Security disability benefits before his employment with L3Harris was terminated.

Admit: _____    Deny: ___✓___

5.    After his employment was terminated, Plaintiff Preston Lee told the Social Security Disability Administration that he had been fired on June 22, 2020, and that his conditions became severe enough to keep from working as of November 18, 2019.

Admit: ___✓___    Deny: _____

6.   Plaintiff Preston Lee underwent a psychological evaluation by Richard Sonnenberg, Ph.D. in November 2020 in connection with his June 2020 Social Security Disability Claim.

Admit: _____✓_____                         Deny: _____

7.   The Social Security Administration disapproved the June 2020 Social Security Disability Claim in November 2020 ("**November 2020 Disapproval**").

Admit: _____✓_____                         Deny: _____

8.   Plaintiff Preston Lee filed a request for reconsideration of the November 2020 Disapproval ("**Reconsideration Request**").

Admit: _____✓_____                         Deny: _____

9.   Exhibit A is a true and correct copy of the Reconsideration Request submitted by Plaintiff Preston Lee to the Social Security Administration.

Admit: _____✓_____                         Deny: _____

10.   Plaintiff Preston Lee filed another claim for disability benefits with the Social Security Administration in September 2021 ("**September 2021 Social Disability Security Claim**").

Admit: _____✓_____                         Deny: _____

11.   Exhibit B is a true and correct copy of an application for Social Security disability benefits filed by Plaintiff Preston Lee.

Admit: _____✓_____                         Deny: _____

12. Exhibit C is a true and correct copy of Plaintiff Preston Lee's signature on his application for Social Security disability benefits.

Admit: _____✓_____     Deny: _____

13. In his September 2021 Social Security Disability Claim, Plaintiff Preston Lee stated that his conditions became severe enough to prevent him from working on June 23, 2020.

Admit: _____✓_____     Deny: _____

14. When Plaintiff Preston Lee submitted the September 2021 Social Security Disability Claim, he represented to the Social Security Administration that he was still unable to work due to his conditions.

Admit: _____✓_____     Deny: _____

15. Plaintiff Preston Lee appointed Andrew Youngman of Citizens Disability, LLC as his representative to communicate on his behalf with the Social Security Administration.

Admit: _____✓_____     Deny: _____

16. Mr. Youngman submitted a "Disability Report Adult" dated September 14, 2021 to the Social Security Administration ("**Disability Report**") on Plaintiff Preston Lee's behalf.

Admit: _____✓_____     Deny: _____

17. Exhibit D is a true and correct copy of the Disability Report submitted by Mr. Youngman to the Social Security Administration.

Admit: _____✓_____     Deny: _____

- 3 -

18. Admit that Plaintiff Preston Lee submitted function reports to the Social Security Administration in connection with his claims for disability benefits.

Admit: ___✓___          Deny: _____

19. Exhibit E is a true and correct copy of a Function Report that Plaintiff Preston Lee submitted to the Social Security Administration.

Admit: ___✓___          Deny: _____

20. Exhibit F is a true and correct copy of another Function Report that Plaintiff Preston Lee submitted to the Social Security Administration.

Admit: ___✓___          Deny: _____

21. In connection with his Social Security Disability Claims, Plaintiff Preston Lee stated to the Social Security Administration that he had been fired by L3Harris because of problems getting along with other people.

Admit: ___✓___          Deny: _____

22. In connection with his Social Security Disability Claims, Plaintiff Preston Lee stated to the Social Security Administration that he had been fired from L3Harris for "threatening my lead person."

Admit: ___✓___          Deny: _____

23. In December 2022, Plaintiff Preston Lee had a psychological evaluation with Dawn Harada, Psy.D. in connection with his September 2021 Social Security Disability Claim.

Admit: ___✓___          Deny: _____

- 4 -

24. Plaintiff Preston Lee told Dawn Harada, Psy.D. that he had been involved in multiple physical altercations due to becoming angered with others and fighting with them.

   Admit: _____✓_____          Deny: _____

25. In December 2022, Plaintiff Preston Lee had a physical examination by Antoine Cazin, MD in connection with his September 2021 Social Security Disability Claim.

   Admit: _____✓_____          Deny: _____

26. Plaintiff Preston Lee understood when submitting statements to the Social Security Administration that anyone who makes or causes to be made a false statement or representation of material fact for use in determining a payment under the Social Security Act commits a crime punishable under Federal law by fine, imprisonment, or both.

   Admit: _____✓_____          Deny: _____

27. Plaintiff Preston Lee has never informed the Social Security Administration that statements he made in connection with his Social Security Disability Claims were false, inaccurate, or mistaken.

   Admit: _____✓_____          Deny: _____

28. Plaintiff Preston Lee is still unable to work and is receiving disability benefits from the Social Security Administration of $3,032.40 every month.

   Admit: _____✓_____          Deny: _____

29. At all times since filing his first request for Social Security disability benefits in June 2020, Plaintiff Preston Lee has taken the position with the Social Security Administration that he is unable to work due to his conditions.

    Admit: _____    Deny: _____

30. Plaintiff Preston Lee has not at any time since filing his first request for Social Security disability benefits in June 2020 told the Social Security Administration that he is able to work.

    Admit: _____    Deny: _____

- 6 -