IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PRESTON LEE,<br><br>          Plaintiff,<br><br>     v.<br><br>L3HARRIS TECHNOLOGIES, INC.;<br>JOHN DOES 1-10; JANE DOES 1-10;<br>DOE CORPORATIONS 1-10; DOE<br>PARTNERSHIPS 1-10; DOE<br>UNINCORPORATED<br>ORGANIZATIONS 1-10; and DOE<br>GOVERNMENTAL AGENCIES 1-10,<br><br>          Defendant. | CIVIL NO.  1:20-CV-00489 LEK-KJM<br>(Other Civil Action)<br><br>**DECLARATION OF AMANDA M.<br>JONES** |

## <u>DECLARATION OF AMANDA M. JONES</u>

I, Amanda M. Jones, hereby declare as follows:

1.      I am an attorney with Cades Schutte LLP, attorneys for L3Harris Technologies, Inc. ("**L3Harris**") in the above-captioned action. I make this Declaration based on personal knowledge of the matters set forth herein. The document attached to this Declaration has been maintained by my firm in the ordinary course of business as part of the firm's representation of L3Harris since it was received.

2.      Attached hereto as Exhibit U is a true and correct copy of the Witness

Correction Sheet and Certificate dated July 22, 2024 for Plaintiff Preston Lee's deposition taken on May 20, 2024, followed by the envelope from Ralph Rosenberg Court Reporters that enclosed the Witness Correction Sheet and Certificate. My office received the Witness Correction Sheet and Certificate from Ralph Rosenberg Court Reporters on July 22, 2024, which is after L3Harris filed its Motion for Summary Judgment on June 28, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  Honolulu, Hawaii, August 15, 2024.

/s/ Amanda M. Jones
AMANDA M. JONES

2