# WITNESS CORRECTION SHEET

CASE:  LEE VS. L3HARRIS TECHNOLOGIES, INC., CIVIL NO. 1:20-CV-00489 LEK-KJM

DEPOSITION OF PRESTON LEE (VOLUME 2) (VIDEOTAPED ZOOM), TAKEN ON 5-20-24.

| PAGE | LINE | CORRECTION | REASON |
|------|------|------------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If additional space is needed, attach a blank sheet)

Signature of Deponent: _____ Date: _____

========================================================================

## CERTIFICATE

☐ Please be advised that the deponent signed and/or made corrections to the deposition within 30 days of notification.

☒ Please be advised that 30 days have expired and the deponent has failed to read and sign the deposition.

☐ Please be advised that signature and/or corrections were received and are **not being filed** with the transcript because:

☐ the deponent failed to sign and/or make corrections within 30 days after notification that the transcript was available for review.

☐ a request for an opportunity to review the transcript was **not** made by the deponent or a party before completion of the deposition.

☐ Please be advised that the above-named case is going to trial and/or hearing and the deponent has **not** had 30 days to read and sign the deposition before the filing of this transcript with the Court.

DATED:       7-22-24, HONOLULU, HAWAII.

*Ralph Rosenberg* by d.y.
**Ralph Rosenberg Court Reporters, Inc.**
*1001 Bishop Street, Suite 2460, Honolulu, HI 96813*
*Phone: (808) 524-2090  Fax: (808) 524-2596*

**EXHIBIT U**

**RALPH ROSENBERG COURT REPORTERS, INC.**
1001 BISHOP STREET, SUITE 2460
HONOLULU, HI 96813

AMANDA JONES, ESQ.
CADES SCHUTTE
1000 BISHOP STREET, SUITE 1200
HONOLULU, HAWAII 96813

INCOMING DELIVERY

JUL 2 2 2024

Time 3:47 pm

Init RK