IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

PRESTON LEE,

        Plaintiff,

    v.

L3HARRIS TECHNOLOGIES, INC.;
JOHN DOES 1-10; JANE DOES 1-10;
DOE CORPORATIONS 1-10; DOE
PARTNERSHIPS 1-10; DOE
UNINCORPORATED
ORGANIZATIONS 1-10; and DOE
GOVERNMENTAL AGENCIES 1-10,

        Defendant.

CIVIL NO.  1:20-CV-00489 LEK-KJM
(Other Civil Action)

**CERTIFICATE OF SERVICE**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing

document was duly served electronically upon the following parties at their last

known e-mail addresses via CM/ECF:

      ELIZABETH JUBIN FUJIWARA
      elizabeth@hawaii-adr.com
      JOSEPH T. ROSENBAUM
      jtr@frlawhi.com
      Fujiwara and Rosenbaum, LLLC
      1100 Alakea Street, 20th Floor, Suite B
      Honolulu, Hawaii 96813

      Attorneys for Plaintiff
      PRESTON LEE

DATED:  Honolulu, Hawaiʻi, August 15, 2024.

CADES SCHUTTE
A Limited Liability Law Partnership

*/s/* Amanda M. Jones
AMANDA M. JONES
MICHAEL R. SOON FAH
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.