# MINUTES

CASE NUMBER:     1:20-cv-00489-LEK-KJM

CASE NAME:       Preston Lee v. L3Harris Technologies, Inc.

ATTYS FOR PLA:   Joseph T. Rosenbaum*

ATTYS FOR DEFT:  Amanda M. Jones*
                 Michael Raymond Soon Fah

---

JUDGE:   Leslie E. Kobayashi       REPORTER:   Debi Read

DATE:    09/24/2024                TIME:       10:00am-10:22am

---

COURT ACTION:  EP: VIDEO CONFERENCE HEARING RE: [189]MOTION FOR SUMMARY JUDGMENT ON REMAINING CLAIMS

Oral arguments heard.

[189]Motion for Summary Judgment on Remaining Claims - TAKEN UNDER SUBMISSION.

Court to issue written order.

Submitted by: Carla Cortez, Courtroom Manager